UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────────┐
│ USDC SDNY                                     │
│ DOCUMENT                                      │
│ ELECTRONICALLY FILED                          │
│ DOC #:_____                         │
│ DATE FILED:  1/6/2021                         │
└─────────────────────────────────────────────┘
```

PETER RODRIGUEZ,

                Plaintiff,

        -against-

CITY OF NEW YORK, E.S.U. CAPTAIN
MOISE #1451, CAPTAIN GIBSON, E.S.U.
OFFICER WILLIAMS #1475, E.S.U. OFFICER
GALVEZVSKIY #8957, CORRECTION
OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that all parties appear via telephone a teleconference on **January 19, 2021 at 1:00 p.m.** regarding Plaintiff's December 23, 2020 letter.  Dkt. No. 20.

IT IS FURTHER ORDERED that the Warden or other official in charge of the George R. Vierno Center produce Peter Derek Rodriguez, DIN 3491603090, on January 19, 2021, no later than 1:00 p.m., to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel.  The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.  If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must:  (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

2

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    January 6, 2021

_____
GREGORY H. WOODS
United States District Judge