```
UNITED STATES DISTRICT COURT                      USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                     DOCUMENT
                                                  ELECTRONICALLY FILED
PETER RODRIGUEZ,                                  DOC #:_____
                                                  DATE FILED: 1/7/2021
                        Plaintiff,

        -against-
                                                  20-CV-9840 (GHW)
CITY OF NEW YORK, E.S.U. CAPTAIN
MOISE #1451, CAPTAIN GIBSON, E.S.U.               ORDER
OFFICER WILLIAMS #1475, E.S.U. OFFICER
GALVEZVSKIY #8957, CORRECTION
OFFICER FERRERO #1805,

                        Defendants.
```

GREGORY H. WOODS, United States District Judge:

Counsel for Defendants' request to adjourn the conference scheduled for January 19, 2021, Dkt. No. 22, is granted. The teleconference regarding Plaintiff's December 23, 2020 letter will now take place on **January 21, 2021 at 11:00 a.m.** *See* Dkt. No. 21.

IT IS ORDERED that the Warden or other official in charge of the George R. Vierno Center produce Peter Derek Rodriguez, DIN 3491603090, on January 21, 2021, no later than 11:00 a.m., to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

2

The Clerk of Court is directed to mail a copy of this order to Plaintiff and to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated: January 7, 2021

GREGORY H. WOODS
United States District Judge