| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>PETER RODRIGUEZ,<br><br>                             Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,<br><br>                            Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/5/2021<br><br>20-CV-9840 (GHW)<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    The Court will hold a teleconference regarding Plaintiff's January 25, 2021 letter on **February 11, 2021 at 9:00 a.m.** *See* Dkt. No. 25.

    IT IS ORDERED that the Warden or other official in charge of the Manhattan Detention Complex produce Peter Derek Rodriguez, NYSID No. 09839298P and B&C No. 3491603090, on February 11, 2021, no later than 9:00 a.m., to a suitable location within the Manhattan Detention Complex that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

    Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:   February 5, 2021

                                            GREGORY H. WOODS  
                                            United States District Judge