UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                              Plaintiff,

          -against-

CITY OF NEW YORK, E.S.U. CAPTAIN
MOISE #1451, CAPTAIN GIBSON, E.S.U.
OFFICER WILLIAMS #1475, E.S.U. OFFICER
GALVEZVSKIY #8957, CORRECTION
OFFICER FERRERO #1805,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/25/2021

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On March 25, 2021, Mr. Rodriguez contacted the Court and reported that one of the defendants in this action has been threatening him. The Court will hold a teleconference to discuss these allegations on **March 26, 2021 at 9:00 a.m.**

IT IS ORDERED that the Warden or other official in charge of the Manhattan Detention Complex produce Peter Rodriguez, NYSID No. 09839298P and B&C No. 3491603090, on March 26, 2021, no later than 9:00 a.m., to a suitable location within the Manhattan Detention Complex that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to use the Court's

designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the

pound (#) key.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  March 25, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge