```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the April 23, 2021 conference, this action is stayed until May 24, 2021.  The Court will reschedule the initial pretrial conference by separate order.

The Clerk of Court is directed to enter a stay in this action until May 24, 2021.  The Clerk of Court is further directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  April 26, 2021
New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge