USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the June 23, 2021 conference, Mr. Rodriguez's request for the appointment of pro bono counsel is denied without prejudice.

The Clerk of Court is directed to mail a copy of this order and the order at Dkt. No. 66 to Plaintiff.

SO ORDERED.

Dated: June 23, 2021
New York, New York

                                          GREGORY H. WOODS
                                          United States District Judge