UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8 /15/2021
```

PETER RODRIGUEZ,

                  Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                  Defendants.

1:20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received Plaintiff's August 12, 2021 letter regarding discovery in this matter. Dkt. No. 69.  By letter due no later than August 20, 2021, Defendants are directed to provide the Court with their position on Plaintiff's request for a stay of this case or, alternatively, an extension of the current discovery deadlines.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated:  August 15, 2021
New York, New York

                                              GREGORY H. WOODS
                                              United States District Judge