UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2021
```

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

      Plaintiff's August 12, 2021 request for a stay of discovery or extension of discovery deadlines, Dkt. No. 69, in granted in part and denied in part.  As Defendant City of New York points out in its August 19, 2021 letter, there remains limited access to law library materials at Rikers Island.  Dkt. No. 71.  Thus, Plaintiff's request for a stay of discovery on the basis that these materials are inaccessible is denied.  Nonetheless, because access to these materials is currently limited, the Court grants Plaintiff's request for an extension of discovery deadlines.  Plaintiff's response to Defendant City of New York's documents requests and interrogatories, which were served on July 15, 2021, Dkt. No. 68, is extended to October 1, 2021.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated:  August 19, 2021

                                                    GREGORY H. WOODS
                                               United States District Judge