UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2021
```

PETER RODRIGUEZ,

                    Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALUZEVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                    Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    Defendant City of New York's October 14, 2021 request for an extension of the stay of this case as to C.O. Aleksandr Galuzevskiy because of military service, Dkt. No. 73; *see also*, Dkt. No. 46, is granted. This case is stayed with respect to C.O. Galuzevskiy through January 31, 2022. Defendant City of New York is instructed to submit a letter describing the status of C.O. Galuzevskiy's military leave no later than January 7, 2022.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

    Dated: October 21, 2021

                                            GREGORY H. WOODS
                                            United States District Judge