UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021

PETER RODRIGUEZ,

    Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALUZEVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

    Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff's request for an extension of time to respond to Defendants' document requests and interrogatories, Dkt. No. 78, is granted. The deadline for Plaintiff to respond to Defendants' document requests and interrogatories is extended to January 27, 2021. In addition, the deadline for the close of fact discovery is extended to March 25, 2022, and the deadline for expert discovery is extended to May 2, 2022. The deadline for party proponent disclosures is extended to March 25, 2022, and the deadline for party opponent disclosures is extended to April 8, 2022. The deadline for dispositive motions is extended to May 31, 2022. The status conference scheduled for February 1, 2022 described in the case management plan entered by the Court on June 23, 2021 (the "Case Management Plan"), Dkt. No. 66, is rescheduled to May 16, 2022 at 4:00 p.m. The joint status letter described in the Case Management Plan is due no later than May 9, 2022. Except as expressly modified by this order, the Case Management Plan entered by the Court on June 23, 2021 remains in full force and effect.

    Plaintiff is reminded that he was ordered to respond to Defendants' discovery requests and interrogatories no later than October 1, 2021, which was later extended to December 20, 2021, and this extension does not excuse his failure to comply with that obligation. Plaintiff is further

reminded that failure to comply with his discovery obligations could result in sanctions, including his being prohibited from using at trial any responsive documents that are not produced.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: December 29, 2021

                                                     GREGORY H. WOODS
                                               United States District Judge