| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/8/2022 |

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALUZEVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    Defendant City of New York's January 7, 2022 request for an extension of the stay of this case as to C.O. Aleksandr Galuzevskiy because of military service, Dkt. No. 81, is granted. This case is stayed with respect to C.O. Galuzevskiy through February 22, 2022. Defendant City of New York is instructed to submit a letter describing the status of C.O. Galuzevskiy's military leave no later than February 23, 2022.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: January 8, 2022

                                                  GREGORY H. WOODS
                                                United States District Judge