# MEMORANDUM ENDORSED



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022
```

**GEORGIA M. PESTANA**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATHERINE J. WEALL**
*Senior Counsel*
phone: (212) 356-5055
mobile: (646) 370-0051
kweall@law.nyc.gov

February 23, 2022

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Peter Rodriguez v. City of New York, et al.</u>
               20 CV 9840 (GHW)

Your Honor:

      I write in response to the Court's Order of January 8, 2022 requiring defendants to advise the Court, no later than February 23, 2022, as to the status of C.O. Aleksandr Galuzevskiy. C.O. Galuzevskiy has been on military leave since the beginning of last year, and this case has been stayed as to him pending the completion of his military leave.

      I am advised by C.O. Galuzevskiy that his military orders have recently been extended beyond February 22, 2022, though he does not have the actual orders yet and therefore cannot tell me the end date of his service. Due to his military service, C.O. Galuzevskiy continues to be entitled to a stay of proceedings under the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C.S. § 3932 <u>et</u> <u>seq</u>.

      Because of his active military status, I have been unable to ascertain whether C.O. Galuzevskiy can be represented by this office pursuant to the New York General Municipal Law. I am attempting to schedule an interview with C.O. Galuzevskiy in order to come to a decision regarding his representation in this matter, however his new orders may interfere with our ability to communicate.

      Accordingly, defendants respectfully request that the Court continue to stay this action as to C.O. Galuzevskiy pending a representation decision in this matter.

- 2 -

      Defendants further suggest that, to the extent the Court is inclined to grant this request, the undersigned will advise the Court on or about March 23, 2022 concerning the ability of this Office to proceed with the defense of this action as to C.O. Galuzevskiy.

      Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*

Katherine J. Weall  
Senior Counsel

cc: Peter Rodriguez (via U.S Mail)

Defendant's request to continue the stay of this case as to Defendant C.O. Aleksandr Galuzevskiy is granted through March 23, 2022. Defendants shall inform the Court of the status of Defendant Galuzevskiy no later than that date.

SO ORDERED.

Dated: February 23, 2022  
New York, New York

                                                          GREGORY H. WOODS  
                                                    United States District Judge