```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                       Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALUZEVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                       Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    On February 28, 2022, the Court held a conference to discuss Defendants' letter motion to compel Plaintiff to provide requested discovery. For the reasons articulated on the record during that conference, Plaintiff is ordered to provide the HIPAA authorizations requested by Defendants no later than March 25, 2022, and is ordered to provide responses to Defendants' other discovery requests no later than April 11, 2022. Plaintiff is again reminded that failure to comply with his discovery obligations could result in sanctions, including the dismissal of this case. Absent any extenuating circumstances, Plaintiff should not expect further extensions of time.

    In addition, the deadline for the completion of fact discovery in this action is adjourned to June 17, 2022. The deadline for the completion of expert discovery is adjourned to July 27, 2022. The deadline for party proponent disclosures is extended to July 1, 2022, and the deadline for party opponent disclosures is extended to July 15, 2022. The deadline for dispositive motions is extended to August 26, 2022. The status conference scheduled for May 16, 2022 is rescheduled to August 16, 2022 at 3:00 p.m. The joint status letter described in the case management plan is due no later than August 3, 2022.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 85 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: February 28, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge