

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

K**ATHERINE** J. W**EALL**
*Senior Counsel*
phone: (212) 356-5055
mobile: (646) 370-0051
kweall@law.nyc.gov

March 23, 2022

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Peter Rodriguez v. City of New York, et al.
20 CV 9840 (GHW)

Your Honor:

    I am a Senior Counsel in the office of the Corporation Counsel of the City of New York, the Hon. Sylvia O. Hinds-Radix, and am assigned to represent defendants in this case. I write pursuant to the Court's Order of February 23, 2022, Dkt. 88, ordering defendants to update the Court as to the status of defendant C.O. Galuzevskiy, who is currently on military leave.

    This Office has been able to communicate with C.O. Galuzevskiy and has determined that it can represent C.O. Galuzevskiy pursuant to the New York State Municipal Law. However, there are some difficulties inherent in communicating with a member of the armed forces who is deployed, and thus this Office is currently awaiting receipt of signed paperwork from C.O. Galuzevskiy. After representation is finalized, this Office anticipates being able to file a response to the Second Amended Complaint on his behalf.

    Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Katherine J. Weall*

Katherine J. Weall
Senior Counsel

- 2 -

cc:     Peter Rodriguez (via U.S Mail)
        North Infirmary Command
        15-00 Hazen Street
        East Elmhurst, NY 11370