```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received Defendants' May 4, 2022 letter requesting to adjourn the conference currently scheduled for May 4, 2022 due to Plaintiff's unavailability because of an in-person court appearance. Dkt. No. 99. That request is granted. The conference is adjourned to **May 11, 2022 at 2:00 p.m.**

    IT IS ORDERED that the Warden or other official in charge of the Rikers Island North Infirmary Command produce Peter Rodriguez, NYSID No. 09839298P and B&C No. 3491603090, on May 11, 2022, no later than 2:00 p.m., to a suitable location within the North Infirmary Command that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

    Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to use the Court's

designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and terminate the motion at Dkt. No. 99.

SO ORDERED.

Dated: May 4, 2022
New York, New York

GREGORY H. WOODS
United States District Judge