USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On May 20, 2022, the Court held a conference to discuss Defendants' April 27, 2022 motion to compel production. For the reasons articulated on the record during that conference, fact discovery in this case extended for the following limited purposes; (1) Plaintiff is ordered to mail to Defendants his fully executed and signed medical releases no later than May 27, 2022; (2) Defendants are ordered to provide any outstanding discovery to Plaintiff no later than June 20, 2022; (3) the deadline for Defendants to receive Plaintiff's medical information and depose Plaintiff is extended to August 15, 2022.

In addition, the deadline for the completion of expert discovery is extended to September 29, 2022. The deadline for party proponent disclosures is extended to August 15, 2022, and the deadline for party opponent disclosures is extended to August 29, 2022. The deadline for dispositive motions is extended to October 31, 2022. The status conference scheduled for May 16, 2022 is rescheduled to November 14, 2022 at 3:00 p.m. The joint status letter described in the June 23, 2021 case management plan is due no later than November 6, 2022. The remaining deadlines in the Court's February 28, 2022 order remain in effect.

The Clerk of Court is directed to mail a copy of this order to Plaintiff via certified mail and terminate the motion at Dkt. No. 97.

    SO ORDERED.

Dated:  May 20, 2022
New York, New York

                                    GREGORY H. WOODS
                                  United States District Judge