

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KATHERINE J. WEALL<br>*Senior Counsel*<br>phone: (212) 356-5055<br>mobile: (646) 370-0051<br>kweall@law.nyc.gov |
|---|---|---|

August 3, 2022

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>Peter Rodriguez v. City of New York, et al.</u>
               20 CV 9840 (GHW)

Your Honor:

    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and am assigned to represent defendants in this case. Defendants write to respectfully request an adjournment of the conference scheduled for August 9, 2022 at 4:00 p.m., because the undersigned is scheduled to be out of the country, in a different time zone, from August 7, 2022 through August 13, 2022. Defendants are generally available for a conference the week of August 15, 2022.

    Defendants thank the Court for its consideration herein.

                                                    Respectfully submitted,

                                                    /s/ *Katherine J. Weall*

                                                    Katherine J. Weall
                                                    Senior Counsel

cc:    Peter Rodriguez (via U.S Mail)
        DIN 22B2287
        Elmira Correctional Facility
        P.O. Box 500
        Elmira, New York 14902-0050