```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, CAPTAIN GIBSON, E.S.U. OFFICER WILLIAMS #1475, E.S.U. OFFICER GALVEZVSKIY #8957, CORRECTION OFFICER FERRERO #1805,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On August 17, 2022, the Court held a conference to discuss Plaintiff's July 11, 2022 request to partially reopen discovery. For the reasons articulated on the record during that conference, Plaintiff's request is granted. The deadline for Defendants to respond to the discovery requests at Dkt. No. 109 is September 16, 2022. To the extent the Court has previously set a deadline for Defendant's production of specific materials that may also be responsive to the discovery requests at Dkt. No. 109, the previously established deadline controls.

The Clerk of Court is directed to terminate the motion at Dkt. No. 113. The Clerk of Court is further directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: August 17, 2022
New York, New York

                                            GREGORY H. WOODS
                                          United States District Judge