UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/2022

PETER RODRIGUEZ,

                              Plaintiff,

               -against-

CITY OF NEW YORK, et al.,

                              Defendants.

1:20-cv-9840-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of Defendants for leave to take the deposition of Plaintiff Peter Rodriguez (DIN: 22B2287), an incarcerated person, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

IT IS HEREBY ORDERED: (1) that the Warden or other official in charge at Attica Correctional Facility produce incarcerated person Peter Rodriguez (DIN: 22B2287) for the taking of his deposition by video teleconferencing on September 14, 2022 commencing at 10 a.m., and for so long thereafter as the deposition continues; (2) Plaintiff Peter Rodriguez (DIN: 22B2287) appear in such place as designated by the Warden or other official in charge of the Attica Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants as well as the attorney for Defendants.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    August 30, 2022

_____
GREGORY H. WOODS
United States District Judge