UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2022

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

    On October 11, 2022, Plaintiff filed a letter moving to compel Defendants to provide full responses to his requests for admission. Dkt. No. 127. On October 14, 2022, Defendants filed a letter in opposition to Plaintiff's request. Dkt. No. 129. However, the parties failed to submit the disputed requests for admission and responses to the Court for its evaluation.

    Accordingly, Defendants are directed to file the relevant requests for admission and responses no later than October 20, 2022.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.
Dated: October 17, 2022
New York, New York

                                          GREGORY H. WOODS
                                         United States District Judge