USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-9840 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On October 11, 2022, Plaintiff filed a letter moving to compel Defendants to provide full responses to his requests for admission. Dkt. No. 127. On October 14, 2022, Defendants filed a letter in opposition to Plaintiff's request. Dkt. No. 129. On October 18, 2022, Defendants were directed to file the relevant requests for admission and responses for the Court to permit the Court to properly evaluate the discovery dispute. Dkt. No. 130. On October 20, 2022, Defendants provided the relevant requests for admission and responses. Dkt. No. 131.

Upon review, the Court finds that Defendants' responses to Plaintiff's requests for admission comply with the Federal Rules of Civil Procedure. While Defendants interposed objections, they have properly responded to all of the requests for admission. Accordingly, Plaintiff's request is denied.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: October 21, 2022
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge