USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, et. al.,

                Defendants.

1:20-cv-9840-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court will hold a teleconference on November 14, 2022 at 3:00 p.m. to discuss Defendants' proposed motion for summary judgment (Dkt. No. 134).

    Accordingly, it is ordered that the Warden or other official in charge of the Five Points Correctional Facility to produce Peter Rodriguez, #22B2287, on November 14, 2022 no later than 3:00 p.m., to a suitable location within the Five Points Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296. Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference.

    The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 10, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge