UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2022

PETER RODRIGUEZ,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

1:20-cv-9840-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the hearing held on November 14, 2022, Defendants' motion for summary judgment is due no later than December 30, 2022. Plaintiff's opposition is due no later than sixty days following the date of service of Defendants' motion for summary judgment. Defendants' reply, if any, is due no later than fourteen days following the date of service of Plaintiff's opposition.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: November 14, 2022
       New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge