UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

PETER RODRIGUEZ,

                        Plaintiff,                **NOTICE OF MOTION**

        -against-                         20 Civ. 9840 (GHW)

THE CITY OF NEW YORK, E.S.U. CAPTAIN MOISE #1451, E.S.U. OFFICER GALUZEVSKIY #8957, E.S.U. OFFICER TEMIR WILLIAMS #11475, CORRECTION OFFICER FERRARO #1805, CAPTAIN GIBSON,

                        Defendant.

------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Katherine Weall dated December 29, 2022; the exhibits annexed thereto; the accompanying Memorandum of Law dated December 29, 2022; the 56.1 Statement of Undisputed Facts, dated December 29, 2022, and upon all prior pleadings and proceedings had herein, Defendants the City of New York, Captain Moise, Officer Galuzevskiy, Officer Williams, Officer Ferraro and Captain Gibson will move this Court before the Honorable Gregory H. Woods, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE,** that by Order of the Court dated November 14, 2022, Plaintiff has until February 28, 2023, to file an opposition in response to Defendant's motion. Defendant's Reply, if any, must be served on or before March 14, 2023.

Dated:     New York, New York
              December 29, 2022

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendants the City of New York,*
*Moise, Galuzevskiy, Williams, Ferraro, and Gibson*
100 Church Street
New York, New York 10007
(212) 356-5055

By:   /s/ *Katherine J. Weall*
        _____
        Katherine J. Weall
        *Senior Counsel*

To:     Via U.S. Mail
        Peter Rodriguez
        *Plaintiff Pro Se*
        Five Points Correctional Facility
        6600 State Route 96
        Caller Box 119
        Romulus, NY 14541

20 Civ. 9840 (GHW)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| PETER RODRIGUEZ,<br><br>                                           Plaintiff,<br><br>    -against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                                          Defendants. |
| **NOTICE OF MOTION** |
| **HON. SYLVIA O. HINDS-RADIX**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants the City of New York, Moise,<br>Galuzevskiy, Williams, Ferraro and Gibson*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel: Katherine J. Weall<br>Tel: (212) 356-5055 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ........................................., 2022*<br><br>*.................................................................Esq.*<br><br>*Attorney for............................................................* |