# EXHIBIT E



NEW YORK CITY DEPARTMENT OF CORRECTION
Cynthia Brann, Commissioner

Aisha Shannon, Acting Warden
Manhattan Detention Complex
125 White Street
New York, NY 10013
212 • 225 • 1400
Fax 212 • 225 • 1315

**DATE** : October 22, 2020

**TO** : Takhyia Willis, Deputy Director, Investigation Division

**FROM** : Aisha Shannon, Acting Warden, Manhattan Detention Complex

**SUBJECT:** **FACILITY REFERRAL: U4068/2020**

Pursuant to your request regarding the aforementioned subject matter, the Manhattan Detention Complex is submitting the following response for your review:

The facility conducted a review of the medical wait time following U4068/2020 which occurred in 9 South.

Based on the Incident Report System (IRS), this investigation reveals the following:

At 1815 hours, in Housing Area 9 South (Adult/GP), inmate Rodriguez, Peter B/C 3491603090 NYSID #09839298P started a still fire inside his cell. Officer Galuzevskiy #8957 – ESU retrieved the fire extinguisher to put out the fire, when the inmate stood in front of Officer Galuzevskiy. The officer gave orders to move and the inmate refused to comply. Officer Lewis #8106 – ESU deployed chemical agent (OC) and Officer Williams #11475 – ESU utilized control holds to apply restraints. The inmate ceased his aggression and was escorted out of the area, terminating the incident. Inmate Rodriguez refused to be escorted to the Clinic within the four (4) hour timeframe. Said inmate denied any injuries and refused to be seen in the Clinic as seen on the Injury to Inmate Reports. Inmate Rodriguez is highly aggressive and assaultive towards staff and other inmates. Medical staff noted the following on the injury report "patient denies injury/ pain, patient further refuses medical services." Medical staff seen inmate Rodriguez after he ceased his aggression. Refusals were not documented on handheld video.

Based on the information provided, no further action is warranted by the Manhattan Detention Complex.

If additional information is required, please advise.

AS/ct
MDC- Email/20

c: Hon Pun Chan, Deputy Warden, Security/ Programs

**DEF 007748**