# EXHIBIT G

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

**INJURY TO INMATE REPORT**

Page 1 of 2 Pages | Form: 167R-A | Rev.: 10/3/19 | Ref.: Dir. 4516R-D

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: | Date: | COD/UOF #: | Injury #: |
|---|---|---|---|
| MDC | 8-31-20 | | 7105 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): Rodriquez, Peter

| Location Where Injury Occurred: | Inmate's Housing Area: | NYSID #: | Book & Case/Sentence #: |
|---|---|---|---|
| 3 cell | 9 South | 09839298P | 349 1603090 |

Details: On August 31 2020 at approximately 1815 hrs inmate Rodriquez Peter B/C 349 1603090 NYSID 09839298P created a still fire in his cell #3. Fire was extinguished resulting in a Use of force with DOC staff

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Gibson CAPT 1046
Date: 8-31-20   Time: 1815 Hrs.

Employee: ☐ I (Did) ☑ (Did Not) Witness This Injury.
Employee Full Name (print): McIntosh
Employee Signature: XMc
Rank/Title: C/O
Shield/ID#: 11757

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

Date of Injury: 8/31/20
Reported for Medical Attention: Date 8/31/20 11:34 PM
Inmate Refused Medical Attention: ☑ Yes ☐ No
Visible Injuries: ☐ Yes ☑ No

Nature/Reported Mechanism of Injury: Pt denies injury/pain. Pt further refused medical services. No signs of gross injury

**Medical Staff Must Note Location of Injury:**



**Serious injuries confirmed during initial evaluation** (Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):

☐ Laceration requiring sutures, staples or glue (e.g. dermabond)
☐ Fracture
☐ Clinical Nasal Fracture
☐ Dislocation
☐ Tendon Tear
☐ Amputation
☐ Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
☐ Post-concussive syndrome or head injury requiring imaging such as CT or MRI
☐ Blistering burn involving the face or >9% of total body surface area

☑ NO SERIOUS INJURY
☐ Pending - Requires Further Evaluation

Treatment: None Indicated

Disposition and Transportation Requirements (if applicable):
Please check which apply

☐ Urgicare / X-Ray   ☐ Hospital Transfer: ☐ EMS ☐ Intra-Departmental Transfer
☑ None / Return to Housing Area

Initially Triaged/Treated By/Examined By (Print and Sign Full Name): Christopher Ptem / Christy Estaten, MHS, PA
Date: 8/31/20   Time: 11:34 PM

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

Inmate Signature: Refused   B&C / Sentence #: 349 1603090   Date:
Witnessed By (Signature): [signature]   Rank/Title: C/O   Shield /I.D. #: 11757   Date: 8/31

DEF 000428