# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 20  PM 2: 35

Peter Rodriguez

_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

City of New York
CAPTAIN Gibson, E.S.U officer John Doe
CAPT. Moise ( E.S.U )
C.O Ferrero, E.S.U officer John Doe

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

PeTer                                    Rodriguez

**First Name**          **Middle Initial**          **Last Name**

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491603090

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

MANHATAN DeTenTion Complex

**Current Place of Detention**

125 white STreeT

**Institutional Address**

NY                          NY              10013

**County, City**                          **State**              **Zip Code**

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**    CITY of New york

First Name              Last Name                    Shield #

Government

Current Job Title (or other identifying information)

CITY HALL

Current Work Address

NY                    NY            10007

County, City              State              Zip Code

**Defendant 2:**    Gibson

First Name              Last Name                    Shield #

CAPTAIN

Current Job Title (or other identifying information)

125 white STREET

Current Work Address

NY                    NY            10013

County, City              State              Zip Code

**Defendant 3:**    moise

First Name              Last Name                    Shield #

CAPTAIN ( E.S.u)

Current Job Title (or other identifying information)

15-20 ASTORIA BLVD

Current Work Address

E Elmhurst NY  11370

County, City              State              Zip Code

**Defendant 4:**    ferrero

First Name              Last Name                    Shield #

Correction officer

Current Job Title (or other identifying information)

125 white STREET

Current Work Address

NY                    NY            10013

County, City              State              Zip Code

Page 3

## IV.    DEFENDANT INFORMATION *(Continued)*

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

John _____ Doe _____

First Name    Last Name    Shield #

E.S.U Officer

Current Job Title (or other identifying Information)

75-20 Astoria Blvd

Current Work Address

E. Elmhurst, NY 11370

County, City    State    Zip Code

**Defendant 2:**

John _____ Doe _____

First Name    Last Name    Shield #

E-S-U Officer

Current Job Title (or other identifying Information)

75-20 Astoria Blvd

Current Work Address

E- Elmhurst, NY 11370

County, City    State    Zip Code

**Defendant 3:**

_____

First Name    Last Name    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City    State    Zip Code

**Defendant 4:**

_____

First Name    Last Name    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City    State    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: MANHATTAN DETENTION Complex

Date(s) of occurrence: mondAY AUg 31, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On AUg 31, 2020 There WAS A fire in my Cell
3) Cell. Co ferrero CAMe To put The fire
out But E.S.U officer John DOE #1 (1ASTnAMe
STARTS WITH A "G" - WhiTe mAle) Told C.o ferrero
To "go AWAY, We got This" He Took the
fire hydrant from C.o ferrAro And c Are
hid cAn of MACe To E.S.U officer John DOe #2
(TAll blACK mAle). my Cell WAS opened E.S.U
officer John DOe #1 Then begAn To sprAy me
With The fire extinguisher While E.S.U officer
John DOe #2 sprAyed me WiTh boTh HIS And
E.S.U officer John DOe #1 CAn of MACe. AfTer
that they put Me in CuffS And ToolC 15
minuTes To get me To shower To begin
DeconTAminATion proCeSS. CAPTAin moiSe WAS
in chArge of the E.S.u officers And CAPTAin
GibSon WAS the AreA SuperviSor. for (9South)
Captain Gibson CAme To shower AreA 30r
more hours lATer ~~xxxxxx~~ bribing/coercing
me sTATing "If you reWriTe The Clinic I will give

Page 4

you your properly Back. if not you got
Nothing" she added As in which SADD T. Gibson
SAid, I told her that I have i have Asthma
And I TAKe previod medicATion for it,
and that not only was I imposed to
O.C sprA but Also toxic fumer from
Smoke inhAlATion ~~athering~~ (QR) she
Then sTATed " I (she) gotta do PAper/work that
can't be done (if he) in the clinic with you(me)"
see next

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment,
if any, you required and received.

breathing problems, chest pains, blurry vision
skin/eye burning irritation, Anxiety, GeA
post TrAumatic stress disorder hearing voices
seeing things sleep problems medical care
needed vital signs, Asthma treatment, pain
meds visine for eyes

## VI. **RELIEF**

State briefly what money damages or other relief you want the court to order.

ComPunsATory dAmages relief — 1 million
general dAmages relief — 1 million
actual damages relief — 1 million
future harm dAmages relief — 1 million
punitive dAmages relief — 1 million

Page 5

## V.    STATEMENT OF CLAIM (conTinued)

Place(s) of occurrence: MANhATAN DeTenTion complex

Date(s) of occurrence: Aug 31, 2020

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

I refuSed medicAl ATTenTion in Fear of
reTAliATion and wAs PlACed in The SAme
Cell which wAS STill Filled wiTh Smolce, Fire
DebriS And O.C SprAy I wAS iSSued An
inTrAcTion which WAS lATer DiSmiSSed
All defendAnTS Are in violATion of my
8Th amendmenT righTS SubjecTing me To
Cruel And unusuAl punishmenTS ESU OFFiCerS
John DOe #1 And 2 used excessive for ce
unneceSSAry, for a violATing The federal
nunez SeTTlemenT AgreemenT CapT MoiSe
ESU CApT fAiled To AdequATely Supervise
ESU offiCers John DOe #1 And 2 And CapT
GibSon inTerfered wiTh my medicAl cAre
CiTy of New york iS liAble for Their
fAilure To AdequATely TrAin Supervise
All other defendAnT menTioned Above
No grievance wAS filed becAuse of my
feAr for my life ThreaTened by Above defendAnTS
I am inTimidATed

Page 4

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 11/10/20 | |
| **Dated** | **Plaintiff's Signature** |
| Peter | Rodriquez |
| **First Name**       **Middle Initial** | **Last Name** |
| 125 White Street | |
| **Prison Address** | |
| NY | NY          10013 |
| **County, City** | **State**          **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: 11/11/20

