USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/3/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

        Plaintiff,

-against-

CITY OF NEW YORK et al.,

        Defendants.

20-CV-09840 (JHR) (BCM)

**ORDER TO SUPERINTENDENT REGARDING TELEPHONE CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action is scheduled for a court conference via telephone on **April 8, 2025, at 11:00 a.m.**

    It is hereby **ORDERED** that the Superintendent or other official in charge of Wende Correctional Facility produce plaintiff Peter Rodriguez, Inmate No. 22B2287, on **April 8, 2025**, no later than **10:45 a.m.**, to a suitable location within Wende Correctional Facility equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties must dial (855) 244-8681, and enter the access code 2314 181 4376#.

    Defendants' counsel must: (1) send this Order to the Superintendent immediately; (2) contact Wende Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       March 3, 2025

                                   **SO ORDERED.**

                                   _____
                                   **BARBARA MOSES**
                                   **United States Magistrate Judge**