# Exhibit A



NEW YORK CITY DEPARTMENT OF CORRECTION
Cynthia Brann, Commissioner

Aisha Shannon, Acting Warden
Manhattan Detention Complex
125 White Street
New York, NY 10013
212 • 225 • 1400
Fax 212 • 225 • 1315

**DATE** : October 22, 2020

**TO** : Takhyia Willis, Deputy Director, Investigation Division

**FROM** : Aisha Shannon, Acting Warden, Manhattan Detention Complex

**SUBJECT: FACILITY REFERRAL: U4068/2020**

Pursuant to your request regarding the aforementioned subject matter, the Manhattan Detention Complex is submitting the following response for your review:

The facility conducted a review of the medical wait time following U4068/2020 which occurred in 9 South.

Based on the Incident Report System (IRS), this investigation reveals the following:

At 1815 hours, in Housing Area 9 South (Adult/GP), inmate Rodriguez, Peter B/C 3491603090 NYSID #09839298P started a still fire inside his cell. Officer Galuzevskiy #8957 – ESU retrieved the fire extinguisher to put out the fire, when the inmate stood in front of Officer Galuzevskiy. The officer gave orders to move and the inmate refused to comply. Officer Lewis #8106 – ESU deployed chemical agent (OC) and Officer Williams #11475 – ESU utilized control holds to apply restraints. The inmate ceased his aggression and was escorted out of the area, terminating the incident. Inmate Rodriguez refused to be escorted to the Clinic within the four (4) hour timeframe. Said inmate denied any injuries and refused to be seen in the Clinic as seen on the Injury to Inmate Reports. Inmate Rodriguez is highly aggressive and assaultive towards staff and other inmates. Medical staff noted the following on the injury report "patient denies injury/ pain, patient further refuses medical services." Medical staff seen inmate Rodriguez after he ceased his aggression. Refusals were not documented on handheld video.

Based on the information provided, no further action is warranted by the Manhattan Detention Complex.

If additional information is required, please advise.

AS/ct
MDC- Email/20

c: Hon Pun Chan, Deputy Warden, Security/ Programs

**DEF 007748**

Case 1:20-cv-09840-JHR-BCM   Document 173-1   Filed 06/09/25   Page 3 of 3

 

**NEW YORK CITY DEPARTMENT OF CORRECTION**
**Cynthia Brann, Commissioner**

Sarena Townsend, Esq., Deputy Commissioner
Investigation Division & Trials Division
75-20 Astoria Boulevard – Suite 350
East Elmhurst, NY 11370

Tel 718 • 546 • 0305
Fax 718 • 278 • 6541

Date: September 29, 2020

To: Tatanisha Banks, Warden, Manhattan Detention Complex

From: Takhyia Willis, Deputy Director, Investigation Division

**SUBJECT: FACILITY REFERAL: UOF #4068-2020**

---

The Investigation Division has completed the review for 4068/20. On August 31, 2020 at approximately 1815 hours inside MDC 9 south housing area, Inmate Rodriguez, Peter (BC 3491603090/NYSID 09839298P) started a still fire in his cell #3. ESU staff responded and opened the cell to extinguish the fire. When ESU staff asked inmate Rodriguez to step out of his cell he refused and then began swatting at and advancing toward staff. Officers Lewis, Damien #8106 and Williams, Temir #11475 dispersed their chemical agents toward Inmate Rodriguez to stop his advances. Officer Galuzevsky, Aleksandr #8957 entered the cell and exited with Inmate Rodriguez in an escort hold. Inmate Rodriguez was escorted to the intake with no further incident.

According to Injury to Inmate Report FY21-765, Inmate Rodriguez received delayed medical attention, approximately five hours and sixteen minutes after the incident.

Supervisors must ensure that inmates and staff are afforded prompt medical attention following their involvement in a UOF incidents. As per the new guidelines delineated in Directive 4516 R-B (Injury to Inmate Reports), staff are to ensure medical attention is afforded as soon as practical, but no more than four (4) hours.

The Investigation Division is requesting that the facility address the above mentioned deficiencies to ensure policy compliance. Please submit to this office, within 30 business days of receipt of this memorandum, please report your actions to Tahkyia Willis via email at Tahkyia.willis@doc.nyc.gov

Received: _____

Action Taken: ___None_____

*TS:*
*ID-FR# 0317/20*

**DEF 007749**