# Exhibit B

Page 1

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------------------------------------X
    PETER RODRIGUEZ,
3
                                        PLAINTIFF,
4
5                   -against-      Case No.:
                                   20-cv-9840 (GHW) (BM)
6
7   CITY OF NEW YORK, E.S.U. CAPTAIN MOISE # 1451,
    E.S.U. OFFICER GALUEZVSKIY # 8957, E.S.U. OFFICER
8   TEMIR WILLIAMS # 11475, CORRECTION OFFICER FERRARO # 1805,
    CAPTAIN GIBSON,
9
                                        DEFENDANTS.
10  ------------------------------------------------------------X
11
12                     DATE:  September 14, 2022
13                     TIME:  10:00 A.M.
14
15
16              VIRTUAL DEPOSITION of the Plaintiff,
17  PETER RODRIGUEZ, taken by the Defendants, pursuant to a
18  Court Order and to the Federal Rules of Civil Procedure,
19  held on the above time and date, before Lynda Adam, a
20  Notary Public of the State of New York.
21
22
23
24
25

Page 2

```
 1   A P P E A R A N C E S:

 2

 3   PETER RODRIGUEZ
              Pro Se
 4            Attica Correctional Facility
              639 Exchange Place
 5            Attica, New York 14011
              DIN# 22B2287

 6

 7   HON. SYLVIA O. HINDS-RADIX
     CORPORATION COUNSEL
 8   NEW YORK CITY LAW DEPARTMENT
              Attorneys for the Defendants
 9            100 Church Street
              New York, New York 10007-2601
10            BY:  KATHERINE WEALL, ESQ.
              File #:  2020-045742
11            Control #:  22-2333

12
                           *          *          *
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1            F E D E R A L   S T I P U L A T I O N S

2

3

4        IT IS HEREBY STIPULATED AND AGREED by and between

5    the counsel for the respective parties herein that the

6    sealing, filing and certification of the within deposition

7    be waived; that the original of the deposition may be

8    signed and sworn to by the witness before anyone authorized

9    to administer an oath, with the same effect as if signed

10   before a Judge of the Court; that an unsigned copy of the

11   deposition may be used with the same force and effect as if

12   signed by the witness, 30 days after service of the

13   original & 1 copy of same upon counsel for the witness.

14

15       IT IS FURTHER STIPULATED AND AGREED that all

16   objections except as to form, are reserved to the time of

17   trial.

18

19                    *     *     *     *

20

21

22

23

24

25

RODRIGUEZ

Page 4

1    P E T E R    R O D R I G U E Z, called as a witness, having

2    been first duly sworn by a Notary Public of the State of

3    New York, was examined and testified as follows:

4    EXAMINATION BY

5    MS. WEALL:

6    Q.    Please state your name for the record.

7    A.    Peter Rodriguez, DIN# 22B2287.

8    Q.    What is your current location?

9    A.    Located at Elmira [SIC] Correctional Facility.

10   Q.    Good morning, Mr. Rodriguez.

11   A.    Yes.

12   Q.    My name is Katherine Weall.

13         I represent the defendants in this action you

14   have brought in the United States District Court of the

15   Southern District of New York.

16         The purpose of this deposition is for me to ask

17   you questions about the allegation that the defendant

18   officers used excessive force on you and denied you medical

19   care and harassed you.

20         You understand I will be asking you questions

21   related to these claims in this case, right?

22   A.    Yes, ma'am.

23   Q.    All right.  Now, before we begin the deposition,

24   I'm going to give you some rules for the deposition; the

25   first one and possibly the most important one, I ask that

RODRIGUEZ

Page 5

```
 1   you give verbal responses.
 2           Please do not nod your head or shake your head or
 3   say ah-hah or anything like that.
 4           The court reporter here needs to be able to
 5   transcribe what you say and she cannot write down a head
 6   shake; do you understand?
 7       A.    Yes, ma'am.
 8       Q.    Please keep your voice up and speak clearly so
 9   the court reporter can transcribe the deposition
10   accurately; do you understand?
11       A.    Yes.
12       Q.    If there is any question that I ask that you do
13   not hear, let me know, and I will repeat the question,
14   okay?
15       A.    Yes.
16       Q.    If there is any question that I ask that you do
17   not understand, let me know, and I will try my best to
18   rephrase the question; do you understand?
19       A.    I understand.
20       Q.    Unless you tell me otherwise, I will assume you
21   have understood and heard my question; do you understand
22   that?
23       A.    I do.
24       Q.    All right.  Now, if you don't know the answer to
25   a question, please do not guess, just tell me that you
```

RODRIGUEZ

Page 6

1    don't know, okay?

2        A.      Yes.

3        Q.      All right.  And I only expect to you testify to

4    events that you remember.  If I ask you a question and you

5    don't remember, tell me that you don't remember, okay?

6        A.      Yes.

7        Q.      And please wait for me to finish my questions

8    completely, before you answer, so that the court reporter

9    can transcribe a full question and a full answer; do you

10   understand?

11       A.      Yes.

12       Q.      Do you understand you have taken an oath to tell

13   the truth during this deposition?

14       A.      I understand.

15       Q.      Do you understand that even though we are not in

16   a courtroom, that oath is the same oath you would take as a

17   witness in a courtroom, if this case goes to trial?

18       A.      I understand.

19       Q.      Have you ever testified under oath before?

20       A.      I have.

21       Q.      How many times?

22       A.      I'm not sure how many times.

23       Q.      More than five?

24       A.      Possibly.

25       Q.      More than ten?

RODRIGUEZ

Page 7

1      A.      No.

2      Q.      In what case or cases did you testify under oath?

3      A.      On multiple cases.

4      Q.      Are those civil cases, or criminal cases?

5      A.      Civil cases.

6      Q.      And how many civil cases are we talking about?

7      A.      I'm not sure of the exact number.

8      Q.      When did you bring these cases?

9      A.      Sorry, can you rephrase the question.

10     Q.      When did you bring the cases?

11     A.      What cases are you referring to?

12     Q.      The civil cases in which you testified under

13 oath.

14     A.      I brought those cases on different dates.

15     Q.      Okay.  So starting with Case No. 1, what date did

16 you bring that case?

17     A.      I'm not sure what case you are referring to, but

18 -- are you referring to civil cases?

19     Q.      As we've been discussing so far, I'm talking

20 about the civil cases in which you have testified under

21 oath.

22     A.      So what would you like for me to -- how would you

23 like for me to answer your question?

24     Q.      I would like to know what the cases are and when

25 they were brought.

RODRIGUEZ

Page 8

```
 1      A.      You're saying, what the cases are?

 2      Q.      Yes.

 3      A.      You mean -- like the docket numbers or --

 4      Q.      The name of the case and the docket number.

 5      A.      All right.  So would you like for me to list

 6   them, right now?

 7      Q.      Yes, please.

 8      A.      All right.  I brung [SIC] -- civil case

 9   21-cv-1810.

10      Q.      When did you file that case?

11      A.      I filed it with the court, 3/2/21.

12      Q.      All right.  What is the name of that case?

13      A.      Peter Rodriguez versus the city, et al.

14      Q.      All right.  And then the next case.

15      A.      20-cv-11045.  Peter Rodriguez versus the city, et

16   al.

17      Q.      All right.  When did you bring that case?

18      A.      I filed that case on 12/29/20.

19      Q.      All right.  And in both of those cases have you

20   testified under oath?

21      A.      No.  On only one of those cases that I referred

22   to.

23      Q.      In which case?

24      A.      20-cv11045.

25      Q.      And was that at a deposition, or was it at a
```

Page 9

1    trial?

2        A.    I testified under oath at a deposition.

3        Q.    And when did you do that?

4        A.    10/3/22.

5        Q.    Thank you.  Are there other cases in which you

6    have testified under oath?

7        A.    Yes.

8        Q.    All right.  And what are those cases?

9        A.    I don't have the name of that case, but I

10   testified, it's a matter that another attorney is

11   representing me in.

12       Q.    Is it a civil matter?

13       A.    I'm not sure.

14       Q.    Are you suing someone?

15       A.    Yes.

16       Q.    When did you bring that case?

17       A.    The date of incident was 12/30/21.

18             I don't know when my attorney filed the case and

19   I don't know where he filed it.

20       Q.    Do you have any other civil cases?

21       A.    I do have other civil cases.

22       Q.    Can you give us the names and docket numbers of

23   those cases, please.

24       A.    Sorry, you asked for -- you specifically asked

25   for cases that I was deposed on, right or swore under oath?

RODRIGUEZ

Page 10

1      Q.      Yes.

2      A.      Okay.  So then --

3      Q.      Well, sorry, we were going to get later to civil

4   cases that you have brought; so we may as well do it now

5   while we're talking about it.

6      A.      All right.  So can you rephrase the question,

7   please.

8      Q.      All right.  I would like the names and the docket

9   numbers of the civil cases you have brought.

10             Then you can tell me in which cases you have also

11  testified under oath.

12     A.      The other -- including the other two cases, I

13  have two more cases that I brought myself pro se.

14             The next case 21-cv-1384.  Peter Rodriguez versus

15  te city, et al, and I filed that case on 2/17/21.

16     Q.      All right.  And did you testify under oath in

17  that case?

18     A.      No, I did not.

19     Q.      All right.  What was the next case?

20     A.      This matter that we are currently handling.

21     Q.      All right.  Have you brought any other civil

22  cases at any time?

23     A.      Not that I'm aware of.  Not personally, no.

24             If I hired an attorney and he did it himself?

25             I'm not aware of the details.

RODRIGUEZ

Page 11

1    Q.    All right.  Has anyone ever sued you?

2    A.    No.

3    Q.    Have you ever testified under oath in a criminal

4    matter?

5    A.    No.

6    Q.    Now, if you realize during the deposition that an

7    earlier answer that you gave was inaccurate or incomplete,

8    let me know, and I will gave you a chance to complete it;

9    do you understand that?

10   A.    Yes.

11   Q.    You are also allowed to review the transcript of

12   today's deposition, which I will send to you; after you

13   review it, you can correct any errors that you find in the

14   transcript; do you understand that?

15   A.    Yes.

16   Q.    All right.  However, you need to be aware, if you

17   make changes to the transcript, I will be able to comment

18   on those changes at trial; do you understand?

19   A.    I understand.

20   Q.    Now, if you need to take a break, please let me

21   know.  I only ask that you answer any question that is

22   pending, before we take a break; do you understand that?

23   A.    I understand.

24   Q.    Okay.  Now, Mr. Rodriguez, is English your first

25   language?

Page 12

1      A.      Sorry, can you repeat the question.

2      Q.      Yes.  Is English your first language?

3      A.      That it is.

4      Q.      Do you understand all of the rules of the

5      deposition that we have discussed today?

6      A.      Yes, I do.

7      Q.      All right.  Now, is there any reason at all that

8      you cannot give truthful and complete testimony today?

9      A.      No.

10     Q.      Are you aware of any physical or mental

11     conditions that could interfere with your ability to

12     testify today?

13     A.      No.

14     Q.      Have you taken any medications, either

15     prescription or over-the-counter medications, in the last

16     24 hour period, that could interfere with your ability to

17     testify accurately today?

18     A.      No.

19     Q.      Have you taken any medications, that would affect

20     your ability to recall past events?

21     A.      No.

22     Q.      Have you not taken any medication that you should

23     have taken, that might interfere with your ability to

24     answer questions truthfully and accurately?

25     A.      No.

RODRIGUEZ

```
                                         Page 13

 1      Q.     Now, in the civil cases that we just talked about

 2   that you gave me the docket numbers and names of, has any

 3   of those cases concluded?

 4      A.     No.

 5      Q.     So they are all still active?

 6      A.     Yes.

 7      Q.     Have you ever testified as a witness at trial?

 8      A.     No.

 9      Q.     Are you represented by an attorney at today's

10   deposition?

11      A.     I am not.

12      Q.     Have you reviewed any documents in preparation

13   for your deposition?

14      A.     I have.

15      Q.     And what documents are those?

16      A.     All the documents that were provided to me

17   through you.

18      Q.     So all of our various document productions, you

19   have reviewed?

20      A.     That is correct.

21      Q.     And did those documents refresh your recollection

22   of the incidents underlying this lawsuit?

23      A.     Yes.

24      Q.     Have you discussed this case with anyone, before

25   today's deposition?
```

RODRIGUEZ

                                                            Page 14

1        A.      Sorry, rephrase the question.

2        Q.      All right.  Have you talked with any other person

3    about this case, before today's deposition?

4        A.      No.

5        Q.      In terms of lawsuits that you have brought

6    before, have you ever withdrawn a case after bringing it,

7    without the case being resolved?

8        A.      I have not.

9        Q.      And aside from the lawsuits you have already

10   mentioned, have you ever brought any other actions against

11   the City of New York?

12       A.      Other than the ones that I mentioned, I'm not

13   sure.

14       Q.      And how is it that you are not sure about

15   lawsuits that you have brought?

16       A.      That's because, on the other cases, the lawsuits

17   that I had, I was represented by an attorney who handled

18   all the paperwork, and I did not have any of that

19   paperwork; so I'm not sure if it was against the city or

20   not.

21       Q.      Okay.  And how many of those cases are there in

22   which you were represented by an attorney and you don't

23   have the paperwork?

24       A.      A few.

25       Q.      Have you told us about all of them today, or do

RODRIGUEZ

                                          Page 15

1    you need to add to the list of cases that you gave us

2    previously?

3        A.    I mentioned earlier that I didn't know all of the

4    cases and I don't have the docket numbers and if they were

5    civil cases or not because I was represented by an

6    attorney.  I mentioned that earlier.

7        Q.    All right.  And approximately when would these

8    cases have been brought, if they had been brought?

9        A.    Maybe within the last couple of years or --

10   longer.

11       Q.    Have all of the cases been brought since your

12   arrest?

13       A.    Sorry, rephrase the question?

14       Q.    All right.  Before you were arrested, before your

15   initial arrest in which you wound up incarcerated at Rikers

16   Island, had you ever filed a lawsuit against the City of

17   New York, before that?

18       A.    I'm not sure.

19       Q.    And how are you not sure whether you have ever

20   brought other lawsuits against the City of New York?

21       A.    Because the other matters, I was represented in

22   them; so I didn't file any of the paperwork, so --

23   (Indicating.)  I'm not sure who the attorneys filed suit

24   against.

25       Q.    And were those cases brought, before you became

RODRIGUEZ

Page 16

1  an inmate?

2      A.      No.

3      Q.      Okay.  Have you ever been compensated for any

4  claim that you brought against the City of New York?

5      A.      Yes.

6      Q.      In which case was that?

7      A.      I don't know the name of the case.

8              I was represented by an attorney Matthew B.

9  Waller was my attorney, so I don't know the date it was

10  filed nor do I know if it was against the city or --

11  (Indicating.)

12              But I believe it was against the city, to the

13  best of my knowledge; but I don't know the dates and I

14  don't know when it was filed or where it was filed in what

15  court.

16      Q.      Do you know approximately when it was resolved?

17      A.      2020.

18      Q.      And was it resolved by settlement?

19      A.      That, it was.

20      Q.      And how much money did you receive for that

21  settlement?

22      A.      $1500.

23      Q.      And what was your injury in that case?

24      A.      I was slashed on Rikers Island.

25      Q.      And approximately when did that incident take

RODRIGUEZ

```
                                            Page 17
 1   place?

 2       A.     I can't recall.

 3       Q.     Have you ever been compensated for any other

 4   claim that you brought against the City of New York?

 5       A.     No, to the best of my knowledge.

 6       Q.     Have you ever been known by any other name, other

 7   than Peter Rodriguez?

 8       A.     No.

 9       Q.     Do you have a middle name?

10       A.     Sorry, can you repeat the question.

11       Q.     Do you have a middle name?

12       A.     I do have a middle name.

13       Q.     All right.  And what is your middle name?

14       A.     Luis, L-U-I-S.

15       Q.     Have you ever been known by any nicknames?

16       A.     No.

17       Q.     What is your date of birth?

18       A.     XX-XX-1990.

19       Q.     And what is your Social Security number?

20              MS. WEALL:  And we will only record the last

21          four digits of the Social Security number.

22       A.     XXX-XX-6493.

23       Q.     Have you ever used another Social Security

24   number?

25       A.     No.
```

RODRIGUEZ

Page 18

| | | |
|---|---|---|
| 1 | Q. | Where were you born? |
| 2 | A. | Staten Island, New York. |
| 3 | Q. | What is your current marital status? |
| 4 | A. | Married. |
| 5 | Q. | How many times have you been married? |
| 6 | A. | Once; this is my only time. |
| 7 | Q. | Sorry? |
| 8 | A. | This is my only time. |
| 9 | Q. | Sorry, I did not mean to cut you off. |
| 10 | A. | I've only been married once; this is my only |
| 11 | time. | |
| 12 | Q. | When did you get married? |
| 13 | A. | 2/21/14.  2014. |
| 14 | Q. | And what is the name of your spouse? |
| 15 | A. | Karen Capote, K-A-R-E-N  C-A-P-O-T-E. |
| 16 | Q. | And where does she live? |
| 17 | A. | I don't know her address. |
| 18 | Q. | Are you in touch with her at all? |
| 19 | A. | Sparingly. |
| 20 | Q. | When you say, sparingly, approximately how many |
| 21 | times a month are you in touch with her? | |
| 22 | A. | Sometimes none. |
| 23 | Q. | Approximately how many times a year are you in |
| 24 | touch with her? | |
| 25 | A. | Couple of times throughout the year. |

RODRIGUEZ

Page 19

1    Q.    Do you have any children?

2    A.    I do.

3    Q.    How many children do you have?

4    A.    I have two children.

5    Q.    And how old are your children?

6    A.    I have a seven year old and I have a nine year

7  old.

8    Q.    And are they sons, or daughters?

9    A.    Boys, both boys.

10    Q.    Did you graduate from high school?

11    A.    Yes, I did.

12    Q.    All right.  And when did you graduate from high

13  school?

14    A.    I believe it was either 2019 or 2020 -- sorry --

15  either 2009 or 2010.

16    Q.    All right.  And which high school did you go to?

17    A.    C.U.N.Y. Preparatory High School.

18    Q.    And where is that located?

19    A.    White Plains Road, Bronx, New York.

20    Q.    Have you ever attended college?

21    A.    I have.

22    Q.    When did you attend college?

23    A.    I attended college, 2014, between the months of

24  August and September.

25    Q.    And what college did you attend?

RODRIGUEZ

```
                                                  Page 20
 1      A.      Technical Career Institute.

