# Exhibit C

# DEPARTMENT OF CORRECTION
# CITY OF NEW YORK

# UOF PACKAGE

UOF ID Number 4068/20
Incident Facility: MDC

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

DEF 000001

**UOF ID Number:** 4068/20

| Incident | |
|---|---|
| **UOF ID Number:** | 4068/20 |
| **Primary Incident Type:** | Use of Force |
| **Primary Incident Status:** | Actual |
| **Primary UOF Type:** | Handheld Chemicals - OC, CS, MK-9 |
| **Secondary UOF Type:** | Control holds/takedown techniques |
| **Reason For UOF:** | Refuse Direct Orders |
| **Occurred Time:** | Aug 31 2020 6:15PM |
| **Reported Time:** | Aug 31 2020 9:05PM |
| **Reported By:** | A D W<br>HARVEY |
| **Reported To:** | A D W<br>MASSEY |
| **Incident Facility:** | MDC |
| **Facility Area:** | Housing Area |
| **Housing Area:** | 9S |
| **Anticipated UOF (Call In):** | No |
| **Description of Incident:** | AT 1815 HOURS, IN HOUSING AREA 9 SOUTH (ADULT/GP), INMATE RODRIGUEZ (SRG TRINI, ENH. REST., RED ID, ICR, CL. 30) STARTED A STILL FIRE INSIDE HIS CELL. OFFICER GALUZEVSKIY (DOA 06/19/17-ESU) RETRIEVED THE FIRE EXTINGUISHER TO PUT OUT THE FIRE, WHEN THE INMATE STOOD IN FRONT OF OFFICER GALUZEVSKIY. THE OFFICER GAVE ORDERS TO MOVE AND THE INMATE REFUSED TO COMPLY. OFFICER LEWIS (DOA 08/30/14-ESU) DEPLOYED CHEMICAL AGENT (OC) AND OFFICER WILLIAMS (DOA 06/19/17-ESU) UTILIZED CONTROL HOLDS TO APPLY RESTRAINTS. THE INMATE CEASED HIS AGGRESSION AND WAS ESCORTED OUT OF THE AREA, TERMINATING THE INCIDENT. STAFF AND INMATE INJURIES ARE PENDING. THIS INCIDENT IS CLASSIFIED AS A "P" USE OF FORCE. VIDEO SURVEILLANCE: YES / CHEMICAL AGENT (OC) UTILIZED: YES. UPDATE: ON 09/01/20, THE FACILITY REPORTED NO STAFF OR INMATE INJURIES. THIS INCIDENT IS RECLASSIFIED AS A "C" USE OF FORCE. |
| **Edited Description of Incident:** | AT 1815 HOURS, IN HOUSING AREA 9 SOUTH (ADULT/GP), INMATE RODRIGUEZ (SRG TRINI, ENH. REST., RED ID, ICR, CL. 30) STARTED A STILL |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

DEF 000002

**UOF ID Number:** 4068/20

FIRE INSIDE HIS CELL. OFFICER GALUZEVSKIY (DOA 06/19/17-ESU) RETRIEVED THE FIRE EXTINGUISHER TO PUT OUT THE FIRE, WHEN THE INMATE STOOD IN FRONT OF OFFICER GALUZEVSKIY. THE OFFICER GAVE ORDERS TO MOVE AND THE INMATE REFUSED TO COMPLY. AS A RESULT, A USE OF FORCE OCCURRED WITH THE BELOW LISTED STAFF. THIS INCIDENT IS CLASSIFIED AS A "P" USE OF FORCE. VIDEO SURVEILLANCE: YES / CHEMICAL AGENT (OC) UTILIZED: YES. UPDATE: ON 09/01/20, BASED ON MEDICAL, THIS INCIDENT IS RECLASSIFIED AS A "C" USE OF FORCE.

| | |
|---|---|
| **Restraints:** | No |
| **Video Captured:** | Yes |
| **Incident Source:** | IRS |
| **Status:** | Closed |
| **Assigned Tour Commander Name:** | Lee Mitchell |
| **Assigned Captain Name:** | Shaday Gibson |
| **Assigned DDI Name:** | Tahkyia Willis |
| **Assigned ID Supervisor Name:** | Ryan Rhodes |
| **Assigned ID Investigator Name:** | TYLER STOFER |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Tahkyia Willis (TWillis) |
| **Updated Date:** | Sep 29 2020 3:29PM |
| **Preventative Action:** | ORDERS GIVEN |
| **Injury Class:** | C |
| **DOC Age Categorization:** | Adult |
| **Nunez Age Categorization:** | Adult |
| **Location Description:** | ADULT /GP |

**Reason Not Approved:**

**Staff Participants:**

- DAMIEN LEWIS
- TEMIR WILLIAMS
- ALEKSANDR GALUZEVSKIY

**Inmate Participants:**

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (JHR)(BCW)

DEF 000003

**UOF ID Number:** 4068/20

- PETER RODRIGUEZ

| **Incident - Video/Audio Captured** | |
|---|---|
| Access Level: | ID |
| Media Type: | Video |
| Video/Audio Type: | Stationary |
| Video Link: | 191.49 ,191.36, 209.215, 209.206, 209.233, 209. 238, 213.252, 211.157, 211.162, 211.161 211.174, 211.165, 210.210, 191.26, 191.20, 191.22, 191.21, and 210.234 |
| Video/Audio Start Date and Time: | |
| Video/Audio End Date and Time: | |
| Created By: | TYLER STOFER (TStofer) |
| Created Date: | Sep 15 2020 7:28AM |
| Updated Date: | |

| **Incident - Video/Audio Captured** | |
|---|---|
| Access Level: | ID |
| Media Type: | Video |
| Video/Audio Type: | Hand-held |
| Video Link: | ES831201500CEMDCUOF1815UOF#4068-20.MP4 |
| Video/Audio Start Date and Time: | |
| Video/Audio End Date and Time: | |
| Created By: | TYLER STOFER (TStofer) |
| Created Date: | Sep 15 2020 7:28AM |
| Updated Date: | |

| **Incident - Incident Event Log** | |
|---|---|
| Access Level: | ID |
| Action: | Complete Preliminary Review - PIC |
| To Status: | Preliminary Review - Presumption Investigation Complete Pending Supervisor Approval |
| Reason Not Approved: | |
| Created By: | TYLER STOFER (TStofer) |
| Created Date: | Sep 15 2020 7:29AM |

| **Incident - Incident Event Log** | |
|---|---|

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve Preliminary Review - PIC (send to DDI) |
| **To Status:** | Preliminary Review - Presumption Investigation Complete Pending DDI Approval |
| **Reason Not Approved:** | |
| **Created By:** | Ryan Rhodes (RRhodes) |
| **Created Date:** | Sep 24 2020 2:04PM |

**Incident - Incident Event Log**

| | |
|---|---|
| **Access Level:** | ID |
| **Action:** | Approve Preliminary Review - PIC (close Incident) |
| **To Status:** | Closed |
| **Reason Not Approved:** | |
| **Created By:** | Tahkyia Willis (TWillis) |
| **Created Date:** | Sep 29 2020 3:49PM |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | 8106 |
| **Employee #:** | 478831 |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | LEWIS |
| **First Name:** | DAMIEN |
| **Assigned Facility:** | EMERGENCY SERVICES UNIT/ K9/GANG INTELLIGENCE UNIT |
| **Title Effective Date:** | |
| **Date of Hire:** | |
| **Date of Birth:** | |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

| | |
|---|---|
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Sep 2 2020 2:05AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

**Incident - Participant**

| | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Staff |
| **Shield #:** | 11475 |
| **Employee #:** | 1343287 |
| **Book & Case #:** | |
| **NYSID:** | |
| **Last Name:** | WILLIAMS |
| **First Name:** | TEMIR |
| **Assigned Facility:** | OTIS BANTUM CORRECTIONAL CENTER (O.B.C.C.) |
| **Title Effective Date:** | |
| **Date of Hire:** | |
| **Date of Birth:** | |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |

Confidential For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**DEF 000006** Page 5 of 17

