# Exhibit D

# CLINIC INJURY REPORT LOGBOOK

FY21

| Control Number | Inmate Name (Last, First) | Book & Case / Sentence Number | NYSID Number | Housing Location | Injury Location | Date & Time of Injury | Nature of Injury | Time in Clinic | Time out of Clinic | Area Captain Notified | Time Captain Notified | Clinic Officer | Captain's Signature Injury Report Received | Injury Reports Delivered to T/C by C/O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 757 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 758 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 759 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 760 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 761 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 762 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 763 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 764 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 765 | Rodriguez, Peter | 3491003090 | 798 | 95 | 95 | 8/31/20 1815 Hrs. | UOF | 2330 Hrs. | Hrs. | Gibson | 1815 Hrs. | McIntosh | | Mitchell |
| 766 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 767 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 768 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 769 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 770 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 771 | | | | | | / / Hrs. | | Hrs. | Hrs. | | Hrs. | | | |
| 772 | | | | | | / / Hrs. | | Hrs. | Hrs. | | Hrs. | | | |
| 773 | | | | | | / / Hrs. | | Hrs. | Hrs. | | Hrs. | | | |
| 774 | | | | | | / / Hrs. | | Hrs. | Hrs. | | Hrs. | | | |
| | | | | | | / / Hrs. | | Hrs. | Hrs. | | Hrs. | | | |

DEF 000494