# Exhibit E



# CORRECTION DEPARTMENT
## CITY OF NEW YORK
### INJURY TO INMATE REPORT

Page 1 of 2 Pages | Form: 167R-A | Rev.: 10/3/19 | Ref.: Dir. 4516R-D

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: | Date: | COD/UOF #: | Injury #: |
|---|---|---|---|
| MDC | 8-31-20 | 4068/20 | 7105 |

### TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

**Inmate Name (Last Name, First Name):** Rodriguez, Peter

**Location Where Injury Occurred:** 3 cell
**Inmate's Housing Area:** 9 South
**NYSID #:** 09839298P
**Book & Case/Sentence #:** 3491603090

**Details:** On August 31 2020 at approximately 1815 hrs inmate Rodriguez Peter B/C 3491603090 NYSID 09839298P created a still fire in his cell #3. Fire was extinguished resulting in a use of force with DOC staff

**Supervisor Notified (Print Last Name, First Name, Rank, Shield #):** Shaday Gibson CAPT 1046
**Date:** 8-31-20
**Time:** 1815 Hrs.

**Employee:** [ ] (Did) [X] (Did Not) Witness This Injury.
**Employee Full Name (print):** McIntosh
**Employee Signature:** [signed]
**Rank/Title:** C/O
**Shield/ID#:** 11757

### TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

**Date of Injury:** 8/31/20
**Reported for Medical Attention:** Date 8/31/20 11:31 Hrs
**Inmate Refused Medical Attention:** [X] Yes [ ] No
**Visible Injuries:** [ ] Yes [X] No

**Nature/Reported Mechanism of Injury:**
Pt denies injury/pain. Pt further refuses medical services. No signs of gross injury

**Medical Staff Must Note Location of Injury:**

### Serious injuries confirmed during initial evaluation
(Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):

[ ] Laceration requiring sutures, staples or glue (e.g. dermabond)
[ ] Fracture
[ ] Clinical Nasal Fracture
[ ] Dislocation
[ ] Tendon Tear
[ ] Amputation
[ ] Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
[ ] Post-concussive syndrome or head injury requiring imaging such as CT or MRI
[ ] Blistering burn involving the face or >9% of total body surface area

[X] NO SERIOUS INJURY

[ ] Pending - Requires Further Evaluation

**Treatment:** None Indicated

**Disposition and Transportation Requirements (If applicable):**
Please check which apply

[ ] Urgicare / X-Ray
[ ] Hospital Transfer: [ ] EMS [ ] Intra-Departmental Transfer
[X] None / Return to Housing Area

**Initially Triaged/Treated By/Examined By (Print and Sign Full Name):** Christopher Peter / [signature] UHS, PA
**Date:** 8/31/20
**Time:** 18:34 Hrs

*I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:*

**Inmate Signature:** Refused
**B&C / Sentence #:** 3491603090
**Date:** 8/31/20

**Witnessed By (Signature):** [signed]
**Rank/Title:** C/O
**Shield /I.D. #:** 1757
**Date:** 8/31

DEF 000445