 2              32nd Street, New York, New York.

 3      Q.      And did you have a major while you were there?

 4      A.      That, I did.

 5      Q.      What was your major?

 6      A.      Automotive technology.

 7      Q.      Did you receive any credentials from that school?

 8      A.      No, school was ultimately closed.

 9      Q.      Have you received any other training or

10   education?

11      A.      No.

12      Q.      Did you ever serve in the military?

13      A.      No.

14      Q.      Have you ever had a job?

15      A.      Yes.

16      Q.      Okay.  What was the last job that you held?

17      A.      I was the regional distributor for Original

18   Fronto Leaf which is a tobacco company.

19      Q.      And when was that?

20      A.      Sorry?

21      Q.      When was that?

22      A.      Rephrase the question.

23      Q.      When did you hold that job?

24      A.      Between the years of 2014 and 2015.

25      Q.      And why did you leave that job?
```

RODRIGUEZ

Page 21

```
 1     A.     Because I was incarcerated.
 2     Q.     What was your salary when you had that job?
 3     A.     I didn't have a salary.
 4     Q.     What was your hourly pay at that job?
 5     A.     I got paid by commission.
 6     Q.     Approximately how much did you earn in commission
 7   in 2014?
 8     A.     I'm not sure.
 9     Q.     What about in 2015?
10     A.     I'm not sure.
11     Q.     Did you have a job before that job?
12     A.     Yes.
13     Q.     What job was that?
14     A.     I worked at Mighty Taco on Chippewa Street in
15   Buffalo, New York.
16     Q.     And when did you live there?
17     A.     I lived in Buffalo --
18     Q.     Sorry, sorry.  When did you work there?
19            I'm correcting myself.
20     A.     I'm not sure of the date.
21     Q.     Do you know approximately how long you worked
22   there?
23     A.     I worked there for over a month.
24     Q.     Why did you leave that job?
25     A.     I relocated.
```

```
                                        Page 22

 1      Q.      You relocated from Buffalo to where?

 2      A.      New York City.

 3      Q.      And have you had any other jobs?

 4      A.      I do not remember.

 5      Q.      Have you ever claimed unemployment benefits?

 6      A.      No.

 7      Q.      Have you ever received public assistance?

 8      A.      Yes.

 9      Q.      When was that?

10      A.      I don't remember.

11      Q.      And in what form did you receive Public

12   Assistance?

13      A.      I don't understand the question.

14      Q.      For example, you could have received Medicaid,

15   you could have received Food Stamps, you could have

16   received Section 8 Housing vouchers; what form did your

17   Public Assistance take?

18      A.      Cash assistance, Food Stamps, medical insurance.

19      Q.      So would that have been Medicaid?

20      A.      Possibly.

21      Q.      And over what period of time did you receive

22   Public Assistance?

23      A.      I don't remember.

24      Q.      Now, where are you currently incarcerated?

25      A.      I'm currently incarcerated in Attica Correctional
```

RODRIGUEZ

Page 23

```
1    Facility.
2         Q.     How long have you been there?
3         A.     I've been at Attica Correctional Facility, since
4    August 18th.
5         Q.     And before August 18th, where were you
6    incarcerated?
7         A.     Elmira Correctional Facility.
8         Q.     And how long were you incarcerated at Elmira?
9         A.     For about two-and-a-half months.
10        Q.     All right.  And where were you incarcerated,
11   before you were incarcerated at Elmira?
12        A.     Rikers Island.
13        Q.     Which facility on Rikers Island?
14        A.     North Infirmary Command.
15        Q.     And how long were you incarcerated at the North
16   Infirmary Command?
17        A.     I'm not sure.
18        Q.     How long were you in New York City Department of
19   Corrections custody?
20        A.     Six-and-a-half years.
21        Q.     What was the date of your arrest?
22        A.     March 10, 2016.
23        Q.     Now --
24        A.     I would like to go back on a question.
25        Q.     Yes?
```

RODRIGUEZ

Page 24

1    A.    Basically you asked me a question on when was the

2    last time I was deposed or did a deposition or swore under

3    oath?

4    Q.    Yes.

5    A.    And I told you that the case number was

6    20-cv-11045.  I told you that the date was 10/3/22.

7          After reviewing my documents, I would like to

8    change the date that I actually had that deposition which

9    was actually September 3, 2022 -- sorry -- August 3, 2022.

10   Q.    Okay.  So just over a month ago?

11   A.    Yes.  Because I said, 10/3/22, but, actually, I

12   had said the number wrong; so I just wanted to go back on

13   that question and re-answer the question properly.

14   Q.    Okay.

15   A.    So it was August 3, 2022 that I had -- that I

16   last sworn under oath to do a deposition which was for

17   20-cv-11045.

18   Q.    And had you ever been deposed before that?

19   A.    I have been deposed before that.

20   Q.    And approximately when was that?

21   A.    10/28/21.  And that was the same matter that I

22   just discussed 20-cv-11045.

23   Q.    So were you deposed twice in that case?

24   A.    That, I was.

25   Q.    All right.  Have you ever been convicted of a

RODRIGUEZ

Page 25

1   crime?

2       A.      Yes.

3       Q.      How many times?

4       A.      Three times.

5       Q.      What was the first crime you were convicted for?

6       A.      The first time I was convicted -- I'm not sure of

7   the year -- it could have been 2014 or 2013 -- and I was

8   convicted of petty larceny.

9       Q.      All right.  Did you serve any time in connection

10  with that conviction?

11      A.      Yes, I served 30 days county time.

12      Q.      All right.  And what about the second crime that

13  you were convicted of, when was that?

14      A.      The second crime that I was convicted of, I'm not

15  sure if it was 2013 or 2014; I was convicted of battery in

16  Volusia County in Florida, and I served 30 days.

17      Q.      You said there was a third crime; what was that

18  crime and when were you convicted of it?

19      A.      The third crime I was convicted of was

20  kidnapping, and I was convicted of that in April of this

21  year.

22      Q.      And what sentence did you receive for that?

23      A.      I received nine years.

24      Q.      Have you ever been arrested for a crime for which

25  you have not been convicted?

RODRIGUEZ

Page 26

1     A.      Yes.

2     Q.      And what was that crime?

3     A.      Can you rephrase the question, please.

4     Q.      You testified that you have been arrested for a

5  crime that you have not been convicted of, and I would like

6  to know, what that crime was?

7     A.      I want to object to the question.

8     Q.      Okay.  You can object, but you still have to

9  answer.

10    A.      I want to object because it assumes facts not in

11 evidence.

12    Q.      That's not a proper objection at a deposition.

13 And you do have to answer the question.

14    A.      Well, I'm going to say it's -- a proper objection

15 would be immaterial, right?

16    Q.      No, only to form is a proper objection at a

17 deposition.  You're thinking of objections at trial.

18    A.      Well, under Rule 32(B) 3(A) that is basically a

19 proper objection.

20    Q.      It's not.  But in any event you have to answer

21 the question.  All an objection does is preserve the

22 objection for the record.

23    A.      Yes, so can you rephrase the question again.

24    Q.      Okay.  How many times have you been arrested?

25    A.      I'm not sure.

RODRIGUEZ

Page 27

1    Q.      Were you arrested in 2016?

2    A.      Yes, I was.

3    Q.      What was the crime you were arrested for in 2016?

4    A.      I was arrested for the crime of murder in the

5    second.

6    Q.      Have you been convicted of that crime?

7    A.      I have not.

8    Q.      Are you still awaiting trial for that crime?

9    A.      That, I am.

10   Q.      Have you ever been arrested for any other crimes,

11   that we have not yet discussed today?

12   A.      I have not.

13   Q.      You said earlier that you were arrested for a

14   crime in Florida; how long did you live in Florida?

15   A.      I'm not sure.

16   Q.      Approximately what year to what year?

17   A.      I do not recall.

18   Q.      Besides Florida and New York, have you ever lived

19   in any other states?

20   A.      No.

21   Q.      Have you ever been on parole?

22   A.      No.

23   Q.      Besides the murder charges that we have already

24   discussed, are you currently charged with any crimes?

25   A.      To the best of my knowledge, no.

Page 28

1     Q.      Do you have a trial date for your murder charge?

2     A.      I do not.

3     Q.      Have you been charged with any crimes, since you

4  have been incarcerated?

5     A.      Can you rephrase the question.

6     Q.      Since you have been in custody, have you been

7  charged with any crimes?

8     A.      I object.  That question is repetition.

9     Q.      It's not.

10    A.      Yes, you -- basically, you asked me if I had been

11 convicted and uncharged of any crimes.

12            I told you my convictions and my crimes that I

13 have been charged with.

14    Q.      I asked if you have been convicted.

15            I had not asked about charges.

16            I'm asking about charges now.

17    A.      You asked me if I was convicted or charged with

18 any crimes during my incarceration and prior to my

19 incarceration, I answered.

20    Q.      I asked about convictions.

21            I'm now asking about charges.

22    A.      Okay.  Can we request from the reporter to read

23 that back, please, and review.

24    Q.      Okay, let's do that.

25            MS. WEALL:  Read that back, please.

RODRIGUEZ

Page 29

1              (Whereupon, the referred to questions and
2         answers were read back by the Reporter.)
3    Q.    So, sir, can you answer the question, please,
4    Mr. Rodriguez?
5    A.    Can you repeat the question, please.
6    Q.    Have you been charged with any crimes, since you
7    have been incarcerated?
8    A.    I've only been charged with the crime that I've
9    been convicted of.
10   Q.    And is that the kidnapping charge?
11   A.    Yes.
12   Q.    Were any other charges brought against you, in
13   relation to that crime that you were not convicted of?
14   A.    Yes.
15   Q.    And what were those charges?
16   A.    I do not have the charges in front of me, so I
17   don't know.
18   Q.    Have you had any infractions since you have been
19   incarcerated?
20   A.    Yes.
21   Q.    How many infractions have you had?
22   A.    I do not know.
23   Q.    More than 10?
24   A.    Yes.
25   Q.    More than 20?

RODRIGUEZ

Page 30

```
 1      A.      Yes.

 2      Q.      More than 30?

 3      A.      Yes.

 4      Q.      More than 40?

 5      A.      Yes.

 6      Q.      More than 50?

 7      A.      Yes.

 8      Q.      More than 60?

 9      A.      I do not know.

10      Q.      Okay.  What was the most serious infraction that

11   you received?

12      A.      Sorry, can you rephrase the question.

13      Q.      Okay.  Infractions vary in their seriousness.

14   What was the most serious infraction for which you were

15   infracted?

16      A.      I do not know.

17      Q.      Have you ever been infracted for setting a fire

18   in your cell?

19      A.      I do not know.  I don't have my disciplinary

20   record in front of me, so I'm not sure.

21      Q.      I think you would remember if you had ever been

22   infracted for setting a fire in your cell or not.

23      A.      Sorry, I did not hear a question.

24      Q.      Have you ever set a fire in your cell before?

25      A.      I'm not sure.
```

RODRIGUEZ

```
                                            Page 31

 1      Q.      That's a yes or no question.

 2      A.      (No response.)

 3      Q.      Could you answer that with a yes or no, please.

 4      A.      I do not recall.

 5      Q.      Do you use any illegal drugs?

 6      A.      I do not.

 7      Q.      Do you drink alcohol?

 8      A.      I do not.

 9      Q.      I would like to turn your attention to the first

10  incident that forms the basis of this lawsuit; and that is

11  the date that you claim a fire started in your cell.

12  Did you start that fire in your cell?

13      A.      No.

14      Q.      How did that fire start?

15      A.      I'm not sure.

16      Q.      Where in the cell did the fire occur?

17      A.      By the door.

18      Q.      Was there an electrical outlet there?

19      A.      Yes.

20      Q.      Was it the electrical outlet that caught fire?

21      A.      I'm not sure.

22      Q.      What item in the cell caught fire?

23      A.      I do not recall.

24      Q.      Were you in the cell at the time?

25      A.      Yes.
```

Page 32

1     Q.     When did you notice the fire?

2     A.     Can you rephrase the question, please.

3     Q.     At some point did you notice there was a fire in

4     your cell?

5     A.     No.

6     Q.     So how do you know there was a fire in your cell,

7     if you never noticed it?

8     A.     Sorry, I never stated that I noticed a fire in my

9     cell.  I don't understand the question.

10    Q.     Okay.  You stated there was a fire in your cell;

11    is that correct?

12    A.     Yes, there was.

13    Q.     Okay.  At some point, did you notice that there

14    was a fire in your cell?

15    A.     Can we go back on the first question you asked

16    me.  If you noticed the -- can we go back on the

17    question -- I want to review the question, please.

18    I don't know about my answer on that question.

19           I would like to have the reporter, if possible,

20    to start from when you said that you wanted to talk about

21    the initial part of the complaint, why the complaint

22    started.

23    Q.     So the question was; I would like to turn your

24    attention to the first incident that forms the basis of

25    this complaint; that was the beginning.

RODRIGUEZ

Page 33

1    A.    Yes, I want the reporter --

2    Q.    I'm giving her the reference point.

3    A.    Thank you.

4          (Whereupon, the referred to questions and

5          answers were read back by the Reporter.)

6    A.    All right.  Thank you.

7    Q.    Okay.  So I will repeat my question.

8          At what point did you notice there was a fire in

9    your cell?

10   A.    I noticed there was a fire in my cell, when

11   Defendant Ferraro was knocking on the cell door.

12   Q.    Was there smoke in your cell at that time?

13   A.    Yes.

14   Q.    Did you notice the smoke in your cell?

15   A.    Yes, I was awoken.  I was awoken when --

16   Defendant Ferraro knocked -- was knocking on the cell door.

17   Q.    Is it your testimony that until Officer Ferraro

18   knocked on the door, you were asleep in your cell?

19   A.    Sorry, can you rephrase the question.

20   Q.    Is it your testimony today that until Officer

21   Ferraro knocked on your door on the date of this fire, you

22   were asleep in your cell?

23   A.    No.

24   Q.    Were you awake in your cell, when Defendant

25   Ferraro knocked on the door?

RODRIGUEZ

Page 34

1      A.      Yes.

2      Q.      Did you notice smoke in your cell, before

3   Defendant Ferraro knocked on the door?

4      A.      Yes.

5      Q.      Did you call for help, when you noticed the smoke

6   in your cell?

7      A.      I don't recall.

8      Q.      Was there a smoke alarm that went off, as a

9   result of the smoke in your cell?

10     A.      No.

11     Q.      What date did this incident occur on?

12     A.      8/31/20.

13     Q.      What day of the week was that?

14     A.      Monday.

15     Q.      And at what time did the incident occur?

16     A.      Approximately -- approximately 1800 hours.

17     Q.      What facility did this incident occur in?

18     A.      Manhattan Detention Center Complex.  Manhattan

19   Detention Complex, 125 White Street.

20     Q.      How long had you been living at M.D.C., prior to

21   this incident occurring?

22     A.      I'm not sure.

23     Q.      Was it more than one month?

24     A.      I'm not sure.

25     Q.      More than one week?

RODRIGUEZ

Page 35

1    A.    Yes.

2    Q.    More than two weeks?

3    A.    I'm not sure when I arrived at Manhattan

4    Detention Complex.

5    Q.    Where were you housed at Manhattan Detention

6    Complex?

7    A.    Housing Unit 9 South.

8    Q.    And what type of housing unit is 9 South?

9    A.    I don't understand the question.

10   Q.    Is Unit 9 South enhanced security housing?

11   A.    I'm not sure what is that?

12         You said -- sorry, can you repeat the question --

13   enhanced what?

14   Q.    Is Unit 9 South enhanced security housing?

15   A.    Yes.

16   Q.    What were you doing when you first noticed that

17   there was smoke in your cell?

18   A.    I was standing by the door, the cell door,

19   waiting for the instructions by the officers.

20   Q.    Were the officers already at the door, when you

21   first noticed the smoke?

22   A.    Yes, all the defendants -- not all of the

23   defendants -- but most of the defendants were at the door,

24   yes.

25   Q.    Did you try to put the fire out, yourself?

RODRIGUEZ

Page 36

1     A.      By the time the defendants arrived, the fire was
2   already out.
3     Q.      So did you put out the fire yourself?
4     A.      Yes.
5     Q.      Okay.   How did you put it out?
6     A.      I threw water on it.
7     Q.      Did you have a radio in your cell at the time of
8   the fire?
9     A.      I do not recall.
10    Q.      Did you have batteries of any kind in your cell,
11  at the time of the fire?
12    A.      I do not recall.
13    Q.      How many officers responded to your cell, as a
14  result of the fire?
15    A.      I would like -- to re-answer the last question
16  that you asked me.
17    Q.      Okay?
18    A.      Can you re-ask me, please.
19            MS. WEALL:   Please read the question back.
20            (Whereupon, the referred to question was
21        read back by the Reporter.)
22            THE WITNESS:   Thank you.
23    A.      I want to re-answer the question.
24            I did not have no [SIC] radio in my cell and I
25  did not have no [SIC] batteries because all of my property

1     was taken out of the cell; the only thing I had in the cell
2     was a mattress.
3          Q.     When were your possessions taken out of the cell?
4          A.     Between 10:00 -- between 9:00 and 10:00 a.m. that
5     same day.
6          Q.     And why were your possessions taken out of your
7     cell?
8          A.     I do not recall.
9          Q.     Was it because of an infraction that you
10    received?
11         A.     I do not recall.
12         Q.     Now, you said that officers responded to your
13    cell, as a result of the fire; is that correct?
14         A.     Yes, the defendants, yes.
15         Q.     How many officers responded?
16         A.     I'm not sure of the exact number.
17         Q.     Okay.  What are the names of the officers that
18    responded?
19         A.     Is your question, initially?
20                Or -- who initially?
21         Q.     We are talking about initially; when the officers
22    came to the door, who came to the door?
23         A.     Okay.  Initially Defendant Ferraro, Defendant
24    Galuzevskiy, Defendant Williams, Defendant Moise, along
25    with other officers.

Page 38

1    Q.      How many other officers were there?

2    A.      Between four and six other officers.

3    Q.      Did you say anything to the officers?

4    A.      What time are you referring to?

5    Q.      When they came to your cell.

6    A.      When they initially came up to my cell?

7    Q.      Yes.

8    A.      Or when they opened up the cell?

9    Q.      When they initially came to your cell; that's

10   what we are talking about now, did you say anything to

11   them?

12   A.      I do not recall if I said anything.

13   Q.      Did the officers say anything to you?

14   A.      No, they said something to each other.

15   Q.      What did they say to each other?

16   A.      Defendant -- Defendant Galuezuskiy told Defendant

17   Ferraro that, we got this, you can leave, we will take care

18   of him.

19   Q.      Did they say anything else to each other?

20   A.      I do not recall.

21   Q.      All right.  Now, did the officers open the door

22   to your cell at any time?

23   A.      Yes.

24   Q.      When the officers opened the door to your cell,

25   did you say anything to the officers?

Page 39

1      A.      Yes, I pleaded with Defendant Galuezuskiy to stop

2   spraying me in the face with the fire extinguisher.

3      Q.      We are talking about when the door initially

4   opened, did you say anything to the officers?

5      A.      No.  But when the door initially opened,

6   Defendant Galuzevskiy was spraying the fire extinguisher

7   inside, when the fire was already out.

8              And what I stated to -- when the door opened,

9   while he was spraying me in the face with the fire

10  extinguisher, I pleaded with him to stop spraying me in the

11  face with the fire extinguisher.

12             There was no fire.  There still was no fire in

13  the cell.

14     Q.      Was there still smoke in cell at that time?

15     A.      Yes.

16     Q.      Did the officers give you any orders?

17     A.      Nope.

18     Q.      Did the officers say anything to you?

19     A.      Nope they told -- Defendant Galuezuskiy and

20  Defendant Williams -- Defendant Galuezuskiy told Defendant

21  Williams to, get me; like, get him, get him.

22     Q.      Did you approach any of the officers, when they

23  came to your cell?

24     A.      I had my hands directly in the air, in surrender

25  mode, with both of my palms facing them, and I started to

RODRIGUEZ

Page 40

1  walk towards them, to get out of the smoke -- to get away

2  from the smoke-filled cell.

3      Q.     So if the cell was smoke filled, how would the

4  officers have known that the fire was out?

5      A.     The cell was -- had smoke inside of it, but it

6  wasn't smoke filled to the point where I wasn't visible.

7      Q.     But there was still smoke in the cell; is that

8  correct?

9      A.     A little bit -- yeah, the smoke filled the cell,

10 but not black smoke where you could not visibly see in the

11 cell.  You could see perfectly fine into the cell.

12     Q.     Did you threaten the officers, when they came

13 into your cell?

14     A.     No.

15     Q.     Did you threaten other inmates, when the officers

16 came into your cell?

17     A.     No.

18     Q.     Did any of the officers attempt to put out the

19 fire?

20     A.     There wasn't a fire to put out.

21     Q.     But you said one of the officers was using a fire

22 extinguisher; is that correct?

23     A.     Yes, as a weapon.

24     Q.     What were the other officers doing, when the

25 officer was using the fire extinguisher?

RODRIGUEZ

Page 41

1      A.      The other officers were standing around, not
2  doing anything, while Defendant Galuezuskiy was spraying me
3  in my face with the fire extinguisher.
4              I put my hands up in the air, I started to walk
5  towards the door, and that's when Defendant Williams, along
6  with another officer, both sprayed me with OC.
7      Q.      At this time, did any of the officers give you
8  orders?
9      A.      No.
10     Q.      Did they tell you to stop moving towards them?
11     A.      No.
12     Q.      Were you ordered to leave your cell?
13     A.      No.
14     Q.      Was the fire extinguisher water based or chemical
15  based?
16     A.      Sorry, I don't understand the question.
17     Q.      Well, there are different types of fire
18  extinguishers; some use water, some use chemicals, which
19  type of fire extinguisher was this?
20     A.      Water.
21     Q.      And which of the officers sprayed you with pepper
22  spray?
23     A.      Two officers spayed me at the same time,
24  including Defendant Williams.
25     Q.      Had you refused to obey an order, prior to being

RODRIGUEZ

Page 42