**UOF ID Number:** 4068/20

**Classification Score:**

**Disassociation Reason:**

**Created By:**                              IRS Interface

**Created Date:**                            Aug 31 2020 11:05PM

**Updated By:**                              IRS Interface

**Updated Date:**                            Sep 2 2020 2:05AM

**Visitor Number:**

**Title:**                                   Correction Officer

**Arrest No:**

**Indictment Docket No:**

**Referred to Hospital:**                    No

**Admitted to Hospital:**                    No

**Prescribed Medication:**                   No

**Participant Role:**                        PARTICIPANT

**Arrest Charge:**

**Arrest Date:**

**Court Date:**

**Arrest Disposition:**

**Notice Served:**

**Other Gender:**

**Other Race:**

**Other Mental Observation Facility:**

**Middle Name:**

**Incident - Participant**

**Access Level:**                            IRS Interface

**Person Type:**                             Staff

**Shield #:**                                8957

**Employee #:**                              1624301

**Book & Case #:**

**NYSID:**

**Last Name:**                               GALUZEVSKIY

**First Name:**                              ALEKSANDR

**Assigned Facility:**                       MILITARY LEAVE WITH PAY/SECTION 2520

**Title Effective Date:**

**Date of Hire:**

**Date of Birth:**

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

| | |
|---|---|
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Classification Score:** | |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Sep 2 2020 2:05AM |
| **Visitor Number:** | |
| **Title:** | Correction Officer |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | PARTICIPANT |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |
| **Middle Name:** | |

| Incident - Participant | |
|---|---|
| **Access Level:** | IRS Interface |
| **Person Type:** | Inmate |
| **Shield #:** | |
| **Employee #:** | |
| **Book & Case #:** | 3491603090 |
| **NYSID:** | 09839298P |
| **Last Name:** | RODRIGUEZ |
| **First Name:** | PETER |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

| | |
|---|---|
| **Title Effective Date:** | |
| **Date of Hire:** | |
| **Date of Birth:** | |
| **Date of Admission:** | |
| **Length of Stay:** | |
| **Age:** | |
| **Gender:** | Male |
| **Race:** | Other |
| **Classification Score:** | 30 |
| **SRG:** | SRG |
| **Was Inmate in Restraints Prior to UOF?:** | No |
| **Disassociation Reason:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Sep 2 2020 2:05AM |
| **Visitor Number:** | |
| **ICR:** | Yes |
| **Parole Violator:** | No |
| **Red ID:** | Yes |
| **Inmate Facility:** | Manhattan Detention Complex |
| **Arrest No:** | |
| **Indictment Docket No:** | |
| **Adolescent:** | No |
| **Referred to Hospital:** | No |
| **Admitted to Hospital:** | No |
| **Prescribed Medication:** | No |
| **Participant Role:** | INSTIGATOR |
| **Arrest Charge:** | |
| **Arrest Date:** | |
| **Court Date:** | |
| **Arrest Disposition:** | |
| **Notice Served:** | |
| **Other Gender:** | |
| **Other Race:** | |
| **Other Mental Observation Facility:** | |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

**Middle Name:**

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Incident Inmate Photo Form |
| **Attachment:** | File: U4068-20 IncidentPhotoReport.pdf |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Lee Mitchell (LeMitchell) |
| **Updated Date:** | Aug 31 2020 11:53PM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Injury to Inmate Report - pg. 1 |
| **Attachment:** | File: rod front.pdf |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Shaday Gibson (SGibson) |
| **Updated Date:** | Sep 1 2020 2:44AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Injury to Inmate Report - pg. 2 |
| **Attachment:** | File: rod back.pdf |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Shaday Gibson (SGibson) |
| **Updated Date:** | Sep 1 2020 2:44AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Inmate Voluntary Statement Form |
| **Attachment:** | File: rod stat.pdf |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Shaday Gibson (SGibson) |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

DEF 000010

**UOF ID Number:** 4068/20

| | |
|---|---|
| **Updated Date:** | Sep 1 2020 2:45AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: rodriquez.pdf |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Shaday Gibson (SGibson) |
| **Updated Date:** | Sep 1 2020 2:45AM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Tour Commander's handwritten UOF logbook entry (copy of) |
| **Attachment:** | File: U4068-20 TC CALL IN PAGE.pdf |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:05PM |
| **Updated By:** | Lee Mitchell (LeMitchell) |
| **Updated Date:** | Aug 31 2020 11:33PM |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Photos of Injured Inmates |
| **Attachment:** | File: I_Inv_4435522.jpg |
| **Comments:** | |
| **Created By:** | IRS Interface |
| **Created Date:** | Aug 31 2020 11:55PM |
| **Updated By:** | IRS Interface |
| **Updated Date:** | Sep 2 2020 2:05AM |
| **Photo Type:** | OTHER |
| **Access Level:** | IRS Interface |
| **Other Attachment Type:** | |
| **Document Description:** | |
| **Other Photo Type:** | |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

DEF 000014

**UOF ID Number:** 4068/20

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | UOF Staff Reports (Actual, Allegation or Witness) |
| **Attachment:** | File: 4068-20 ESU Reports.pdf |
| **Created By:** | Lee Mitchell (LeMitchell) |
| **Created Date:** | Sep 1 2020 9:25AM |
| **Updated Date:** | |
| **Access Level:** | Facility |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Other |
| **Attachment:** | File: UOF #4068-2020 VIDEO REQUEST FORM.pdf |
| **Created By:** | TYLER STOFER (TStofer) |
| **Created Date:** | Sep 14 2020 5:29PM |
| **Updated Date:** | |
| **Access Level:** | ID |
| **Other Attachment Type:** | video request form |
| **Document Description:** | video request form |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Other |
| **Attachment:** | File: U4068-20 BCOFO UOF REVIEW 9-1-2020.xlsx |
| **Created By:** | TYLER STOFER (TStofer) |
| **Created Date:** | Sep 14 2020 5:30PM |
| **Updated Date:** | |
| **Access Level:** | ID |
| **Other Attachment Type:** | rapid review |
| **Document Description:** | rapid review |

### Incident - Incident Attachment

| | |
|---|---|
| **Attachment Type:** | Other |
| **Attachment:** | File: U4068-20 Facility Referral.pdf |
| **Created By:** | Tahkyia Willis (TWillis) |
| **Created Date:** | Sep 29 2020 4:15PM |
| **Updated Date:** | |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

| | |
|---|---|
| **Access Level:** | ID |
| **Other Attachment Type:** | FACILITY REFERRAL |
| **Document Description:** | delayed medical |

**Incident - Preliminary Review**

| | |
|---|---|
| **UOF #:** | 4068/20 |
| **Occured Date:** | Aug 31 2020 |
| **Injury Class:** | C |
| **Inmate 18 or Younger:** | No |
| **Class A UOF:** | No |
| **Actual or Alleged Blows to Head:** | No |
| **Actual or Alleged Kicking:** | No |
| **Actual or Alleged Use of Instrument of Force:** | No |
| **Inmate Was in Restraints:** | No |
| **Prohibited Restraint Hold(s):** | No |
| **Video Surveillance Malfunction:** | No |
| **Presence of Unexplained Facts:** | No |
| **Direct Referral from Facility:** | No |
| **Prior UOF Violation OATH Plea:** | No |
| **Evidence of Staff Collusion:** | No |
| **Other Full ID Circumstances:** | No |
| **Video Captured:** | Yes |
| **Are any inmate injuries attributable to any action of staff? :** | No |
| **Is staff injury consistent with the video and/or the witnesses and Use of Force reports?:** | Yes |
| **Are staff reports available to the preliminary reviewer and are they consistent with the video?:** | Yes |
| **Are any additional investigative steps necessary? :** | No |
| **Describe why no additional investigative steps (such as interviewing staff members) are necessary.:** | All staff reports were consistent with video evidence as well as each other, in the events that transpired during the Use of Force. There was no evidence of collusion or dishonesty on behalf of DOC staff. The Use of Force was captured in its entirety with video evidence. Inmate Rodriguez did not make any allegations to the facility or medical against DOC |

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

**UOF ID Number:** 4068/20

staff, as they refused to provide statements. Additionally, no injuries resulted from the Use of Force.

**Was a violation identified during Preliminary Review investigation?:**

Yes

**Detail the violation that has been identified:**

Inmate Rodriguez was not seen by medical until five hours and sixteen minutes after the incident.

**Violation Will Require:**

- Facility Referral

**Investigator's Justification for Determination:**

UOF4068/20
Facility: MDC

Brief Incident Summary
On August 31, 2020 at approximately 1815 hours inside MDC 9 South housing area, Inmate Rodriguez, Peter B&C 3491603090 NYSID 09839298P started a still fire in his cell #3. ESU staff responded and opened the cell to extinguish the fire. When ESU staff asked inmate Rodriguez to step out of his cell, he refused and then began swatting at and advancing toward staff. Officers Lewis, Damien #8106 and Williams, Temir #11475 dispersed their chemical agents toward Inmate Rodriguez to stop his advances. Officer Galuzevsky, Aleksandr #8957 entered the cell and exited with Inmate Rodriguez in an escort hold. Inmate Rodriguez was escorted to the Intake with no further incident.