```
 1    sprayed with pepper spray?
 2         A.      No.
 3         Q.      Had you threatened --
 4         A.      Sorry, there were not any orders given to me.
 5         Q.      All right.  Had you threatened an officer prior
 6    to being sprayed with the OC spray?
 7         A.      No.
 8         Q.      Had you refused to leave your cell?
 9         A.      No.
10         Q.      Had you interfered with the officers putting out
11    the fire in your cell?
12         A.      There was no fire in the cell.
13         Q.      Had you interfered with the officers
14    investigating whether there was a fire in your cell?
15         A.      No.
16         Q.      Were you eventually handcuffed?
17         A.      I was handcuffed -- I was rear cuffed, which I
18    was not supposed to be, and, yes, I was rear cuffed, yes,
19    after getting -- after the defendants released excessive
20    force on me.
21         Q.      Where were you, when you were handcuffed?
22         A.      I was inside the cell.
23         Q.      Had you resisted being handcuffed, prior to being
24    sprayed with pepper spray?
25         A.      No.
```

RODRIGUEZ

Page 43

1     Q.      What was your demeanor when the officers

2  attempted to handcuff you?

3     A.      Compliant.

4     Q.      Which officer handcuffed you?

5     A.      Defendant Galuezuskiy.

6     Q.      Did you ever tell Officer Galuezuskiy that you

7  were not supposed to be rear cuffed?

8     A.      The Department of Corrections was provided and

9  the E.S.U. team requested a contraindications; basically

10  asking what type of cuffing procedures are allowed.

11          They requested that from medical and they were

12  provided of that.  But it's not my job to basically tell

13  the officer what to do.

14          But they definitely -- the Department of

15  Corrections and the E.S.U., who basically was [SIC] all the

16  people who responded, all the defendants who responded,

17  were provided with contraindications to rear cuffing me

18  prior to this incident.

19     Q.      It's your testimony you did not personally tell

20  the officer that you were not supposed to be rear cuffed;

21  is that correct?

22     A.      Repeat the question, please.

23     Q.      It is your testimony, you did not personally tell

24  the officer that you were not supposed to be rear cuffed;

25  is that correct?

Page 44

1      A.      I do not recall if I told him that or not.

2      Q.      Were you eventually removed from your cell?

3      A.      Yes.

4      Q.      Were you taken somewhere else, after you were

5  removed from your cell?

6      A.      Yes.

7      Q.      Where were you taken?

8      A.      I was taken to an area outside of the housing

9  area, and left on the wall to burn.

10      Q.      Who took you outside of your cell, to the wall?

11      A.      The defendants in question.

12      Q.      Which one of the defendants?

13      A.      I believe it was Defendant Galuezuskiy.

14      Q.      So there was only one officer; is that correct?

15      A.      No, there were multiple officers.

16      Q.      All right.  Who were the other officers?

17      A.      Defendant Williams, Defendant Moise, among other

18  officers who were in the area.

19      Q.      Did they say anything to you, when they were

20  moving you from your cell to that area near the wall?

21      A.      You are asking me if I said anything to them?

22  Or them to me?

23      Q.      No.  Did they say anything to you?

24      A.      In that particular area?

25      Q.      While they were moving you from your cell to the

Page 45

1   area near the wall that you described, did they say

2   anything to you?

3        A.      I don't recall.

4        Q.      Did you say anything to them?

5        A.      Yes.

6        Q.      What did you say?

7        A.      I asked them, when will I be decontaminated?

8                And, in response to that, I was told to, shut up,

9   and they tightened the cuffs more.

10       Q.      Did you request any medical treatment at any

11  point?

12       A.      While I was escorted to the decontamination pen,

13  I was threatened by the officers, I'm not sure which

14  officer it was, or if it was one of the defendants, but it

15  had to be an officer, because there's nobody else escorting

16  me but the officers as well as the defendants, and I was

17  told to deny medical, or else.

18       Q.      Did you ever request medical attention?

19       A.      Yes, I requested medical attention while I was

20  decontaminating.  And I was -- Defendant Gibson was in

21  charge of providing me medical attention, she did not

22  provide me medical attention for over five hours.  I was

23  left in the decontamination shower for over five hours.

24               And, because of it, the investigation, they gave

25  a facility referral.  Because I was supposed to be provided

Page 46

1    medication attention quicker.

2        Q.     When you say Defendant Gibson was responsible for

3    giving you medical attention, is she a medical

4    professional?

5        A.     She is responsible for providing medical

6    attention.

7        Q.     What do you mean by that?

8        A.     She was the area supervisor; so the area

9    supervisor is in charge if there's an injury, the area

10   supervisor is in charge and basically responsible for

11   providing adequate medical care.

12       Q.     But when you say, providing medical care, it

13   sounds like you were referring to a doctor or a nurse; was

14   this officer responsible for actually tending to your

15   physical injuries?

16       A.     The officer -- sorry, the captain, captain --

17   Defendant Gibson, was in charge of making sure that I am

18   provided medical care; that's her responsibility.

19       Q.     Were you taken to the clinic?

20       A.     I was taken to the clinic, after more than five

21   hours.

22       Q.     And what were your specific medical complaints?

23       A.     I was told by Defendant Gibson, that if I -- if I

24   deny [SIC] -- if I denied [SIC] medical care, I would be

25   provided my property back.

RODRIGUEZ

1          And she reminded me of -- no, no -- sorry -- she
2     said that if I don't deny medical care, I would not be
3     given my property back.
4          And after the threats from the other defendants
5     earlier, when they brung [SIC] me to the -- to the
6     decontamination pen, when they stated that -- deny medical,
7     or else, I basically went to clinic, and I never saw the
8     doctor, I never signed any refusal form.  Defendant Gibson
9     went up to the doctor and told the doctor that I'm okay.
10         Q.     Did you verbally refuse medical care at any
11    point?
12         A.     Yes, I told the doctor that I was okay.
13         Q.     Okay.
14         A.     I never -- I never refused medical; all I told
15    the doctor was, that I was okay.  He never asked me if I
16    wanted to be provided medical attention.
17         And, basically, Defendant Gibson coached him into
18    how to fill out the forms or whatever process they must do.
19         Q.     Which officer escorted you to the clinic?
20         A.     I was escorted by Defendant Gibson.
21         Q.     And did Captain Gibson stay with you while you
22    were being treated?
23         A.     Like I stated, I was never treated nor did I sign
24    any --
25         Q.     Did she stay with you while you were at the

```
                                                      Page 48
 1   clinic?

 2        A.      Yes.

 3        Q.      Okay.

 4        A.      I wasn't in the clinic very long.

 5                I was in the clinic for about 30 seconds.

 6        Q.      Was this the first time a fire had ever broken

 7   out in your cell?

 8        A.      I do not recall.

 9        Q.      How many times in total has a fire broken out in

10   your cell?

11        A.      I don't remember.

12        Q.      More than once?

13        A.      I don't remember.

14        Q.      In the 24 hours before the fire, did you consume

15   any alcohol?

16        A.      Sorry?  Can you rephrase the question and be

17   specific, please.

18        Q.      It's a very specific question.

19                In the 24 hours before the fire in your cell, on

20   the date of this incident, did you drink any alcohol?

21        A.      I do not recall.

22        Q.      Did you take any drugs, in the 24 hours before

23   the fire?

24        A.      I do not recall.

25        Q.      As of August 31, 2020, were you taking any
```

Page 49

```
1    medications that affected your memory?

2       A.    I don't remember if I was on my medications.

3       Q.    As of August 31, 2020, did you have any kind of

4    condition that affected your memory?

5       A.    Can you rephrase the question.

6       Q.    As of August 31, 2020, did you have any kind of

7    illness that affected your memory?

8       A.    I do not recall.

9       Q.    Where were you taken, after you were taken to the

10   clinic?

11      A.    I was escorted by Defendant Gibson to the same

12   exact cell that I was in which was still -- had smoke

13   remnants in it, OC spray all over, and I was never -- the

14   cell was never cleaned or decontaminated.

15            And I was basically given my property as a gift

16   for not -- I guess not being able to be provided medical.

17            I was never given any cleaning supplies to clean

18   up the cell or the walls or anything, and it was still

19   filled with smoke.

20      Q.    Did you have any injuries as a result of the

21   events that you have just described?

22      A.    Can you be specific on what type of injuries are

23   you referring to?

24      Q.    Any injuries.

25      A.    I had multiple injuries.
```

RODRIGUEZ

Page 50

1      Q.      Could you tell us what those injuries were.

2      A.      I had complications and agitation of my diagnosed

3   asthma condition.  I had numbness of my wrists.  And pain

4   in my body.  Shoulder pain as well.  I had pain in my eyes.

5   I had reduced vision, as well as fuzzy vision.  Nightmares.

6   Anxiety.  Depression.  Insomnia.  PTSD.

7      Q.      For how long did the problems with your vision

8   last?

9      A.      Still to this day.  And because of that incident,

10  I was prescribed -- I was prescribed corrective lenses.

11     Q.      Had you been prescribed corrective lenses, before

12  this incident?

13     A.      No.

14     Q.      Were any of the injuries that you have discussed,

15  visible injuries?

16     A.      Yes.

17     Q.      What were those injuries?

18     A.      I had a lot of scratches on my wrists.

19             I had redness from them utilizing excessive OC

20  spray.  My eyes were really red.  I [SIC] could be seen

21  that I was -- experiencing depression and anxiety and

22  stress.

23     Q.      Is this the only time that OC spray was used on

24  you when you were in Department of Corrections custody?

25     A.      No.

RODRIGUEZ

Page 51

1    Q.    How many times has OC spray been used on you?

2    A.    I do not recall.

3    Q.    More than twice?

4    A.    I'm not sure.

5    Q.    But it's more than once; is that correct?

6    A.    Yes, even though that the defendants were

7    provided contraindications from CO house services stating I

8    cannot -- that they cannot utilize OC spray on me.

9          And they were provided that documentation, they

10   requested that documentation from medical, prior to them

11   using OC spray on me.

12   Q.    Did you ever receive a formal diagnosis of any of

13   the conditions that you have just said were your injuries

14   from this incident?

15   A.    Can you rephrase the question.

16   Q.    All right.  You have mentioned several specific

17   injuries that you received as a result of this incident,

18   such as anxiety, depression, PTSD; have you ever received a

19   formal diagnosis from a medical professional of any of

20   those injuries?

21   A.    Did I receive it -- prior, or after; that's the

22   question you are asking me?

23   Q.    My question now is; after this incident, did you

24   receive these diagnoses?

25   A.    No, these -- these were diagnosises [SIC] that I

RODRIGUEZ

                                                        Page 52

1    basically had before, that were increased because of the

2    incident.  But some of them, some of the -- basically, the

3    things I experienced emotionally were brought upon, like

4    nightmares, as well as PTSD.

5            Because I was never like that.

6    Q.    Okay.  And were you formally diagnosed with PTSD?

7    A.    No.  Formerly, like afterwards?

8            Or prior to the incident?

9    Q.    Well, prior to the incident, had you ever been

10   diagnosed with PTSD?

11   A.    No.

12   Q.    And after the incident, were you ever diagnosed

13   with PTSD?

14   A.    I believe I was.

15   Q.    When was that?

16   A.    I can't say.  I don't know.

17   Q.    Who diagnosed you?

18   A.    It had to be a medical professional.

19   Q.    Where did you see that medical professional?

20   A.    Manhattan Detention Complex.

21           I seen -- mental health, multiple times, in

22   regard to this.

23   Q.    When you say, multiple times, how many times did

24   you see them?

25   A.    More than -- twice.

```
                                              Page 53
 1      Q.      More than five times?

 2      A.      Yes.

 3      Q.      More than ten times?

 4      A.      In regard to the incident?

 5      Q.      In regard to the incident.

 6      A.      I don't know more than five times.

 7      Q.      All right.  Now, you said you had some marks on

 8  your wrists from the handcuffs; is that correct?

 9      A.      Yes, as well as pain and numbness in both of

10  them; so one had a lot of pain and one had none, so I could

11  not feel it for months.

12      Q.      How long did it take, the pain and numbness, to

13  heal?

14      A.      It never did.  And I received physical therapy

15  for that to try to get the feeling back.

16      Q.      And how long did you receive physical therapy

17  for?

18      A.      I was receiving physical therapy up until the

19  date that I was discharged from the Department of

20  Corrections and given to DOCCS.

21      Q.      Now, other than what we have just discussed, have

22  you sought any additional treatment for any of the injuries

23  you claim occurred as a result of this incident?

24      A.      To the best of my knowledge, no.

25      Q.      Do you currently have any physical injuries
```

1    stemming from the incident on August 31, 2020?

2         A.      I am still experiencing reduced vision; so, like

3    I'm wearing today, I'm wearing my corrective lenses that I

4    was issued after, as a result of this complaint.

5                 I'm still receiving mental health.

6                 And, yes, that's basically it.

7         Q.      So, as to your physical injuries, have they

8    gotten better?

9         A.      They have not.

10        Q.      Have they gotten worse?

11        A.      I'm still struggling with the same pain for

12   years.

13        Q.      But has it gotten worse?

14        A.      Yes, it didn't get any better.

15        Q.      But did it stay the same, or did it get worse?

16        A.      I can't say for sure.

17        Q.      Do you currently have any psychological injuries

18   stemming from the incident on August 31, 2020?

19        A.      Yes.

20        Q.      And what are those injuries?

21        A.      I have basically PTSD and severe paranoia.

22        Q.      And have those injuries gotten better?

23        A.      As well as -- I still have nightmares and

24   anxiety.  I still get depression when I review this case,

25   and sometimes I can't sleep at night because of it.

RODRIGUEZ

Page 55

```
 1      Q.      Have any of these injuries gotten better?

 2      A.      No, they have not.

 3      Q.      Have they gotten worse?

 4      A.      Yes.

 5      Q.      I would like to turn your attention to the second

 6   incident that forms the basis of the lawsuit; that's the

 7   date you claim Officer Galuezuskiy first approached your

 8   cell.

 9              MS. WEALL:  And just for the court reporter,

10         that name is Galuzevskiy, spelled,

11         G-A-L-U-Z-E-V-S-K-I-Y.

12      Q.      Now, you claim Officer Galuezuskiy approached

13   your cell on several different occasions.