Video Review
Genetec Video Surveillance Footage
Genetec camera angles 191.49 ,191.36, 209.215, 209.206, 209.233, 209. 238, 213.252, 211.157, 211.162, 211.161, 211.174, 211.165, 210.210, 191.26, 191.20, 191.22, 191.21, and 210.234 captured from August 31, 2020 inside MDC 9 south housing area between the hours of 1800 and 1930 revealed the following:

A still fire was started inside cell #3 (18:14:56 angle 191.36). Five officers and two captain entered the cell dayroom with a water extinguisher (18:15:13 191.36). Staff opened the food slot to begin use of the extinguisher 18:15: 35. ESU Staff entered and took over extinguishing efforts. Officer Galuzevsky continued use of the water extinguisher while Officer Lewis opened cell #3 (18:16:06 angle 191.36). Inmate Rodriguez refused to exit and began swatting at staff with his right arm while moving forward. Officers Lewis and Williams used chemical agents at an appropriate distance (18:16:22 angle 191.36). ESU Officers put on their masks and Officer Galuzevsky entered the cell. Officer Galuzevsky exited the cell escorting Inmate

Confidential - For Use Only In Rodriguez et al. v. City of New York, 20-cv-9840 (GHW)

**DEF 000014**

**UOF ID Number:** 4068/20

Rodriguez with his hands behind his back. All involved staff members exited the 9 south housing area into the vestibule with Inmate Rodriguez (18:17:29 angle 209.215). ESU staff escorted Inmate Rodriguez to the Intake, terminating the incident (18:31:21 angle 209.215).

Handheld Camera Footage
ES831201500CEMDCUOF1815UOF#4068-20.MP4
ESU Officers entered the dayroom of Inmate Rodriguez's cell and could be heard giving verbal commands for him to step out. Inmate Rodriguez remained in his cell. Staff gave additional verbal commands for Inmate Rodriguez to exit his cell while continuing to use the water fire extinguisher. Due to the number of staff members in the area, Inmate Rodriguez and the inside of his cell could not be seen at this time. Captain Moise advised into the camera that chemical agents were just utilized. Officer Galuzevsky entered the cell and immediately exited with Inmate Rodriguez in an escort hold with his hands behind his back. Inmate Rodriguez had an orange substance on his upper torso. ESU Officers escorted Inmate Rodriguez to the 9 south vestibule and awaited clearance to escort him to the Intake. Inmate Rodriguez was then escorted to the Intake without incident.

Body Camera Footage
The involved staff members were not equipped with body worn cameras, therefore no such video exists.

Involved Inmate(s) Statement(s)

Statement(s) to the Medical Staff
Inmate Rodriguez did not make any statement to medical staff.

Statement(s) to Facility
Inmate Rodriguez did not make any statement to the facility

Statement(s) to ID
It was determined that an interview with Inmate Rodriguez was not necessary for full disposition of the incident, as it was captured on Genetec and handheld video in its entirety.

Inmate Witness Statement(s) / Housing Area Canvass
Statement(s) to the Medical Staff
There were no involved witness statements provided by the facility.

Statement(s) to Facility
There were no witness statements provided by the facility.

Statement(s) to ID

Confidential - For Use Only In Rodriguez v. New York City et al. (GHW)

**DEF 000015**

**UOF ID Number:** 4068/20

It was determined that interviews with potential witness inmates were not necessary for full disposition of the incident, as it was captured on Genetec and handheld video in its entirety.

Photographs
Incident Photo Report
The facility submitted (1) one photograph of Inmate Rodriguez depicting a refusal.

ID Photographs
Because no interviews were conducted at this level, Inmate Rodriguez was not photographed by ID at this time

Staff Statement(s)
Officers Lewis, Damien #8106 and Williams, Temir #11475 submitted use of force reports that were consistent with video evidence and each other.

Officer La, James #18781, Ferraro, Peter #1805, Sylla, Philippe #4945, Galuzevsky, Aleksandr #8957, Santiago, Rosalyn #4429, Oghayore, Christopher #4961, Campbell, Dwight #4586, Pegues, Nishanda #6264, Pierre-Louis. John #11494 Captain Gibson, Shaday #1046, and Captain Moise, Bonar #1451 submitted use of force witness reports that were consistent with video evidence and each other.

Injuries
Inmate Injuries
Inmate Rodriguez: Inmate Injury to Inmate Report #FY21 /765 generated for Inmate Rodriguez on August 31, 2020 at approximately 2331 hours documented that Inmate Rodriguez refused medical attestation and denied any injuries.

Inmate Rodriguez received delayed medical attention approximately five hours and sixteen minutes after the incident occurred. Therefore, a facility referral has been generated to address this issue.

Staff Injuries
There were no staff injuries reported for this incident.

Avoidable/Unavoidable, Necessary, and/or Excessive
This use of force was determined to be unavoidable, necessary, and appropriate. Inmate Rodriguez lit a fire in his cell and then refused to verbal commands to exit while swatting at staff. In order to gain compliance and remove Inmate Rodriguez from potential harm, Officers Lewis and Williams dispersed their chemical agents from an appropriate distance towards Inmate Rodriguez's facial area.

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

UOF ID Number: 4068/20

Officer Galuzevsky used escort holds to his arms to escort him safely out of his cell with no further incident. Officer Lewis, Williams, and Galuzevsky's actions were necessary to maintain safety and security. Force was used as a last resort where all other means had proven to be ineffective. Additionally, use of chemical agents and control holds are low on the continuum of force as defined by use of force directive 5006R-D. Therefore, staff was determined to be in accordance with Directive 5006R-D and Directive 4510R-H.

Intake Classification Assessment
This incident was properly classified as a "C" use of force as there were no injuries to the inmate or staff involved in the incident.

Referral to the Department of Investigations
This incident was not referred to the Department of Investigations due to no discovery of criminal malfeasance.

Rapid Review
According to the Rapid Review which was conducted by Deputy Warden Shannon this incident was unavoidable, and the force was necessary. There were no painful escort techniques or procedural errors identified. Furthermore, the Facility did not recommend any counseling or corrective action for this incident. ID concurred with this assessment.

Conclusion
In conclusion, on August 31, 2020 at approximately 1815 hours inside MDC 9 South housing area, Inmate Rodriguez started a still fire in his cell #3. ESU staff responded and opened the cell to extinguish the fire. When ESU staff asked inmate Rodriguez to step out of his cell, he refused and then began swatting at and advancing toward staff. Officers Lewis, Damien #8106 and Williams, Temir #11475 dispersed their chemical agents toward Inmate Rodriguez to stop his advances. Officer Galuzevsky, Aleksandr #8957 entered the cell and exited with Inmate Rodriguez in an escort hold. Inmate Rodriguez was escorted to the Intake where he was promptly decontaminated, with out further incident.

Inmate Rodriguez received delayed medical attention approximately five hours and sixteen minutes after the incident, which he refused. Medical staff noted no injuries. Inmate Rodriguez refused to provide a statement to the facility or to be photographed. It was determined that an interview with Inmate Rodriguez was not necessary for full disposition of the incident as it was captured on Genetec and handheld video in its entirety. As such, Inmate

Confidential - For Use Only In Rodriguez v. City of New York, et al., 20-cv-9840 (JHR)(HW)

**UOF ID Number:** 4068/20

Rodriguez's credibility was not assessed. Additionally, the involved staff members submitted reports that were consistent with video evidence and each other.

This incident was properly classified as a "C" use of force as there were no injuries to the inmate or staff involved in the incident. Inmate Rodriguez did not receive medical attention within the four-hour timeframe, therefore a facility referral has been generated to address the delay in medical attention.

The provided rapid review noted no procedural errors or need for corrective action. ID concurred with the Rapid Review assessment. This incident was unavoidable, necessary and appropriate as outlined in the continuum of force in Use of Force Directive 5006R-D.

Immediate Action

No immediate action was deemed necessary for this incident.