14              What date did he first approach your cell?

15      A.      I was approached by Defendant Galuzevskiy on

16   December 4, 2020 between the hours of 4:45 p.m. and 5:30

17   p.m.  And he came to my cage area, asked me if I was suing

18   him; I told him, no, out of fear of retaliation.

19      Q.      All right.  Now, where did this incident occur;

20   in what facility?

21      A.      Manhattan Detention Complex and -- in housing

22   area 9 South.

23      Q.      How long had you been living at Manhattan

24   Detention Complex, prior to this incident occurring?

25      A.      Maybe a little before the date of incident.
```

RODRIGUEZ

Page 56

1    Q.    By, a little before, you mean, one week?

2    A.    I can't say; I'm not sure.

3    Q.    And what exactly did Officer Galuzevskiy say to

4    you?

5    A.    When?  When are you asking me what he said?

6    Q.    On this date we're talking about now, December

7    4th.

8    A.    He asked me if I was suing him.

9    Q.    And did he say anything else?

10   A.    No, no.  He -- didn't say anything else; to the

11   best of my knowledge.

12   Q.    Did you say anything to him at that time?

13   A.    I told him, no; out of fear of retaliation.

14   Q.    And how do you know it was Officer Galuzevskiy

15   that approached you?

16   A.    Because his badge number said 8957.

17   Q.    Can you describe the officer to us.

18   A.    White male, six feet tall -- between six feet,

19   six-one.  Basically -- possibly Eastern European descent;

20   that's basically the best description, but his badge number

21   said 8957.

22   Q.    Who else was in the area when Officer Galuzevskiy

23   approached you?

24   A.    I don't recall.

25   Q.    All right.  Were there other people in the area,

RODRIGUEZ

Page 57

```
 1    when Officer Galuzevskiy approached you?

 2        A.      I do not recall.

 3        Q.      What were you doing at the time Officer

 4    Galuzevskiy approached you?

 5        A.      I was out -- standing outside -- I was standing

 6    in the cage area, I guess just awaiting a service or

 7    whatever.

 8        Q.      When did you file your initial complaint in this

 9    action?

10        A.      Repeat the question, please.

11        Q.      When did you file your initial complaint in this

12    action?

13        A.      I filed the complaint -- or the complaint was

14    filed by the court on November 20, 2020.

15        Q.      And in that first complaint, did you name Officer

16    Galuzevskiy by name?

17        A.      No.

18        Q.      Why not?

19        A.      I did not name him by name because all I had was

20    his badge number.  I did not know his name.

21        Q.      Did you know him by badge number, in that initial

22    complaint?

23        A.      No.

24        Q.      Why not?

25        A.      Because I wanted to make sure I had the proper
```

RODRIGUEZ

Page 58

1    person.

2        Q.    Now, why would Officer Galuzevskiy have thought

3    you were suing him, if you did not name him by name or by

4    badge number in your first complaint?

5        A.    I was having a conversation, I believe, or I

6    think he overheard me having a conversation earlier, about

7    basically possibly filing a complaint -- or filing a

8    complaint --  with another individual.

9        Q.    And when did that conversation take place?

10       A.    Some time during that day.

11       Q.    And did you say Officer Galuzevskiy's name during

12   that conversation?

13       A.    No.

14       Q.    So how would he know that you were referring to

15   him?

16       A.    I believe he overheard the situation and he -- he

17   probably put two and two together, that the situation that

18   I was referring to when I was speaking about the incident

19   and possibly filing -- and filing the complaint; he

20   probably knew I was referring to him.

21       Q.    All right.  We've been going for an

22   hour-and-a-half, a little more; is it a good time to take a

23   ten-minute break?

24       A.    You're the boss?

25       Q.    All right.

```
                                              Page 59
 1              MS. WEALL:  Is that all right with the

 2          reporter?

 3              COURT REPORTER:  Yes.

 4              MS. WEALL:  So we will take a ten-minute

 5          break.  Let's be back at 11:48 a.m.

 6              (Whereupon, a ten-minute recess was taken.)

 7   EXAMINATION CONTINUED BY

 8   MS. WEALL:

 9      Q.    Ready to proceed?

10            Mr. Rodriguez, I just want to go back for a

11   moment to the first --

12      A.    Excuse me, the counselor is not back.

13            The officers said the counselor is not back yet.

14            We have to wait for the counselor to get back.

15      Q.    Who?

16      A.    The counselor to get back.

17            She's not back yet.

18            The officer said the counselor is not back yet.

19            We have to wait for the counselor to come back

20   first.

21      Q.    All right.

22      A.    Okay, ready to proceed if you are?

23      Q.    Okay.  So, Mr. Rodriguez, I want to go back for a

24   moment to the first incident that we discussed today was

25   with the fire, the smoke condition in your cell.
```

Page 60

1          You mentioned a couple of times that the officers

2   used excessive force on you; what is the excessive force

3   that you claim the officers used?

4       A.    Basically, they utilized OC spray when I -- not

5   at all did I ever threaten them or threaten to use harm

6   against them or try to use harm against them or tried to

7   attack them in whatever manner.

8          They basically utilized excessive force because

9   there was no need to use force at all.

10         And, basically, it was excessive force because

11  Defendant Galuzevskiy sprayed me in my face with the fire

12  extinguisher, all while two other officers sprayed me with

13  OC spray, knowing that they were given and they requested

14  and were given contraindication from correctional health

15  services, stating that they cannot -- that OC spray is not

16  permissible to use against me because of my -- diagnosed

17  conditions.

18      Q.    Is there any other excessive force that you are

19  claiming happened on that day?

20      A.    Can you repeat the question, again.

21      Q.    Do you claim that any other excessive force was

22  used against you on that day?

23      A.    Other than that, and them -- other than that and

24  the defendants basically tightening the cuffs

25  unnecessarily, no.

RODRIGUEZ

```
                                          Page 61

 1        Q.      Okay.  So I want to go back now to the incident

 2   in your second amended complaint where you allege that

 3   Officer Galuzevskiy approached you.

 4            We have already discussed the incident on

 5   December 4th.

 6            In your second amended complaint you allege that

 7   Officer Galuzevskiy approached you two more times; is that

 8   correct?

 9        A.      That is correct.

10        Q.      When was the second time that Officer Galuzevskiy

11   approached you?

12        A.      The second time Defendant Galuzevskiy approached

13   me was on December 15th, 2020, around, I believe, 7:00 p.m.

14            I was in the shower at the time.  He approached

15   me.  He basically told me that if I don't drop the lawsuit,

16   I will be deadlocked or kept locked in my cell, and like

17   basically not going to be fed or -- (indicating) -- like I

18   have to stay in the cell and not come out.

19        Q.      All right.  And at that time, had you named

20   Officer Galuzevskiy in a lawsuit?

21        A.      Can you repeat the question.

22        Q.      Okay.  At the time of December 15, 2020, the

23   second incident where Officer Galuzevskiy allegedly

24   approached you, at that time, had you sued him in a

25   complaint in a lawsuit?
```

RODRIGUEZ

Page 62

1    A.    Have I ever sued him in a complaint in the

2    lawsuit?

3    Q.    At the time of this incident as of December 15,

4    2020, had you named him in your complaint?

5    A.    No, but I knew his badge number, and I knew what

6    he looked like.

7    Q.    But you had not named him in a complaint either

8    by name or by badge number?

9    A.    I did not name him in the complaint by name or

10   badge number, but I knew who he was, and I had an

11   infraction that was given to me which he was named in.

12   Q.    And what were the circumstances of that

13   infraction?

14   A.    It was -- sorry -- you said, what were the

15   circumstances?  Why was it written?

16   Q.    Of the infraction?

17   A.    Yes, explain what you mean, what were the

18   circumstances?

19   Q.    What caused the infraction to be written?

20   A.    Allegedly they stated that I did not follow

21   direct orders, and that I did a fire.

22         But the infraction was -- thrown away for Due

23   Process Violation, and, upon review of the video footage,

24   the adjudication captain basically dismissed all the

25   charges.

RODRIGUEZ

Page 63

1    Q.      When was that infraction issued?

2    A.      I do not recall.

3    Q.      Did that infraction pertain to the original

4    incident that we discussed with the fire in your cell?

5    A.      Sorry, I think I will answer the question,

6    basically, the infraction question.

7            I have it right here.  (Indicating.)

8            The infraction, I'm reviewing it right now --

9    what's the question -- can you repeat the question for the

10   infraction, please.

11   Q.      That infraction, when it was issued?

12   A.      I don't know when the infraction was issued.

13           I know that the disposition date -- I mean, the

14   date and time of the hearing was on 9/6/20.

15   Q.      Okay.

16   A.      Yes, 9/6/20, 9/8/20 -- sorry -- it's scribbled

17   over here -- let me look.  Oh, sorry, yes, 9/16.

18           It's two different dates on this paper, but --

19   the disposition was given to me on 9/15/20.  That's when

20   the adjudication captain rendered her decision.

21           But the hearing was on 9 -- either 9/6 or 9/8/20;

22   so that's when I was able to review the video footage as

23   well as the officers who were involved by the adjudication

24   captain named Captain Philips.

25           The basis of her finding was DPV and --

RODRIGUEZ

Page 64

1    basically, Due Process Violation.  Her thing was that it

2    was late.

3        Q.    What did that infraction relate to, what

4    incident?

5        A.    The incident of -- that's mentioned in this

6    complaint.

7        Q.    So it did relate to the first incident that we

8    discussed today?

9        A.    Yes.  The imaginary fire incident -- alleged fire

10    incident.

11        Q.    The one that caused the real smoke in your cell.

12        A.    (No response.)

13        Q.    Now, on December 15, 2020, when Officer

14    Galuzevskiy approached you in the shower, who else was in

15    the area?

16        A.    There were other officers in the area; I do not

17    know their name.

18        Q.    Were there other inmates in the area?

19        A.    There were other inmates in the housing area;

20    but, in that particular area, no, not that I'm aware of.

21        Q.    Now, you said that Officer Galuzevskiy asked if

22    you were suing him.  What else did he say to you?

23        A.    Did I answer that question already?

24        Q.    I want to know exactly what he said to you; if

25    there was anything else that he said to you.

1    A.    Anything else, other than what I stated in the

2    prior time you asked me the same question?

3    Q.    Yes.  It's not the same question.

4         I'm asking you to follow up and give me

5    additional information; if there is any.

6         Did he say anything else to you?

7    A.    He stated that if I didn't drop the lawsuit, that

8    I will be deadlocked in my cell.

9    Q.    And what does it mean to be deadlocked in your

10   cell?

11   A.    Keep locked.  Basically staying in the cell, not

12   able to leave and go to no services.

13        Would you like for me to answer the date the

14   infraction was written because I have the infraction right

15   here?

16   Q.    What was the date the infraction was written?

17   A.    The infraction was written on 8/31/20.

18   Q.    Okay.

19   A.    And it was issued to me on 9/3/2020.

20        And he said that, Officer -- Defendant Ferraro

21   was the reporting official that wrote the infraction.

22        And he stated that approximately at 1800 hours,

23   he observed a flickering light, and it appeared to have

24   been flames.  He went to retrieve a fire extinguisher and

25   began to put out the fire from the food slot.

Page 66

1          At this time, Defendant Moise instructed the

2     rider to relinquish the fire extinguisher to Galuezuskiy,

3     who continued to put out the fire.

4          Once Inmate Rodriguez cell was open, while

5     officer continued to extinguish the fire, Inmate Rodriguez

6     advanced towards E.S.U. which in turn caused Officer

7     Williams to utilize a one, two second burst of chemical

8     agent to the inmate's facial area.  The chemical agent took

9     a desired effect.

10          The inmate placed his hands behind his back,

11     complied with E.S.U. staff, ordered to exit the housing

12     area, and later escorted to the housing intake to

13     decontamination process without further incident.

14     Q.     Thank you.

15     A.     Basically what the adjudication captain wrote on

16     this is --

17     Q.     That's not important.

18     A.     -- how the fire was started.

19     Q.     That's not important.

20     A.     Sorry?

21     Q.     That's not important.

22          All I asked for is the date of the infraction.

23     A.     Okay.  No problem.

24     Q.     You are not responding to my question.

25          Getting back to the 15th of December.

RODRIGUEZ

Page 67

```
 1          When Officer Galuzevskiy said you would be
 2    deadlocked in your cell, what did you say to him?
 3      A.    I didn't say anything.
 4      Q.    And you allege that Officer Galuzevskiy
 5    approached you a third time; isn't that correct?
 6      A.    That is correct.
 7      Q.    When was the third time that he allegedly
 8    approached you?
 9      A.    The third time he approached me was on --
10    December 18th, 2020 between 6:40 and 6:50.
11      Q.    And where did he allegedly approach you on that
12    date?
13      A.    He approached the cage that I was in.
14      Q.    Who else was in the area when Officer Galuzevskiy
15    approached you?
16      A.    Officers, inmates.
17      Q.    Which officers were there?
18      A.    I don't recall.
19      Q.    Which inmates were in there?
20      A.    Whatever other inmates were housed in the housing
21    area?
22      Q.    How many other inmates were there?
23      A.    I don't know how many other inmates were housed
24    in the area; it could have been between 10 and 15 other
25    inmates housed in that same housing area?
```

RODRIGUEZ

Page 68

1      Q.      Who was close by, when Officer Galuzevskiy
2   approached you?
3      A.      Sorry?  Who?  Like as an officer?  As an inmate?
4      Q.      First, officers, then, inmates; let's do it that
5   way.
6      A.      I don't know the names of the officers that --
7   who were around him.  And I don't know the name of the
8   inmate that was next door to me.
9              Usually inmates don't go by names, they go by
10  nicknames, so I don't know his real name, so --
11     Q.      What was his nickname?
12     A.      Rory.
13     Q.      What were you doing at the time Officer
14  Galuzevskiy allegedly approached you?
15     A.      I was having a conversation with the other inmate
16  mentioned.
17     Q.      And did he say anything to you, Officer
18  Galuzevskiy?
19     A.      He came towards the cell cage area and he was
20  pointing and he basically like -- was pointing towards the
21  cell; he was like, while I'm here, you stay in your cell.
22     Q.      Did he say anything else?
23     A.      To the best of my knowledge, I'm not sure what
24  else he said; but I know he definitely pointed at my cell,
25  he said, while I'm here, you stay in your cell.

```
                                             Page 69
 1      Q.      Did you say anything to Officer Galuzevskiy?
 2      A.      No.
 3      Q.      Now, at some point you amended your complaint in
 4   this case for the first time; is that correct?
 5      A.      Yes.
 6      Q.      Did you name Officer Galuzevskiy by name in that
 7   first amended complaint?
 8      A.      Yes.
 9      Q.      And did you include the information about the
10   three incidents we just talked about in the first amended
11   complaint?
12      A.      Can you repeat the question.
13      Q.      Did you include the information about the three
14   incidents we just talked about in your first amended
15   complaint?
16      A.      Yes.
17      Q.      And when was that complaint filed?
18      A.      What complaint was filed on 2/9/21.
19              Docket No. 30.
20      Q.      All right.  And isn't it true that there was a
21   previous amended complaint, before that second amended
22   complaint was filed in February?
23      A.      Sorry, repeat the question?
24      Q.      The complaint you just mentioned, the one filed
25   in February 2021, that was the second amended complaint.
```

RODRIGUEZ