Recommendation
Based on the preponderance of the evidence as cited in the conclusion, it is recommended that this case be closed with a facility referral for delayed medical attention.

| | |
|---|---|
| **Staff Reassignment During Investigation:** | No |
| **DOI Referral for Staff:** | No |
| **DOI Referral for Inmate:** | No |
| **Injury Properly Classified:** | Yes |
| **Review End Date:** | Sep 15 2020 |
| **Workflow Action:** | Approve Preliminary Review - PIC (close Incident) |
| **Created Date:** | |
| **Updated By:** | Tahkyia Willis (TWillis) |
| **Updated Date:** | Sep 29 2020 3:49PM |

Confidential - For Use Only In Rodriguez v. City of New York et al (20-cv-9840)(JHR)(HW)

**CITY OF NEW YORK - CORRECTION DEPARTMENT** | FORM #5008-A-1 | Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

| INSTRUCTIONS:    PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | ☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE    If you used force, complete PART A, NOT this report. |

| Facility: MDC | Report Date: 8/31/2020 | Incident Date: 8/31/2020 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: Cell 3 | Post Assigned at Time of Incident: ESU Supervisor | Tour: 1500x2331 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☑ YES ☐ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Rodriguez | Peter | 3491603090 |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | Lewis | Damien | CO | 8106 | ☐ Used Force  ☐ Was a Witness / Present |
| 2 | Williams | Temir | CO | 11475 | ☐ Used Force  ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address its situation and there was time to prepare a plan of action prior to using force):

On Monday August 31, 2020 at approximately 1815hrs I ESU Captain Moise 1451 was notified via radio that inmate Rodriguez, Peter B/C 3491603090 NYSID 09839298P Cell 3 (incarcerated for murder and kidnapping and known for assaulting staff) started a fire in his cell.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☑ YES ☐ NO   If YES, describe:

Inmate was ordered to stop resisting.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

When approaching inmate Rodriguez cell there was heavy smoke coming from the bottom of the cell. ESU staff had possession a fire extinguisher. ESU staff then opened the cell door to render aid to inmate Rodriguez. ESU staff began extinguishing the fire in front of the cell/ hanging sheets that were also on fire. While extinguishing the fire said inmate was threating staff becoming irate and began to advance toward staff aggressively. Thats when ESU staff applied chemical agents to the facial area of said inmate. After the chemicals agents took it desired effect. Said inmate was then placed in mechanical resistants and escorted out of the area to the intake for decontamination. Inmate Rodriguez was placed in the shower pen starting the decontamination processes with no further incidents.

Continued on Reverse Side

DEF 000019

DEF 000020



**6** (Continued)

*Confidential - For Use Only in Rodriguez v. City of New York et al., 20-cv-09840 (JHR)*

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

N/A

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Facial area

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Moise, Bonar Captain 1451

Signature:

| CITY OF NEW YORK - CORRECTION DEPARTMENT | | FORM #5006-A | Eff.: 9/27/2017 |
|---|---|---|---|
| **USE OF FORCE REPORT** | | | **PART A** |

| INSTRUCTIONS: PRINT ALL INFORMATION<br>To be completed by any member involved in a use of force incident.<br>Use attachments if additional space is needed and indicate Part and<br>information Section # on each attached page. | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT<br>AT THE SCENE?<br>☑ USED FORCE  ☐ WITNESS/PRESENT AT THE SCENE<br>If WITNESS or only PRESENT, then complete PART A "A-NOT the report." |

| Facility:<br>MDC | Report Date:<br>8/31/20 | Incident Date:<br>8/31/20 | Incident Time:<br>1815 M | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred:<br>9 South | Post Assigned at Time of incident:<br>MDC Enhanced Security Detail | Tour:<br>1500 x 2331 hrs |
|---|---|---|

**1** Was Supervisor notified before force was used? ☐ YES ☑ NO  If YES, write in full NAME, RANK and SHIELD #:

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #:  Moise, Boner CPt #1451 · | Time Notified: 1815 hrs

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | Rodriguez | Peter | 349-160-3090 | ☑ YES ☐ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Monday August 31, 2020 on the 1500x2331 hrs tour, I CO Level #8106 assigned to the MDC Enhanced Security Detail Post, along with ESU staff under the Supervision of Captain Moise #1451, were deployed to MDC housing area 9 South, which is an ongoing enhanced security detail to provide Security and Supervise inmate movement during all three tours. ESU staff are deployed to facilities to handle inmate disturbances beyond the facility control.

Level #8106

**5** Were alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO  If YES, describe:

This writer did not hear verbal Commands, nor did I get a chance to give verbal Commands.

**6** Describe the incident and the specific force used:

At approximately 1815 hrs, ESU Staff responded to a cell fire at Cell # 3 which was started by inmate Rodriguez Peter BC # 349-160-3090. ESU Staff instructed MDC Staff to leave the area as ESU Staff took over the task to put out the cell fire. Cell door was opened and inmate Rodriguez was instructed to face the back of the cell, with his hands on his head. Said inmate did Comply as ESU Staff was utilizing the water fire extinguisher to put the fire out, inmate Rodriguez Spontaneously faced ESU Staff and became aggressively resistant by advancing toward ESU staff in an attempt to come out of his cell and what appeared to assault Staff. At this time this writer utilized one-two second burst to the facial area of chemical agents. Chemical agents appeared to take its desired affect, and inmate Rodriguez was instructed to place his hands by his side and he Complied. This writer along with ESU Staff donned our Avon C-50 Gas mask

Continued on Reverse Side

**DEF 000021**

For Use Only in Rodriguez v. City of New York 20-cv-9840 (GHW)

DEF 000022

**6** (Continued)

And ESU Staff entered the cell securing said inmate and placing him in mechanical restraints, and removed him out of the housing area. ESU Staff not including this writer escorted said inmate to the main intake for decontamination terminating the incident.

Lewis #8106

**7** Explain in detail why force was necessary to control the situation:

As a last resort and when there are no practical alternatives available to prevent physical harm to staff, visitors, inmates or other persons

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Force was applied to said inmates facial area from chemical agents visibly face was red from chemical agent assault

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain Moise #1457

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident?  ☑ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| Name | Rank/Title | Shield/ID Number | Account of Actions |
|------|-----------|------------------|--------------------|
| Williams | CO | 11475 | Used force |
| Faluzovskiy | CO | 8957 | Witness / Present |
| Sylla | Co | 4945 | Witness / Present |

**11** Did any other inmates witness the incident?  ☐ YES ☑ NO  If YES, specify: Unknown

| Last Name | First Name | Book and Case or Sentence Number |
|-----------|-----------|----------------------------------|
|  |  |  |
|  |  |  |

**12** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO  If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident?  ☐ YES ☑ NO  If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
Lewis   Damon   Co #8106

Signature: Damon L

| CITY OF NEW YORK – CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff.: 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | **PART A-1** |

**INSTRUCTIONS:** PRINT ALL INFORMATION To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS / PRESENT AT THE SCENE?**
☐ USED FORCE    ☒ WITNESS/PRESENT AT THE SCENE

If you used force, complete PART A, NOT this report.

| Facility: MDC | Report Date: 8/31/20 | Incident Date: 8/31/20 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 9 South | Post Assigned at Time of Incident: ESU RRT | Tour: 1500x 2331 |
|---|---|---|

**1** Did any other inmates witness the incident? ☐ YES ☒ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☒ YES ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank | Shield Number | |
|---|---|---|---|---|---|
| 1 | Lewis | Damien | CO | 8456 | ☒ Used Force / ☐ Was a Witness/Present |
| 2 | Moise | Boner | Capt | 9451 | ☐ Used Force / ☒ Was a Witness/Present |
| 3 | Galuzevskiy | Aleksandr | CO | 8957 | ☒ Used Force / ☐ Was a Witness/Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Monday August 31, 2020 1815 hrs while working on the ISUx 2331 rapid response team, I co Sylla #4945 was assigned to the MDC 9 South enhance security detail under the supervision of ESU capt Moise #451

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☒ NO   If YES, describe:

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself:

I CO Sylla #4945 witness cell #3 on fire with Inmate Rodriguez, Peter Bk# 349 1603 90 Inside. ESU Staff Quickly grabbed the fire extinguisher to put out Fire. This writer witness Said Inmate attempted to assault ESU staff. At this time chemical agents was utilized by ESU staff to prevent assault on staff. Said Inmate was taken to Intake to staff decontamination process. No other incident to report.

Continued on Reversed Side

**DEF 000023**

**6** (Continued) **DEF 000024**

**7** To the extent applicable, identify the name(s) of any staff Member who authorized and/or supervised the incident:

Cpt Moore #451

**8** Identify the part(s) of the Inmate's body/ bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Unknown

**9** Were you responsible for escorting the Inmate(s) to the clinic?   ☐ YES  ☒ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Silla, Filipe, CO. #4945

Signature:  D.S.

Confidential - For Use Only in Rodriguez v. City of New York et al.
WHITLOCK-986

CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?

☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: MDC | Report Date: 8/31/20 | Incident Date: 8/31/20 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 9 South | Post Assigned at Time of Incident: ESU | Tour: 1500x2331 |
|---|---|---|

**1** Did any other inmates witness the incident? ☐ YES ☑ NO   If YES, list #: Unknown

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☑ YES ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Rodriguez | Peter | 3491603090 |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | lewis | Damien | c/o | 8/086 | ☑ Used Force ☐ Was a Witness / Present |
| 2 | williams | Jemis | c/o | 1495 | ☑ Used Force ☐ Was a Witness / Present |
| 3 | Santiago | Rosalyn | c/o | 8429 | ☑ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):  On Monday August 31, 2020 at approx 1815 hrs I C/O Galuzeukiy #8957 assigned to ESU on the 1500x2331 tour at MDC 9 south, witnessed inmate Rodriguez Peter BC# 3491603090 set a Fire within his cell, cell # 3. This writer then notified Esu supervisor.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☑ YES ☐ NO   If YES, describe:  Multiple commands were given to put out the fire.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):  This writer then grabbed the fire extinguisher from the floor officer to be prepared to put out the fire. Once Esu supervisor said to open the cell this writer immediately began to prouder aid and put out the fire in cell # 3. While putting out the fire Inmate Rodriguez began to become hostile and started charging at ESU staff. Chemical agents was then utilized by ESU staff to stop said inmate from assaulting staff. Said inmate was then secured and escorted out of the housing area and into the intake. No further incident to report. At no time did this writer use force.

Continued on Reverse Side

**DEF 000025**

Use Only In Rodriguez v. City of N.Y. 20-cv-09840 (GHW)

CONFIDENTIAL

DEF 000026

**6** (Continued)

_(lined area with diagonal line drawn through it; watermark reads "Confidential - For Use Only in Rodriguez v. City of New York et al., 20-cv-09840 (JHR) (BCM)")_

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

CPT. Moise # 1451

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

facial area

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES  ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (PRINT LAST NAME, FIRST NAME, RANK and SHIELD #)

Galuzevskiy  Aleksandr  C/o 8957     Signature: _[signature]_

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE REPORT** | | **PART A** |

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member involved in a use of force incident.
Use attachments if additional space is needed and indicate Part and
Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE   ☐ WITNESS/PRESENT AT THE SCENE
If WITNESS or only PRESENT, then complete PART A-1, NOT this report.

| Facility: MDC | Report Date: 8/31/20 | Incident Date: 8/31/20 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 9 South 3 Cell | Post Assigned at Time of Incident: 3SU | Tour: 3x11 |
|---|---|---|

**1** Was Supervisor notified before force was used? ☒ YES ☐ NO  If YES, write in full NAME, RANK and SHIELD #:
Captain Moise 1451

**2** Which Supervisor was notified after the incident?  Write in full NAME, RANK and SHIELD #: | Time Notified:

**3** State name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | B&C or Sent. Number | Infraction Written? |
|---|---|---|---|---|
| 1 | Rodriguez | Peter | 34916 03090 | ☐ YES ☒ NO |
| 2 | | | | ☐ YES ☐ NO |

**4** Explain in detail the sequence of events leading up to the incident based on your own observations, including whether the force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On August 31 2020 at approximately 1815 hours during the 3x11 tour, while assigned to ESU's enhanced security detail at MDC, I COT Williams 11475 was deployed to housing Area 9 south under the direct supervision of Captain Moise 1451 due to a fire condition coming from Cell 3

**5** Were alternatives, such as verbal commands, attempted before force was used? ☒ YES ☐ NO  If YES, describe:

Inmate Rodriguez was instructed to "step back" "turn around" "place hands behind back" by this writer.

**6** Describe the incident and the specific force used:

Inmate Rodriguez Peter B/c 34916 03090/099298P had started a fire in his Cell (3) This writer along with other ESU members responded with a fire extinguisher and put out the fire condition. Inmate Rodriguez became irate and aggressively charged at of his Cell. This writer then utilized 1 two second burst of Oleoresin Capsicum to inmate Rodriguez facial area while giving direct orders to stop his advance. The Chemical Agents took the desired effect inmate Rodriguez Complied with verbal Commands given placing his hands behind his back. Restraints were applied and inmate Rodriguez was escorted out of housing area to a shower pin in intake to start the decontamination process by ESU members without further incident.

Continued on Reverse Side

**DEF 000027**

DEF 000028

**6** (Continued)

CO

TS Will

ums 1147S

**7** Explain in detail why force was necessary to control the situation:

force was necessary to prevent further injury to staff
or inmate.

**8** Identify the part(s) of the inmate's body(ies) to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chemical agents applied to facial area of said inmate

**9** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Captain Moise 1451

**10** Were any other uniform or non-uniform staff involved in or present at the time of the incident? ☒ YES ☐ NO
If YES, complete the identification information and give an account of each person's actions immediately before and during the incident:

| | Name | Rank/Title | Shield/ID Number | Account of Actions |
|---|---|---|---|---|
| 1 | Oghavore | CO | 4961 | See staff report |
| 2 | Avaculard | CO | 1474 | See Staff Report |
| 3 | Moise | Cpt | 1451 | See Staff Report |

**11** Did any other inmates witness the incident? ☐ YES ☒ NO    If YES, specify:

| Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|
| | | |
| | | |
| | | |

**12** Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☒ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

**13** Did you claim any injuries as a result of the incident? ☐ YES ☒ NO    If YES, describe your injuries and how each was sustained:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)    Signature:

Williams Termin CO 1147S

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

**INSTRUCTIONS:**  PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?

☐ USED FORCE  ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: MDC | Report Date: 8/31/20 | Incident Date: 8/31/20 | Incident Time: Apprx. 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

Location Where Incident Occurred: 9 South
Post Assigned at Time of Incident: ESU-MDC Enhanced Security
Tour: 1500x 2331

**1** Did any other inmates witness the incident? ☐ YES ☑ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Unknown | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)? ☑ YES ☐ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Rodriguez | Peter | 3491603090 |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | Lewis | Damien | CO | 8108 | ☑ Used Force  ☐ Was a Witness / Present |
| 2 | Williams | Tenur | CO | 11475 | ☑ Used Force  ☐ Was a Witness / Present |
| 3 | Baurewskiy | Aleksandr | CO | 8757 | ☑ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Monday, August 31, 2020, I, CO Ontego #4029 assigned ESU-MDC Enhanced Security Detail on the 1500x2331 tour, was stationed in MDC, under the direct supervision of Capt. Noise #1415, to conduct enhanced security for 9 South. This writer reported to 9 South due to a fire condition at apprx. 1815 hrs.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used? ☐ YES ☑ NO  If YES, describe:

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

At apprx. 1815 hrs, Inmate Rodriguez, Peter BIC 3491603090 dysid 03981298P, assigned cell #3, created a fire condition. ESU staff utilized a fire extinguisher to terminate the fire, at which time, CO Lewis#8108 and CO Williams #11475 utilized chemical agents. This writer could not physically see the inmate. This writer then donned her gas mask. Said inmate was secured in mechanical restraints as the chemical agents took its desired effect. He was escorted out of the area.

Continued on Reverse Side

**DEF 000029**

DEF 000030

**6** (Continued)

RL #4429

Confidential - For Use Only In Rodriguez, v. City of New York et al., 20-cv-09840 (JHR) (BCM)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:

Capt. Moore #1451 on scene

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Unknown

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☒ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Santiago, Rosalyn CO #4429    Signature: R Santiago

| CITY OF NEW YORK - CORRECTION DEPARTMENT | | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | | **PART A-1** |

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: MDC | Report Date: 8-31-20 | Incident Date: 8-31-20 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 9 South | Post Assigned at Time of Incident: ESU MDC Detail | Tour: 3 X 11 |
|---|---|---|

**1** Did any other inmate witness the incident?   ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Rodriguez | Peter | 3491603a80 |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield Number | |
|---|---|---|---|---|---|
| 1 | Williams | Temir | CO | 11495 | ☑ Used Force  ☐ Was a Witness / Present |
| 2 | Pierre-Luis | John | CO | R1494 | ☑ Used Force  ☐ Was a Witness / Present |
| 3 | Moise | Bonair | Capt | #1451 | ☑ Used Force  ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On Monday August 31, 2020 During the 3 X 11 tour, I C/O Oghet/are #4961 which Assigned to ESU/MDC Detail, observed inmate Rodriguez B/O started a fire in his cell (#3).