```
                                              Page 70
 1              There was a first amended complaint before that,
 2      that was filed in December of 2020, December 21st.
 3              Did you include the information about the three
 4      incidents we just talked about, in the first amended
 5      complaint?
 6         A.    I'm not sure.
 7              I don't have that complaint with me.
 8         Q.    Okay.  Did you file a grievance concerning any of
 9      the alleged incidents with Officer Galuzevskiy?
10         A.    I'm not sure.  I believe I did; but I can't say
11      for sure, but I believe I did.
12         Q.    And what was the result of that grievance?
13         A.    There was a lot of grievances filed during that
14      time for other incidents that were occurring in that
15      housing area.  We were not getting no -- no answers on none
16      of the grievances.
17         Q.    I want to discuss another incident that you
18      complained to the court about.
19              You complained to the court of another incident
20      that allegedly occurred in March of 2021; isn't that
21      correct?
22         A.    Yes.
23         Q.    What was the date of that alleged incident?
24         A.    3/25/21.
25         Q.    At what time did that alleged incident take
```

1  place?

2      A.     I don't have the exact time written down because

3  I submitted it to the court, I could not make any copies of

4  it; but I know that's the date the incident occurred with

5  Defendant Williams.

6      Q.     What are you alleging happened?

7      A.     I allege that Defendant Williams approached the

8  cage, threatened me, and said some weird things about the

9  incident.

10     Q.     What exactly did Officer Williams say?

11     A.     I don't have that paper with me.

12            Because I submitted it to the court and I don't

13  have that -- that transcript to go back.

14            I had lost a lot of paperwork when I came up, so

15  I don't have it exactly written down.

16     Q.     But, according to your memory, what did the

17  officer say to you?

18     A.     Basically, he approached me and he was talking in

19  reference to the case and like threatening me.

20     Q.     What did he say to threaten you?

21     A.     Like I stated, I don't have the documents that I

22  submitted to the court, nor -- nor the phone call that I

23  called the court, the message that I left on the court's

24  phone number, so -- (Indicating.)

25     Q.     But according to your memory, what was the

RODRIGUEZ

Page 72

1    threat?

2        A.      Basically, it was something in reference to the

3    case, and in reference to Galuzevskiy, and that's why I

4    called the court and spoke to -- spoke to the court about

5    it, to let them know what was going on.

6        Q.      But what do you recall the threat being?

7        A.      I -- I don't recall what exactly was stated.

8        Q.      Where did this incident take place?

9        A.      The same place that the incident in the complaint

10   occurred.

11       Q.      Where were you housed in March of 2021?

12       A.      I was housed in Manhattan Detention Complex,

13   Housing Unit 9 South.

14       Q.      All right.  And where within Manhattan Detention

15   Complex Housing Unit 9 South, did this incident occur?

16       A.      The same exact area where all the other incidents

17   of harassment occurred; Cell No. 3, Cage No. 3.

18               On that date, on that date that I referred to, he

19   can be seen also approaching me on camera.

20       Q.      And did you say anything to him?

21       A.      I do not recall.

22       Q.      Was anyone else in the area when Officer Williams

23   allegedly approached you?

24       A.      There were other officers in the area; I don't

25   remember their names.

RODRIGUEZ

Page 73

1       Q.      Were there other inmates there?

2       A.      I don't remember how many inmates were there, but

3   there were other inmates in the housing area.

4               I wasn't the only inmate in that housing area.

5       Q.      Were there any in close proximity to your cell?

6       A.      I don't recall.

7       Q.      Did you amend your complaint to include this

8   incident?

9       A.      No.

10      Q.      Why not?

11      A.      Because I didn't.

12      Q.      Did you file grievances concerning this incident?

13      A.      With the court.

14      Q.      With Department of Corrections, did you file any

15  grievances?

16      A.      I don't recall.  I don't remember if I did.

17              It's possible?

18      Q.      What damages are you claiming in this case?

19      A.      Can you repeat the question.

20      Q.      What damages are you claiming in this case?

21      A.      Sorry?  I object.

22              It's repetition.

23              It's been asked and answered already.

24      Q.      It has not.

25              I'm asking what you say your damages are?

RODRIGUEZ

Page 74

1      A.      What damages are you referring to?

2              Physical damages?  Emotional damages?

3      Q.      Physical, emotion, financial; anything that you

4      are claiming.

5      A.      Basically I suffer physical and emotional

6      damages; like agitation of my asthma condition, numbness,

7      pain in the wrists, pain in the eyes, fuzzy vision, reduced

8      vision, nightmares, anxiety, depression, insomnia, Post

9      Traumatic Stress.

10     Q.      Have you sought medical treatment for the

11     aggravation of your asthma, as a result of this incident?

12     A.      Yes, multiple times.

13     Q.      Have you spent any money on attorneys' fees, as a

14     result of the incidents we have discussed today?

15     A.      Only fees in regard to mailing out particular

16     documents.

17     Q.      So have you spent any money on attorneys' fees,

18     as a result of these incidents?

19     A.      Sorry, can you rephrase the question.

20     Q.      Have you paid for a lawyer, as a result of any of

21     the incidents we have discussed today?

22     A.      Are you referring to just this complaint?

23             Or are you referring to any?

24     Q.      Just this complaint.  Just this complaint.

25     A.      No.

RODRIGUEZ

Page 75

1    Q.      Okay.

2    A.      No, I have not spent my money on any attorneys.

3    Q.      All right.  And when you spoke about the money

4    that you spent on mailing things out, are you referring to

5    postage?

6    A.      Yes.

7    Q.      Did you have any surgery for any of your injuries

8    that you allege happened as a result of the incidents we

9    talked about today?

10   A.      No.

11   Q.      All right.  And you said that a doctor told you

12   that you needed physical therapy as a result of one of the

13   injuries; is that correct?

14   A.      I received physical therapy because of the

15   injuries I sustained.

16   Q.      So does that mean that a doctor did not tell you

17   that you needed physical therapy?

18   A.      He did tell me and he put in a -- they basically

19   -- he put in a medical report so that I can -- he put in a

20   referral to get me physical therapy for the damages that I

21   sustained.

22   Q.      How many physical therapy sessions did you have?

23   A.      Two or more.

24   Q.      More than ten?

25   A.      Less than ten.

RODRIGUEZ

Page 76

1    Q.    More than five?

2    A.    Yes.

3    Q.    Were you prescribed any medication to treat any

4    of the injuries you allege you got as a result of the

5    incidents we talked about today?

6    A.    Yes.

7    Q.    What medication were you prescribed?

8    A.    I was prescribed multiple medications, including

9    ibuprofen for the pain.

10         I was given lotion to relieve the burning from

11   the OC sprays.

12         I was given -- I was given glasses for reduced

13   vision.

14         I was given physical therapy, as well as --

15   psychotropic medications to deal with the emotional

16   injuries.

17   Q.    What psychotropic medicines were you prescribed?

18   A.    I'm not sure of the name of the medication.

19   Q.    Did you actually take that medication?

20   A.    Yes.

21   Q.    For how long did you take the psychiatric

22   medication?

23   A.    Sorry, can you rephrase the question.

24   Q.    You said that you took psychiatric medication

25   that was prescribed to you as a result of the incidents

RODRIGUEZ

1    that we discussed today; for how long did you take it?

2        A.      I took it for quite possibly another year or so.

3        Q.      But you don't recall what that medication was?

4        A.      No.

5        Q.      How long did you take the ibuprofen that you

6    mentioned?

7        A.      For a long time.

8        Q.      And how long is, a long time?

9        A.      Over a year.

10       Q.      How many times per day did you take it?

11       A.      Twice a day.

12       Q.      All right.  What about the lotion; how long did

13   you use the lotion for?

14       A.      Maybe a couple of days.

15       Q.      Do you continue to experience pain today?

16       A.      Emotional pain?  Yes.

17               Physical pain?  Yes.

18       Q.      Did you sustain any other physical injuries, that

19   we have not discussed?

20       A.      To the best of my knowledge, no.

21       Q.      All right.  Are you currently under medical care

22   for the injuries you allege from this incident?

23       A.      No, but I am seeking it.

24       Q.      What kind of medical care are you seeking?

25       A.      I am requesting to continue the physical therapy

RODRIGUEZ

Page 78

1    that I was receiving on the island, on Rikers Island.

2        Q.    And are you seeking any other medical care for

3    the injuries you allege from this incident?

4        A.    And also, mental healthcare.

5        Q.    Anything else?

6        A.    No.  I'm still getting -- I still have the asthma

7    condition that I'm facing as well; that I still get

8    medication for.

9        Q.    When were you first diagnosed with asthma?

10       A.    The beginning of my -- I was diagnosed with

11   asthma when I entered corrections -- Department of

12   Corrections, Rikers Island, Department of Corrections, but

13   prior to that I was -- receiving treatment for it.

14       Q.    And when did you start receiving treatment for

15   it?

16       A.    From a child.

17       Q.    Now, concerning the emotional problems that you

18   claim you have experienced as a result of the incidents we

19   have discussed today, you mentioned you have nightmares,

20   what other symptoms do you have?

21       A.    Panic stress disorders, anxiety, depression.

22       Q.    Those are diagnoses.

23             What symptoms do you have?

24       A.    Paranoia, sadness, among other things.

25       Q.    Did you experience any of these things, before

RODRIGUEZ

Page 79

```
 1   August 31, 2020?

 2       A.     Not that I'm aware of.

 3       Q.     Had you ever had psychiatric treatment before

 4   August 31, 2020?

 5       A.     Yes, I have.

 6       Q.     All right.  For how long had you had psychiatric

 7   treatment before August 31, 2020?

 8       A.     For years.

 9       Q.     How many years?

10       A.     20 years.

11       Q.     And for what diagnosis were you being treated for

12   those 20 years?

13       A.     ADHD.

14       Q.     Anything else?

15       A.     Bipolar Disorder.

16       Q.     Anything else?

17       A.     No.

18       Q.     Are you currently undergoing therapy?

19       A.     Physical therapy or -- what kind of therapy are

20   you referring to?

21       Q.     No, psychiatric therapy?

22       A.     Yes.

23       Q.     How often do you have therapy?

24       A.     I had a therapy appointment today; it was my

25   initial one upon entering DOCCS, and I had to come here
```

Page 80

1     because this trumped it.

2          Q.    And prior to that, when was the last time you saw

3     someone for therapy?

4          A.    Elmira Correctional Facility.

5          Q.    How many times did you see someone for therapy at

6     Elmira Correctional Facility?

7          A.    Maybe three times, maybe three or four times.

8          Q.    And did you also seek therapy when you were in

9     New York City Department of Corrections custody?

10         A.    Yes.

11         Q.    How often did you receive therapy?

12         A.    Once a week, once every other week.

13         Q.    Over what period of time?

14         A.    During the duration of my incarceration.

15         Q.    And has therapy helped you cope with your alleged

16    emotional injuries?

17         A.    No.

18         Q.    Besides ADHD and Bipolar Disorder, have you ever

19    been diagnosed with a mental illness prior to August 31,

20    2020?

21         A.    I do not recall.

22         Q.    Were you in therapy provided by New York City's

23    Department of Corrections, prior to August 31, 2020?

24         A.    Yes.

25         Q.    And why were you in therapy, prior to August 31,

RODRIGUEZ

Page 81

1    2020?

2        A.    I had -- I guess I had -- mental health, they

3    make you -- they put you in a mental health program and you

4    have to see the person every other week or every month.

5        Q.    And why were you put in the mental health

6    program?

7        A.    I guess because they -- that's what they put on

8    my record.

9        Q.    What do you mean by that?

10       A.    I guess I was suggested for mental health by --

11   by Department of Corrections staff.

12       Q.    Have you ever attempted suicide?

13       A.    I have.

14       Q.    How many times?

15       A.    How many times in life?

16       Q.    In life.

17       A.    Twice.

18       Q.    Okay.  When was the first attempt?

19       A.    I'm not sure of the date in time.

20       Q.    Was it while you were incarcerated with New York

21   City's Department of Corrections?

22       A.    Yes.

23       Q.    And what led up to that suicide attempt?

24       A.    I was receiving horrible treatment in the 9 South

25   housing area, as well as harassment, by the defendants in

1    this matter.  I felt hopeless.

2              I could not -- get no help and no relief.

3              I felt like -- I felt like my life was over

4    because of the horrible treatment I was getting, as well as

5    the harassment I was receiving from Defendant Galuzevskiy.

6        Q.      And when was the second suicide attempt?

7        A.      The second suicide attempt was in December of

8    2020, in regard to this complaint.

9        Q.      So are you saying both of your suicide attempts

10   were related to the incidents in this case?

11       A.      No.

12       Q.      Okay.  I'm confused.

13              Because you just said your first suicide attempt

14   was related to the incidents in this case.

15              Then you stated that your second suicide attempt

16   was in December 2020, as a result of the incidents in this

17   case.

18       A.      Yes, what I stated was that I don't know the

19   first one, the first one's date and time.

20              And then you asked me, afterwards, what occurred?

21              Then I told you the next time.

22              So the first time, I don't remember the date and

23   the time.

24              The second one, what I was referring to was the

25   one in regard to this complaint.

```
                                              Page 83
 1      Q.      Did the first one occur, after August 31, 2020?
 2      A.      No.
 3      Q.      Did it occur, before August 31, 2020?
 4      A.      Yes.
 5      Q.      Did it occur in 2020?
 6      A.      No.
 7      Q.      Did it occur 2019?
 8      A.      I'm not sure.
 9      Q.      Is there anything that you cannot do now, that
10   you used to be able to do before the August 31, 2020
11   incident?
12      A.      Yes.
13      Q.      What can you not do now, that you used to be able
14   to do?
15      A.      Read without glasses.
16      Q.      Anything else?
17      A.      Walk in front of an officer without being
18   paranoid and scared that they're going to strike me.
19      Q.      Anything else?
20      A.      Pick up heavy items.
21      Q.      Anything else?
22      A.      No, not that I'm aware of; to the best of my
23   knowledge.
24      Q.      Did you suffer any financial injuries, as a
25   result of the incidents we have talked about today?
```

RODRIGUEZ

**Page 84**

1     A.     No.

2     Q.     Okay.  May I just take a few moments to look over

3   my notes.  Couple of minutes.

4     A.     I'm asking for a bathroom break.

5     Q.     I'm actually done.

6            I don't have any further questions.  Thank you.

7                 THE WITNESS:  I request a copy of the

8            transcript.

9                 MS. WEALL:  Yes, I will send you one.

10                THE WITNESS:  All right.

11                (Whereupon, at 12:34 P.M., the Examination

12           of this Witness was concluded.)

13

14

                           _____

15                          PETER RODRIGUEZ

16

17   Subscribed and sworn to before me

18   this _____ day of _____ 20___.

19

     _____

20           NOTARY PUBLIC

21

22

23

24

25

RODRIGUEZ

**Page 85**

1                          **E X H I B I T S**

2

3   **DEFENDANTS' EXHIBITS**

4

5   **EXHIBIT      EXHIBIT                          PAGE**

6   **NUMBER       DESCRIPTION**

7    (None)

8

9                          **I N D E X**

10

11  **EXAMINATION BY                                PAGE**

12  **MS. WEALL                                     4-84**

13

14          **INFORMATION AND/OR DOCUMENTS REQUESTED**

15  **INFORMATION AND/OR DOCUMENTS                  PAGE**

16   (None)

17

18

19

20

21

22

23

24

25

RODRIGUEZ

```
                                                      Page 86

 1                    C E R T I F I C A T E

 2

 3     STATE OF NEW YORK      )

                                    :  SS.:

 4     COUNTY OF SUFFOLK      )

 5

 6              I, LYNDA ADAM, a Notary Public for and within

 7     the State of New York, do hereby certify:

 8              That the witness whose examination is

 9     hereinbefore set forth was duly sworn and that such

10     examination is a true record of the testimony given by that

11     witness.

12              I further certify that I am not related to any

13     of the parties to this action by blood or by marriage and

14     that I am in no way interested in the outcome of this

15     matter.

16              IN WITNESS WHEREOF, I have hereunto set my hand

17     this 15th day of September 2022.