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☑ YES  ☐ NO   If YES, describe:

This writer Heard ESU staff tell said inmate to stop Advancing and turn Around and place Hands Behind Back to be handcuffed.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself:

After said inmate set fire in his cell, this Writer, Along with other ESU staff went to his cell to put out the fire with fire extinguisher to prevent said inmate from harming himself or others. from this writer's viewpoint, this writer was only Able to see Chemical Agent Being Deployed when said inmate failed to comply with ESU staff Vebal commands. This writer then observe said inmate handcuffed by ESU staff Before this writer then took over the escort of said inmate Before escorting said inmate outside the housing Area. At this point, I relieved my escort hold to another ESU staff

Continued on Reverse Side

Use Only in Rodriguez (GHW)
2020 in Rodriguez - City of New

**DEF 000031**

DEF 000032

**6** (Continued)



**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Captain Noise #1451 Supervised the incident.

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chemical Agent was Deployed to Inmates Facial Area.

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO   If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Oghayore, Christopher C/O #4961

Signature:

**CITY OF NEW YORK - CORRECTION DEPARTMENT** | FORM #5006-A-1 | Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT | PART A-1

| INSTRUCTIONS:  PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|

To be completed by any member witnessing a use of force incident or present at the scene of a use of force.  Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

☐ USED FORCE   ☒ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A-1 of the report. 01  07

| Facility: mDC | Report Date: 8/31/20 | Incident Date: 8/31/20 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 9 South 6/1 # 3 | Post Assigned at Time of Incident: 85W RPT | Tour: 3 x r1 |
|---|---|---|

**1** Did any other inmates witness the incident?   ☐ YES ☒ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☐ YES ☒ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield/ID Number | |
|---|---|---|---|---|---|
| 1 | Peagues | | CO | 67449 | ☐ Used Force ☒ Was a Witness / Present |
| 2 | Sylla | | CO | 4745 | ☐ Used Force ☒ Was a Witness / Present |
| 3 | Lewis | | CO | 5206 | ☐ Used Force ☒ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address he situation and there was time to prepare a plan of action prior to using force):

On Monday August 31, 2020 I CO Campbell # 4586 assigned to emergency service unit on the 3x11 tour was assigned to MDC detail under the supervision of Captain Morse # 1815

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☒ YES ☐ NO   If YES, describe:

At approximately 1815 hours inmate Peter, Rodriguez # 3491603050 refused all verbal commands to exit his cell due to his cell being on fire.

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

Inmate Peter, Rodriguez b/c 3491603050 refused all direct order to exit his burning cell as staff members began to extinguishen the fire said inmate became very irate and charge at staff at which time chemical agents was utilizes and has taken its desire effect. Inmate was taken to the main intake shower pen terminating all incidents.

Continued on Reverse Side

DEF 000033

DEF 000034

**6** (Continued)

_____

_____

(many blank ruled lines)

**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Chemical agents was utilizes Under Captain Moise Supervision # 1451

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chemical agents

**9** Were you responsible for escorting the inmate(s) to the clinic?   ☐ YES ☑ NO    If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Campbell, Dwight CO # 4586

Signature:

**CITY OF NEW YORK - CORRECTION DEPARTMENT**   FORM #5006-A-1   Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

| INSTRUCTIONS: PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and information Section # on each attached page. | ☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE |
| | If you used force, complete PART A, NOT this report. |

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| MDC | 8/31/20 | 8/31/20 | Appx. | | | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 9 South Cell #3 | ESU - camera | 1500 x 2331 w |

**1** Did any other inmate witness the incident?   ☐ YES  ☐ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | UNKNOWN | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES  ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield Number | |
|---|---|---|---|---|---|
| 1 | Lewis | Damien | C.O | 84180 | ☑ Used Force ☐ Was a Witness / Present |
| 2 | Williams | Emir | C.O | 11915 | ☑ Used Force ☐ Was a Witness / Present |
| 3 | Silla | Phillipe | C.O | | ☑ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force:

On August 31st 2020 on the 1500 x 2331 w tour, I C.O. Pegues #6264 was assigned to the MDC enhanced security detail under the direct supervision of Captain Nase #1451. At 1815 hours Inmate Rodriguez

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☑ YES  ☐ NO   If YES, describe:

Verbal commands were given to inmate. to back out of the cell given pegues # 6264

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): Refer b/c 349160 03060 NYSID 098032908P created a fire condition in his cell. ESU staff then opened up cell # 3 and utilized the fire extinguisher to gain control of the situation, while gaining control of the fire said inmate began advancing toward ESU staff at which time chemical agents were deployed. Chemical agents took its desired effect. Said inmate was secured utilizing mechanical restraints. ESU staff then escorted inmate Rodriguez to main intake shower pin. Inmate was relinquished to intake staff terminating the incident.

Continued on Reverse Side

**DEF 000035**

20-cv-9840 (GHW)

Use Only in Rodriguez

Confidential

DEF 000036

**6** (Continued)



**7** To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

Captain Mouse 1451

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Chemical agents were applied to the inmates facial area.

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES  ☑ NO    IF YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitting by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

HUGHES N #C.O 6261

Signature:

CITY OF NEW YORK - CORRECTION DEPARTMENT    FORM #6006-A-1   Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT

PART A-1

**INSTRUCTIONS:**   PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident
or present at the scene of a use of force. Use attachments if
additional space is needed and indicate Part and Information
Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**

☐ USED FORCE    ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: MDC | Report Date: 08-31-20 | Incident Date: 8-31-20 | Incident Time: 1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |

| Location Where Incident Occurred: 9 South / cell 3 | Post Assigned at Time of Incident: ESU, MDC | Tour: 1531 x 2331 |

**1** Did any other inmate witness the incident?   ☐ YES ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☑ YES ☐ NO   If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Rodriguez | Peter | 349 160 8090 |
| 2 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield # | |
|---|---|---|---|---|---|
| 1 | Moise | | CPT | 1851 | ☐ Used Force / ☑ Seen a Witness / Present |
| 2 | William | | C.C | 11475 | ☐ Used Force / ☑ Was a Witness / Present |
| 3 | Glazeusky | | C.C | 18935 | ☐ Used Force / ☑ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

ON Manday August 31st 2020. T.C.o Pfennig-Lay #11491 Assigned to ESU MDC Detail on the 1531 x 2331 Lour four At Approximately 1815 hours this writer and ESU staff Responded to a Smoke Alarm At housing unit 9 South cell #03

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☑ YES ☐ NO   If YES, describe:

This Writer gave inmate Rodriguez Direct orders to Face the back of his cell and Place his hands Behind his BACK

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): UPON ENtering the cage cell #3 Said INmate Cell was oN fire ESU staff utilized the fire extinguiser and took out portion of the fire while utilizing the fire Said INmate Charged At staff which Caused ESU staff to Utilized MK4 (oleoresin Capsicum) to the Facial ARea. Said INmate stopped Ceasing the Aggression, this writer had cuff Said INmate and Brought him to the main INtake to Decontamicate INside the Slouger PEN. No Further INcidents occued.

Continued on Reverse Side

Confidential - For Use Only in Rodriguez v. City (GHW)
20-cv-9840 (JHR)(BCM)

8 (Continued)

Pierre-Lazs
# 11494

7 To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident:
Captain Moise # 1451

8 Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:
Facial Area

9 Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☑ NO

If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #) Pierre-Lazs #11494

Signature: [signature]

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-09840 (GHW)

DEF 000039

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INJURY TO INMATE REPORT**

Page 2 of 2 Pages

Form: 167R-A
Rev.: 10/3/19
Ref.: Dir. 4516R-D

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, One copy to Inmate Medical File.

Inmate Name (Last Name, First Name): Rodriguez, Peter

Injury #: 765

NYSID #: 09839298 P

Book & Case/Sentence #: 3491603090

TO BE COMPLETED BY THE INVESTIGATING OFFICER. PLEASE PRINT CLEARLY.