18

19

20                        LYNDA ADAM

21

22

23

24

25
```

Page 87

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Rodriguez, Peter v. City Of New York, Et Al
DATE OF DEPOSITION: 9/14/2022
WITNESSES' NAME: Peter Rodriguez

PAGE   LINE (S)          CHANGE                    REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

                              _____
                              Peter Rodriguez

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.


_____        _____
(NOTARY PUBLIC)               MY COMMISSION EXPIRES:

[& - additional]

| & |
| --- |
| **&**   3:13 |

| 1 |
| --- |

**1**   3:13 7:15
**10**   23:22 29:23
  67:24
**10/28/21**   24:21
**10/3/22**   9:4 24:6
  24:11
**100**   2:9
**10007-2601**   2:9
**10:00**   1:13 37:4
  37:4
**11045**   8:15 24:6
  24:17,22
**11475**   1:8
**11:48**   59:5
**12/29/20**   8:18
**12/30/21**   9:17
**125**   34:19
**12:34**   84:11
**1384**   10:14
**14**   1:12
**14011**   2:5
**1451**   1:7
**15**   61:22 62:3
  64:13 67:24
**1500**   16:22
**15th**   61:13 66:25
  86:17
**1800**   34:16 65:22
**1805**   1:8
**1810**   8:9
**18th**   23:4,5
  67:10
**1990**   17:18

| 2 |
| --- |

**2/17/21**   10:15
**2/21/14**   18:13
**2/9/21**   69:18
**20**   1:5 8:15,24
  24:6,17,22 29:25
  57:14 79:10,12
  84:18 87:22
**2009**   19:15
**2010**   19:15
**2013**   25:7,15
**2014**   18:13 19:23
  20:24 21:7 25:7
  25:15
**2015**   20:24 21:9
**2016**   23:22 27:1
  27:3
**2019**   19:14 83:7
**2020**   16:17 19:14
  48:25 49:3,6
  54:1,18 55:16
  57:14 61:13,22
  62:4 64:13
  67:10 70:2 79:1
  79:4,7 80:20,23
  81:1 82:8,16
  83:1,3,5,10
**2020-045742**
  2:10
**2021**   69:25 70:20
  72:11
**2022**   1:12 24:9,9
  24:15 86:17
**21**   8:9 10:14
**21st**   70:2
**22-2333**   2:11
**22b2287**   2:5 4:7

| 24   12:16 48:14 |
| --- |
  48:19,22
**24455**   86:20

| 3 |
| --- |

**3**   24:9,9,15 26:18
  72:17,17
**3/2/21**   8:11
**3/25/21**   70:24
**30**   3:12 25:11,16
  30:2 48:5 69:19
**31**   48:25 49:3,6
  54:1,18 79:1,4,7
  80:19,23,25 83:1
  83:3,10
**32**   26:18
**32nd**   20:2

| 4 |
| --- |

**4**   55:16
**4-84**   85:12
**40**   30:4
**4:45**   55:16
**4th**   56:7 61:5

| 5 |
| --- |

**50**   30:6

| 6 |
| --- |

**60**   30:8
**639**   2:4
**6493**   17:22
**6:40**   67:10
**6:50**   67:10

| 7 |
| --- |

**7:00**   61:13

| 8 |
| --- |

**8**   22:16

| 8/31/20   34:12 |
| --- |
  65:17
**8957**   1:7 56:16
  56:21

| 9 |
| --- |

**9**   35:7,8,10,14
  55:22 63:21
  72:13,15 81:24
**9/14/2022**   87:3
**9/15/20**   63:19
**9/16**   63:17
**9/3/2020**   65:19
**9/6**   63:21
**9/6/20**   63:14,16
**9/8/20**   63:16,21
**9840**   1:5
**9:00**   37:4

| a |
| --- |

**a.m.**   1:13 37:4
  59:5
**ability**   12:11,16
  12:20,23
**able**   5:4 11:17
  49:16 63:22
  65:12 83:10,13
**accurately**   5:10
  12:17,24
**action**   4:13 57:9
  57:12 86:13
**actions**   14:10
**active**   13:5
**adam**   1:19 86:6
  86:20
**add**   15:1
**additional**   53:22
  65:5

**address** 18:17
**adequate** 46:11
**adhd** 79:13
  80:18
**adjudication**
  62:24 63:20,23
  66:15
**administer** 3:9
**advanced** 66:6
**affect** 12:19
**agent** 66:8,8
**aggravation**
  74:11
**agitation** 50:2
  74:6
**ago** 24:10
**agreed** 3:4,15
**ah** 5:3
**air** 39:24 41:4
**al** 8:13,16 10:15
  87:2
**alarm** 34:8
**alcohol** 31:7
  48:15,20
**allegation** 4:17
**allege** 61:2,6
  67:4 71:7 75:8
  76:4 77:22 78:3
**alleged** 64:9 70:9
  70:23,25 80:15
**allegedly** 61:23
  62:20 67:7,11
  68:14 70:20
  72:23
**alleging** 71:6
**allowed** 11:11
  43:10

**amend** 73:7
**amended** 61:2,6
  69:3,7,10,14,21
  69:21,25 70:1,4
**answer** 5:24 6:8
  6:9 7:23 11:7,21
  12:24 24:13
  26:9,13,20 29:3
  31:3 32:18
  36:15,23 63:5
  64:23 65:13
**answered** 28:19
  73:23
**answers** 29:2
  33:5 70:15
**anxiety** 50:6,21
  51:18 54:24
  74:8 78:21
**appeared** 65:23
**appointment**
  79:24
**approach** 39:22
  55:14 67:11
**approached** 55:7
  55:12,15 56:15
  56:23 57:1,4
  61:3,7,11,12,14
  61:24 64:14
  67:5,8,9,13,15
  68:2,14 71:7,18
  72:23
**approaching**
  72:19
**approximately**
  15:7 16:16,25
  18:20,23 21:6,21
  24:20 27:16
  34:16,16 65:22

**april** 25:20
**area** 44:8,9,18
  44:20,24 45:1
  46:8,8,9 55:17
  55:22 56:22,25
  57:6 64:15,16,18
  64:19,20 66:8,12
  67:14,21,24,25
  68:19 70:15
  72:16,22,24 73:3
  73:4 81:25
**arrest** 15:12,15
  23:21
**arrested** 15:14
  25:24 26:4,24
  27:1,3,4,10,13
**arrived** 35:3
  36:1
**aside** 14:9
**asked** 9:24,24
  24:1 28:10,14,15
  28:17,20 32:15
  36:16 45:7
  47:15 55:17
  56:8 64:21 65:2
  66:22 73:23
  82:20
**asking** 4:20
  28:16,21 43:10
  44:21 51:22
  56:5 65:4 73:25
  84:4
**asleep** 33:18,22
**assistance** 22:7
  22:12,17,18,22
**assume** 5:20
**assumes** 26:10

**asthma** 50:3
  74:6,11 78:6,9
  78:11
**attack** 60:7
**attempt** 40:18
  81:18,23 82:6,7
  82:13,15
**attempted** 43:2
  81:12
**attempts** 82:9
**attend** 19:22,25
**attended** 19:20
  19:23
**attention** 31:9
  32:24 45:18,19
  45:21,22 46:1,3
  46:6 47:16 55:5
**attica** 2:4,5
  22:25 23:3
**attorney** 9:10,18
  10:24 13:9
  14:17,22 15:6
  16:8,9
**attorneys** 2:8
  15:23 74:13,17
  75:2
**august** 19:24
  23:4,5 24:9,15
  48:25 49:3,6
  54:1,18 79:1,4,7
  80:19,23,25 83:1
  83:3,10
**authorized** 3:8
**automotive** 20:6
**awaiting** 27:8
  57:6
**awake** 33:24

**aware** 10:23,25
11:16 12:10
64:20 79:2
83:22
**awoken** 33:15,15

**b**

**b** 16:8 26:18
85:1
**back** 23:24
24:12 28:23,25
29:2 32:15,16
33:5 36:19,21
46:25 47:3
53:15 59:5,10,12
59:13,14,16,17
59:18,19,23 61:1
66:10,25 71:13
**badge** 56:16,20
57:20,21 58:4
62:5,8,10
**based** 41:14,15
**basically** 24:1
26:18 28:10
43:9,12,15 46:10
47:7,17 49:15
52:1,2 54:6,21
56:19,20 58:7
60:4,8,10,24
61:15,17 62:24
63:6 64:1 65:11
66:15 68:20
71:18 72:2 74:5
75:18
**basis** 31:10
32:24 55:6
63:25

**bathroom** 84:4
**batteries** 36:10
36:25
**battery** 25:15
**began** 65:25
**beginning** 32:25
78:10
**believe** 16:12
19:14 44:13
52:14 58:5,16
61:13 70:10,11
**benefits** 22:5
**best** 5:17 16:13
17:5 27:25
53:24 56:11,20
68:23 77:20
83:22
**better** 54:8,14,22
55:1
**bipolar** 79:15
80:18
**birth** 17:17
**bit** 40:9
**black** 40:10
**blood** 86:13
**bm** 1:5
**body** 50:4
**born** 18:1
**boss** 58:24
**boys** 19:9,9
**break** 11:20,22
58:23 59:5 84:4
**bring** 7:8,10,16
8:17 9:16
**bringing** 14:6
**broken** 48:6,9
**bronx** 19:19

**brought** 4:14
7:14,25 10:4,9
10:13,21 14:5,10
14:15 15:8,8,11
15:20,25 16:4
17:4 29:12 52:3
**brung** 8:8 47:5
**buffalo** 21:15,17
22:1
**burn** 44:9
**burning** 76:10
**burst** 66:7

**c**

**c** 2:1 18:15 86:1
86:1
**c.u.n.y.** 19:17
**cage** 55:17 57:6
67:13 68:19
71:8 72:17
**call** 34:5 71:22
**called** 4:1 71:23
72:4
**camera** 72:19
**capote** 18:15
**captain** 1:7,8
46:16,16 47:21
62:24 63:20,24
63:24 66:15
**care** 4:19 38:17
46:11,12,18,24
47:2,10 77:21,24
78:2
**career** 20:1
**case** 1:5 4:21
6:17 7:2,15,16
7:17 8:4,8,10,12
8:14,17,18,23

9:9,16,18 10:14
10:15,17,19
13:24 14:3,6,7
16:6,7,23 24:5
24:23 54:24
69:4 71:19 72:3
73:18,20 82:10
82:14,17 87:2
**cases** 7:2,3,4,4,5
7:6,8,10,11,12
7:14,18,20,24
8:1,19,21 9:5,8
9:20,21,23,25
10:4,9,10,12,13
10:22 13:1,3
14:16,21 15:1,4
15:5,8,11,25
**cash** 22:18
**caught** 31:20,22
**caused** 62:19
64:11 66:6
**cell** 30:18,22,24
31:11,12,16,22
31:24 32:4,6,9
32:10,14 33:9,10
33:11,12,14,16
33:18,22,24 34:2
34:6,9 35:17,18
36:7,10,13,24
37:1,1,3,7,13
38:5,6,8,9,22,24
39:13,14,23 40:2
40:3,5,7,9,11,11
40:13,16 41:12
42:8,11,12,14,22
44:2,5,10,20,25
48:7,10,19 49:12
49:14,18 55:8,13

[cell - correctional]                                                    Page 4

55:14 59:25
61:16,18 63:4
64:11 65:8,10,11
66:4 67:2 68:19
68:21,21,24,25
72:17 73:5
**center** 34:18
**certification** 3:6
**certify** 86:7,12
**chance** 11:8
**change** 24:8 87:5
**changes** 11:17
11:18
**charge** 28:1
29:10 45:21
46:9,10,17
**charged** 27:24
28:3,7,13,17
29:6,8
**charges** 27:23
28:15,16,21
29:12,15,16
62:25
**chemical** 41:14
66:7,8
**chemicals** 41:18
**child** 78:16
**children** 19:1,3,4
19:5
**chippewa** 21:14
**church** 2:9
**circumstances**
62:12,15,18
**city** 1:7 2:8 8:13
8:15 10:15
14:11,19 15:16
15:20 16:4,10,12
17:4 22:2 23:18

80:9 87:2
**city's** 80:22
81:21
**civil** 1:18 7:4,5,6
7:12,18,20 8:8
9:12,20,21 10:3
10:9,21 13:1
15:5
**claim** 16:4 17:4
31:11 53:23
55:7,12 60:3,21
78:18
**claimed** 22:5
**claiming** 60:19
73:18,20 74:4
**claims** 4:21
**clean** 49:17
**cleaned** 49:14
**cleaning** 49:17
**clearly** 5:8
**clinic** 46:19,20
47:7,19 48:1,4,5
49:10
**close** 68:1 73:5
**closed** 20:8
**coached** 47:17
**college** 19:20,22
19:23,25
**come** 59:19
61:18 79:25
**command** 23:14
23:16
**comment** 11:17
**commission** 21:5
21:6 87:25
**company** 20:18
**compensated**
16:3 17:3

**complained**
70:18,19
**complaint** 32:21
32:21,25 54:4
57:8,11,13,13,15
57:22 58:4,7,8
58:19 61:2,6,25
62:1,4,7,9 64:6
69:3,7,11,15,17
69:18,21,22,24
69:25 70:1,5,7
72:9 73:7 74:22
74:24,24 82:8,25
**complaints**
46:22
**complete** 11:8
12:8
**completely** 6:8
**complex** 34:18
34:19 35:4,6
52:20 55:21,24
72:12,15
**compliant** 43:3
**complications**
50:2
**complied** 66:11
**concerning** 70:8
73:12 78:17
**concluded** 13:3
84:12
**condition** 49:4
50:3 59:25 74:6
78:7
**conditions** 12:11
51:13 60:17
**confused** 82:12
**connection** 25:9

**consume** 48:14
**continue** 77:15
77:25
**continued** 59:7
66:3,5
**contraindication**
60:14
**contraindicati...**
43:9,17 51:7
**control** 2:11
**conversation**
58:5,6,9,12
68:15
**convicted** 24:25
25:5,6,8,13,14
25:15,18,19,20
25:25 26:5 27:6
28:11,14,17 29:9
29:13
**conviction** 25:10
**convictions**
28:12,20
**cope** 80:15
**copies** 71:3
**copy** 3:10,13
84:7
**corporation** 2:7
**correct** 11:13
13:20 32:11
37:13 40:8,22
43:21,25 44:14
51:5 53:8 61:8,9
67:5,6 69:4
70:21 75:13
**correcting** 21:19
**correction** 1:8
**correctional** 2:4
4:9 22:25 23:3,7

60:14 80:4,6
**corrections**
23:19 43:8,15
50:24 53:20
73:14 78:11,12
78:12 80:9,23
81:11,21
**corrective** 50:10
50:11 54:3
**counsel** 2:7 3:5
3:13
**counselor** 59:12
59:13,14,16,18
59:19
**counter** 12:15
**county** 25:11,16
86:4
**couple** 15:9
18:25 60:1
77:14 84:3
**court** 1:1,18 3:10
4:14 5:4,9 6:8
8:11 16:15 55:9
57:14 59:3
70:18,19 71:3,12
71:22,23 72:4,4
73:13
**court's** 71:23
**courtroom** 6:16
6:17
**credentials** 20:7
**crime** 25:1,5,12
25:14,17,18,19
25:24 26:2,5,6
27:3,4,6,8,14
29:8,13
**crimes** 27:10,24
28:3,7,11,12,18

29:6
**criminal** 7:4
11:3
**cuffed** 42:17,18
43:7,20,24
**cuffing** 43:10,17
**cuffs** 45:9 60:24
**current** 4:8 18:3
**currently** 10:20
22:24,25 27:24
53:25 54:17
77:21 79:18
**custody** 23:19
28:6 50:24 80:9
**cut** 18:9
**cv** 1:5 8:9,15
10:14 24:6,17,22
**cv11045** 8:24

**d**

**d** 3:1 4:1 85:9
**damages** 73:18
73:20,25 74:1,2
74:2,6 75:20
**date** 1:12,19
7:15 9:17 16:9
17:17 21:20
23:21 24:6,8
28:1 31:11
33:21 34:11
48:20 53:19
55:7,14,25 56:6
63:13,14 65:13
65:16 66:22
67:12 70:23
71:4 72:18,18
81:19 82:19,22
87:3

**dates** 7:14 16:13
63:18
**daughters** 19:8
**day** 34:13 37:5
50:9 58:10
60:19,22 77:10
77:11 84:18
86:17 87:22
**days** 3:12 25:11
25:16 77:14
**deadlocked**
61:16 65:8,9
67:2
**deal** 76:15
**december** 55:16
56:6 61:5,13,22
62:3 64:13
66:25 67:10
70:2,2 82:7,16
**decision** 63:20
**decontaminated**
45:7 49:14
**decontaminating**
45:20
**decontamination**
45:12,23 47:6
66:13
**defendant** 4:17
33:11,16,24 34:3
37:23,23,24,24
38:16,16,16 39:1
39:6,19,20,20,20
41:2,5,24 43:5
44:13,17,17
45:20 46:2,17,23
47:8,17,20 49:11
55:15 60:11
61:12 65:20

66:1 71:5,7 82:5
**defendants** 1:9
1:17 2:8 4:13
35:22,23,23 36:1
37:14 42:19
43:16 44:11,12
45:14,16 47:4
51:6 60:24
81:25 85:3
**definitely** 43:14
68:24
**demeanor** 43:1
**denied** 4:18
46:24
**deny** 45:17
46:24 47:2,6
**department** 2:8
23:18 43:8,14
50:24 53:19
73:14 78:11,12
80:9,23 81:11,21
**deposed** 9:25
24:2,18,19,23
**deposition** 1:16
3:6,7,11 4:16,23
4:24 5:9 6:13
8:25 9:2 11:6,12
12:5 13:10,13,25
14:3 24:2,8,16
26:12,17 87:3
**depression** 50:6
50:21 51:18
54:24 74:8
78:21
**descent** 56:19
**describe** 56:17
**described** 45:1
49:21

[description - exhibits]                                                    Page 6

**description**
  56:20 85:6
**desired**  66:9
**details**  10:25
**detention**  34:18
  34:19 35:4,5
  52:20 55:21,24
  72:12,14
**diagnosed**  50:2
  52:6,10,12,17
  60:16 78:9,10
  80:19
**diagnoses**  51:24
  78:22
**diagnosis**  51:12
  51:19 79:11
**diagnosises**
  51:25
**different**  7:14
  41:17 55:13
  63:18
**digits**  17:21
**din**  2:5 4:7
**direct**  62:21
**directly**  39:24
**discharged**
  53:19
**disciplinary**
  30:19
**discuss**  70:17
**discussed**  12:5
  13:24 24:22
  27:11,24 50:14
  53:21 59:24
  61:4 63:4 64:8
  74:14,21 77:1,19
  78:19

**discussing**  7:19
**dismissed**  62:24
**disorder**  79:15
  80:18
**disorders**  78:21
**disposition**
  63:13,19
**distributor**
  20:17
**district**  1:1,1
  4:14,15
**doccs**  53:20
  79:25
**docket**  8:3,4
  9:22 10:8 13:2
  15:4 69:19
**doctor**  46:13
  47:8,9,9,12,15
  75:11,16
**document**  13:18
**documentation**
  51:9,10
**documents**
  13:12,15,16,21
  24:7 71:21
  74:16 85:14,15
**doing**  35:16
  40:24 41:2 57:3
  68:13
**door**  31:17 33:11
  33:16,18,21,25
  34:3 35:18,18,20
  35:23 37:22,22
  38:21,24 39:3,5
  39:8 41:5 68:8
**dpv**  63:25
**drink**  31:7 48:20

**drop**  61:15 65:7
**drugs**  31:5 48:22
**due**  62:22 64:1
**duly**  4:2 86:9
**duration**  80:14

**e**

**e**  2:1,1 3:1,1 4:1
  4:1,1 18:15,15