Investigator's Report:

If inmate was transported to a hospital, fill in hospital name here:

Medical's Final Disposition on Injury Type: ☐ Serious Injury  ☐ Non-Serious Injury

Injuries Resulted From: ☐ Use of Force  ☐ Allegation of a Use of Force  ☐ Inmate on Inmate Altercation  ☐ Self Inflicted  ☐ Accident  ☐ Other (Explain): _____

| Investigating Officer Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|

Tour Commander's Review:

| Tour Commander's Signature: | Rank/Title: | Shield/ID#: | Date: |
|---|---|---|---|

Deputy Warden's Review:

| Signature: | Rank/Title: | Date: |
|---|---|---|

Commanding Officer's Remarks:

| Signature: | Rank/Title: | Date: |
|---|---|---|

Confidential - For Use Only in Rodriguez v. City of New York (20-CV-9840)

DEF 000040

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INJURY TO INMATE REPORT**

Page 1 of 2 Pages

Form: 167R-A
Rev.: 10/3/19
Ref.: Dir. 4516R-D

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Command: MDC   Date: 8-31-20   COD/UOF #:   Injury #: 7105

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

Inmate Name (Last Name, First Name): Rodriguez Peter

Location Where Injury Occurred: 3 cell   Inmate's Housing Area: 9 South   NYSID #: 09839298P   Book & Case/Sentence #: 3491663090

Details: On August 31 2020 at approximately 1815 hrs inmate Rodriguez Peter B&C 3491663090 NYSID 09839298P created a still fire in his cell #3. Fire was extinguished resulting in a Use of force with DOC staff

Supervisor Notified: Gibson CAPT 1046   Date: 8-30-20   Time: 1815 Hrs.

Employee: I (Did)☑ (Did Not) Witness This Injury.   Employee Full Name (print): McIntosh   Rank/Title: C/O   Shield/ID#: 11757

TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

Date of Injury: 8/31/20   Reported for Medical Attention: 8/31/20 1:03 PM   Inmate Refused Medical Attention: ☑Yes ☐No   Visible Injuries: ☐Yes ☑No

Nature/Reported Mechanism of Injury: Pt denies injury / pain. Pt further refuses medical services. No signs of gross injury

Serious injuries confirmed during initial evaluation: ☑ NO SERIOUS INJURY

Treatment: None Indicated

Disposition: ☑ None / Return to Housing Area

Initially Triaged/Treated By/Examined By: Christopher Salem, MHS, PA   Date: 8/31/20

B&C / Sentence #: 3491663090

Inmate Signature: Refused   Witnessed By (Signature):   Shield /I.D. #: 1757   Date: 8/31

DEF 000041

| | CORRECTION DEPARTMENT<br>CITY OF NEW YORK | |
|---|---|---|
| | **INMATE VOLUNTARY STATEMENT FORM** | Form: IVS-1<br>Eff.: 1/24/19 |

Inmate's Name: Rodriguez Peter

Date: 8-31-20

Book and Case Number: 3491603090

Date of Birth: 1990

Age:

Housing Area: 9south

I hereby acknowledge that the following written statement issued was made **VOLUNTARILY** of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

Refused

Inmate's Signature: Refused

Date: 8 - 31 - 20

Witness by (print name): Gbson

Witness Signature:

Rank: CApt

Shield Number: 1046

Confidential - For Attorney's Eyes Only in Rodriguez v. City of New York et al. 20-cv-09840 (JHR) (WMH)

DEF 000042

**CITY OF NEW YORK - CORRECTION DEPARTMENT** — FORM #5006-A-1 | Eff. : 9/27/2017

## USE OF FORCE WITNESS REPORT — PART A-1

| INSTRUCTIONS: PRINT ALL INFORMATION | DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE? |
|---|---|
| To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page. | ☐ USED FORCE  ☑ WITNESS/PRESENT AT THE SCENE<br>If you used force, complete PART A, NOT this report. |

| Facility: MDC | Report Date: 8/31/20 | Incident Date: 8/31/20 | Incident Time: approx1815 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|

| Location Where Incident Occurred: 9 south #5 cell | Post Assigned at Time of Incident: North Max | Tour: 1500x2331 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES  ☑ NO    If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☑ YES  ☐ NO    If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | RODRIGUEZ, | PETER | 3491603090 |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield Number | |
|---|---|---|---|---|---|
| 1 | GALUZEVSKIY | | CO | 8951 | ☑ Used Force  ☑ Was a Witness / Present |
| 2 | LEWIS | | CO | 6106 | ☑ Used Force  ☑ Was a Witness / Present |
| 3 | Moise | | Capt | 1451 | ☑ Used Force  ☑ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

On August 31, 2020, I Capt Gibson #1046 assigned to North Max on the 1500x2331 tour was informed by Officer Ferraro #1804 that inmate RODRIGUEZ, PETER B/C 3491603090 NYSID 09839298P of cell #3 had started a still fire in his cell. Said Officer retrieved the fire extinguisher and started to extinguish the fire through the slot, at which time Capt Moise entered the area and gave Officer Ferraro a direct order to exit the area. ESU staff then opened the cell door and Officer GALUZEVSKIY began to extinguish the fire. This writer backed away from the cell door.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☐ YES  ☑ NO    If YES, describe:

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

this writer was not in view of what was taking place inside the cell, but did observe Officer Lewis utilize his chemical agent. At which time this writer exited the area due to not having gas mask. Inmate Rodriguez was then escorted to the vestibule area in restraints awaiting an escort team terminating the incident. I am writing this report based upon my immediate recollection of the incident at this point. I hereby reserve the right to amend this report pursuant to my further clarity of the incident and possible review of the video evidence.

Continued on Reverse Side

DEF 000043

Confidential - For Use Only in Rodriguez v. City of New York et al., 20-cv-09840-JHR (in redacted form)

**6** (Continued)

**7** To the extent applicable, Identify the name(s) of any Staff Member who authorized and/or supervised the incident:

I Capt Gibson and Capt Moise

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

Force was applied to said inmates facial area

**8** Were you responsible for escorting the inmate(s) to the clinic?   ☑ YES  ☑ NO   IF YES, Identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Said inmate was seen at appox 1130 prs

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)

Gibson Shaday Capt 1046      Signature:

DEF 000044

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

**INSTRUCTIONS:** PRINT ALL INFORMATION
To be completed by any member witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

**DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?**
☐ USED FORCE   ☑ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: | Report Date: | Incident Date: | Incident Time: | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|---|
| MDC | 8/11/20 | 8/11/20 | 1800 | | | |

| Location Where Incident Occurred: | Post Assigned at Time of Incident: | Tour: |
|---|---|---|
| 9 South 3 cell | 9 South | 3 x 11 |

**1** Did any other inmates witness the incident?   ☐ YES  ☑ NO   If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?   ☐ YES  ☑ NO   If YES, state name(s) of inmate(s) against whom force was used.

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield Number | |
|---|---|---|---|---|---|
| 1 | Gibson | | Capt | 1096 | ☑ Used Force ☑ Was a Witness / Present |
| 2 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

This writer was told by ESU staff and housing Area supervisor to depart the floor.

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?   ☐ YES  ☑ NO   If YES, describe:

Gibson 1805

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself): This writer was not present during UOF.

Gibson 1805

DEF 000045

**6** (Continued)

*Ferraro 1805*

**7** To the event applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:
Captain Gibson # 1046

**8** Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:
This writer was not present during UOF.

**9** Were you responsible for escorting the inmate(s) to the clinic?  ☐ YES ☑ NO
If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #)
Ferraro, Peter, CO, 1805

Signature: *Ferraro*

Confidential - For Use Only in Rodriguez v. City of New York et al.; 20-cv-09840 (JHR)(BCM)

DEF 000046

| CITY OF NEW YORK - CORRECTION DEPARTMENT | FORM #5006-A-1 | Eff. : 9/27/2017 |
|---|---|---|
| **USE OF FORCE WITNESS REPORT** | | PART A-1 |

**INSTRUCTIONS:    PRINT ALL INFORMATION**
To be completed by any number witnessing a use of force incident or present at the scene of a use of force. Use attachments if additional space is needed and indicate Part and Information Section # on each attached page.

DID YOU USE FORCE AGAINST AN INMATE OR WERE YOU A WITNESS/PRESENT AT THE SCENE?