  55:11 85:1,9
  86:1,1
**e.s.u.**  1:7,7,7
  43:9,15 66:6,11
**earlier**  11:7 15:3
  15:6 27:13 47:5
  58:6
**earn**  21:6
**eastern**  56:19
**education**  20:10
**effect**  3:9,11
  66:9
**either**  12:14
  19:14,15 62:7
  63:21
**electrical**  31:18
  31:20
**elmira**  4:9 23:7,8
  23:11 80:4,6
**emotion**  74:3
**emotional**  74:2,5
  76:15 77:16
  78:17 80:16
**emotionally**  52:3
**english**  11:24
  12:2
**enhanced**  35:10
  35:13,14

**entered**  78:11
**entering**  79:25
**errata**  87:1
**errors**  11:13
**escorted**  45:12
  47:19,20 49:11
  66:12
**escorting**  45:15
**esq**  2:10
**et**  8:13,15 10:15
  87:2
**european**  56:19
**event**  26:20
**events**  6:4 12:20
  49:21
**eventually**  42:16
  44:2
**evidence**  26:11
**exact**  7:7 37:16
  49:12 71:2
  72:16
**exactly**  56:3
  64:24 71:10,15
  72:7
**examination**  4:4
  59:7 84:11
  85:11 86:8,10
**examined**  4:3
**example**  22:14
**excessive**  4:18
  42:19 50:19
  60:2,2,8,10,18
  60:21
**exchange**  2:4
**excuse**  59:12
**exhibit**  85:5,5
**exhibits**  85:3

**exit** 66:11
**expect** 6:3
**experience** 77:15
   78:25
**experienced**
   52:3 78:18
**experiencing**
   50:21 54:2
**expires** 87:25
**explain** 62:17
**extinguish** 66:5
**extinguisher**
   39:2,6,10,11
   40:22,25 41:3,14
   41:19 60:12
   65:24 66:2
**extinguishers**
   41:18
**eyes** 50:4,20
   74:7

**f**

**f** 3:1 86:1
**face** 39:2,9,11
   41:3 60:11
**facial** 66:8
**facility** 2:4 4:9
   23:1,3,7,13
   34:17 45:25
   55:20 80:4,6
**facing** 39:25
   78:7
**facts** 26:10
**far** 7:19
**fear** 55:18 56:13
**february** 69:22
   69:25

**fed** 61:17
**federal** 1:18
**feel** 53:11
**feeling** 53:15
**fees** 74:13,15,17
**feet** 56:18,18
**felt** 82:1,3,3
**ferraro** 1:8
   33:11,16,17,21
   33:25 34:3
   37:23 38:17
   65:20
**file** 2:10 8:10
   15:22 57:8,11
   70:8 73:12,14
**filed** 8:11,18
   9:18,19 10:15
   15:16,23 16:10
   16:14,14 57:13
   57:14 69:17,18
   69:22,24 70:2,13
**filing** 3:6 58:7,7
   58:19,19
**fill** 47:18
**filled** 40:2,3,6,9
   49:19
**financial** 74:3
   83:24
**find** 11:13
**finding** 63:25
**fine** 40:11
**finish** 6:7
**fire** 30:17,22,24
   31:11,12,14,16
   31:20,22 32:1,3
   32:6,8,10,14
   33:8,10,21 35:25
   36:1,3,8,11,14

37:13 39:2,6,7,9
39:11,12,12 40:4
40:19,20,21,25
41:3,14,17,19
42:11,12,14 48:6
48:9,14,19,23
59:25 60:11
62:21 63:4 64:9
64:9 65:24,25
66:2,3,5,18
**first** 4:2,25
   11:24 12:2 25:5
   25:6 31:9 32:15
   32:24 35:16,21
   48:6 55:7,14
   57:15 58:4
   59:11,20,24 64:7
   68:4 69:4,7,10
   69:14 70:1,4
   78:9 81:18
   82:13,19,19,22
   83:1
**five** 6:23 45:22
   45:23 46:20
   53:1,6 76:1
**flames** 65:24
**flickering** 65:23
**florida** 25:16
   27:14,14,18
**follow** 62:20
   65:4
**follows** 4:3
**food** 22:15,18
   65:25
**footage** 62:23
   63:22
**force** 3:11 4:18
   42:20 60:2,2,8,9

60:10,18,21
**form** 3:16 22:11
   22:16 26:16
   47:8
**formal** 51:12,19
**formally** 52:6
**formerly** 52:7
**forms** 31:10
   32:24 47:18
   55:6
**forth** 86:9
**four** 17:21 38:2
   80:7
**front** 29:16
   30:20 83:17
**fronto** 20:18
**full** 6:9,9
**further** 3:15
   66:13 84:6
   86:12
**fuzzy** 50:5 74:7

**g**

**g** 4:1 55:11
**galuezuskiy**
   38:16 39:1,19,20
   41:2 43:5,6
   44:13 55:7,12
   66:2
**galuezvskiy** 1:7
**galuzevskiy**
   37:24 39:6
   55:10,15 56:3,14
   56:22 57:1,4,16
   58:2 60:11 61:3
   61:7,10,12,20,23
   64:14,21 67:1,4
   67:14 68:1,14,18

69:1,6 70:9 72:3
82:5
**galuzevskiy's**
58:11
**getting** 42:19
66:25 70:15
78:6 82:4
**ghw** 1:5
**gibson** 1:8 45:20
46:2,17,23 47:8
47:17,20,21
49:11
**gift** 49:15
**give** 4:24 5:1
9:22 12:8 39:16
41:7 65:4
**given** 42:4 47:3
49:15,17 53:20
60:13,14 62:11
63:19 76:10,12
76:12,14 86:10
**giving** 33:2 46:3
**glasses** 76:12
83:15
**go** 19:16 23:24
24:12 32:15,16
59:10,23 61:1
65:12 68:9,9
71:13
**goes** 6:17
**going** 4:24 10:3
26:14 58:21
61:17 72:5
83:18
**good** 4:10 58:22
**gotten** 54:8,10
54:13,22 55:1,3

**graduate** 19:10
19:12
**grievance** 70:8
70:12
**grievances** 70:13
70:16 73:12,15
**guess** 5:25 49:16
57:6 81:2,7,10

### h

**h** 85:1
**hah** 5:3
**half** 23:9,20
58:22
**hand** 86:16
**handcuff** 43:2
**handcuffed**
42:16,17,21,23
43:4
**handcuffs** 53:8
**handled** 14:17
**handling** 10:20
**hands** 39:24
41:4 66:10
**happened** 60:19
71:6 75:8
**harassed** 4:19
**harassment**
72:17 81:25
82:5
**harm** 60:5,6
**head** 5:2,2,5
**heal** 53:13
**health** 52:21
54:5 60:14 81:2
81:3,5,10
**healthcare** 78:4

**hear** 5:13 30:23
**heard** 5:21
**hearing** 63:14,21
**heavy** 83:20
**held** 1:19 20:16
**help** 34:5 82:2
**helped** 80:15
**hereinbefore**
86:9
**hereunto** 86:16
**high** 19:10,12,16
19:17
**hinds** 2:7
**hired** 10:24
**hold** 20:23
**hon** 2:7
**hopeless** 82:1
**horrible** 81:24
82:4
**hour** 12:16
58:22
**hourly** 21:4
**hours** 34:16
45:22,23 46:21
48:14,19,22
55:16 65:22
**house** 51:7
**housed** 35:5
67:20,23,25
72:11,12
**housing** 22:16
35:7,8,10,14
44:8 55:21
64:19 66:11,12
67:20,25 70:15
72:13,15 73:3,4
81:25

### i

**ibuprofen** 76:9
77:5
**illegal** 31:5
**illness** 49:7
80:19
**imaginary** 64:9
**immaterial**
26:15
**important** 4:25
66:17,19,21
**inaccurate** 11:7
**incarcerated**
15:15 21:1
22:24,25 23:6,8
23:10,11,15 28:4
29:7,19 81:20
**incarceration**
28:18,19 80:14
**incident** 9:17
16:25 31:10
32:24 34:11,15
34:17,21 43:18
48:20 50:9,12
51:14,17,23 52:2
52:8,9,12 53:4,5
53:23 54:1,18
55:6,19,24,25
58:18 59:24
61:1,4,23 62:3
63:4 64:4,5,7,9
64:10 66:13
70:17,19,23,25
71:4,9 72:8,9,15
73:8,12 74:11
77:22 78:3
83:11

incidents   13:22
  69:10,14 70:4,9
  70:14 72:16
  74:14,18,21 75:8
  76:5,25 78:18
  82:10,14,16
  83:25
include   69:9,13
  70:3 73:7
including   10:12
  41:24 76:8
incomplete   11:7
increased   52:1
indicating   15:23
  16:11 61:17
  63:7 71:24
individual   58:8
infirmary   23:14
  23:16
information
  65:5 69:9,13
  70:3 85:14,15
infracted   30:15
  30:17,22
infraction   30:10
  30:14 37:9
  62:11,13,16,19
  62:22 63:1,3,6,8
  63:10,11,12 64:3
  65:14,14,16,17
  65:21 66:22
infractions
  29:18,21 30:13
initial   15:15
  32:21 57:8,11,21
  79:25
initially   37:19,20
  37:21,23 38:6,9

39:3,5
injuries   46:15
  49:20,22,24,25
  50:1,14,15,17
  51:13,17,20
  53:22,25 54:7,17
  54:20,22 55:1
  75:7,13,15 76:4
  76:16 77:18,22
  78:3 80:16
  83:24
injury   16:23
  46:9
inmate   16:1 66:4
  66:5,10 68:3,8
  68:15 73:4
inmate's   66:8
inmates   40:15
  64:18,19 67:16
  67:19,20,22,23
  67:25 68:4,9
  73:1,2,3
inside   39:7 40:5
  42:22
insomnia   50:6
  74:8
institute   20:1
instructed   66:1
instructions
  35:19
insurance   22:18
intake   66:12
interested   86:14
interfere   12:11
  12:16,23
interfered   42:10
  42:13

investigating
  42:14
investigation
  45:24
involved   63:23
island   15:16
  16:24 18:2
  23:12,13 78:1,1
  78:12
issued   54:4 63:1
  63:11,12 65:19
item   31:22
items   83:20

**j**

job   20:14,16,23
  20:25 21:2,4,11
  21:11,13,24
  43:12
jobs   22:3
judge   3:10

**k**

k   18:15 55:11
karen   18:15
katherine   2:10
  4:12
keep   5:8 65:11
kept   61:16
kidnapping
  25:20 29:10
kind   36:10 49:3
  49:6 77:24
  79:19
knew   58:20 62:5
  62:5,10
knocked   33:16
  33:18,21,25 34:3

knocking   33:11
  33:16
know   5:13,17,24
  6:1 7:24 9:18,19
  11:8,21 15:3
  16:7,9,10,13,14
  16:16 18:17
  21:21 26:6
  29:17,22 30:9,16
  30:19 32:6,18
  52:16 53:6
  56:14 57:20,21
  58:14 63:12,13
  64:17,24 67:23
  68:6,7,10,24
  71:4 72:5 82:18
knowing   60:13
knowledge   16:13
  17:5 27:25
  53:24 56:11
  68:23 77:20
  83:23
known   17:6,15
  40:4

**l**

l   3:1,1 17:14
  55:11
language   11:25
  12:2
larceny   25:8
late   64:2
law   2:8
lawsuit   13:22
  15:16 31:10
  55:6 61:15,20,25
  62:2 65:7

[lawsuits - name]                                                    Page 10

**lawsuits**  14:5,9
    14:15,16 15:20
**lawyer**  74:20
**leaf**  20:18
**leave**  20:25
    21:24 38:17
    41:12 42:8
    65:12
**led**  81:23
**left**  44:9 45:23
    71:23
**lenses**  50:10,11
    54:3
**life**  81:15,16
    82:3
**light**  65:23
**line**  87:5
**list**  8:5 15:1
**little**  40:9 55:25
    56:1 58:22
**live**  18:16 21:16
    27:14
**lived**  21:17
    27:18
**living**  34:20
    55:23
**llc**  87:1
**located**  4:9
    19:18
**location**  4:8
**locked**  61:16
    65:11
**long**  21:21 23:2
    23:8,15,18 27:14
    34:20 48:4 50:7
    53:12,16 55:23
    76:21 77:1,5,7,8
    77:8,12 79:6

**longer**  15:10
**look**  63:17 84:2
**looked**  62:6
**lost**  71:14
**lot**  50:18 53:10
    70:13 71:14
**lotion**  76:10
    77:12,13
**luis**  17:14
**lynda**  1:19 86:6
    86:20

### m

**m.d.c.**  34:20
**ma'am**  4:22 5:7
**mailing**  74:15
    75:4
**major**  20:3,5
**making**  46:17
**male**  56:18
**manhattan**
    34:18,18 35:3,5
    52:20 55:21,23
    72:12,14
**manner**  60:7
**march**  23:22
    70:20 72:11
**marital**  18:3
**marks**  53:7
**marriage**  86:13
**married**  18:4,5
    18:10,12
**matter**  9:10,12
    10:20 11:4
    24:21 82:1
    86:15
**matters**  15:21

**matthew**  16:8
**mattress**  37:2
**mean**  8:3 18:9
    46:7 56:1 62:17
    63:13 65:9
    75:16 81:9
**medicaid**  22:14
    22:19
**medical**  4:18
    22:18 43:11
    45:10,17,18,19
    45:21,22 46:3,3
    46:5,11,12,18,22
    46:24 47:2,6,10
    47:14,16 49:16
    51:10,19 52:18
    52:19 74:10
    75:19 77:21,24
    78:2
**medication**
    12:22 46:1 76:3
    76:7,18,19,22,24
    77:3 78:8
**medications**
    12:14,15,19 49:1
    49:2 76:8,15
**medicines**  76:17
**memory**  49:1,4,7
    71:16,25
**mental**  12:10
    52:21 54:5 78:4
    80:19 81:2,3,5
    81:10
**mentioned**  14:10
    14:12 15:3,6
    51:16 60:1 64:5
    68:16 69:24
    77:6 78:19

**message**  71:23
**middle**  17:9,11
    17:12,13
**mighty**  21:14
**military**  20:12
**minute**  58:23
    59:4,6
**minutes**  84:3
**mode**  39:25
**moise**  1:7 37:24
    44:17 66:1
**moment**  59:11
    59:24
**moments**  84:2
**monday**  34:14
**money**  16:20
    74:13,17 75:2,3
**month**  18:21
    21:23 24:10
    34:23 81:4
**months**  19:23
    23:9 53:11
**morning**  4:10
**moving**  41:10
    44:20,25
**multiple**  7:3
    44:15 49:25
    52:21,23 74:12
    76:8
**murder**  27:4,23
    28:1

### n

**n**  2:1 3:1 18:15
    85:9
**name**  4:6,12 8:4
    8:12 9:9 16:7
    17:6,9,11,12,13

18:14 55:10
57:15,16,19,19
57:20 58:3,3,11
62:8,9,9 64:17
68:7,10 69:6,6
76:18 87:2,3
**named** 61:19
62:4,7,11 63:24
**names** 9:22 10:8
13:2 37:17 68:6
68:9 72:25
**near** 44:20 45:1
**need** 11:16,20
15:1 60:9
**needed** 75:12,17
**needs** 5:4
**never** 32:7,8
47:7,8,14,14,15
47:23 49:13,14
49:17 52:5
53:14
**new** 1:1,7,20 2:5
2:8,9,9 4:3,15
14:11 15:17,20
16:4 17:4 18:2
19:19 20:2,2
21:15 22:2
23:18 27:18
80:9,22 81:20
86:3,7 87:1,2
**nickname** 68:11
**nicknames** 17:15
68:10
**night** 54:25
**nightmares** 50:5
52:4 54:23 74:8
78:19

**nine** 19:6 25:23
**nod** 5:2
**nope** 39:17,19
**north** 23:14,15
**notary** 1:20 4:2
84:20 86:6
87:25
**notes** 84:3
**notice** 32:1,3,13
33:8,14 34:2
**noticed** 32:7,8
32:16 33:10
34:5 35:16,21
**november** 57:14
**number** 7:7 8:4
17:19,21,24 24:5
24:12 37:16
56:16,20 57:20
57:21 58:4 62:5
62:8,10 71:24
85:6
**numbers** 8:3
9:22 10:9 13:2
15:4
**numbness** 50:3
53:9,12 74:6
**nurse** 46:13

**o**

**o** 2:7 3:1 4:1
18:15
**oath** 3:9 6:12,16
6:16,19 7:2,13
7:21 8:20 9:2,6
9:25 10:11,16
11:3 24:3,16
**obey** 41:25

**object** 26:7,8,10
28:8 73:21
**objection** 26:12
26:14,16,19,21
26:22
**objections** 3:16
26:17
**observed** 65:23
**oc** 41:6 42:6
49:13 50:19,23
51:1,8,11 60:4
60:13,15 76:11
**occasions** 55:13
**occur** 31:16
34:11,15,17
55:19 72:15
83:1,3,5,7
**occurred** 53:23
70:20 71:4
72:10,17 82:20
**occurring** 34:21
55:24 70:14
**officer** 1:7,7,8
33:17,20 40:25
41:6 42:5 43:4,6
43:13,20,24
44:14 45:14,15
46:14,16 47:19
55:7,12 56:3,14
56:17,22 57:1,3
57:15 58:2,11
59:18 61:3,7,10
61:20,23 64:13
64:21 65:20
66:5,6 67:1,4,14
68:1,3,13,17
69:1,6 70:9
71:10,17 72:22

83:17
**officers** 4:18
35:19,20 36:13
37:12,15,17,21
37:25 38:1,2,3
38:13,21,24,25
39:4,16,18,22
40:4,12,15,18,21
40:24 41:1,7,21
41:23 42:10,13
43:1 44:15,16,18
45:13,16 59:13
60:1,3,12 63:23
64:16 67:16,17
68:4,6 72:24
**official** 65:21
**oh** 63:17
**okay** 5:14 6:1,5
7:15 10:2 11:24
14:21 16:3
20:16 24:10,14
26:8,24 28:22,24
30:10,13 32:10
32:13 33:7 36:5
36:17 37:17,23
47:9,12,13,15
48:3 52:6 59:22
59:23 61:1,22
63:15 65:18
66:23 70:8 75:1
81:18 82:12
84:2
**old** 19:5,6,7
**once** 18:6,10
48:12 51:5 66:4
80:12,12
**one's** 82:19

| | | | |
|---|---|---|---|
| **ones** 14:12 | **paranoia** 54:21 | 77:25 79:19 | **prescribed** 50:10 |
| **open** 38:21 66:4 | 78:24 | **pick** 83:20 | 50:10,11 76:3,7 |
| **opened** 38:8,24 | **paranoid** 83:18 | **place** 2:4 17:1 | 76:8,17,25 |
| 39:4,5,8 | **parole** 27:21 | 58:9 71:1 72:8,9 | **prescription** |
| **order** 1:18 41:25 | **part** 32:21 | **placed** 66:10 | 12:15 |
| **ordered** 41:12 | **particular** 44:24 | **plains** 19:19 | **preserve** 26:21 |
| 66:11 | 64:20 74:15 | **plaintiff** 1:3,16 | **previous** 69:21 |
| **orders** 39:16 | **parties** 3:5 86:13 | **pleaded** 39:1,10 | **previously** 15:2 |
| 41:8 42:4 62:21 | **pay** 21:4 | **please** 4:6 5:2,8 | **prior** 28:18 |
| **original** 3:7,13 | **pen** 45:12 47:6 | 5:25 6:7 8:7 | 34:20 41:25 |
| 20:17 63:3 | **pending** 11:22 | 9:23 10:7 11:20 | 42:5,23 43:18 |
| **outcome** 86:14 | **people** 43:16 | 26:3 28:23,25 | 51:10,21 52:8,9 |
| **outlet** 31:18,20 | 56:25 | 29:3,5 31:3 32:2 | 55:24 65:2 |