☐ USED FORCE    ☒ WITNESS/PRESENT AT THE SCENE
If you used force, complete PART A, NOT this report.

| Facility: ADC | Report Date / Incident Date: 08/31/2 08/31 | Incident Time: 04: 19/8 | Facility Incident #: | COD Use of Force #: | COD Unusual # if any: |
|---|---|---|---|---|---|

| Location Where Incident Occurred: G South Cell (03) | Post Assigned at Time of Incident: G South | Tour: 1SW 2330 |
|---|---|---|

**1** Did any other inmates witness the incident?  ☐ YES  ☐ NO  If YES, list #:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | Rodriguez | Peter | 349 16 03090 |
| 2 | | | |
| 3 | | | |

**2** Did you see force used against an inmate(s)?  ☐ YES  ☐ NO  If YES, state name(s) of inmate(s) against whom force was used:

| | Last Name | First Name | Book and Case or Sentence Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**3** State the name(s) of any other uniform or non-uniform staff involved in or present at the time of the incident:

| | Last Name | First Name | Rank/Title | Shield Number | |
|---|---|---|---|---|---|
| 1 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 2 | | | | | ☐ Used Force ☐ Was a Witness / Present |
| 3 | | | | | ☐ Used Force ☐ Was a Witness / Present |

**4** If you were present before the incident began, explain in detail the sequence of events leading up to the incident, including whether the use of force was anticipated (i.e., it was apparent that Staff would likely need to use force to address the situation and there was time to prepare a plan of action prior to using force):

This Writer was not present before the Incident

**5** Did you hear or see alternatives, such as verbal commands, attempted before force was used?  ☐ YES  ☒ NO    If YES, describe:

**6** Describe the incident and the specific force used (including the actions of any staff involved in or present during the incident, including yourself):

On 08/31/22, C/O LA #18781, G South at 2330 hrs. At Approximately Ot 19/0 Hrs. Rodriguez Peter B/c #349 16 03090 Cell 03 was having Shower Coalition Group hrs. Cell. This This Writer was ordered to depend the housing Area by ESU. Supervisor This This Writer did not witness Any UOF nor Unusual OOF.

Continued on Reverse Side

 

DEF 000047

6 (Continued)

7 To the extent applicable, identify the name(s) of any Staff Member who authorized and/or supervised the incident.:

8 Identify the part(s) of the inmate's body/bodies to which force was applied and a description of any visible or apparent injuries sustained by the inmate:

9 Were you responsible for escorting the inmate(s) to the clinic? ☐ YES ☒ NO If YES, identify the approximate time the inmate was transported to receive medical care and the name of the medical provider, if known to you:

Submitted by: (Print LAST NAME, FIRST NAME, RANK and SHIELD #) James LA C/O #18781 Signature:

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-09840 (GHW)

NEW YORK CITY DEPARTMENT OF CORRECTION
**Cynthia Brann, Commissioner**

**Sarena Townsend, Esq., Deputy Commissioner**
**Investigation Division & Trials Division**
75-20 Astoria Boulevard – Suite 350
East Elmhurst, NY 11370

Tel 718 • 546 • 0305
Fax 718 • 278 • 6541

Date:     September 29, 2020

To:       Tatanisha Banks, Warden, Manhattan Detention Complex

From:     Takhyia Willis, Deputy Director, Investigation Division

SUBJECT:   **FACILITY REFERAL: UOF #4068-2020**

The Investigation Division has completed the review for 4068/20. On August 31, 2020 at approximately 1815 hours inside MDC 9 south housing area, Inmate Rodriguez, Peter (BC 3491603090/NYSID 09839298P) started a still fire in his cell #3. ESU staff responded and opened the cell to extinguish the fire. When ESU staff asked inmate Rodriguez to step out of his cell he refused and then began swatting at and advancing toward staff. Officers Lewis, Damien #8106 and Williams, Temir #11475 dispersed their chemical agents toward Inmate Rodriguez to stop his advances. Officer Galuzevsky, Aleksandr #8957 entered the cell and exited with Inmate Rodriguez in an escort hold. Inmate Rodriguez was escorted to the intake with no further incident.

According to Injury to Inmate Report FY21-765, Inmate Rodriguez received delayed medical attention, approximately five hours and sixteen minutes after the incident.

Supervisors must ensure that inmates and staff are afforded prompt medical attention following their involvement in a UOF incidents. As per the new guidelines delineated in <u>Directive 4516 R-B (Injury to Inmate Reports)</u>, staff are to ensure medical attention is afforded as soon as practical, but no more than four (4) hours.

The Investigation Division is requesting that the facility address the above mentioned deficiencies to ensure policy compliance. Please submit to this office, within 30 business days of receipt of this memorandum, please report your actions to Tahkyia Willis via email at Tahkyia.willis@doc.nyc.gov

Received: _____

Action Taken: _____

TS
ID-FR# 0317/20

**DEF 000048**



## CITY OF NEW YORK CORRECTION DEPARTMENT

### Manhattan Detention Complex

# Incident Photo



| Type of Incident: | UOF ☒  COD ☐  Other ☐ | Date & Time of Incident: | 08/31/2020 18:15 |
| --- | --- | --- | --- |
| UOF #: 4068/20 - P | Incident Status: Actual | NYSID #: | 09839298P |
| First Name:  PETER | | Book & Case #: | 3491603090 |
| Last Name:  RODRIGUEZ | | Inmate ☒    Staff ☐    Other ☐ | |



Photo Date:                    08/31/2020
Photo Taken By:
Investigating Supervisor:  Captain Gibson #1046
Photo Description:          Other-refused

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

PRIVILEGED AND CONFIDENTIAL        **DEF 000049** Page 1 of 1

68

DEF 000050

U# 4068/20

Date Monday August 31, 2020
To Acting Warder Yatansha Banks
From ADW Ray Mitchell #57
CC: ADW Massey
Subject Use of Force.
Location 9 South
Angles

Staff Officer Aleksandr Galuzevskiy #8957  SOA:
Officer Darion Lewis #8186  Sos:
Officer Temar Williams #s 11975  SEA:

Inmate: Rodriguez, Peter 349160309 / 09839298P
(Trinitarians, UCR, Red ID, Enhanced Restraint
Class 30)

On August 31, 2020 at 1815 hours, in housing
area 9 South, inmate Rodriguez started a
fire inside his cell. Officer Galuzevskiy
borrowed the fire extinguisher to put out
the fire, when the inmate stood in front
of Officer Galuzevskiy. The Officer gave
orders to none and the inmate refused
to comply. Officer Lewis deployed chemical
agent and Officer Williams utilized control
holds to apply restraints. The inmate
ceased his aggression and was escorted out
of the area, terminating the incident.

Staff Injuries:

Inmate Injuries:

Respectfully Submitted by
ADW Ray Mitchell #57

This investigation is assigned to Capt Gibson #1046

# Video Request Task Form

**UOF # U4068/2020**

**NON-UOF #**                                          **Current Date: 9/1/2020**

**COD #**

**ID #**

**GENETEC VIDEO**                    Requestor:  Inv. Stofer

| Facility: | MDC | Date: 8/31 /2020 | | |
|---|---|---|---|---|
| Camera IP | Location | From Hour | To Hour | Comments |
| 191.49 | **MDC** | **1800** | **1930** | |
| 191.36 | **MDC** | **1800** | **1930** | |
| 209.215 | **MDC** | **1800** | **1930** | |
| 209.206 | **MDC** | **1800** | **1930** | |
| 209.233 | **MDC** | **1800** | **1930** | |
| 209. 238 | **MDC** | **1800** | **1930** | |
| 213.252 | **MDC** | **1800** | **1930** | |
| 211.157 | **MDC** | **1800** | **1930** | |
| 211.162 | **MDC** | **1800** | **1930** | |
| 211.161 | **MDC** | **1800** | **1930** | |
| 211.174 | **MDC** | **1800** | **1930** | |
| 211.165 | **MDC** | **1800** | **1930** | |
| 210.210 | **MDC** | **1800** | **1930** | |
| 191.26 | **MDC** | **1800** | **1930** | |
| 191.20 | **MDC** | **1800** | **1930** | |
| 191.22 | **MDC** | **1800** | **1930** | |
| 191.21 | **MDC** | **1800** | **1930** | |
| 210.234 | **MDC** | **1800** | **1930** | |

**HANDHELD VIDEO**

| File Name | Facility Folder | Sub-folder |
|---|---|---|
| ES831201500CEMDCUOF1815UOF#4068-20.MP4 | ESU | UOF- August |
| | | |
| | | |
| | | |

**ID BODY CAMERA VIDEO**

| User ID | Source | Recorded Date & Time | UOF#/COD#/NON-UOF# |
|---|---|---|---|
| | | | |
| | | | |

Total DVDs Burned: _____

Page 1 of 2

Confidential - For Use by Plaintiffs V. (____) of New York et al 20-cv-9840 (GHW)

**DEF 000051**

**FACILITY BODY CAMERA VIDEO**

| User ID | Source | Recorded Date & Time | UOF#/COD# |
|---------|--------|----------------------|-----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

191.49
191.36
209.215
209.206
209.233
209. 238
213.252
211.157
211.162
211.161
211.174
211.165
210.210
191.26
191.20
191.22
191.21
210.234

Confidential - For Use Only In Rodriguez v. City of New York et al., 20-cv-9840 (GHW)

Total DVDs Burned: _____

**DEF 000052**