| **outside** 44:8,10 | **pepper** 41:21 | 32:17 36:18,19 | 78:13 80:2,19,23 |
| 57:5 | 42:1,24 | 43:22 48:17 | 80:25 |
| **overheard** 58:6 | **perfectly** 40:11 | 57:10 63:10 | **pro** 2:3 10:13 |
| 58:16 | **period** 12:16 | **point** 32:3,13 | **probably** 58:17 |
| | 22:21 80:13 | 33:2,8 40:6 | 58:20 |
| **p** | **permissible** | 45:11 47:11 | **problem** 66:23 |
| **p** 2:1,1 3:1 4:1 | 60:16 | 69:3 | **problems** 50:7 |
| 18:15 | **person** 14:2 58:1 | **pointed** 68:24 | 78:17 |
| **p.m.** 55:16,17 | 81:4 | **pointing** 68:20 | **procedure** 1:18 |
| 61:13 84:11 | **personally** 10:23 | 68:20 | **procedures** |
| **page** 85:5,11,15 | 43:19,23 | **possessions** 37:3 | 43:10 |
| 87:5 | **pertain** 63:3 | 37:6 | **proceed** 59:9,22 |
| **paid** 21:5 74:20 | **peter** 1:2,17 2:3 | **possible** 32:19 | **process** 47:18 |
| **pain** 50:3,4,4 | 4:7 8:13,15 | 73:17 | 62:23 64:1 |
| 53:9,10,12 54:11 | 10:14 17:7 | **possibly** 4:25 | 66:13 |
| 74:7,7 76:9 | 84:15 87:2,3,21 | 6:24 22:20 | **productions** |
| 77:15,16,17 | **petty** 25:8 | 56:19 58:7,19 | 13:18 |
| **palms** 39:25 | **philips** 63:24 | 77:2 | **professional** |
| **panic** 78:21 | **phone** 71:22,24 | **post** 74:8 | 46:4 51:19 |
| **paper** 63:18 | **physical** 12:10 | **postage** 75:5 | 52:18,19 |
| 71:11 | 46:15 53:14,16 | **preparation** | **program** 81:3,6 |
| **paperwork** | 53:18,25 54:7 | 13:12 | **proper** 26:12,14 |
| 14:18,19,23 | 74:2,3,5 75:12 | **preparatory** | 26:16,19 57:25 |
| 15:22 71:14 | 75:14,17,20,22 | 19:17 | **properly** 24:13 |
| | 76:14 77:17,18 | | |

property   36:25
  46:25 47:3
  49:15
provide   45:22
provided   13:16
  43:8,12,17 45:25
  46:18,25 47:16
  49:16 51:7,9
  80:22
providing   45:21
  46:5,11,12
proximity   73:5
psychiatric
  76:21,24 79:3,6
  79:21
psychological
  54:17
psychotropic
  76:15,17
ptsd   50:6 51:18
  52:4,6,10,13
  54:21
public   1:20 4:2
  22:7,11,17,22
  84:20 86:6
  87:25
purpose   4:16
pursuant   1:17
put   35:25 36:3,5
  40:18,20 41:4
  58:17 65:25
  66:3 75:18,19,19
  81:3,5,7
putting   42:10

**q**

question   5:12,13
  5:16,18,21,25

6:4,9 7:9,23
10:6 11:21 12:1
14:1 15:13
17:10 20:22
22:13 23:24
24:1,13,13 26:3
26:7,13,21,23
28:5,8 29:3,5
30:12,23 31:1
32:2,9,15,17,17
32:18,23 33:7,19
35:9,12 36:15,19
36:20,23 37:19
41:16 43:22
44:11 48:16,18
49:5 51:15,22,23
57:10 60:20
61:21 63:5,6,9,9
64:23 65:2,3
66:24 69:12,23
73:19 74:19
76:23
questions   4:17
  4:20 6:7 12:24
  29:1 33:4 84:6
quicker   46:1
quite   77:2

**r**

r   2:1 3:1 4:1,1,1
  18:15 86:1
radio   36:7,24
radix   2:7
read   28:22,25
  29:2 33:5 36:19
  36:21 83:15
ready   59:9,22

real   64:11 68:10
realize   11:6
really   50:20
rear   42:17,18
  43:7,17,20,24
reason   12:7 87:5
recall   12:20 17:2
  27:17 31:4,23
  34:7 36:9,12
  37:8,11 38:12,20
  44:1 45:3 48:8
  48:21,24 49:8
  51:2 56:24 57:2
  63:2 67:18 72:6
  72:7,21 73:6,16
  77:3 80:21
receive   16:20
  20:7 22:11,21
  25:22 51:12,21
  51:24 53:16
  80:11
received   20:9
  22:7,14,15,16
  25:23 30:11
  37:10 51:17,18
  53:14 75:14
receiving   53:18
  54:5 78:1,13,14
  81:24 82:5
recess   59:6
recollection
  13:21
record   4:6 17:20
  26:22 30:20
  81:8 86:10
red   50:20
redness   50:19

reduced   50:5
  54:2 74:7 76:12
reference   33:2
  71:19 72:2,3
referral   45:25
  75:20
referred   8:21
  29:1 33:4 36:20
  72:18
referring   7:11
  7:17,18 38:4
  46:13 49:23
  58:14,18,20 74:1
  74:22,23 75:4
  79:20 82:24
refresh   13:21
refusal   47:8
refuse   47:10
refused   41:25
  42:8 47:14
regard   52:22
  53:4,5 74:15
  82:8,25
regional   20:17
relate   64:3,7
related   4:21
  82:10,14 86:12
relation   29:13
released   42:19
relief   82:2
relieve   76:10
relinquish   66:2
relocated   21:25
  22:1
remember   6:4,5
  6:5 22:4,10,23
  30:21 48:11,13
  49:2 72:25 73:2

73:16 82:22
**reminded** 47:1
**remnants** 49:13
**removed** 44:2,5
**rendered** 63:20
**repeat** 5:13 12:1
  17:10 29:5 33:7
  35:12 43:22
  57:10 60:20
  61:21 63:9
  69:12,23 73:19
**repetition** 28:8
  73:22
**rephrase** 5:18
  7:9 10:6 14:1
  15:13 20:22
  26:3,23 28:5
  30:12 32:2
  33:19 48:16
  49:5 51:15
  74:19 76:23
**report** 75:19
**reporter** 5:4,9
  6:8 28:22 29:2
  32:19 33:1,5
  36:21 55:9 59:2
  59:3
**reporting** 65:21
  87:1
**represent** 4:13
**represented** 13:9
  14:17,22 15:5,21
  16:8
**representing**
  9:11
**request** 28:22
  45:10,18 84:7

**requested** 43:9
  43:11 45:19
  51:10 60:13
  85:14
**requesting** 77:25
**reserved** 3:16
**resisted** 42:23
**resolved** 14:7
  16:16,18
**respective** 3:5
**responded** 36:13
  37:12,15,18
  43:16,16
**responding**
  66:24
**response** 31:2
  45:8 64:12
**responses** 5:1
**responsibility**
  46:18
**responsible** 46:2
  46:5,10,14
**result** 34:9 36:14
  37:13 49:20
  51:17 53:23
  54:4 70:12
  74:11,14,18,20
  75:8,12 76:4,25
  78:18 82:16
  83:25
**retaliation** 55:18
  56:13
**retrieve** 65:24
**review** 11:11,13
  28:23 32:17
  54:24 62:23
  63:22

**reviewed** 13:12
  13:19
**reviewing** 24:7
  63:8
**rider** 66:2
**right** 4:21,23
  5:24 6:3 8:5,6,8
  8:12,14,17,19
  9:8,25 10:6,8,16
  10:19,21 11:1,16
  12:7 14:2 15:7
  15:14 17:13
  19:12,16 23:10
  24:25 25:9,12
  26:15 33:6
  38:21 42:5
  44:16 51:16
  53:7 55:19
  56:25 58:21,25
  59:1,21 61:19
  63:7,8 65:14
  69:20 72:14
  75:3,11 77:12,21
  79:6 84:10
**rikers** 15:15
  16:24 23:12,13
  78:1,12
**road** 19:19
**rodriguez** 1:2,17
  2:3 4:7,10 8:13
  8:15 10:14
  11:24 17:7 29:4
  59:10,23 66:4,5
  84:15 87:2,3,21
**rory** 68:12
**rule** 26:18
**rules** 1:18 4:24
  12:4

**s**

**s** 2:1 3:1,1 17:14
  55:11 85:1 87:5
**sadness** 78:24
**salary** 21:2,3
**saw** 47:7 80:2
**saying** 8:1 82:9
**scared** 83:18
**school** 19:10,13
  19:16,17 20:7,8
**scratches** 50:18
**scribbled** 63:16
**se** 2:3 10:13
**sealing** 3:6
**second** 25:12,14
  27:5 55:5 61:2,6
  61:10,12,23 66:7
  69:21,25 82:6,7
  82:15,24
**seconds** 48:5
**section** 22:16
**security** 17:19
  17:21,23 35:10
  35:14
**see** 40:10,11
  52:19,24 80:5
  81:4
**seek** 80:8
**seeking** 77:23,24
  78:2
**seen** 50:20 52:21
  72:19
**send** 11:12 84:9
**sentence** 25:22
**september** 1:12
  19:24 24:9
  86:17

**serious** 30:10,14
**seriousness** 30:13
**serve** 20:12 25:9
**served** 25:11,16
**service** 3:12 57:6
**services** 51:7 60:15 65:12
**sessions** 75:22
**set** 30:24 86:9,16
**setting** 30:17,22
**settlement** 16:18 16:21
**seven** 19:6
**severe** 54:21
**shake** 5:2,6
**sheet** 87:1
**shoulder** 50:4
**shower** 45:23 61:14 64:14
**shut** 45:8
**sic** 4:9 8:8 36:24 36:25 43:15 46:24,24 47:5 50:20 51:25
**sign** 47:23
**signature** 86:20
**signed** 3:8,9,12 47:8
**sir** 29:3
**situation** 58:16 58:17
**six** 23:20 38:2 56:18,18,19
**slashed** 16:24
**sleep** 54:25
**slot** 65:25

**smoke** 33:12,14 34:2,5,8,9 35:17 35:21 39:14 40:1,2,3,5,6,7,9 40:10 49:12,19 59:25 64:11
**social** 17:19,21 17:23
**sons** 19:8
**sorry** 7:9 9:24 10:3 12:1 14:1 15:13 17:10 18:7,9 19:14 20:20 21:18,18 24:9 30:12,23 32:8 33:19 35:12 41:16 42:4 46:16 47:1 48:16 62:14 63:5,16,17 66:20 68:3 69:23 73:21 74:19 76:23
**sought** 53:22 74:10
**sounds** 46:13
**south** 35:7,8,10 35:14 55:22 72:13,15 81:24
**southern** 1:1 4:15
**sparingly** 18:19 18:20
**spayed** 41:23
**speak** 5:8
**speaking** 58:18
**specific** 46:22 48:17,18 49:22

51:16
**specifically** 9:24
**spelled** 55:10
**spent** 74:13,17 75:2,4
**spoke** 72:4,4 75:3
**spouse** 18:14
**spray** 41:22 42:1 42:6,24 49:13 50:20,23 51:1,8 51:11 60:4,13,15
**sprayed** 41:6,21 42:1,6,24 60:11 60:12
**spraying** 39:2,6 39:9,10 41:2
**sprays** 76:11
**ss** 86:3
**staff** 66:11 81:11
**stamps** 22:15,18
**standing** 35:18 41:1 57:5,5
**start** 31:12,14 32:20 78:14
**started** 31:11 32:22 39:25 41:4 66:18
**starting** 7:15
**state** 1:20 4:2,6 86:3,7
**stated** 32:8,10 39:8 47:6,23 62:20 65:1,7,22 71:21 72:7 82:15,18
**staten** 18:2

**states** 1:1 4:14 27:19
**stating** 51:7 60:15
**status** 18:3
**stay** 47:21,25 54:15 61:18 68:21,25
**staying** 65:11
**stemming** 54:1 54:18
**stipulated** 3:4,15
**stop** 39:1,10 41:10
**street** 2:9 20:2 21:14 34:19
**stress** 50:22 74:9 78:21
**strike** 83:18
**struggling** 54:11
**submitted** 71:3 71:12,22
**subscribed** 84:17 87:22
**sued** 11:1 61:24 62:1
**suffer** 74:5 83:24
**suffolk** 86:4
**suggested** 81:10
**suicide** 81:12,23 82:6,7,9,13,15
**suing** 9:14 55:17 56:8 58:3 64:22
**suit** 15:23
**supervisor** 46:8 46:9,10
**supplies** 49:17

**supposed** 42:18 43:7,20,24 45:25
**sure** 6:22 7:7,17 9:13 14:13,14,19 15:18,19,23 21:8 21:10,20 23:17 25:6,15 26:25 27:15 30:20,25 31:15,21 34:22 34:24 35:3,11 37:16 45:13 46:17 51:4 54:16 56:2 57:25 68:23 70:6,10,11 76:18 81:19 83:8
**surgery** 75:7
**surrender** 39:24
**sustain** 77:18
**sustained** 75:15 75:21
**swore** 9:25 24:2
**sworn** 3:8 4:2 24:16 84:17 86:9 87:22
**sylvia** 2:7
**symptoms** 78:20 78:23

---

**t**

**t** 3:1,1 4:1 18:15 85:1 86:1,1
**taco** 21:14
**take** 6:16 11:20 11:22 16:25 22:17 38:17 48:22 53:12 58:9,22 59:4

70:25 72:8 76:19,21 77:1,5 77:10 84:2
**taken** 1:17 6:12 12:14,19,22,23 37:1,3,6 44:4,7,8 46:19,20 49:9,9 59:6
**talk** 32:20
**talked** 13:1 14:2 69:10,14 70:4 75:9 76:5 83:25
**talking** 7:6,19 10:5 37:21 38:10 39:3 56:6 71:18
**tall** 56:18
**te** 10:15
**team** 43:9
**technical** 20:1
**technology** 20:6
**tell** 5:20,25 6:5 6:12 10:10 41:10 43:6,12,19 43:23 50:1 75:16,18
**temir** 1:8
**ten** 6:25 53:3 58:23 59:4,6 75:24,25
**tending** 46:14
**terms** 14:5
**testified** 4:3 6:19 7:12,20 8:20 9:2 9:6,10 10:11 11:3 13:7 26:4
**testify** 6:3 7:2 10:16 12:12,17

**testimony** 12:8 33:17,20 43:19 43:23 86:10
**thank** 9:5 33:3,6 36:22 66:14 84:6
**therapy** 53:14 53:16,18 75:12 75:14,17,20,22 76:14 77:25 79:18,19,19,21 79:23,24 80:3,5 80:8,11,15,22,25
**thing** 37:1 64:1
**things** 52:3 71:8 75:4 78:24,25
**think** 30:21 58:6 63:5
**thinking** 26:17
**third** 25:17,19 67:5,7,9
**thought** 58:2
**threat** 72:1,6
**threaten** 40:12 40:15 60:5,5 71:20
**threatened** 42:3 42:5 45:13 71:8
**threatening** 71:19
**threats** 47:4
**three** 25:4 69:10 69:13 70:3 80:7 80:7
**threw** 36:6
**thrown** 62:22
**tightened** 45:9

**tightening** 60:24
**time** 1:13,19 3:16 10:22 18:6 18:8,11 22:21 24:2 25:6,9,11 31:24 33:12 34:15 36:1,7,11 38:4,22 39:14 41:7,23 48:6 50:23 56:12 57:3 58:10,22 61:10,12,14,19 61:22,24 62:3 63:14 65:2 66:1 67:5,7,9 68:13 69:4 70:14,25 71:2 77:7,8 80:2 80:13 81:19 82:19,21,22,23
**times** 6:21,22 18:5,21,23,25 25:3,4 26:24 48:9 51:1 52:21 52:23,23 53:1,3 53:6 60:1 61:7 74:12 77:10 80:5,7,7 81:14 81:15
**tobacco** 20:18
**today** 12:5,8,12 12:17 14:25 27:11 33:20 54:3 59:24 64:8 74:14,21 75:9 76:5 77:1,15 78:19 79:24 83:25

**[today's - white]**                                                    Page 17

today's  11:12
13:9,25 14:3
told  14:25 24:5,6
28:12 38:16
39:19,20 44:1
45:8,17 46:23
47:9,12,14 55:18
56:13 61:15
75:11 82:21
total  48:9
touch  18:18,21
18:24
training  20:9
transcribe  5:5,9
6:9
transcript  11:11
11:14,17 71:13
84:8
traumatic  74:9
treat  76:3
treated  47:22,23
79:11
treatment  45:10
53:22 74:10
78:13,14 79:3,7
81:24 82:4
trial  3:17 6:17
9:1 11:18 13:7
26:17 27:8 28:1
tried  60:6
true  69:20 86:10
trumped  80:1
truth  6:13
truthful  12:8
truthfully  12:24
try  5:17 35:25
53:15 60:6

turn  31:9 32:23
55:5 66:6
twice  24:23 51:3
52:25 77:11
81:17
two  10:12,13
19:4 23:9 35:2
41:23 58:17,17
60:12 61:7
63:18 66:7
75:23
type  35:8 41:19
43:10 49:22
types  41:17

**u**

u  3:1 4:1 17:14
55:11
ultimately  20:8
uncharged  28:11
undergoing
79:18
underlying
13:22
understand  4:20
5:6,10,17,18,19
5:21 6:10,12,14
6:15,18 11:9,14
11:18,19,22,23
12:4 22:13 32:9
35:9 41:16
understood  5:21
unemployment
22:5
unit  35:7,8,10,14
72:13,15
united  1:1 4:14

unnecessarily
60:25
unsigned  3:10
use  31:5 41:18
41:18 60:5,6,9
60:16 77:13
usually  68:9
utilize  51:8 66:7
utilized  60:4,8
utilizing  50:19

**v**

v  55:11 87:2
various  13:18
vary  30:13
verbal  5:1
verbally  47:10
veritext  87:1
versus  8:13,15
10:14
video  62:23
63:22
violation  62:23
64:1
virtual  1:16
visible  40:6
50:15
visibly  40:10
vision  50:5,5,7
54:2 74:7,8
76:13
voice  5:8
volusia  25:16
vouchers  22:16

**w**

wait  6:7 59:14
59:19

waiting  35:19
waived  3:7
walk  40:1 41:4
83:17
wall  44:9,10,20
45:1
waller  16:9
walls  49:18
want  26:7,10
32:17 33:1
36:23 59:10,23
61:1 64:24
70:17
wanted  24:12
32:20 47:16
57:25
water  36:6 41:14
41:18,20
way  68:5 86:14
we've  7:19 58:21
weall  2:10 4:5,12
17:20 28:25
36:19 55:9 59:1
59:4,8 84:9
85:12
weapon  40:23
wearing  54:3,3
week  34:13,25
56:1 80:12,12
81:4
weeks  35:2
weird  71:8
went  34:8 47:7,9
65:24
whereof  86:16
white  19:19
34:19 56:18

**[williams - z]**    Page 18

**williams**  1:8
  37:24 39:20,21
  41:5,24 44:17
  66:7 71:5,7,10
  72:22
**withdrawn**  14:6
**witness**  3:8,12
  3:13 4:1 6:17
  13:7 36:22 84:7
  84:10,12 86:8,11
  86:16
**witnesses'**  87:3
**work**  21:18
**worked**  21:14,21
  21:23
**worse**  54:10,13
  54:15 55:3
**wound**  15:15
**wrists**  50:3,18
  53:8 74:7
**write**  5:5
**written**  62:15,19
  65:14,16,17 71:2
  71:15
**wrong**  24:12
**wrote**  65:21
  66:15

**x**

**x**  1:2,10 85:1,9
**xx**  17:18,18,22
**xxx**  17:22

**y**

**y**  55:11
**yeah**  40:9
**year**  18:23,25
  19:6,6 25:7,21
  27:16,16 77:2,9

**years**  15:9 20:24
  23:20 25:23
  54:12 79:8,9,10
  79:12
**york**  1:1,7,20 2:5
  2:8,9,9 4:3,15
  14:11 15:17,20
  16:4 17:4 18:2
  19:19 20:2,2
  21:15 22:2
  23:18 27:18
  80:9,22 81:20
  86:3,7 87:1,2

**z**

**z**  4:1 55:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.