# Exhibit F

**Correctional Health Services**                                                2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                   Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Guy Kelly PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1003970005 | | |
| **Signing Provider:** | Guy Kelly PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| CHRONICFOLLOW | Medical Order - Chronic Care Follow-up | ASTHMA (ICD-J45.909) |

**Order Number:** 1247397-1                          **Quantity:** 1
**Authorization #:**                                 **Priority:**
**Start Date:** 12/14/2021                            **End Date:** 02/12/2041
**Electronically signed by:** Guy Kelly PA           **Signed on:** 11/20/2021 4:25:49 PM
**Instructions:**        post neb tx

DEF 002097

# NYC HEALTH+HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MED - Security Considerations

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **31 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **3D**

## Magnetometer Alert

## Restraint Modifications
**Previous Restraint Modifcations:**
No chemical agents, No stun shield (11/22/2021 9:46:37 AM)
**Restraint Modifications (during this update):** No chemical agents

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **31 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **3D**

## MED - Indirect Encounter Note
Reason: **DOC request contras     no chemical agent,     ok stunn shield**
Note:  **no chemical agent,     ok stunn shield**

## New Rx, New Orders, New Allergies, New Problems

**Date and Time Encounter Created**: December 10, 2021 11:34 AM

Signed By: Schwaner, Thomas at 12/10/2021 3:36:29 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MH - Psychiatry - Medication Reevaluation

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **31 Years Old**
BooknCase #: **3491603090**   NYSID: **09839298P**
Facility: **NIC** Housing Area: **3D**

Type of Visit
Type of Visit: **In Person**

Interval History
Events since last psychiatric encounter (include facility transfers or changes in level of care, court updates, functioning on the unit, lock-in status, medical events, recent self-injury or violence):   **31 year old Hispanic male being seen for med eval follow up due to pt being referred by MH clinician due to his request to be restarted back on psychiatric medications due to him feeling paranoid about others poisoning his food. Pt states "Miss I am stressing because I feel paranoid that someone would poison my food or pour bleach in it and then be like laughing about it afterwards." Pt reports that he is unaware why his MH meds were stopped and he needed them back. Pt at this time pt reminded that on 12/22/20 it was this writer who had discontinued Remeron 15 mg by mouth at bedtime and Buspirone 10 mg by mouth twice a day at his request, him reporting he no longer needed these meds and due to decreased medication compliance. Pt reports that he has been feeling depressed   and stresssed out, anxious and restless. Pt expressed concern that he does not wish to be on prior dose of Remeron 15 mg by mouth at bedtime due to fear of weight gain and was offered and accepted to be started on Remeron 7.5 mg by mouth at bedtime instead.**
Recent symptoms and treatment response (include relevant symptoms/pertinent negatives, recent medication changes, clinical response, and potential side effects from the medication regimen):
**Denies auditory or visual hallucinations, suicidality or homicidality currently.**
Current medications: **BUSPIRONE HCL 10 MG (BUSPAR 10 MG) (BUSPIRONE HCL) 10 mg by mouth twice a day; Route: ORAL**
**MIRTAZAPINE 7.5 MG (REMERON 7.5 MG) (MIRTAZAPINE) 7.5 mg by mouth at bedtime; Route: ORAL**
**OMEPRAZOLE 20 MG (PRILOSEC 20 MG) (OMEPRAZOLE) 20mg by mouth daily (In AM); Route: ORAL**
**TRIAMCINOLONE 0.1% OINT 80 GM (TRIAMCINOLONE ACETONIDE) QS topical to affected area twice a day; Route: EXTERNAL**
**FLUTICASONE/SALMETEROL 250-50 MCG (ADVAIR DISKUS 250-50 (FLUTICASONE-SALMETEROL) 1 puff BID; Route: INHALATION**
**ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE) 2 puffs by mouth q6hrs prn; Route: INHALATION**

Medication Compliance
List every psychiatric medication being prescribed and percent compliance since last psychiatric encounter:   **N/A - pt not currently on psychiatric medication**

Mental Status
Orientation: **Fully oriented**
Appearance: **Chronological Age, Well Groomed, Well Dressed**

DEF 002099

# NYC HEALTH+ HOSPITALS | Correctional Health Services

Behavior: **Cooperative, Relates Well, Good Eye Contact**
Activity: **No Abnormal Movements**
Speech: **Normal Rate, Clear Articulation**
Language: **No abnormalities observed**
Concentration:   **Adequate**
Mood (use patient's own words to describe current feeling state):   **"Miss I am stressing because I feel paranoid that someone would poison my food or pour bleach in it and then be like laughing about it afterwards."**
Affect: **Appropriate, Full Range**
Impulse control: **Adequate**
Thought process: **Spontaneous, Organized**
Thought content: **No Abnormalities Observed**
Perceptual disturbance: **No Perceptual Distortions**
Memory: **No Memory Impairment**
Suicidal: **No Thoughts of Suicide**
Homicidal: **No Homicidal Thoughts**
Judgement: **Adequate**
Insight: **Aware Accepts Treatment**

Suicide Risk Assessment Since Last Visit
1. Since the last visit, have you wished you were dead or wished you could go to sleep and not wake up? (Person endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up.)   **No**
2. Since the last visit, have you actually had any thoughts of killing yourself?   **No**
6. Since the last visit, have you done anything, started to do anything, or prepared to do anything to end your life?   **No**

Formulation
Identifying information and brief summary of relevant history (including diagnoses, hospitalizations, self-harm, violence):   **31 year old Hispanic Male with primary MH dx of Adjustment disorder with disturbance of conduct with no acute psychosis and currently not a threat to self or others. Pt appears restless and anxious but is otherwise euthymic in mood, well groomed and dressed, answers questions readily and appears motivated to continue MH tx and to be restarted on MH medications.**

Recent treatment course (including status of current symptoms related to diagnoses, discussion of differential diagnoses, treatment goals and risk evaluation. If you recommend changes to the diagnoses, please explain here and discuss with treatment team):   **Pt will be restarted on Buspirone 10 mg by mouth twice a day   for anxiety and Mirtazapine 7.5 mg by mouth at bedtime for c/o depression as he reports them to be effective and appears currently stable on them. Importance of medication compliance and potential side effects discussed with pt. Dispo will continue to be   MO housing**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

**MH clinician and Psych follow up.**

MH Primary Diagnosis #1:   **Adjustment disorder with disturbance of conduct (ICD-309.3) (ICD10-F43.24)**
Additional MH & SU Diagnosis #2:   **Antisocial personality disorder**
Additional MH & SU Diagnosis #3:   **Alcohol abuse - uncomplicated**
Additional MH & SU Diagnosis #4:   **Cocaine dependence - uncomplicated**

Plan:
Psychiatric medications (For each medication include indication and describe any changes):   **Start Buspirone 10 mg by mouth twice a day   for anxiety**
**Start Mirtazapine 7.5 mg by mouth at bedtime for depression**
**Contine Psychotherapy**
Patient educated on potential side effects of proposed medication?   **Yes**
Please describe side effects of medication:   **ANTIDEPRESSANTS**
·        **Nausea and vomiting**
·        **Weight gain**
·        **Diarrhea**
·        **Sleepiness**
·        **Sexual problems**
·        **Thoughts about suicide or dying**
·        **Attempts to commit suicide**
·        **New or worsening depression**
·        **New or worsening anxiety**
·        **Feeling very agitated or restless**
·        **Panic attacks**
·        **Trouble sleeping (insomnia)**
·        **New or worsening irritability**
·        **Acting aggressively, being angry, or violent**
·        **Acting on dangerous impulses**
·        **An extreme increase in activity and talking (mania)**
·        **Other unusual changes in behavior or mood**


**BUSPAR**
**Dizziness**
**Headaches**
•        **Nausea**
•        **Nervousness**
•        **Lightheadedness**
•        **Excitement**
•        **Trouble sleeping**

Relevant medical issues (consider seizure disorder, HIV, TBI, metabolic or cardiovascular disease):
**ASTHMA**
**HTN**
Next psychiatric visit:   **F/U in 7 days**

DEF 002101

# Correctional Health Services

**NYC HEALTH+ HOSPITALS**

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
NIC

Disposition/Level of Care

Disposition/Level of Care?    **GP with MH Follow-up Clinician/Psychiatrist**

**Date and Time Encounter Created**: December   8, 2021 2:40 PM

Signed By: Walcott, Dawn at 12/8/2021 3:41:48 PM

**Correctional Health Services**                                                    2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                                  Order Form

## REFERRAL ORDER

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Thomas Schwaner PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1588895247 | | |
| **Signing Provider:** | Thomas Schwaner PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**               **Description**                    **Diagnoses**
OPTO                   Referral - Optometry               REFRACTIVE ERROR - OU (ICD-H52.7)
**Order Number:**      1021644-2                          **Quantity:** 1
**Authorization #:**                                      **Priority:**
**Start Date:**        06/15/2021                         **End Date:** 08/14/2040
**Electronically signed by:** Thomas Schwaner PA          **Signed on:** 6/10/2021 2:03:38 PM
**Instructions:**      30 year old M with refractive error with  recient perscription glasses (Rikers)  but broken eye
                       glass frames Evaluation and management  Thanks

1 of 1

DEF 002558

# Correctional Health Services

**Patient Name:**                          **Latest Book and Case#:**
PETER  RODRIGUEZ                              3491603090
**NYSID:**                                 **Patient Facility:**
 09839298P                                    NIC

**INJURY REPORT FY 21 -1222.**


*Imported By: Amado Toledo Med Rcrds 6/18/2021 11:28:57 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Toledo, Amado at 6/18/2021 11:29:01 AM

DEF 002559

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                        **Latest Book and Case#:**
PETER   RODRIGUEZ                                         3491603090
**NYSID:**                                               **Patient Facility:**
 09839298P                                               NIC

**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Dental disorder (ICD-525.9) (ICD10-K08.9)
30 year old M Request dental referal     (lost mouth gard    hx of grinding teath)    r/o dendtal carried
Evaluation and management
**Problem # 2:**
Refractive error - OU (ICD-367.9) (ICD10-H52.7) - New Problem
30 year old M with refractive error with    recient perscription glasses (Rikers)    but broken eye glass
frames Evaluation and management    Thanks

**Summary:**
**Added new problem of Refractive error - OU (ICD-367.9) (ICD10-H52.7) - Signed**
Added new Referral order of Referral - Dental (DENTAL) - Signed
Added new Referral order of Referral - Optometry (OPTO) - Signed
Added new medication of CHLORHEXIDINE GLUC    0.12% RINSE 120 ML (PERIDEX 0.12% RINSE
(CHLORHEXIDINE GLUCONATE) 15 ml swish and spit bid; Route: MOUTH/THROAT - Signed
Rx of CHLORHEXIDINE GLUC    0.12% RINSE 120 ML (PERIDEX 0.12% RINSE (CHLORHEXIDINE
GLUCONATE) 15 ml swish and spit bid; Route: MOUTH/THROAT    #1 x 0;    Signed;    Entered by:
Thomas Schwaner PA;    Authorized by: Thomas Schwaner PA;    Method used: Handwritten; Note to
Pharmacy: Route: MOUTH/THROAT;

Signed By: Schwaner, Thomas at 6/10/2021 3:59:10 PM

**DEF 002604**

**Correctional Health Services**                                                2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                   Order Form

| REFERRAL ORDER |
| --- |

| | | | |
| --- | --- | --- | --- |
| **Authorizing Provider:** | Ruth Hai MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1447660352 | | |
| **Signing Provider:** | Ruth Hai MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
| --- | --- |
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
| --- | --- | --- |
| OPTO | Referral - Optometry | VISION CHANGES (ICD-H53.9) |
| **Order Number:** | 707050-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** | 04/13/2021 | **End Date:** 06/12/2040 |
| **Electronically signed by:** Ruth Hai MD | | **Signed on:** 11/10/2020 10:49:19 AM |
| **Instructions:** | reports L. eye blurry vision x 2 weeks | |

1 of 1

**DEF 002899**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Indirect Encounter Note

Reason: **Bing round**

Note:  **Patient was seen during rounds to today. Patients had no complaint. Deny any hunger, thirst, and were resting comfortable. Patient were awake, alert and oriented. No acute distress. Well developed, hydrated and nourished. Appears stated age.    Patients had appropriate mood. Good judgement and insight.    No suicidal or homicidal ideation.**

## New Rx, New Orders, New Allergies, New Problems

**New Rx:**

RENU MULTIPURPOSE SOLUTION 118 ML SOLN (SOFT LENS PRODUCTS) slack lance in solution daily   #1 x 0

      Entered and Authorized by:       Iosif Shpits MD

      Electronically signed by: Iosif Shpits MD on 02/18/2021

      Method used:    Handwritten

      Indications:      BLURRED VISION

      RxID:    1929258052799700

**New Problems:**

Fitting/adjustment, glasses/contact lenses (ICD-V53.1) (ICD10-Z46.0)

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**

Book & Case #: **3491603090**   NYSID: **09839298P**

Facility: **MDC**   Housing Area: **9S**

### Allergy Review

* CARROT (Critical)**

**FISH DERIVED (FLAVORING AGENT) (Critical)**

**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**

**Poultry (Moderate)**

**fish derived (Moderate)**

**lactose (Moderate)**

### Assessment:

**Problem # 1:**

Fitting/adjustment - glasses/contact lenses (ICD-V53.1) (ICD10-Z46.0) - New Problem

**Summary:**

**Added new problem of Fitting/adjustment, glasses/contact lenses (ICD-V53.1) (ICD10-Z46.0) - Signed**

Added new medication of RENU MULTIPURPOSE SOLUTION 118 ML SOLN (SOFT LENS PRODUCTS) slack lance in solution daily Indications: BLURRED VISION - Signed

Changed medication from RENU MULTIPURPOSE SOLUTION 118 ML SOLN (SOFT LENS PRODUCTS) slack lance in solution daily Indications: BLURRED VISION to RENU MULTIPURPOSE SOLUTION 118 ML SOLN (SOFT LENS PRODUCTS) slack lance in solution daily; Route: OTIC Indications:

**DEF 003121**

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                3491603090
**NYSID:**                                                      **Patient Facility:**
 09839298P                                                     MDC


FITTING/ADJUSTMENT, GLASSES/CONTACT LENSES - Signed
Rx of RENU MULTIPURPOSE SOLUTION 118 ML SOLN (SOFT LENS PRODUCTS) slack lance in
solution daily;   #1 x 0;   Signed;   Entered by: Iosif Shpits MD;   Authorized by: Iosif Shpits MD;
Method used: Handwritten



Signed By: Shpits, Iosif at 2/18/2021 4:27:50 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Special Considerations

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

### Special Considerations
**Security Considerations?** Yes

## MED - Security Considerations

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

### Magnetometer Alert

### Restraint Modifications
**Previous Restraint Modifcations:**
Front cuff only, Allow access to self administered medication, No chemical agents, No Rear Cuff
(12/26/2020 10:18:32 AM)
**Restraint Modifications (during this update):** No chemical agents, No stun shield

```
Contraindications: EMR reviewed. Contraindications requested  by DOC ESU team
at 9th South MDC..... As per CHER(EMR) review and medical diagnosis,  this
client has documented contraindications for Category A or B. DOC notified.
```

Signed By: Mejia, Franklin at 1/28/2021 2:41:57 PM

**Correctional Health Services**                                          2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                   Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Iosif Shpits MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1962781104 | | |
| **Signing Provider:** | Iosif Shpits MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| Code | Description | Diagnoses |
|---|---|---|
| OPTO | Referral - Optometry | BLURRED VISION (ICD-H53.8) |
| **Order Number:** | 820491-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** | 01/27/2021 | **End Date:** 03/28/2040 |
| **Electronically signed by:** Iosif Shpits MD | | **Signed on:** 1/27/2021 6:18:27 PM |
| **Instructions:** | Patient need to see pptometry he has blurry vision | |

DEF 003186

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | GRVC |

## MH - Suicide Watch Rounds Progress Note

**Patient:**
PETER RODRIGUEZ
**DOB:**
11/06/1990
**Age:**
30 Years Old
**Book & Case #:**
3491603090
**NYSID:**
09839298P
**Facility:**
GRVC
**Housing Area:**
13B

## Type of Visit

**Type of Visit:** Cellside Encounter
**Locked In:** Yes

## Subjective

**Subjective:**   In 3-point on route to the Mini Clinic Pt. soke easily, his mood less spirited than the week before, but available, his words carefully measured but expressive and responsive as before. Asking why he was in 3-point he said to see medical for a medical concern. Seeing the medical visit note recently written in his chart on return to the Clinic, he'll be seeing x-ray for his self-report of accidental ingestion of glass. Not hinted at to this writer during this watch visit it seems in line with his saying to this writer, today, he should not, as per corrections policy, be in RHU due to "Bipolar d/o, severe depression and personality d/o", all "serious Mental illness", he said. Also, asthma was to have legally keep him out of the bing, as should have his suicidal hx. His attorney, Pt said, had been asking Rikers to transfer him out of the bing. Thinking his dx not exactly what he disclosed, and thinking it did not preclude bing housing Pt debated it slightly, but seemed to take this in for thought, calm, never irritated, just quick to counter each response. He also accepted opposing thoughts on suicide excluding bing housing if goal directed to avoid this or other housing. Clinician aware of the difficult week he had, Pt.asked her, as he had weekday staff, to note how it affected him still, the incident of the year before, how during the day he could keep his thoughts elsewhere, but at night, his nightmares relived the event of sexual inppropriateness visited on him, describing the incident a little differently than reported by DOC. Pt. otherwise did not say too much, his focus on the relative nearness to the date of that assault, and effects he still suffered, days, but significantly nights, his nightmares still vivid.

## DOC Staff/SPA Observation Report

**Name of Correction Officer:** Chambers
**Badge Number:**   7198
**Start Date of Suicide Watch:** 12/20/2020
**Number of Days on Suicide Watch:** 20
**Tour:** Day

## Observed Behavior

**DEF 003256**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                        **Latest Book and Case#:**
PETER  RODRIGUEZ                                         3491603090
**NYSID:**                                               **Patient Facility:**
 09839298P                                               GRVC

**Observed behavior:** Pt's mood slightly agitated but calm superimposed, available, focused, stressed over the near anniversay of the incident causing flashbacks and nightmares as he awaited medical assessment of his recent (report of) accidental ingestion of glass pieces. Pt did not mention this to this writer; it is seen in recent medical notes.

## Mental Status
**Orientation:** Fully oriented
**Appearance:** Chronological Age, Normal Weight, Well Groomed
**Behavior:** Cooperative, Relates Well, Accessible, Good Eye Contact
**Activity:** No Abnormal Movements
**Speech:** Normal Rate, Low, Clear Articulation
**Language:** No abnormalities observed
**Concentration:**   Adequate
**Affect:** Appropriate, Full Range
**Impulse control:** Adequate
**Impulse control notes:** at this moment. The cause of his reported accidental ingestion of pieces of glass is not known at this time.
**Thought process:** Spontaneous, Organized, Relevant, Goal Directed
**Thought content:** No Abnormalities Observed
**Perceptual disturbance:** No Perceptual Distortions
**Memory**   Unable to assess
**Suicidal:** Unable to assess
**Homicidal:** No Homicidal Thoughts
**Homicidal notes:** at the moment, but hx signifiant for this
**Judgement:** Unable to assess
**Judgement notes:** given his report to medical of "accidentally" ingesting glass pieces shortly before
**Insight:** Unable to assess
**Insight notes:** Pt. had seemed to be responding to treatment, but this recent ingestion of glass raises questions again.

## Risk Assessment
**Please describe:** neither endorsed nor denied, but the sense was that if asked, he likely would have endorsed SI
**Risk factors:** Previous suicide attempt
**Protective Factors:** Other
**Please describe other protective factors:** watch
**Have you tried to hurt yourself in the past?**   Yes
**Method, precipitant:** Hanging
**Please describe if date specifics are known::** 12-20-2020
**Lethality of attempts:** High
**Medical attention required:** Yes

## Disposition/Level of Care
**Diagnoses at this visit:** Adjustment disorder with disturbance of conduct (ICD-309.3) (ICD10-F43.24) Antisocial personality disorder
**Disposition/Level of Care?** MO Housing-Suicide Watch
**Suicide Watch to Continue:** Yes

DEF 003257

# Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
 3491603090
**Patient Facility:**
 GRVC

Signed By: Fair, Marta at 1/9/2021 1:23:32 PM

DEF 003258

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                          **Latest Book and Case#:**
PETER  RODRIGUEZ                            3491603090
**NYSID:**                                  **Patient Facility:**
 09839298P                                  WF

**INJURY 1531**

*Imported By: Ajele Bowers    12/22/2020 8:26:18 AM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Bowers, Ajele at 12/22/2020 8:26:30 AM



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

| Page 1 of 2 Pages | Form: 167R-A<br>Rev.: 10/3/19<br>Ref.: Dir. 4516R-D |

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: MDC | Date: 12/19/20 | COD/UOF #: | Injury #: 1531 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): Rodriguez, Peter

| Location Where Injury Occurred: 9 south | Inmate's Housing Area: 9 south | NYSID #: 09 8 39298P | Book & Case/Sentence #: 3491603090 |

Details:
On Saturday December 19,20 at approximately 0815 hrs inmate Rodriguez, Peter b/c 3491603090 NYSID 098 39298P did a self injurious behavior.

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Captain Bethelamy | Date: 12/19/20 | Time: 0217 Hrs. |

| Employee: I ☒(Did) ☐(Did Not) Witness This Injury. | Employee Full Name (print): Saryian | Employee Signature: Saryian | Rank/Title: Co | Shield/ID#: 10981 |

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

| Date of Injury: 12/19/20 | Reported for Medical Attention: Date 12/19/2020 1805 Hrs. | Inmate Refused Medical Attention: ☒ Yes ☐ No | Visible Injuries: ☐ Yes ☒ No |

Nature/Reported Mechanism of Injury:
pt was seen by medical team — nursing in emergency earlier today at 223 Am for attempted suicide - when some blood was seen on facial area. He was sent to Bellevue Hospital where same observation was made now - pt refused to be seen. No visible injury on facial area by inspection.

**Medical Staff Must Note Location of Injury:**

**Serious injuries confirmed during initial evaluation** (Select "Pending - Requires Further Evaluation" If additional testing / imaging / follow-up needed):

☐ Laceration requiring sutures, staples or glue (e.g. dermabond) ☐ Fracture ☐ Clinical Nasal Fracture
☐ Dislocation ☐ Tendon Tear ☐ Amputation
☐ Structural injury to organ (e.g. corneal abrasion, hepatic laceration) ☐ Post-concussive syndrome or head injury requiring imaging such as CT or MRI ☐ Blistering burn involving the face or >9% of total body surface area

☒ **NO SERIOUS INJURY**

☐ Pending - Requires Further Evaluation

Treatment: Suicidal attempt
Hospital recommended suicidal observation pt sent to C71 stat

Disposition and Transportation Requirements (If applicable):
*Please check which apply*

☐ Urgicare / X-Ray    ☐ Hospital Transfer:    ☐ EMS    ☐ Intra-Departmental Transfer

☐ None / Return to Housing Area    Chris Ihenachu, RNS

| Initially Triaged/Treated By/Examined By (Print and Sign Full Name): refused to sign | Date: 12/19/20 | Time: 1809 Hrs |

**I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:**

| Inmate Signature: Refused to sign | B&C / Sentence #: 3491603090 | Date: 12/19/20 |

| Witnessed By (Signature): | Rank/Title: CO | Shield /I.D. #: 7099 | Date: 12/19/2020 |

**DEF 003531**

# Correctional Health Services

**Patient Name:**
PETER  RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
 3491603090
**Patient Facility:**
 AMKC

**MENTAL HEALTH- DOC REFERRAL**

*Imported By: Opal Bracy Med Rcrds 12/21/2020 12:24:03 PM*

---

External Attachment:

  Type:       Image
  Comment:    External Document

Signed By: Bracy, Opal at 12/21/2020 12:24:30 PM



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## REFERRAL OF INMATES TO MENTAL HEALTH SERVICES



| | Side 1 of 2 | FORM NO. 4018R EFF. 04/08/99 REF. DIR. 4018R |
|---|---|---|

| Inmate's Name: _Rodriguez Peto_ | Book and Case Number: _349/603090_ | Location: _7 South_ | Date: _12/19/20_ |
|---|---|---|---|

| Name/Shield Number of Reporting Officer: _Sargian  CO  10981_ | Name/Shield Number of Supervisor Notified: _Bethelamy  Captain 1824_ |
|---|---|

### BEHAVIORAL CHECKLIST

Listed below are some of the behavioral traits that may indicate a need for Mental Health referral. (Circle the appropriate item[s]).

1. Showing radical changes in behavior;
2. Expressing a desire to commit suicide and/or attempting suicide;
3. Planning to inflict bodily harm, attempting or actually carrying out the act. (This may be expressed verbally or through written communication);
4. Unable to sleep, particularly at night, awakening at odd hours of the early morning and brooding;
5. Arranging personal belongings in order, after habitual disorder;
6. Any signs indicating a trip is being planned e.g., packing personal belongings, discussing travel arrangements etc., when such a trip is not feasible;
7. Giving away valued possessions, e.g., wearing apparel, books, pictures, cigarettes, commissary, etc.;
8. Continually refusing to lock-out during lock-out periods;
9. Hiding or attempting to hide, from view of the correction officer/observation aide;
10. Appearing to be talking to someone when , in fact, no one is present;
11. Frequent displays of shouting, crying and/or screaming;
12. Attempting to inflict self injury by banging parts of the body against the walls or fixtures;
13. Complaining of ailments(s), illness(es) and/or disease(s) that are nonexisting;
14. Expressing a belief that there are plots or plans against personal safety; believing that someone or everyone is watching, talking, spying or acting suspiciously;
15. Having hallucinations/delusions (seeing objects or hearing voices that do not exist);
16. Unusual loss of memory;
17. Showing poor personal hygiene or appearance, doesn't shave, wash or change clothes, etc.;
18. Exhibiting strong feelings of guilt;
19. Being depressed;
20. Constantly fighting and arguing with other inmates;
21. Being alarmed (frightened) or in a state of panic;
22. Any unusual action or behavior that should be brought to the attention of the Mental Health Staff.

Other: (explain) _____

_____

### SUPERVISING OFFICER'S ASSESSMENT AND RECOMMENDATION

_STAT_ _____

_____

_____

| Supervisor's Name: _Bethelamy_ | Shield Number: _1824_ | Date: _12/19/20_ |
|---|---|---|

**Response From Mental Health Services On Reverse Side**

**DEF 003533**




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

| | | |
|---|---|---|
| **REFERRAL OF INMATES TO**<br>**MENTAL HEALTH SERVICES** | Side<br>2 of 2 | FORM NO. 4018R<br>EFF. 04/08/99<br>REF. DIR. 4018R |

Inmate's Name: _Peter Rodriguez_                    Number: _349-16-03090_

## SUMMARY OF MENTAL HEALTH EVALUATION/RECOMMENDATION

1. REASON FOR REFERRAL: _____

_#2,_
_#3, #9_

2. RELEVANT FINDINGS: (include potential for suicidal and/or violent behavior) _____

_12/20 - Pt is currently with a Eso officer_
_He is being seat to C71_

3. RECOMMENDATIONS: (include special housing needs and precautions as needed) _____

_12/20 - Pt seat to C71 th Suicide Watch._

| Signature of Summary Prepared By: _Maria Johnson_ | Title: _MHC_ | Date: _12/20/20_ |
|---|---|---|

**DISTRIBUTION:**

1 copy retained by Mental Health
1 copy to Medical Services
1 copy to Facility Administration

**DEF 003534**

**Correctional Health Services**                                              2/1/2022
**55 Water Street 18th Fl**
**New York, NY 10041**                                                       Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Gloria Ihenacho MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1225044985 | | |
| **Signing Provider:** | Gloria Ihenacho MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**                  **Description**                          **Diagnoses**
MHSTAT                  Referral - Mental Health STAT       SUICIDE ATTEMPT, INITIAL ENCOUNTER (ICD-T14.91xA)
**Order Number:**     763180-1                                   **Quantity:** 1
**Authorization #:**                                              **Priority:**
**Start Date:**           12/19/2020                             **End Date:** 12/21/2020
**Electronically signed by:** Gloria Ihenacho MD       **Signed on:** 12/19/2020 11:06:03 PM
**Instructions:**          Pt with attempted suicidal sent to Bellevue discharged on suicidal watch and MH F/u

1 of 1

DEF 003535

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Indirect Encounter Note
Reason: **MH referral**

## New Rx, New Orders, New Allergies, New Problems
**New Orders:**
Referral - Mental Health STAT [MHSTAT]

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Suicide attempt - initial encounter (ICD10-T14.91xA)
**Summary:**
**Assessed Suicide attempt, initial encounter as comment only**
Added new Referral order of Referral - Mental Health STAT (MHSTAT) - Signed


Signed By: Ihenacho, Gloria at 12/19/2020 11:06:08 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                              3491603090
**NYSID:**                                              **Patient Facility:**
 09839298P                                              MDC

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **1531**
Injury Date: **12/19/2020**
Injury HPI: **Pt attempt suicide by hanging as per emergency note by nursing and Bellevue Hospital return in which they foundbleedingor blood around the facial area but couldnot    find the source Pt denies any injuruybut says he just wants to go and sleep**
Event Location: **Housing Area**
Cause: **Self-Injury**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**
Bodily location of injury: **Head/Face**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)
Follow-Up Plan: **Pt refused to be evaluated refused to stay or sit down Walked away with DOC**

**No Gross injury seen on facial area or bleeding**

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

Suicide attempt - initial encounter (ICD10-T14.91xA)
Pt had CT head, faxillocial area and neck

Pt was evaluated by MH at Bellevue Hospital and Suicidl Watch and MH F/u recommended

MH provider at C71 was consulted and recommended to send pt down to C71

### *PLAN*
**Summary:**
**Assessed Suicide attempt, initial encounter as comment only**

Signed By: Ihenacho, Gloria at 12/19/2020 6:40:19 PM

DEF 003538

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**MED - Hospital/Infirmary/CDU Return** MED - Hospital Return
MED - Hospital/Infirmary/CDU Return
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

## Specialty Clinic/Returns
**Type of Service Received:** Medical
**Return Date:** 12/19/2020
**Returning From:** Emergency Room Visit Only (Not Admitted)
**Was the patient hospitalized for Mental Health reasons?** No
**Reason for admission/visit?** for attempted suicide by hanging
**Summary of admission/visit (including procedure/tests/lab results):** Emergency was called earlier this morning that pt attempted suicide by hanging and sent to Bellevue wher he had lab work   cT head, maxillofacial without contrast CT angio with contrast and 12 lead EKG done.
He was   evlautedby MH and given stat haloperidol 10mg, iohexol, ketamine, lorazep and midozolam and discharged to MDC ond to be on suicidal watch and followup by MH

## Vital Signs

## Hospital/Clinic Follow-up
**In-facility follow up needed? (nursing, medical, wound, etc.)** Yes
**Patients meds modified?** N/A
**Patient has leftover carry meds to be discarded (discuss with patient):** No
**Patients medication list reconciled and explained:** Yes

## Hospital/Clinic Follow-Up (Continued)
**Specialist follow up needed?** N/A
**High acuity, requiring SMD notification? (Notify SMD verbally and route note for review at signing)** No
**Requires infirmary housing?** No
If needing inrirmary housing, contact NIC for pre-admission
**Patient problem list updated?** Yes

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

## Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**

DEF 003539

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Suicidal ideation (ICD-V62.84) (ICD10-R45.851)
Pt refused to sit down and be evaluated Stating that he wants to sleep

Called and spoke to C71 MH provider: Buchard whorequested pt be sent to C71
**Summary:**
**Added new problem of Suicide attempt, initial encounter (ICD10-T14.91xA)**
**Assessed Suicidal ideation as comment only**


## ALL - Disposition

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**


**Disposition**
Selected disposition: **C-71 AMKC (Mental Health Center)**



Signed By: Ihenacho, Gloria at 12/19/2020 6:28:42 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Emergency Response

**Patient:**
PETER RODRIGUEZ
**Facility:**
MDC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
RR
**Time of emergency call to clinic (Military Time):** 0217
**Time of housing area arrival (Military Time):** 0223
**Responding Team Members:** J. Israel, RN     O. Shaw, LPN    O. Jean-Baptiste, LPN
**DOC supervisor (Captain or above) present?** Yes
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** 0224
**Location of emergency call:** Housing Area
**Nature of emergency (Chief Complaint):** Hang up
**Treatment provided:** v/s done. Continued monitoring until EMS arrived
**Assessment:** Found pt in cell supine, awake but unresponsive to verbal stimuli. Pt responded to ammonia tx. Pt was noted to have blood on his nose and lips. As per DOC, pt attempted to hang himself and was cut down once spotted.
**Plan:** EMS activated by RN Isarel.
Launch Disposition form:

## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

<u>Current Vital Signs</u>
Last height (inches): **72 (11/15/2019 5:46:00 PM)**     Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Supine**
BP: **150/ 72** mmHg
oF
Pulse rate: **85**   Pulse rhythm:   **Regular**
Finger Stick (Blood Sugar):   **105**
RR: **16**    Respiration Type: **Regular**
Pulse Ox: **98**%   Room Air: **Yes**

Signed By: Jean-Baptiste, Olga at 12/19/2020 7:41:48 AM

DEF 003541

# Correctional Health Services

**NYC HEALTH+HOSPITALS**

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Emergency Response

**Patient:**
PETER RODRIGUEZ
**Facility:**
MDC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
9S
**Time of emergency call to clinic (Military Time):** 0217
**Time of housing area arrival (Military Time):** 0223
**Responding Team Members:** israel   RN,   BAPTISTE   LPN,   SHAW   LPN
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** 0224
**Location of emergency call:** Housing Area
**Nature of emergency (Chief Complaint):** HANG UP   AS PER DOC
**Treatment provided:** VS   TAKEN.   PT   PLACED IN   COMFORTABLE   POSITION
**Assessment:** PT   FOUND   LAYING   ON   HIS   LEFT   SIDE ON   A MATTRESS UNDER   THE TABLE IN HIS   CELL.   EYES   OPEN   VERBALLY   UNRESPONSIVE.   RESPONSIVE   TO TACTILE   STIMULI.   VS   TAKEN   WITHIN   NORMAL   RANGE.   BLOOD   NOTED   TO   LIPS, NOSTRILS AND   ON   T   SHIRT.   URGICARE   CALLED   BY   RN ISRAEL.
**Plan:** EMS   INITIATED   BY   RN   ISRAEL   AT 2.30AM
Launch Disposition form:

## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**   Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Supine**
BP: **150**/ **72** mmHg
oF
Pulse rate: **85**   Pulse rhythm:   **Regular**
Finger Stick (Blood Sugar):   **105**
RR: **16**   Respiration Type: **Unlabored**
Pulse Ox: **98**%   Room Air: **Yes**

Signed By: Shaw, Omolola at 12/19/2020 3:49:22 AM

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                          3491603090
**NYSID:**                                                 **Patient Facility:**
09839298P                                                  MDC

DEF 003544

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Emergency Response

**Patient:**
PETER RODRIGUEZ
**Facility:**
MDC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
RR
**Time of emergency call to clinic (Military Time):** 0217
**Time of housing area arrival (Military Time):** 0223
**Responding Team Members:** Israel, J. RN, Jean-Baptiste LPN, Shaw. O. LPN
**DOC supervisor (Captain or above) present?** No supervisor present
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** 0224am
**Location of emergency call:** Housing Area
**Nature of emergency (Chief Complaint):** "Hangup" per DOC
**Assessment:** Pt found lying prone with neck perched under a black stool with mildly hemorraghic sheet nearby. Eyes were open with regular respirations, Unresponsive to verbal stimuli. Was responsive to noxious and tactile stimuli. Dried hemorrage noted to nostrils, lip region and t shirt. No signs of ligature marks noted to neckline. Pills noted. Will and suicide note given to medical staff by DOC. Notes copied and returned. Per DOC pt was cut down prior to arrival and compressions initated by DOC. Urgi called, discussed with MD Wachtel. EMS activated at 2:30am Job#0416 Op#D648. Arrived: 2:52am.
**Plan:** Send out via EMS
Launch Disposition form:

## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**   Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Supine**
BP: **150**/ **72** mmHg
oF
Temperature site: **Oral**
Pulse rate: **85**   RR: **16**   Respiration Type: **Unlabored**
Pulse Ox: **98**%   Room Air: **Yes**

DEF 003545

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

Signed By: Israel, Jeanne at 12/19/2020 7:02:35 AM

**NYC HEALTH+ HOSPITALS** | **Correctional Health Services**

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Urgicare Call

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Urgicare Call:**
**Urgicare Physician:** Peter Wachtel DO December 19, 2020 2:30 AM
**Referring MD/PA/NP/RN:** rn
**Time of Call:** 0225
**Evaluation Completed Using:** Phone
**Chief Complaint:** attempted hangup/allegedly cutdown by doc/min responsive/sat 98%/no lig marks/ems mh run
**Category:** Psychiatric
**Urgi Call Initial Disposition:** Sent on run with Urgi notified

## ALL - Disposition

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Disposition**
Selected disposition: **EMS Hospital - MH**

Signed By: Wachtel, Peter at 12/19/2020 2:31:53 AM

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | WF |

**INJURY 1530**

*Imported By: Ajele Bowers    12/22/2020 8:25:57 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Bowers, Ajele at 12/22/2020 8:26:01 AM

DEF 003548



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT



| Page 1 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D |
|---|---|

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: MDC | Date: 12/17/2020 | COD/UOF #: | Injury #: FY20 1530 |
|---|---|---|---|

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): RODRIGUEZ, PETER

| Location Where Injury Occurred: 7 South | Inmate's Housing Area: 7 South | NYSID #: 09639298 P | Book & Case/Sentence #: 3491603090 |
|---|---|---|---|

Details: Said inmate stated that he attempted to hurt himself sometime during the early part of the day by attempting a self manipulative act

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Capt Coball | Date: 12/17/2020 | Time: 10:44 Hrs. |
|---|---|---|

| Employee: I (Did) ☑ (Did Not) Witness This Injury. | Employee Full Name (print): HARRISON | Employee Signature: | Rank/Title: CO | Shield/ID#: 17878 |
|---|---|---|---|---|

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

| Date of Injury: 12/17/20 | Reported for Medical Attention: Date 12/17/20 Hrs. | Inmate Refused Medical Attention: ☐ Yes ☑ No | Visible Injuries: ☐ Yes ☑ No |
|---|---|---|---|

Nature/Reported Mechanism of Injury:
patient has self injury after bound towel around titmeca objective was tightening (nos)

Medical Staff Must Note Location of Injury:

Serious injuries confirmed during initial evaluation (Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):

☐ Laceration requiring sutures, staples or glue (e.g. dermabond)
☐ Dislocation
☐ Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
☐ Fracture
☐ Tendon Tear
☐ Post-concussive syndrome or head injury requiring imaging such as CT or MRI
☐ Clinical Nasal Fracture
☐ Amputation
☐ Blistering burn involving the face or >9% of total body surface area
☑ NO SERIOUS INJURY
☐ Pending - Requires Further Evaluation

Treatment: MH evaluation

Disposition and Transportation Requirements (If applicable): Please check which apply

☐ Urgicare / X-Ray    ☐ Hospital Transfer:    ☐ EMS    ☐ Intra-Departmental Transfer
☑ None / Return to Housing Area    MH evaluation

| Initially Triaged/Created By/Examined By (Print and Sign Full Name): | Date: 12/17/20 | Time: 118 Hrs |
|---|---|---|

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

| Inmate Signature: ref. sign | B&C / Sentence #: 3491603090 | Date: 12/17/20 |
|---|---|---|
| Witnessed By (Signature): Frith | Rank/Title: CO | Shield /I.D. #: 18384 | Date: 12/17/20 |

# Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER  RODRIGUEZ                                      3491603090
**NYSID:**                                            **Patient Facility:**
 09839298P                                            MDC

**MENTAL HEALTH- DOC REFERRAL**

*Imported By: Opal Bracy Med Rcrds 12/18/2020 1:21:31 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Bracy, Opal at 12/18/2020 1:22:00 PM




# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### REFERRAL OF INMATES TO MENTAL HEALTH SERVICES

Side 1 of 2

FORM NO. 4018R
EFF. 04/08/99
REF. DIR. 4018R

Inmate's Name: Rodriguez, Peter

Book and Case Number: 3491003080

Location:

Date: 12/17/20

Name/Shield Number of Reporting Officer: Harrison 10787

Name/Shield Number of Supervisor Notified: Captain Conill 1791

## BEHAVIORAL CHECKLIST

Listed below are some of the behavioral traits that may indicate a need for Mental Health referral. (Circle the appropriate item[s]).

1. Showing radical changes in behavior;
2. Expressing a desire to commit suicide and/or attempting suicide;
3. Planning to inflict bodily harm, attempting or actually carrying out the act. (This may be expressed verbally or through written communication);
4. Unable to sleep, particularly at night, awakening at odd hours of the early morning and brooding;
5. Arranging personal belongings in order, after habitual disorder;
6. Any signs indicating a trip is being planned e.g., packing personal belongings, discussing travel arrangements etc., when such a trip is not feasible;
7. Giving away valued possessions, e.g., wearing apparel, books, pictures, cigarettes, commissary, etc.;
8. Continually refusing to lock-out during lock-out periods;
9. Hiding or attempting to hide, from view of the correction officer/observation aide;
10. Appearing to be talking to someone when , in fact, no one is present;
11. Frequent displays of shouting, crying and/or screaming;
12. Attempting to inflict self injury by banging parts of the body against the walls or fixtures;
13. Complaining of ailments(s), illness(es) and/or disease(s) that are nonexisting;
14. Expressing a belief that there are plots or plans against personal safety; believing that someone or everyone is watching, talking, spying or acting suspiciously;
15. Having hallucinations/delusions (seeing objects or hearing voices that do not exist);
16. Unusual loss of memory;
17. Showing poor personal hygiene or appearance, doesn't shave, wash or change clothes, etc.;
18. Exhibiting strong feelings of guilt;
19. Being depressed;
20. Constantly fighting and arguing with other inmates;
21. Being alarmed (frightened) or in a state of panic;
22. Any unusual action or behavior that should be brought to the attention of the Mental Health Staff.

Other: (explain) Attempted A self manipulative act

### SUPERVISING OFFICER'S ASSESSMENT AND RECOMMENDATION

Supervisor's Name: Captain Conill

Shield Number: 1791

Date: 12/17/20

Response From Mental Health Services On Reverse Side

DEF 003551

 

## CORRECTION DEPARTMENT
## CITY OF NEW YORK

| REFERRAL OF INMATES TO MENTAL HEALTH SERVICES | Side 2 of 2 | FORM NO. 4018R EFF. 04/08/99 REF. DIR. 4018R |
|---|---|---|

Inmate's Name: | Number:

### SUMMARY OF MENTAL HEALTH EVALUATION/RECOMMENDATION

1. REASON FOR REFERRAL: _See reverse_

2. RELEVANT FINDINGS: (include potential for suicidal and/or violent behavior)

   _Patient is endorsing SI, recent gesture_

3. RECOMMENDATIONS: (include special housing needs and precautions as needed)

   _Transferred to C71 on SW_

Signature of Summary Prepared By: _Earl Gibbs LMSW_ | Title: _Mental Health Clinic_ | Date: _12/17/20_

DISTRIBUTION:

1 copy retained by Mental Health
1 copy to Medical Services
1 copy to Facility Administration

DEF 003552

# Correctional Health Services

**NYC HEALTH+ HOSPITALS**

**Patient Name:**
PETER  RODRIGUEZ
**NYSID:**
09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

**Injury #3344    FY21**

*Imported By: Anglin Greaves Med Rcrds 12/18/2020 11:47:48 AM*

---

External Attachment:

  Type:        Image
  Comment:     External Document


Signed By: Greaves, Anglin at 12/18/2020 11:48:00 AM

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INJURY TO INMATE REPORT

Page 1 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516R-D

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: AMKC/MDC | Date: 12/17/20 | COD/UOF #: | Injury #: 3344 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): **Rodriguez, Peter**

| Location Where Injury Occurred: C71 Hart Island | Inmate's Housing Area: MDC 9 South | NYSID #: 09839298P | Book & Case/Sentence #: 349/603090 |

Details: On 12/17/20 at approximately 1930 Hrs Inmate Rodriguez, Peter of MDC B/C 349/603090 NYSID 09839298P rushed passed staff & got into a Use of Force with DOC staff

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Capt Nelson # 1478

| Date: 12-17-20 | Time: 1930 Hrs. |

| Employee: I [ ] (Did) [✓] (Did Not) Witness this Injury. | Employee Full Name (print): Nelson | Employee Signature: | Rank/Title: Co | Shield/ID#: 7529 |

**TO BE COMPLETED BY MEDICAL STAFF ONLY — (PLEASE PRINT CLEARLY)**

| Date of Injury: 12-17-2-2 | Reported for Medical Attention: Date 12-17-20 8:30 pm Hrs. | Inmate Refused Medical Attention: [✓] Yes [ ] No | Visible Injuries: [ ] Yes [✓] No |

Nature/Reported Mechanism of Injury: Patient had above incident but he claimed no injury. He has no distress or bleeding. He refused vitals, evaluation and walked out the clinic.

Serious Injuries confirmed during initial evaluation (Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):

- [ ] Laceration requiring sutures, staples or glue (e.g. dermabond)
- [ ] Dislocation
- [ ] Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
- [ ] Fracture
- [ ] Tendon Tear
- [ ] Post-concussive syndrome or head injury, requiring imaging such as CT or MRI
- [ ] Clinical Nasal Fracture
- [ ] Amputation
- [ ] Blistering burn involving the face or >9% of total body surface area
- [✓] **NO SERIOUS INJURY**
- [ ] Pending - Requires Further Evaluation

Medical Staff Must Note Location of Injury:



No injury / No injury

Treatment: none, follow up as needed

Disposition and Transportation Requirements (if applicable): Please check which apply:

- [ ] Urgicare / X-Ray
- [ ] Hospital Transfer: [ ] EMS [ ] Intra-Departmental Transfer
- [ ] None / Return to Housing Area

Initially Triaged/Treated By/Examined By (Print and Sign Full Name): **KHIN KYU, MD**

| Date: 12-17-2020 | Time: 8:45P Hrs |

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

| Inmate Signature: refuse to sign | B&C / Sentence #: 349/603090 | Date: 12-17 2020 |
| Witnessed By (Signature): | Rank/Title: PO | Shield I.D. #: 5482 | Date: 12/17/20 |

**DEF 003554**

**Correctional Health Services**                                      2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                    Order Form

| REFERRAL ORDER |
|---|

| **Authorizing Provider:** | Gerard Collins MH Prof | **Service Provider:** | CHS |
|---|---|---|---|
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Evangelos Paraskevopoulos LMHC | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
|---|---|---|---|---|---|
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| MHSTAT | Referral - Mental Health STAT | |
| **Order Number:** | 761253-1 | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** | 12/17/2020 | **End Date:** 02/16/2040 |
| **Electronically signed by:** | Evangelos Paraskevopoulos LMHC | **Signed on:** 12/18/2020 8:49:23 AM |
| **Instructions:** | DOC Stat Ref: Attempted a self manipulative act | |

1 of 1

**DEF 003555**

# Correctional Health Services

NYC
HEALTH+
HOSPITALS

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                          3491603090
**NYSID:**                                                 **Patient Facility:**
 09839298P                                                 MDC

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **3342**
Injury Date: **12/17/2020**
Injury HPI: **pat was involved in inmate on inmate fight resulting   use of force with DOC staff in the C71 Hart Island as per injury report.He denied LOC , neck pain and dizziness.He has no apparent distress or injury .He refused vitals , evaluation and walked out the clinic.**

Event Location: **Intake/Holding pen**
Cause: **DOC use of force/alleged attack by staff**
Verified Injury: **Denies injury (and no visible injury)**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

**Injury Determination: Were any of the following present?** Refused and no visible injury
Follow-Up Plan: **prn**

## *OBJECTIVE*
## NU - Vital Signs
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

Current Vital Signs
Refused vitals**Patient Refused Vital Signs**

Vital Signs Notes: **He refused vitals , evaluation and walked out the clinic.**

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

**Allergy Review**

DEF 003556

# Correctional Health Services

**NYC HEALTH+ HOSPITALS**

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Injury - unspecified - initial encounter (ICD10-T14.90xA)
He has no apparent respiratory    distress or injury .follow up as needed.

## *PLAN*
**Summary:**

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
General
**General Examination Notes:** He refused vitals , evaluation and walked out the clinic.

## ALL - Refusal of Treatment
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

## Refusal of Treatment - Location
**Date of Refusal:**   12/17/2020
**Location of Service:** On-Site

## Refusal of Treatment
**Type of Service Refused:**   Medical
**Specific Service Refused (Medical):** Injury Visit

## Refusal of Treatment - Refuse to Sign?
**Did the patient refuse to sign the refusal form?** Yes
**Which Health Care Staff witnessed the patient voluntarily refuse to sign this form (free text staff's name):** RN Arenos

## ALL - Refusal - Risks/Con/Capc
**Does the patient understand that this refusal is against the advice of the health care provider?** Yes
**What is the risk associated with refusing this service/intervention?** Medium
**If Life-Threatening, see Capacity Policy and consider ER transfer for refusal at tertiary care center**
Acknowledged

**DEF 003557**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                          3491603090
**NYSID:**                                                 **Patient Facility:**
09839298P                                                  MDC

**Did you explain to the patient, the risks, consequences and dangers of refusing the procedure/treatment?** Yes
**What did you explain to the patient regarding the risks, consequences and dangers of refusing the procedure/treatment (free text)?** worsening of current condition

Signed By: Kyu, Khin at 12/18/2020 12:20:35 AM

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

```
Patient: PETER  RODRIGUEZ
ID: VitalAxis 09839298P
Note: All result statuses are Final unless otherwise noted.
Tests: (1) COVID19 Panel (COVID19NYR)
OBSERVATION                 VALUE                    EXPECTED
-----------                 -----                    ---------
! SARS-CoV-2 (COVID-19)
                            Not Detected             Not Detected
    Disclaimer :
    Reference Range: NOT DETECTED

    Test Information

    The PRL SARS-CoV-2(COVID-19) test is a real-time reverse
transcription polymerase chain reaction (rRT-PCR) test. The SARS-
CoV-2 primer and probe set is designed to amplify and detect RNA
from the SARS-CoV-2 in respiratory specimens from patients as
recommended for testing by public health authority guidelines. The
assay employs the CDC-designed primer/probe sequences as included in
the SARS-CoV-2 (2019-nCoV) CDC qPCR Probe Assay and listed below.
SARS-CoV-2-specific sequences target two separate regions of the
viral nucleocapsid (N) gene. Also included is an internal control
targeting the human RNase P (RP) gene. All three targets are
detected in a single assay in multiplex, each with a unique
fluorophore-quencher combination

    Limitations:
    1. The test was validated for use only with upper and lower
respiratory specimens.
    2. Negative results do not preclude SARS-CoV-2 infection and
should not be used as the sole basis for treatment or other patient
management decisions. Optimum specimen types and timing for peak
viral levels during infections caused by SARS-CoV-2 have not been
determined.
    3. Collection of multiple specimens (types and time points) from
the same patient may be necessary to detect the virus.
    4. A false negative result may occur if a specimen is improperly
collected, transported or handled. False negative results may also
occur if amplification inhibitors are present in the specimen or if
inadequate numbers of organisms are present in the specimen.
    5. Positive and negative predictive values are highly dependent
on prevalence. False negative test results are more likely when
prevalence of disease is high. False positive test results are more
likely when prevalence is moderate to low.
```

DEF 003559

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

6. If the virus mutates in the RT-PCR target region, SARS-CoV-2 may not be detected or may be detected less predictably. Inhibitors or other types of interference may produce a false negative result.

7. An interference study evaluating the effect of common cold medications was not performed.

8. Test performance can be affected because the epidemiology and pathology of disease caused by SARS-CoV-2 is not fully known. For example, clinicians and laboratories may not know the optimum types of specimens to collect, and when during infection these specimens are most likely to contain levels of virus that can be readily detected.

9. Detection of viral RNA may not indicate the presence of infectious virus or that SARS-CoV-2 is the causative agent for clinical symptoms.

10. The performance of this test has not been established for monitoring treatment of SARSCoV-2 infection.

11. The performance of this test has not been established for screening of blood or blood product for the presence of SARS-CoV-2.

12. This test cannot rule out diseases caused by other bacterial or viral pathogens.


This test was developed, and its performance characteristics determined by the Pandemic Response Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. The test methodology has been validated in-house and the methodology as well as the validation data, reviewed by the Clinical Laboratory Evaluation Program of the New York State Department of Health. The validation data is available at the Laboratory at the address below. The laboratory also participates in inter-laboratory testing under the auspices of the College of American Pathologists, in keeping with the Clinical Laboratory Improvement Amendments of 1988 (CLIA 88). Therefore, this test is used for clinical purposes. It should not be regarded as investigational or for research on this basis alone.
Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 12/17/2020 7:57 PM
_____
___
(1) Order result status: Final
Collection or observation date-time: 12/17/2020 19:54:44
Requested date-time:
Receipt date-time:
Reported date-time: 12/17/2020 19:00

DEF 003560

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

```
Referring Physician:
Ordering Physician: Ira Gornish (gornishi)
Specimen Source:
Source: VitalAxis
Filler Order Number: 10525524
Lab site:
-----------------
The following results were not dispersed to the flowsheet:
  SARS-CoV-2 (COVID-19), Not Detected, (F)
```

Signed By: Cantor, Lourdes at 12/24/2020 6:03:33 PM

DEF 003561

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| Patient Name: | Latest Book and Case#: |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MH - Psychiatry - Medication Reevaluation

**Patient:**
PETER RODRIGUEZ
**DOB:**
11/06/1990
**Age:**
30 Years Old
**Book & Case #:**
3491603090
**NYSID:**
09839298P
**Facility:**
MDC
**Housing Area:**
9S

## Type of Visit

**Type of Visit:** In Person

## Subjective

**Subjective (include general summary of functioning since last psychiatric provider note.   This includes relevant clinical events, review of symptoms related to diagnosis patient is being treated for, and any recent self-injury or violence):** Patient states"I am going to be honest with you man. They do me wrong. I've been in Rikers Island for for 5 years, and suddenly I was transferred out to MDC. They are punishing me. I don't know anyone in MDC. I just want to go back to NIC, then I will be alright."

## Medication Compliance

**List every psychiatric medication being prescribed and percent compliance since last Psychiatric Provider visit:** Buspar 10 mg BID; 72%
Remeron 15 mg hs; 67%

## Medication Side Effect

**Medication Side Effect:** No

## Mental Status

**Orientation:** Fully oriented
**Appearance:** Chronological Age, Well Groomed
**Behavior:** Cooperative, Relates Well, Good Eye Contact
**Activity:** No Abnormal Movements
**Speech:** Normal Rate, Clear Articulation
**Language:** No abnormalities observed
**Concentration:**   Adequate
**Mood (use patient's own words to describe current feeling state):** I am upset, they do me wrong
**Affect:** Appropriate
**Impulse control:** Adequate
**Thought process:** Goal Directed
**Thought content:** No Abnormalities Observed

DEF 003562

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**Perceptual disturbance:** No Perceptual Distortions
**Memory**   No Memory Impairment
**Suicidal:** No Thoughts of Suicide
**Homicidal:** No Homicidal Thoughts
**Judgement:** Adequate
**Insight:** Aware Accepts Treatment

## Vital Signs and Lab Results Flowsheet

## Change in Medication
**Change in medication regimen:** No

## Patient Education - Side Effects
**Patient education provided on side effects of proposed medication:**   Yes
**Patient educated on the following side effects:** drowsiness, dizziness, increased appetite, wt gain

## Clinical / Risk Formulation and Plan
**Formulation (include identifying information, diagnosis and relevant history, general elements of treatment plan, status of current symptoms related to diagnosis, and if any acute issues related to risk of harm to self/others)   (1st 2000 Char):** 30 year old Hispanic male with diagnoses of Adjustment disorder with disturbance of conduct and Borderline personality disorder was transferred to C-71 on suicide watch after he was observed with a towel wrapped around his neck, and stated that he wanted to die. On interview, patient stated "I am going to be honest with you man. They do me wrong. I've been in Rikers Island for for 5 years, and suddenly I was transferred out to MDC. They are punishing me. I don't know anyone in MDC. I just want to go back to NIC, then I will be alright." Patient has history of threatening self-harm, and/or gestures for secondary gain, especially to influence preferred housing. Patient did not endorse suicidal ideation, or feeling depressed, or hearing voices telling him to hurt himself, nor there was evidence of major depression, or overwhelmed anxiety, or internal preoccupation.
**Diagnoses at this visit:** Adjustment disorder with disturbance of conduct
Borderline personality disorder
**Current Medications:**
LOPERAMIDE HCL 2 MG (IMODIUM 2 MG) (LOPERAMIDE HCL) 2 mg by mouth tid; Route: ORAL
ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) 650 mg by mouth by mouth qid; Route: ORAL
MIRTAZAPINE 15 MG (REMERON 15 MG) (MIRTAZAPINE) 15 mg by mouth qhs; Route: ORAL
BUSPIRONE HCL 10 MG (BUSPAR 10 MG) (BUSPIRONE HCL) 10 mg by mouth bid; Route: ORAL

**Plan:** 1. Cont. Remeron 15 mg at bedtime; pt is asymptomatic
2. Cont. Buspirone 10 mg BID

## Disposition/Level of Care
**Disposition/Level of Care?** GP with MH Follow-up Clinician/Psychiatrist

## ALL - Disposition

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

2 of 3

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                      **Latest Book and Case#:**
PETER   RODRIGUEZ                                      3491603090
**NYSID:**                                             **Patient Facility:**
 09839298P                                              MDC

**Disposition**
Selected disposition: **GP with MH Follow-up Clinician/Psychiatrist**

Signed By: Beauchard, Renan at 12/17/2020 10:14:54 PM

**DEF 003564**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Court/Transfer Screening

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

## Court Date & Time
Court Date: **12/17/2020**
Time: **2:58PM**

## Symptoms:
NOTE: The symptoms of COVID-19 are fever, cough or shortness of breath.

## Screening Questions
Have you been advised that you currently should be in quarantine, isolation, or self-monitoring for the coronavirus by any doctor, hospital or health agency? **No**

Temperature >100.0 without obvious alternative cause? **No**

New cough? **No**

New shortness of breath? **No**

New sore throat? **No**

New loss of taste or smell? **No**

The above patient does not present with the symptoms and is fit to attend court on the above referenced time and date: **Yes**

T 97.0

Signed By: Jean-Louis, Elmite at 12/17/2020 3:01:05 PM

DEF 003565

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Emergency Response

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

### Emergency Information
**Time of emergency call to clinic (Military Time):** 1239
**Time of CHS arrival to location of emergency (military time)** 1245
**Responding Team Members:** DR Shpits. PCA Sanchez. LPN Sterling
**DOC supervisor (Captain or above) present?** Yes
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** 1245
**Location of emergency call:** Hallways
**Nature of emergency (Chief Complaint):** back pain on the floor
**Emergency Response Note:** Was responded to the medical emergency Per DOC patient on the floor. Upon my arrival patient on the floor on his left side He is alert and oriented stated that he has back pain and does not have feeling in the legs Per DOC patient was prepper to move to intake to move him to C 71. He lean in the wall and slowly slide to the floor to prevent falling. VS was taken he prevent to dropping his arm and foot No urine and BM incontinence, Patient refuse to cooperate and he left on the floor in the hallway area. DOC was notified that patient is clear to move to C71

### Follow-Up/Treatment
**Treatment provided:** none

### Disposition
**Disposition:**   Return to Current Housing

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

### Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

### Assessment:
**Problem # 1:**
Diagnosis deferred (ICD-799.9) (ICD10-R69)
Patient does not have any medical emergency. and he has illness unspecified. He is not cooperative with medical personal and DOC No indication to send inmate to the hospital as he want,
**Summary:**

**DEF 003566**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER    RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

## ALL - Disposition

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**


**Disposition**
Selected disposition: **Return to Current Housing**


## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case # : **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Groomed, Thin
**HEENT: Head** Normocephalic, Atraumatic, No scalp lesions
Skin
**Inspection:**   Dry skin
Chest
**Inspection:**   No lesions or scars
**Palpation:**   No masses or lumps
Neck
**Neck:**   Supple, No thyromegaly, No lymphadenophaphy, No carotid bruit, No JVD
**Thyroid:**   Non-tender
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally
**Percussion:**   No dullness to pecussion
Cardiovascular
**Palpation:**   PMI mid-clavicular line - not enlarged - 5th intercostal space
**Auscultation:**   RRR, Normal S1 + S2
**Carotid Arteries:**   No carotid bruit bilaterally
Gastrointestinal
**Abdomen:**   Soft, Non-tender, Non-distended
**Liver & Spleen:**   No hepatosplenomegaly
Neurological
**Cranial nerves:**   Cranial Nerves II -> XII intact bilaterally
**Reflexes:**   3 + reflexes bilaterally
**Strength:** 5/5 in all extremities
Mental Status
**Orientation:**   Oriented to person/place/time
**Mood & Affect:**   Normal affect, Responds to questions appropriately

**DEF 003567**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                         **Latest Book and Case#:**
PETER   RODRIGUEZ                                          3491603090
**NYSID:**                                                **Patient Facility:**
 09839298P                                                 MDC


Signed By: Shpits, Iosif at 12/17/2020 10:56:55 PM

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Emergency Response

**Patient:**
PETER RODRIGUEZ
**Facility:**
MDC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
RR
**Time of emergency call to clinic (Military Time):** 1239
**Responding Team Members:** DR Shpits. PCA Sanchez. LPN Sterling
**DOC supervisor (Captain or above) present?** Yes
**Location of emergency call:** Hallways
**Nature of emergency (Chief Complaint):** "PT on the floor"
**Assessment:** Responded to medical emergency on the 9th floor with DR Shpitss. PT found    AxOx3 laying on his left side in front of elevator. PT evaluated by DR Shpits    vitals taken on scene.
Launch Disposition form:

## NU - Vital Signs

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**    Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Supine**
BP: **130**/ **90** mmHg
oF
Pulse rate: **92**    Pulse rhythm:    **Regular**
Finger Stick (Blood Sugar):    **132**
RR: **14**    Respiration Type: **Regular**
Pulse Ox: **99**%    Room Air: **Yes**

Signed By: Sterling, Merleta at 12/19/2020 8:24:46 AM

DEF 003569

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MH - Uniform Notification for Self Injuries

**Patient:**
PETER RODRIGUEZ
**DOB:**
11/06/1990
**Age:**
30 Years Old
**Book & Case #:**
3491603090
**NYSID:**
09839298P
**Facility:**
MDC
**Housing Area:**
9S

## Self-Harm Incident Details

**Incident Date:** 12/17/2020
**Incident Time (type in field):** unknown
**Incident Facility:**   MDC
**Incident Housing Area (type in field):** 9 South

## Notification

**Notification by:** Mental Health
**Description of Incident (check all that apply):**    Tied or placed sheet/string/cord around neck
**REQUIRED TREATMENT AND DISPOSITION (check all that apply):**    Seen by Medical, Seen by Mental Health

## Disposition/Level of Care

**Diagnosis:** Adjustment disorder with disturbance of conduct (ICD-309.3) (ICD10-F43.24)
Borderline personality disorder
**Disposition/Level of Care?** C-71 AMKC (Mental Health Center)

Signed By: Collins, Gerard at 12/17/2020 12:11:37 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MH - Targeted Evaluation of Self-Destructive Behavior

**Patient:**
PETER RODRIGUEZ
**DOB:**
11/06/1990
**Age:**
30 Years Old
**Book & Case #:**
3491603090
**NYSID:**
09839298P
**Facility:**
MDC
**Housing Area:**
9S

## Self-Harm Incident Details

**Incident Date:** 12/17/2020
**Incident Time (type in field):** unknown
**Incident Facility:**   MDC
**Incident Housing Area (type in field):** 9S

## Self Harm Incident Review

**Description of Incident: (Method, Number and type of pills, Staff invoement):** Patient was found in his cell with a towel wrapped around his neck, stating that he wanted to die
**Patient's conscious motivation, Precipitating factors, Previous MH History:** Patient was allegedly motivated by receiving distressing legal news. Patient has a long history of coercive self injurious behavior to obtain preferential housing
**Patient's future goals, intent to repeat behavior, coping skills:**   Patient reports he intends to continue to self injure until he completes suicide

## Action Taken

**Suicide Watch:**   Yes
**Housing Change:** MHC/C71
**Change in Medication:**   No
**Sent to Hospital:**   N/A
**INCIDENT ASSESSMENT:** Not Suicide Attempt but patient presents risk for future behavior

## Disposition/Level of Care

**Diagnosis:** Adjustment disorder with disturbance of conduct (ICD-309.3) (ICD10-F43.24)
Borderline personality disorder
**Disposition/Level of Care?** C-71 AMKC (Mental Health Center)

Signed By: Collins, Gerard at 12/17/2020 12:09:09 PM

DEF 003571

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                   **Latest Book and Case#:**
PETER   RODRIGUEZ                                    3491603090
**NYSID:**                                          **Patient Facility:**
 09839298P                                           MDC

**DEF 003572**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | AMKC |

Appended to : MH - Targeted Evaluation of Self-Destructive Behavior - 12/17/2020

NOT SUICIDE ATTEMPT

Signed By: Rosenberg, David at 12/21/2020 2:10:24 PM

DEF 003573

**Correctional Health Services**                                          2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                       Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Gerard Collins MH Prof | **Service Provider:** | CHS |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Gerard Collins MH Prof | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**                    **Description**                          **Diagnoses**
MHC71ONCALL          Referral - Mental Health - C-71
                              On Call
**Order Number:**      760150-1                                **Quantity:** 0
**Authorization #:**                                              **Priority:**
**Start Date:**          12/17/2020                            **End Date:** 02/16/2040
**Electronically signed by:** Gerard Collins MH Prof    **Signed on:** 12/17/2020 11:31:12 AM
**Instructions:**

DEF 003574

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

**ALL - TNF**
**Mental Health Status Notification and Observation Transfer Form (TNF)**
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

**Patient Facility** MDC
**Based on a clinical interview this date, the following indications apply (select all that apply):**
Suicidal and/or highly self-injurious

## Transfer To
**Transfer to DOC Facility:** C-71 Mental Health

## Special Precautions
**Special Precautions Required (select all that apply):** Constant Suicide Watch

## Mental Health Staff Review

## Additional Info:
**Additional Information/Recommendations:** Patient transferred to C71 on suicide watch

**Health Staff Name:** Gerard Collins LMSW
**Date:** 12/17/2020
**Time:** 1100

Signed By: Collins, Gerard at 12/17/2020 11:00:30 AM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MH - Mental Health Progress Note

**Patient:**
PETER RODRIGUEZ
**DOB:**
11/06/1990
**Age:**
30 Years Old
**Book & Case #:**
3491603090
**NYSID:**
09839298P
**Facility:**
MDC
**Housing Area:**
9S

## Type of Visit
**Type of Visit:** In Person

## Current Housing
**Current housing:** Secure

## Spoken Language
**Previous response to Interpreter needed:**
No (12/11/2020 11:14:58 AM)
**Interpreter needed:** No

## Mental Status
**Orientation:** Fully oriented
**Appearance:** Chronological Age, Overweight
**Behavior:** Guarded
**Activity:** Agitation
**Speech:** Low
**Language:** No abnormalities observed
**Concentration:**   Impaired
**Mood (use patient's own words to describe current feeling state):** Patient states, "It's over."
**Affect:** Constricted
**Impulse control:** Moderate
**Thought process:** Perseveration
**Thought content:** No Abnormalities Observed
**Perceptual disturbance:** No Perceptual Distortions
**Memory**   No Memory Impairment
**Suicidal:** Suicidal Thoughts, Recent Gesture
**Homicidal:** No Homicidal Thoughts
**Judgement:** Mildly Impaired
**Insight:** Slight Awareness of Illness

DEF 003576

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                              **Latest Book and Case#:**
PETER   RODRIGUEZ                                              3491603090
**NYSID:**                                                     **Patient Facility:**
09839298P                                                      MDC

## Intellectual Functioning
**Is there evidence of gross cognitive deficits?** No

## Suicide Risk Assessment Since Last Visit
**1. Since the last visit, have you wished you were dead or wished you could go to sleep and not wake up? (Person endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up.)**   No
**2. Since the last visit, have you actually had any thoughts of killing yourself?**   No
**6. Since the last visit, have you done anything, started to do anything, or prepared to do anything to end your life?**   No

## Violence Risk Assessment
**Did you review the violence risk assessment in the Initial Mental Health or Initial Psychiatric Assessment form?** Yes
**Summarize review:** Patient has a well documented history of violence towards staff and peers while incarcerated
**Has the patient engaged in any violent behavior since last contact with mental health?** No

## Overall Progress Since Last Treatment Plan and Summary of Treatment Session
**Please describe overall progress since last treatment plan and summary of treatment session:**
Patient was seen for a DOC referral after allegedly engaging in a self injurious behavior. Patient was unable or unwilling to articulate his distress but he did report that "It is all over" after appearing in court the previous day. He did report that he intends to harm himself as he is unable to identify any reason to remain alive. He will be transferred to C71 on suicide watch.
**Diagnoses at this visit:** Adjustment disorder with disturbance of conduct (ICD-309.3) (ICD10-F43.24)
Borderline personality disorder

## Referrals
**Psychiatric medication needed?** Already on psychiatric medication
**Suicide Watch:** Yes
**Civil Discharge documentation required?** No
**Is this a discontinuation of a Civil Discharge?** No
**Does the patient want a substance use treatment referral?**   No
**Referral to other programs?** No

## Disposition/Level of Care
**Referral Action:** Already Enrolled
**Disposition/Level of Care?** C-71 AMKC (Mental Health Center)

Signed By: Collins, Gerard at 12/17/2020 11:30:36 AM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **1530**
Injury Date: **12/17/2020**
Injury HPI: **Patient was presented to the clinic as Injury Report # 1530 as he was found in the cell with trowel around his neck. Patient stated that he is depressed and want to end his life.   No active bleeding was noted. He also stated that he has neck pain and back pain he insist to go to the hospital**
Event Location: **Housing Area**
Cause: **Self-Injury**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)

## *OBJECTIVE*
## NU - Vital Signs
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**    Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Sitting**
BP: **137   / 89** mm Hg
Temperature:   **98.7** FoF
Temperature site: **Oral**
Pulse rate: **72**    Pulse rhythm:   **Regular**
RR: **15**    Respiration Type: **Regular**
Pulse Ox: **99%**    Room Air: **Yes**

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **30 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

1 of 3

**DEF 003578**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

## Assessment:
**Problem # 1:**
Injury - unspecified - initial encounter (ICD10-T14.90xA)
Patient was presented to the clinic as Injury Report # 1530 as he was found in the cell with trowel around his neck. Patient stated that he is depressed and want to end his life.   No active bleeding was noted. Physical examination by no evidence physical injury. No strangulation line on the neck Tylenol was offered for symptomatic relief. No other acute medical intervention is needed at this time. Patient was send to the MH for evaluation.   Injury Report # 1530 was completed and given to DOC. Encounter was documented in the EMR using the Injury Report template. Patient may return to housing. He left the clinic in a stable condition. Follow up as needed

He also stated that he has neck pain and back pain he insist to go to the hospital. When I told inmate to go to the hospital inmate became agree and he was escorted from the medical cubical

## *PLAN*
### Summary:
### ALL - Disposition

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

### Disposition
Selected disposition: **Disposition Pending STAT MH Evaluation**

### MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **30 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Hydrated, Well-Nourished, Well-Groomed, Obese
**HEENT: Head** Normocephalic, Atraumatic
**HEENT: Eyes** PERRLA, EOMI, No Nystagmus, Conjunctiva Clear
**HEENT: FUNDI** Disc not visualized
**HEENT: Ears** no gross hearing deficits

DEF 003579

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**HEENT: Nose** Normal pink mucosa
**HEENT: Throat** No erythema or exudate
**HEENT: Oral Cavity** No lesions seen, Moist mucosa, No Thrush
Skin
**Inspection:**   Dry skin
Chest
**Inspection:**   No lesions or scars
**Palpation:**   No masses or lumps
Neck
**Neck:**   Supple, No thyromegaly, No lymphadenophaphy, No carotid bruit, No JVD
**Thyroid:**   Non-tender
**Neck Notes:** No strangulation line
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally
**Percussion:**   No dullness to pecussion
Cardiovascular
**Palpation:**   PMI mid-clavicular line - not enlarged - 5th intercostal space
**Auscultation:**   RRR, Normal S1 + S2
Gastrointestinal
**Abdomen:**   Soft, Non-tender, Non-distended, No masses palpated
**Liver & Spleen:**   No hepatosplenomegaly
Musculoskeletal
**Gait & Station:**   Normal, Ataxic
Mental Status
**Judgement & Insight:**   Good
**Orientation:**   Oriented to person/place/time
**Mood & Affect:**   Normal affect, Responds to questions appropriately
**Mental Status Notes:** Patient stated that he is depressed and want to end his life

Signed By: Shpits, Iosif at 12/17/2020 10:54:57 PM

DEF 003580



| | |
|---|---|
| **PATIENT NAME**: PETER RODRIGUEZ | **FACILITY**: MDC |
| **NYSID**: 09839298P | **BOOKCASE#**: 3491603090 |
| **DATE**: August 31, 2020 | **TIME**: 11:38 PM |

### PATIENT REFUSAL OF TREATMENT

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

**Patient Refusing**: Injury Visit

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

**Signature of Patient**       August 31, 2020

**Date Signed**

If CHS staff person's signature below, patient refused to present to clinic for informed consent discussion (Refused to Refuse):

**Signature of Person Documenting Patient's Refusal:**       **Date:** August 31, 2020

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient, the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following:

**Discussed the following:** Risks & consequences addressed

I provided the above named patient with the opportunity to ask questions, I have answered the questions asked and it's my professional opinion that the patient understands what I have explained:

**Authorized Health Care Provider's Name**: Tatem PA, Christopher

**Authorized Health Care Provider's Signature:**       **Date:** August 31, 2020

**Health Care Staff (not patient's Health Care Provider) who witnessed the patient's voluntary refusal to sign:**

**Witness Print Name**: PA Flores - Clemente .

**Witness Signature:**       **Date:** August 31, 2020

**An Interpreter was needed?  If Yes, Interpreter's Name:**

**DEF 003844**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
### MED - Injury Report

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **765**
Injury Date: 08/31/2020
Injury HPI: **Pt denies injury/pain. Pt further refuses medical services. No signs of gross injury.**
Event Location: **Housing Area**
Cause: **DOC use of force/alleged attack by staff**
Verified Injury: **Denies injury (and no visible injury)**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

**Injury Determination: Were any of the following present?** Refused and no visible injury

## *OBJECTIVE*
### NU - Vital Signs
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

Current Vital Signs
Refused vitals**Patient Refused Vital Signs**

## *ASSESSMENT*
### MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

DEF 003845

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                              3491603090
**NYSID:**                                              **Patient Facility:**
09839298P                                            MDC

**Assessment:**
**Problem # 1:**
Injury - unspecified - initial encounter (ICD10-T14.90xA)
Pt denies injury/pain.
Pt further refuses medical services.
No signs of gross injury.

## *PLAN*
**Summary:**

## ALL - Refusal of Treatment
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

## Refusal of Treatment - Location
**Date of Refusal:**   08/31/2020
**Location of Service:** On-Site

## Refusal of Treatment
**Type of Service Refused:**   Medical
**Specific Service Refused (Medical):** Injury Visit

## Refusal of Treatment - Refuse to Sign?
**Did the patient refuse to sign the refusal form?** Yes

## ALL - Refusal - Risks/Con/Capc
**Does the patient understand that this refusal is against the advice of the health care provider?** Yes
**What is the risk associated with refusing this service/intervention?** Low
**If Life-Threatening, see Capacity Policy and consider ER transfer for refusal at tertiary care center**
Acknowledged
**Did you explain to the patient, the risks, consequences and dangers of refusing the procedure/treatment?** Yes
**What did you explain to the patient regarding the risks, consequences and dangers of refusing the procedure/treatment (free text)?** Risks & consequences addressed

Signed By: Tatem, Christopher at 8/31/2020 11:39:24 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
### MED - Injury Report

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **750**
Injury Date: **08/31/2020**
Injury HPI: **Pt reports mild SOB in setting of still fire in his cell. Denies dizziness, lightheadedness and confusion.**
Event Location: **Housing Area**
Cause: **Other (Specify in 'Notes' field)**
Describe Other Cause: **Still fire in cell**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)

## *OBJECTIVE*
### NU - Vital Signs
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

Current Vital Signs
Refused vitals**Patient Refused Vital Signs**

## *ASSESSMENT*
### MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**

DEF 003847

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                          3491603090
**NYSID:**                                                 **Patient Facility:**
 09839298P                                                 MDC

**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Injury - unspecified - initial encounter (ICD10-T14.90xA)
Pt reports mild SOB in setting of still fire in his cell.
Denies dizziness, lightheadedness and confusion.
Resp: CTA b/l
**Problem # 2:**
Asthma (ICD-493.90) (ICD10-J45.909)
Albuterol pump ordered

## *PLAN*
**Summary:**
Added new medication of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG /
(ALBUTEROL SULFATE) 2 puffs every 4-6 hours as needed SOB; Route: INHALATION Indications:
ASTHMA - Signed
Rx of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE)
2 puffs every 4-6 hours as needed SOB; Route: INHALATION   #1 x 0;   Signed;   Entered by:
Christopher Tatem PA;   Authorized by: Christopher Tatem PA;   Method used: Handwritten; Note to
Pharmacy: Route: INHALATION;

## ALL - Refusal of Treatment
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

## Refusal of Treatment - Location
**Date of Refusal:**   08/31/2020
**Location of Service:** On-Site

## Refusal of Treatment
**Type of Service Refused:**   Medical
**Specific Service Refused (Medical):** Injury Visit

## Refusal of Treatment - Refuse to Sign?
**Did the patient refuse to sign the refusal form?** Yes

## ALL - Refusal - Risks/Con/Capc
**Does the patient understand that this refusal is against the advice of the health care provider?** Yes
**What is the risk associated with refusing this service/intervention?** Low
**If Life-Threatening, see Capacity Policy and consider ER transfer for refusal at tertiary care center**
Acknowledged
**Did you explain to the patient, the risks, consequences and dangers of refusing the**
**procedure/treatment?** Yes

**DEF 003848**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                              **Latest Book and Case#:**
PETER   RODRIGUEZ                                           3491603090
**NYSID:**                                                         **Patient Facility:**
09839298P                                                       MDC

**What did you explain to the patient regarding the risks, consequences and dangers of refusing the procedure/treatment (free text)?** Risks & consequences addressed

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Nourished
**HEENT: Head** Normocephalic, Atraumatic
Skin
**Skin Notes:** No lesions
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally
Cardiovascular
**Palpation:**   PMI not palpable
**Auscultation:**   RRR, Normal S1 + S2

Signed By: Tatem, Christopher at 8/31/2020 2:00:48 PM

**DEF 003849**

**Correctional Health Services**
55 Water Street 18th Fl, New York, NY , USA 10041
**Ph:** (347) 774-7000

| | |
|---|---|
| **Patient Name & Address:** | **Date:** 8/19/2020 |
| RODRIGUEZ, PETER | **DOB:** 11/6/1990 |
| HOMELESS | **Sex:** Male |

**Location:** MDC      9S
**NYSID:**09839298P                    **Book and Case:** 3491603090
**Allergies:** Please call clinic for allergy information.

---

**Rx** **ALBUTEROL 90 MCG / 1 INH (VENTOLIN /**
**PROVENTIL HFA 90 MCG / Take 2 puffs by mouth**
Q6H as needed for SOB RN/DOT
Generic: ALBUTEROL SULFATE
**Indications:** ASTHMA(ICD-493.90)(ICD10-J45.909)
**Note:** Route: INHALATION;

---

**Qty:** ***1*** ONE
**Refill:** ***0*** ZERO
**Start Date:** 8/19/20                **Stop Date:**   11/17/20

THIS PRESCRIPTION WILL BE
FILLED GENERICALLY UNLESS
PRESCRIBER WRITES 'd.a.w.'
IN THE BOX BELOW

John Winters MD
DEA #| FW5719109
LIC #: 279533

Dispense as Written

**VOID**

**VOID**        **VOID**

DEF 003882

**CHS**

2/1/2022

, 

Order Form

| REFERRAL ORDER | |
|---|---|
| **Authorizing Provider:** Tracy Vadakumchery MH Prof | **Service Provider:** CHS |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tracy Vadakumchery MH Prof | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code** | **Description** | **Diagnoses**

MHROUTINE | Referral - Mental Health Routine

**Order Number:** 600560-1 | **Quantity:** 0

**Authorization #:** | **Priority:**

**Start Date:** 08/19/2020 | **End Date:** 10/19/2039

**Electronically signed by:** Tracy Vadakumchery MH Prof | **Signed on:** 8/19/2020 10:50:04 PM

**Instructions:** DOC referral. Captain reported that pt did not make any comments of SI or SH and reported he was depressed and requests to speak with MH

1 of 1

**DEF 003883**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER    RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

## ALL - Missed Visit
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

## Missed Visit Type
**Missed Visit type?** MH Visit
**The following services were missed (MH Visit):** TPR and Clinician Progress Note

## Missed Visit Comments
**Date of scheduled visit?** 08/19/2020
**What was the reason for missed visit?** Not Produced
**Missed visit comments:** DOC failed to produce, due to a medical emergency and numerous alarms

Signed By: Bush, Warren at 8/19/2020 10:23:52 PM

**DEF 003884**

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Indirect Encounter Note

Reason: **DOC request for contraindications**

Note:

**DOC requested contraindications to the use of force for this patient.**

**New Rx, New Orders, New Allergies, New Problems**

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Asthma (ICD-493.90) (ICD10-J45.909)


DOC requested contraindications to the use of force for this patient.



DOC requested contraindications to the use of force for this patient.
A review of his EMR record shows    he has contraindications to the use chemical agent
This information was provided to the DOC.
**Summary:**



Signed By: Shpits, Iosif at 8/20/2020 1:12:46 AM

**DEF 003885**

**Correctional Health Services**                                          2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                        Order Form

| REFERRAL ORDER |
|---|

| Authorizing Provider: | John Winters MD | Service Provider: | CHS |
|---|---|---|---|
| Auth Provider NPI: | 1588982524 | | |
| Signing Provider: | John Winters MD | | |
| Phone: | | Phone: | |
| Fax: | | Fax: | |

| Patient Name: | PETER RODRIGUEZ | DOB: | Nov 06, 1990 | Age: | 31 |
|---|---|---|---|---|---|
| Home Phone: | | Sex: | Male | SSN: | |
| Work Phone: | | Cell Phone: | | Patient ID: | 23447 |
| Resp. Provider: | | | | | |

| Primary Ins: | | Secondary Ins: | |
|---|---|---|---|
| Group: | | Group: | |
| Policy: | | Policy: | |
| Insured ID: | | Insured ID: | |

**Code**                **Description**                      **Diagnoses**
MHSTAT                  Referral - Mental Health STAT        SUICIDAL IDEATION (ICD-R45.851)
**Order Number:**      599852-1                              **Quantity:** 1
**Authorization #:**                                         **Priority:**
**Start Date:**        08/19/2020                            **End Date:** 10/19/2039
**Electronically signed by:** John Winters MD                **Signed on:** 8/19/2020 1:28:22 PM
**Instructions:**      Pt expressed SI and states that he has been feeling more depressed recently No plan;
                       however, pt stated that he feels like he could act on these impulses.  DOC was asked to place
                       patient on 1:1

DEF 003886

# NYC HEALTH+HOSPITALS | Correctional Health Services

| Patient Name: | Latest Book and Case#: |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Sick Call Visit

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
Chief Complaint/Reason for Visit: **HA, Needs Albuterol Inhaler/Advair Inhaler and MH Referral**
History of Present Illness: **Mr. Rodriguez was seen in the 9th floor S clinic.   The patient states that ESU took his Abluterol and Advair inhaler and he needs a new inhaler.   The patient also reports that he has been experiecning a increase in MH stress and that he has been having increasing thoughts about hurting himself.   The patient was asked if he had a plan and he wasnt able to really answer the question; however, he did state that these urges have intensified over the last several days and stated it could happen.   Lastly,. the patient stated that he was having HA that are a chronic issue for which he recently had an MRI.   He needs follow up with his Neurologist at WF for the results/outcome of the MRI.   Will place referral for this.**

## Vital Signs Review

BP: **120/78**   Pulse: **96** Pulse Rhythm: **Regular**
RR: **15** Resp Quality: **Unlabored**
02 Sat: **99**% T: **97.1**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
Referral - Podiatry [PODIA]
Referral - Bellevue, Dermatology [BELLEDERM]
Medical Order - Annual Physical [ANNUALPHY]
MH Order - TPR and MH Clinician's Progress Note [TPR]
Hospital Transfer [INTHOSP]
NOVEL CORONAVIRUS COVID-19 NASOPHARYNX [TH68]
COVID19 IgG Antibody [2057204]
CDU Transfers [INTCDU]
Dental Order - Cleaning [DENTCLEAN]

## MED - Physical Examination

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Hydrated, Well-Nourished, Well-Groomed, Appears stated age
Mental Status
**Orientation:**   Oriented to person/place/time
**Mood & Affect:**   Flat affect
**Mental Status Notes:** reported suicidal idations

DEF 003887

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

## Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

## Assessment:
**Problem # 1:**
Asthma (ICD-493.90) (ICD10-J45.909)
Patient needs new medications as he reports that ESU has taken his inhalers.
- Will reorder Albuterol and for RN/DOT
- Will reorder Advair 250-50.

**Problem # 2:**
Headache
Pt reportts that he had an MRI completed at Bellevue that was read as normal.    Patient has not had WF
Neuro follow up post MRI.    Will schedule this
- Pt also requesting Tylenol for HA.    Will give 4 days worth - twice daily to be taken as needed

**Problem # 3:**
Suicidal ideations
Pt reports SI/.    DOC was informed and will place patient on a 1:1 until the patient can be cleared by
Psych.
- MH STAT referral was placed and MH was informed verbally.
## Summary:
**Added new problem of Suicidal ideation (ICD-V62.84) (ICD10-R45.851)**
**Added new problem of Headache (ICD-784.0) (ICD10-R51)**
Added new Referral order of Referral - Mental Health STAT (MHSTAT) - Signed
Added new Referral order of Referral - Neurology (NEUROREF) - Signed
Added new medication of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG /
(ALBUTEROL SULFATE) Take 2 puffs by mouth Q6H as needed for SOB Route: INHALATION
Indications: ASTHMA - Signed
Added new medication of FLUTICASONE/SALMETEROL 250-50 MCG 1 INH (ADVAIR DISKUS 250-5
(FLUTICASONE-SALMETEROL) Take one puff by mouth twice daily; Route: INHALATION Indications:
ASTHMA - Signed
Added new medication of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) Take
two tablets by mouth twice daily as needed for HA; Route: ORAL Indications: ASTHMA - Signed
Rx of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE)

DEF 003888

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                           3491603090
**NYSID:**                                                 **Patient Facility:**
 09839298P                                                 MDC

Take 2 puffs by mouth Q6H as needed for SOB; Route: INHALATION    #1 x 0;    Signed;    Entered by:
John Winters MD;    Authorized by: John Winters MD;    Method used: Print then Give to Patient; Note to
Pharmacy: Route: INHALATION;
Rx of FLUTICASONE/SALMETEROL 250-50 MCG 1 INH (ADVAIR DISKUS 250-5
(FLUTICASONE-SALMETEROL) Take one puff by mouth twice daily; Route: INHALATION    #1 x 2;
Signed;    Entered by: John Winters MD;    Authorized by: John Winters MD;    Method used: Handwritten;
Note to Pharmacy: Route: INHALATION;
Rx of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) Take two tablets by mouth
twice daily as needed for HA; Route: ORAL    #6 x 0;    Signed;    Entered by: John Winters MD;
Authorized by: John Winters MD;    Method used: Handwritten; Note to Pharmacy: Route: ORAL;


Signed By: Winters, John at 8/19/2020 1:33:40 PM

**DEF 003889**

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

**Patient Name:**                                           **Latest Book and Case#:**
PETER   RODRIGUEZ                                    3491603090
**NYSID:**                                                       **Patient Facility:**
 09839298P                                                       MDC

## NU - STAT/Injection Administration

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

### Medication #1
**Medication Given:** ALBUTEROL PUMP
**Given By:** Sydney Soe     August 19, 2020
**Prescribing Provider:** MD.J.WINTERS
**Assessment:** AN ASTHMA INHALER WAS GIVEN TO MD.WINTERS FOR MR.RODRIGUEZ.
**Medication Route:** Oral
**Medication Dose:** 1 PUMP
**Time Administered:** 11:00 AM

Signed By: Soe, Sydney at 8/19/2020 11:38:03 AM

**NYC HEALTH+ HOSPITALS** | **Correctional Health Services**

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Indirect Encounter Note

Reason:  **DOC request for contraindications**

Note:

DOC requested contraindications to the use of force for this patient.

**New Rx, New Orders, New Allergies, New Problems**

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Asthma (ICD-493.90) (ICD10-J45.909)
: DOC requested contraindications to the use of force for this patient.
A review of his EMR record shows   he has contraindications to the use chemical agent
This information was provided to the DOC.

**Summary:**

Signed By: Shpits, Iosif at 8/18/2020 4:14:41 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | BHPW |

## Assessment:

**Problem # 1:**
Coronavirus infection (ICD-079.89) (ICD10-B97.29)

29 year old man with multiple medical issues was referred to ER with EMS for syncope episode with LOC on 8/3/20.Pt had SOB/palpitation/blurred vision/headache/nausea but no other symptoms of covid infection such as cough/fever/chills   /abdo pain/vomiting /diarrhea /etc.
Pt had syncope work up at Bellevue. No obvious evidence of HOCM/TTE was done as well as CT head/CXR/LS spine X ray.
However    ,pt was found to have covid positive twice at Bellevue and referred to CDU. Pt denied any resp symptoms and symptoms of covid on arrival and stable vitals.    Pt was educated about labs finding at Belview and follow up plan which he expressed understanding.    f-u vitals closely in CDU.    f-u with ID team

**Problem # 2:**
Asthma (ICD-493.90) (ICD10-J45.909)
claimed he left pumps at MDC ,will replace

**Problem # 3:**
HTN (Hypertension) (ICD-401.9) (ICD10-I10)
cont current meds,f-u vitals
**Problem # 4:**
Antisocial personality disorder
f-u with MH team

## Summary:

Added new Service order of Nursing Order - Nursing Follow-up (NURSINGFOLLOW) - Signed
Added new Referral order of Referral - Mental Health Routine (MHROUTINE) - Signed
Added new medication of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE) 2 puff pr four times a day    prn Route: INHALATION Indications: ASTHMA - Signed
Added new medication of FLUTICASONE/SALMETEROL 250-50 MCG 1 INH (ADVAIR DISKUS 250-5 (FLUTICASONE-SALMETEROL) 1 puff by mouth bid; Route: INHALATION Indications: ASTHMA - Signed
Added new medication of AMLODIPINE BESYLATE 5 MG (NORVASC 5 MG) (AMLODIPINE BESYLATE) 1 tab by mouth qd; Route: ORAL Indications: HTN (HYPERTENSION) - Signed
Added new medication of OMEPRAZOLE 20 MG (PRILOSEC 20 MG) (OMEPRAZOLE) 1 tab by mouth qd; Route: ORAL Indications: GERD (GASTROESOPHAGEAL REFLUX DISEASE) - Signed
Rx of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE) 2 puff pr four times a day    prn; Route: INHALATION    #720 x 0;    Signed;    Entered by: Maung Maungoo MD;    Authorized by: Maung Maungoo MD;    Method used: Handwritten; Note to Pharmacy: Route: INHALATION;
Rx of FLUTICASONE/SALMETEROL 250-50 MCG 1 INH (ADVAIR DISKUS 250-5 (FLUTICASONE-SALMETEROL) 1 puff by mouth bid; Route: INHALATION    #60 x 0;    Signed; Entered by: Maung Maungoo MD;    Authorized by: Maung Maungoo MD;    Method used: Handwritten; Note to Pharmacy: Route: INHALATION;
Rx of AMLODIPINE BESYLATE 5 MG (NORVASC 5 MG) (AMLODIPINE BESYLATE) 1 tab by mouth qd Route: ORAL    #30 x 0;    Signed;    Entered by: Maung Maungoo MD;    Authorized by: Maung Maungoo

**DEF 003942**

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | BHPW |

MD;   Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of OMEPRAZOLE 20 MG (PRILOSEC 20 MG) (OMEPRAZOLE) 1 tab by mouth qd; Route: ORAL
#7 x 0;   Signed;   Entered by: Maung Maungoo MD;   Authorized by: Maung Maungoo MD;   Method
used: Handwritten; Note to Pharmacy: Route: ORAL;

Signed By: Maungoo, Maung (INACTIVE) at 8/5/2020 11:42:05 PM

DEF 003943



# Correctional Health Services

**Patient Name:**                          **Latest Book and Case#:**
PETER  RODRIGUEZ                              3491603090
**NYSID:**                                 **Patient Facility:**
 09839298P                                    WF
Appended to : MED-CDU Admission - 08/05/2020

REFER TO D-C SUMMARY FOR DETAIL INFORMATIO


Signed By: Maungoo, Maung (INACTIVE) at 8/5/2020 11:49:19 PM

DEF 003944

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | BHPW |

## MED - CDU - Pre-Admission

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **BHPW**    Housing Area: **OUTP**

### CDU Pre-Admission Reason
**Admit patient to CDU?** Yes
**Reason for Admission?** Known communicable disease requiring contact or airborne
**Yes to admit patient to CDU: Known communicable disease requiring contact or airborne isolation:**
Other

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **BHPW**    Housing Area: **OUTP**

### Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

### Assessment:
**Problem # 1:**
Coronavirus infection (ICD-079.89) (ICD10-B97.29)
Contacted by Dr Heyman that 29 year old man with multiple medical issues was referred to ER with EMS for syncope episode.
No obvious evidence of HOCM/TTE was done as well as CT head/CXR/LS spine X ray.
However    ,pt was found to have covid positive twice at Bellevue and referred to CDU. Pt was accpted to CDU as recommended
**Summary:**

## ALL - Disposition

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **BHPW**    Housing Area: **OUTP**

### Disposition
Selected disposition: **CDU**

DEF 003945

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                              **Latest Book and Case#:**
PETER   RODRIGUEZ                              3491603090
**NYSID:**                                     **Patient Facility:**
 09839298P                                     BHPW


Signed By: Maungoo, Maung (INACTIVE) at 8/6/2020 1:27:55 AM

DEF 003946

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | BHPW |

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **BHPW**   Housing Area: **OUTP**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **FY# 21-386**
Injury Date: **08/03/2020**
Injury HPI:  **A medical emergency activated to the Intke area by DOC.**
**The medical-nursing team escorted by a DOC staff attended to the area, as per DOC while the client was escorted out of the PEN Holding area by DOC for special search after this client apparently was involved in a use of force with DOC when he snatched a DOC own property, the client threw himelf to the floor.**
**Upon arrival the client was found lying on his stomach with both his arm acrossed under his body, Alert, responsive, in non apparent distress, Obese, large size man.**
**The client claimed hurting his lower back and neck.**
**The client was assessed in the area, no   there was not tender spot on his back or neck, uncooperative to assist himself   or allow to be assisted to move-position himself around for better evaluation**
**Skin: pink coloration, good turgor.**
**Lungs: clear, good air entry, no wheezes, no rales or rhonchi.**
**Pulse Oximetry, FS, HR , RR were obtained.**
**EMS activated for EMS r/o Lower back - Neck injury, less likely.   Very large size male, in non apparent ditress or pain. Huge muscular-fat neck. Refused to be move or assisted to move by medical in order to give a better positioning and neck collar.**
**EMS was activated.**
**EMS # D573**
**Job # 2498.**
**This client needs special DOC escort team   [ESU] as per DOC.**
Event Location: **Intake/Holding pen**
Cause: **Slips and Fall**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**
Bodily location of injury: **Torso**

**Injury Determination: Were any of the following present?** Pending/Requires More Evaluation
Follow-Up Plan: **EMS run on 08/03/2020.**

Referred to Medical emergency response on 08/03/2020 in the DOC Intake area.
Medical information taken from the 08/03/2020 Medical emergency encounter.
Injury report FY21-386 submitted by DOC for medical completion on 08/05/2020.
Form completed, signed and filed.

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                          **Latest Book and Case#:**
PETER   RODRIGUEZ                            3491603090
**NYSID:**                                  **Patient Facility:**
 09839298P                                   BHPW


Signed By: Mejia, Franklin at 8/5/2020 4:41:20 PM

DEF 003948

# Correctional Health Services

**NYC HEALTH+ HOSPITALS**

**Patient Name:**                                      **Latest Book and Case#:**
PETER   RODRIGUEZ                                      3491603090
**NYSID:**                                             **Patient Facility:**
 09839298P                                             MDC
Appended to : Updated Injury Report FY# 21-386 - 08/05/2020

## *SUBJECTIVE*
**MED - Injury Report**

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Injury Update**
**CHS Injury Report**
DOC Injury Report available in EHR? **No**
Original Injury Report #: **386**
Original Injury Date: **08/03/2020**
**Injury Determination: Were any of the following present?** Post-concussive syndrome or head injury requiring imaging such as CT or MRI
Follow-Up Plan: **NEGATIVE    HEAD CT**

Signed By: Alexis, Quentz at 8/12/2020 9:41:16 PM

1 of 1
**DEF 003949**

**Correctional Health Services**                                                      2/1/2022
**55 Water Street 18th Fl**
**New York, NY 10041**                                                                Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Curt Walker PA | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1386830560 | | |
| **Signing Provider:** | Curt Walker PA | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| ANNUALPHY | Medical Order - Annual Physical | ROUTINE GENERAL MEDICAL EXAM (ICD-Z00.00) |

**Order Number:** 548852-4                                            **Quantity:** 1
**Authorization #:**                                                      **Priority:**
**Start Date:**              08/05/2020                            **End Date:** 09/04/2020
**Electronically signed by:** Curt Walker PA            **Signed on:** 7/1/2020 7:35:38 PM
**Instructions:**

1 of 1

**DEF 003950**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**Patient Docs XRay Documents**

CT CERVICAL SPINE WO CONTRAST

IMPRESSION:

No CT evidence of acute traumatic injury to the cervical spine.

Final report dictated by Shu Liu and signed by John McMenamy, MD, 8/3/2020.

SEE ATTACHED REPORT.

*Imported By: David Viera PA 9/30/2020 7:39:14 AM*

---

External Attachment:

  Type:     Image
  Comment:   External Document

Signed By: Viera, David at 9/30/2020 7:39:30 AM

DEF 003951

**Rodriguez, Peter**
DOB: **11/6/1990**
MRN: **26314622**
**CT CERVICAL SPINE WO CONTRAST**
Order: **44169683**

Reading physician: **John M McMenamy, MD**
**Shu Liu, MD**
Ordering physician: **Anne Levine, MD**
Performing tech: **Katherine Santana, RT**
Supporting Staff:
Performing department: **Bellevue ED CT Imaging**
Study date: **8/3/2020**

## PACS Images

⬏ Show images for CT Cervical Spine without contrast

## Status

Final

## Reason For Exam

C-spine trauma, low clinical risk (NEXUS/CCR)

## Exam Details

| Performed Procedure | Technologist |
| --- | --- |
| CT Cervical Spine without contrast | Katherine Santana, RT |

| Appointment Date/Status | | Modality | Department |
| --- | --- | --- | --- |
| 8/3/2020 | Completed | BE CT ED 1 | BE ED CT IMAGING |

| Begin Exam | End Exam | End Exam Questionnaires |
| --- | --- | --- |
| 8/3/2020  6:39 PM | 8/3/2020  6:49 PM | IMAGING END REMOTE READ |

## ⌁ Vitals

| BP | Ht | Wt |
| --- | --- | --- |
| 125/75 (BP Location: Left arm, Patient Position: Lying) | 1.829 m (6') | 136 kg (298 lb 15.1 oz) |

## BMI and BSA

Body Mass Index: 40.54 kg/m$^2$    Body Surface Area: 2.53 m$^2$

# Results

CT Cervical Spine without contrast (Order 44169683)

## Study Result

CERVICAL SPINE CT

INDICATION: Trauma with neck pain.

CT CERVICAL SPINE: Routine noncontrast multidetector CT cervical spine from skull base to T2 with sagittal and coronal reformations.

**DEF 003952**

COMPARISON: Cervical spine CT 3/6/2020

FINDINGS:
Alignment is satisfactory.  No acute fracture or dislocation or subluxation.  Prevertebral soft tissues within normal limits.  Lung apices are clear.

IMPRESSION:
IMPRESSION:
No CT evidence of acute traumatic injury to the cervical spine.

Final report dictated by Shu Liu and signed by John McMenamy, MD,  8/3/2020 7:26 PM

## Result History

CT Cervical Spine without contrast (Order #44169683) on 8/3/2020 - Order Result History Report

## Printable Result Report

Result Report for Printing

## Encounter

View Encounter

# CT Cervical Spine without contrast (Order 44169683)

Imaging

Date: **8/3/2020**  Department: **Bellevue IP 17N TELE/MEDECINE**
Released By/Authorizing: **Anne Levine, MD (auto-released)**

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 08/03/20 05:57 PM | 08/03/20 05:57 PM | 08/03/20 05:55 PM | 08/03/20 05:55 PM |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| 1 time imaging | 1  occurrence | Emergent | Hospital Performed |

## Collection Information

| Collected:  8/3/2020  7:00 PM | Resulting Agency:  HHC PS360 |
|---|---|

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Anne Levine, MD | 844-692-4692 | -- | levinea9@nychhc.org |
| Authorizing Provider | Anne Levine, MD | 844-692-4692 | -- | -- |
| Attending Provider When Ordered | Jacqueline Paulis, MD | 718-883-3000 | -- | -- |
| Billing Provider | John M McMenamy, MD | 844-692-4692 | -- | -- |

## Protocol Summary: CT Head without contrast                Protocol History

Protocol not completed.

## Protocol Summary: CT Cervical Spine without contrast                Protocol History

Protocol not completed.

**DEF 003953**

## Reprint Requisition

CT Cervical Spine without contrast (Order #44169683) on 8/3/20

## Supplies

| Name | ID | Temporary | Type | Charge Code Description | Charge Code | Quantity |
|------|-----|-----------|------|------------------------|-------------|----------|
| No information to display | | | | | | |

## Case Tracking Events

| Event | Time In |
|-------|---------|
| In Pre-Procedure | |
| Pre-Procedure Complete | |
| In Holding Area | |
| Out of Holding Area | |
| In Room | |
| Procedure Start | |
| REBOA Balloon Deflatoin Time | |
| Procedure Finish | |
| Out of Room | |
| In Recovery | |
| Out of Recovery | |
| In Phase II | |
| Out of Phase II | |
| Recovery Care Complete | |
| Anesthesia Start | |
| Anesthesia Finish | |
| Procedural Care Complete | |
| Phase II Care Complete | |
| Anesthesia Ready | |
| Anesthesia Start Data Collection | |
| Anesthesia Stop Data Collection | |

## Order Transmittal Tracking

CT Cervical Spine without contrast (Order #44169683) on 8/3/20

**DEF 003954**

# NYC HEALTH+HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | BHPW |

**INJURY 347**

*Imported By: Ajele Bowers    8/4/2020 8:44:48 AM*

---

External Attachment:

  Type:       Image
  Comment:    External Document

Signed By: Bowers, Ajele at 8/4/2020 8:45:01 AM



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

Page 1 of 2 Pages

Form: 167R-A
Rev.: 10/3/19
Ref.: Dir. 4516R-D

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Command: Manhattan Detention Center   Date: 08-03-20   COD/UOF #: _____   Injury #: 347

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): Rodriguez, Peter

Location Where Injury Occurred: 4 South   Inmate's Housing Area: 4 South   NYSID #: 09839998D   Book & Case/Sentence #: 3491603090

Details: On Monday August 08-20 at approximately 11:30 hours inmate Rodriguez, Peter 3491603090, 09839998D was involved in a use of force with Department of Correction staff. Captain Escort was already notified.

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Capt. Cottman   Date: 8-3-20   Time: 1155 Hrs.

Employee: I ☐ (Did) ☑ (Did Not) Witness This Injury.   Employee Full Name (print): Peduto   Employee Signature: Peduto   Rank/Title: CO   Shield/ID#: 9309

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY).**

Date of Injury: 8/3/20   Reported for Medical Attention: Date 8/3/20 2:30p   Inmate Refused Medical Attention: ☐ Yes ☑ No   Visible Injuries: ☐ Yes ☑ No

Nature/Reported Mechanism of Injury: As above Pt alert and oriented x3 - no apparent distress - denies injury and pain - has no signs of trauma

**Medical Staff Must Note Location of Injury:**

**Serious injuries confirmed during initial evaluation**
(Select "Pending - Requires Further Evaluation" If additional testing / imaging / follow-up needed):

☐ Laceration requiring sutures, staples or glue (e.g. dermabond)  ☐ Fracture  ☐ Clinical Nasal Fracture
☐ Dislocation  ☐ Tendon Tear  ☐ Amputation
☐ Structural injury to organ (e.g. corneal abrasion, hepatic laceration)  ☐ Post-concussive syndrome or head injury requiring imaging such as CT or MRI  ☐ Blistering burn involving the face or >9% of total body surface area

☑ **NO SERIOUS INJURY**

☐ Pending - Requires Further Evaluation

Treatment: denies injury and pain, no signs of trauma - Pt appears stable

Disposition and Transportation Requirements (If applicable):
*Please check which apply*

☐ Urgicare / X-Ray   ☐ Hospital Transfer: ☐ EMS ☐ Intra-Departmental Transfer

☑ None / Return to Housing Area

Initially Triaged/Treated By/Examined By (Print and Sign Full Name): _____   Date: 8/3/20   Time: ___ Hrs.

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

Inmate Signature: _____   B&C / Sentence #: 3491603090   Date: 8/3/20

Witnessed By (Signature): _____   Rank/Title: CO   Shield /I.D. #: 13730   Date: 8/3/20

DEF 003956

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Urgicare Call

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

**Urgicare Call:**
**Urgicare Physician:** Adam Litroff DO
**Referring MD/PA/NP/RN:** No Call / Bellevue ED Dr. Paulis
**Time of Call:** 21:40
**Evaluation Completed Using:** Phone
**Chief Complaint:** Called by Bellevue ED Dr. Paulis stating patient was in ED and requesting HPI / reason for transport to hospital.   Urgi was not previously called about this patient regarding hospital run.   CHER note reviewed, noted patient had UOF and claimed difficulty breathing, but was then noted to place himself on the ground, refused to ambulate, and stated he had back and neck pain.   Documented examination states no spinal tenderness, no cardio/respiratory distress and that patient was uncooperative with examination.   Patient was then sent out by EMS.   Discussed w/ Dr. Paulis.
**Category:** Trauma
**Urgi Call Initial Disposition:** Sent on 911 from facility without consultation from Urgicare
**Additional Follow-Up Needed?** Follow-up by primary care in patient's facility, Hospital Return

Signed By: Litroff, Adam at 8/4/2020 6:38:17 AM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Emergency Response

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

### Emergency Information

**Time of emergency call to clinic (Military Time):** 1455
**Time of CHS arrival to location of emergency (military time)** 1500
**Responding Team Members:** Dr. Mejia, Ms. Louise, RN, CO. Cruz
**DOC supervisor (Captain or above) present?** Yes
**Location of emergency call:** Intake/Holding pen
**Nature of emergency (Chief Complaint):** As per DOC the client was having difficulty breathing
**Emergency Response Note:** A medical emergency activated to the Intke area by DOC.
The medical-nursing team escorted by a DOC staff attended to the area, as per DOC while the client was escorted out of the PEN Holding area by DOC for special search after this client apparently was involved in a use of force with DOC when he snatched a DOC own property, the client threw himelf to the floor.
Upon arrival the client was found lying on his stomach with both his arm accrossed under his body,
Alert, responsive, in non apparent distress, Obese, large size man.
The client claimed hurting his lower back and neck.
The client was assessed in the area, no    there was not tender spot on his back or neck, uncooperative to assist himself    or allow to be assisted to move-position himself around for better evaluation
Skin: pink coloration, good turgor.
Lungs: clear, good air entry, no wheezes, no rales or rhonchi.
Pulse Oximetry, FS, HR , RR were obtained.
EMS activated for EMS r/o Lower back - Neck injury, less likely.    Very large size male, in non apparent ditress or pain. Huge muscular-fat neck. Refused to be move or assisted to move by medical in order to give a better positioning and neck collar.
EMS was activated.
EMS # D573
Job # 2498.
This client needs special DOC escort team    [ESU] as per DOC.

### Follow-Up/Treatment

**Follow-up Plan:** EMS run.
**Treatment provided:** Albuterol Inhler 2 puffs given upon his request by nursing with the Client personal Albuterol MDI. tolerated treatment uneventfully, despite the cliennt was not displaying signs or symptoms of acute exacerbation of Bronchial athma.

### Disposition

**Disposition:**   EMS Hospital - Medical
**Time EMS/911 contacted (Military Time):** 1510
**EMS Job Number Provided:** 573
**Time EMS departure (Military Time):** 1630

## MED - Assessment & Plan

1 of 3

**DEF 003958**

 **Correctional Health Services**

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Fall on same level - unspecified - initial encounter (ICD-E888.8) (ICD10-W18.30xA) - New Problem
**Bullet Assessment:** Comment Only
**Summary:**
**Added new problem of Fall on same level, unspecified, initial encounter (ICD-E888.8)**
**(ICD10-W18.30xA) - Signed**


**MED - Physical Examination**
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Hydrated, Well-Nourished,
Well-Groomed, Appears stated age
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally

**ALL - Disposition**

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

**Disposition**
Selected disposition: **EMS Hospital - Medical**


Signed By: Mejia, Franklin at 8/3/2020 5:43:20 PM

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                           3491603090
**NYSID:**                                              **Patient Facility:**
 09839298P                                          MDC

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Emergency Response

**Patient:**
PETER RODRIGUEZ
**Facility:**
MDC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
RR
**Time of emergency call to clinic (Military Time):** 1455
**Time of housing area arrival (Military Time):** 1500
**Responding Team Members:** RN LOUIS, DR MEJIA    AND CO CRUZ
**DOC supervisor (Captain or above) present?** Yes
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** 1500
**Location of emergency call:** Intake/Holding pen
**Nature of emergency (Chief Complaint):** AS PER DOC   PATIENT HAS DIFFICULTY BREATHING
**Treatment provided:** FINGER STICK PULSE OX TAKEN. WRITER WAS UNABLE TO TAKE PATIENT'S BLOOD PRESSURE DUE THE POSITION HE WAS IN. PATIENT WAS EVALUATED BY DR MEJIA
**Assessment:** RESPONDED TO EMERGENCY IN INTAKE.UPON ARRIVING TO THE AREA. DOC STAFF STATE PATIENT DROPPED HIMSELF ONTHE FLOOR.    PATIENT RODRIGUEZ WAS FOUND ON THE FLOOR IN PRONE POSITION WITH THE PROBE TEAM AROUND. HE IS ALERT AND RESPONSIVE TO VERBAL AND TACTIL STIMULI.    MR RODRIGUEZ IS COMPLAINING OF LOWER BACK    AND NECK PAIN..WRITER WAS UNABLE TO TAKE PATIENT'S BLOOD PRESSURE DUE THE POSITION HE WAS IN. PATIENT STATES HE CAN'T MOVE. PATIENT    WAS EVALUATED BY DR MEJIA    AND EMS WAS ACTIVATED @ 1505.OPERATOR # D-573 AND JOB # 2498. EMS ARRIVED IN INTAKE @ 1531 AND PATIENT WAS TRANSPORTED TO THE CLINIC VIA STRETCHER WAITING FOR ESU TO ARRIVE.. ESU ARRIVED IN THE CLINIC @ 1616 AND LEFT CLINIC WITH PATIENT AND EMS TEAM @ 1630.
**Plan:** PATIENT WILL BE GOING OUT EMS FOR FURTHER EVALUATION
Launch Disposition form:


## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**   Last Weight: **280 (11/15/2019 5:46:00 PM)**
oF
Pulse rate: **71**   Pulse rhythm:   **Regular**
Finger Stick (Blood Sugar):   **115**
RR: **14**   Respiration Type:**Unlabored**
Pulse Ox: **98**%   Room Air: **Yes**

**DEF 003961**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

Signed By: Louis, Carline at 8/3/2020 6:05:03 PM

DEF 003962

NYC
**HEALTH+**
**HOSPITALS** | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                               3491603090
**NYSID:**                                                **Patient Facility:**
 09839298P                                             MDC

**ALL - Missed Visit**
Patient: **PETER RODRIGUEZ**     DOB: **11/06/1990**     Age: **29 Years Old**
Book & Case #: **3491603090**     NYSID: **09839298P**
Facility: **MDC**     Housing Area: **RR**

**Missed Visit Type**
**Missed Visit type?** Specialty - On-Site
**The following services were missed (Specialty):**     Podiatry

**Missed Visit Comments**
**Date of scheduled visit?** 08/03/2020
**What was the reason for missed visit?** Not Produced
**Missed visit comments:** Reschedule

Signed By: Estrada, Yaneth at 8/3/2020 3:31:55 PM

**DEF 003963**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

## ALL - Missed Visit
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

## Missed Visit Type
**Missed Visit type?** Social Work
**The following services were missed (Social Work):** MH - Social Work Medicaid Application

## Missed Visit Comments
**Date of scheduled visit?** 08/03/2020
**What was the reason for missed visit?** Not Produced
**Missed visit comments:** as per DOC no escort available

Signed By: Santiago, Denisse at 8/3/2020 2:16:44 PM

**DEF 003964**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Indirect Encounter Note

Reason: **contraindication**

Note:  **doc requests contraindications for the use of stun sheild    and chemical agents for this pt , chrat review pt not a candidate for the use of chemical agent . doc made aware**

### New Rx, New Orders, New Allergies, New Problems

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

### Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

### Assessment:
**Problem # 1:**
Asthma (ICD-493.90) (ICD10-J45.909)
doc requests contraindications for the use of stun sheild    and chemical agents for this pt , chrat review pt not a candidate for the use of chemical agent . doc made aware
**Summary:**

Signed By: Ogbenna, Edith at 8/3/2020 8:14:06 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **347**
Injury Date: **08/03/2020**
Injury HPI: **pt presented by doc for injury evaluation and treatment. pt said to have been involved in the use of force with doc staff, pt denies injury and pain , has no signs of trauma**
Event Location: **Housing Area**
Cause: **DOC use of force/alleged attack by staff**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)

## *OBJECTIVE*
## NU - Vital Signs
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**    Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Sitting**
BP: **122    / 83** mm Hg
Temperature:   **98.1** FoF
Temperature site: **Oral**
Pulse rate: **88**    Pulse rhythm:   **Regular**
RR: **14**    Respiration Type: **Unlabored**
Pulse Ox: **96**%    Room Air: **Yes**

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**

**Allergy Review**

**DEF 003966**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Injury - unspecified - initial encounter (ICD10-T14.90xA)
pt presented by doc for injury evaluation and treatment. pt said to have been involved in the use of force with doc staff, pt denies injury and pain , has no signs of trauma

## *PLAN*
**Summary:**

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**
General
**General Appearance:** No Acute Distress
**HEENT: Head** Normocephalic, Atraumatic, No scalp lesions
**HEENT: Eyes** PERRLA, EOMI
**HEENT: Ears** Tympanic membranes intact bilaterally
**HEENT: Nose** Normal pink mucosa
**HEENT: Throat** Clear, No erythema or exudate
**HEENT: Oral Cavity** No lesions seen, Moist mucosa
Skin
**Skin Notes:**  no rash or lesion
Neck
**Neck:**    Supple, No nuchal rigidity, Normal ROM
Respiratory
**Respiratory Effort:**    No respiratory distress
**Auscultation:**    Clear to auscultation bilaterally
**Percussion:**    No dullness to pecussion
Cardiovascular
**Auscultation:**    RRR, Normal S1 + S2
Musculoskeletal
**Gait & Station:**    Normal
**Joints:** FROM shoulder bilaterally, FROM hips bilaterally, FROM knees bilaterally

**DEF 003967**

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                                               3491603090
**NYSID:**                                                                **Patient Facility:**
 09839298P                                                               MDC


Signed By: Ogbenna, Edith at 8/3/2020 5:07:17 PM

**DEF 003968**

# Correctional Health Services

NYC
HEALTH+
HOSPITALS

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER    RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **346**
Injury Date: **08/02/2020**
Injury HPI: **pt presented by doc for injury    evaluation and treatment , pt said to have been exposed to smoke    inhaltion yesterday , pt currently alert and oriented x 3 , in    no    respiratory distress , denies chest pain , no sob . , pt appears    stable    f/u as needed**
Event Location: **Housing Area**
Cause: **Other (Specify in 'Notes' field)**
Describe Other Cause: **smoke inhalation**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)

## *OBJECTIVE*
## NU - Vital Signs
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**    Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Sitting**
BP: **122    / 83** mm Hg
Temperature:    **98.8** FoF
Temperature site: **Oral**
Pulse rate: **88**    Pulse rhythm:    **Regular**
RR: **14**    Respiration Type: **Unlabored**
Pulse Ox: **96%**    Room Air: **Yes**

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**

**DEF 003969**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
 3491603090
**Patient Facility:**
 MDC

## Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

## Assessment:
**Problem # 1:**
Smoke inhalation( alleged ) (ICD-508.2) (ICD10-J70.5)

pt presented by doc for injury    evaluation and treatment , pt said to have been exposed to smoke inhaltion yesterday , pt currently alert and oriented x 3 , in   no   respiratory   distress   , denies chest pain , no sob . , pt appears   stable    f/u as needed

## *PLAN*
**Summary:**

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID #: **09839298P**
Facility: **MDC**   Housing Area: **RR**
General
**General Appearance:** No Acute Distress
**HEENT: Head** Normocephalic, Atraumatic, No scalp lesions
**HEENT: Eyes** PERRLA, EOMI
**HEENT: Ears** Tympanic membranes intact bilaterally
**HEENT: Nose** Normal pink mucosa
**HEENT: Throat** Clear, No erythema or exudate
**HEENT: Oral Cavity** No lesions seen, Moist mucosa
Skin
**Skin Notes:**  no rash or lesion
Neck
**Neck:**   Supple, Normal ROM
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally
**Percussion:**   No dullness to pecussion
Cardiovascular
**Auscultation:**   RRR, Normal S1 + S2
Musculoskeletal

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                    3491603090
**NYSID:**                                                    **Patient Facility:**
09839298P                                                   MDC

**Gait & Station:**   Normal
**Joints:** FROM shoulder bilaterally, FROM hips bilaterally, FROM knees bilaterally

Signed By: Ogbenna, Edith at 8/3/2020 5:06:59 PM

DEF 003971

**Correctional Health Services**                                              2/1/2022
**55 Water Street 18th Fl**
**New York, NY 10041**                                                        Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Parviz Rafaelmehr MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1962582676 | | |
| **Signing Provider:** | Parviz Rafaelmehr MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code**                  **Description**                    **Diagnoses**
PODIA                      Referral - Podiatry                DIAGNOSIS DEFERRED (ICD-R69)
**Order Number:**          526945-1                           **Quantity:** 1
**Authorization #:**                                          **Priority:**
**Start Date:**            08/03/2020                         **End Date:** 10/03/2039
**Electronically signed by:** Parviz Rafaelmehr MD            **Signed on:** 6/8/2020 1:37:03 PM
**Instructions:**          please evaluate for feet discomfort

1 of 1

**DEF 003972**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                          **Latest Book and Case#:**
PETER  RODRIGUEZ                           3491603090
**NYSID:**                                 **Patient Facility:**
 09839298P                                 BHPW

**INJURY 346**

*Imported By: Ajele Bowers    8/4/2020 8:44:26 AM*

---

External Attachment:

  Type:       Image
  Comment:    External Document

Signed By: Bowers, Ajele at 8/4/2020 8:44:31 AM

DEF 003973



**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INJURY TO INMATE REPORT**



| Page 1 of 2 Pages | Form: 167R-A Rev.: 10/3/19 Ref.: Dir. 4516-D |

**INSTRUCTIONS:** One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

Command: MDC          Date: 8-2-20          COD/UOF #:          Injury #: 346

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): Rodriguez Peter

Location Where Injury Occurred: 9 South    Inmate's Housing Area: 9 South    NYSID #: 09839298P    Book & Case/Sentence #: 3491603090

Details: On Sunday August 2 2020 at approximately 1505 hours Rodriguez Peter B/C 3491603090 NYSID 09839298P is claiming smoke inhalation Exposure

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Wilson Captain #166    Date: 8-2-20    Time: 1720 Hrs.

Employee: I [ ] (Did) [✓] (Did Not) Witness This Injury.    Employee Full Name (print): Pedro    Employee Signature: Pedro    Rank/Title: CO    Shield/ID #: 9309

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

Date of Injury: 8/2/20    Reported for Medical Attention: Date 8/2/20  Hrs.    Inmate Refused Medical Attention: [ ] Yes [✓] No    Visible Injuries: [ ] Yes [✓] No

Nature/Reported Mechanism of Injury:    As above    Medical Staff Must Note Location of Injury:

alert and oriented x 3. In no apparent distress. No respiratory distress.
Ht. Vital signs WNL

**Serious injuries confirmed during initial evaluation (Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):**

[ ] Laceration requiring sutures, staples or glue (e.g. dermabond)   [ ] Fracture   [ ] Clinical Nasal Fracture
[ ] Dislocation   [ ] Tendon Tear   [ ] Amputation
[ ] Structural injury to organ (e.g. corneal abrasion, hepatic laceration)   [ ] Post-concussive syndrome or head injury requiring imaging such as CT or MRI   [ ] Blistering burn involving the face or >9% of total body surface area
[✓] NO SERIOUS INJURY
[ ] Pending - Requires Further Evaluation

Treatment: Smoke Inhalation appears stable flu PRN

Disposition and Transportation Requirements (If applicable): Please check which apply

[ ] Urgicare / X-Ray    [ ] Hospital Transfer: [ ] EMS [ ] Intra-Departmental Transfer

[✓] None / Return to Housing Area

Initially Triaged/Treated By/Examined By (Print and Sign Full Name): Derosa RN    Date: 8/2/20    Time: 8-2 Hrs

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

Inmate Signature: X Peter    B&C / Sentence #: 3491603090    Date: 8/3/20

Witnessed By (Signature):    Rank/Title: CO    Shield /I.D. #: 13780    Date: 8/3/20

**DEF 003974**

**Correctional Health Services**                                                    2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                                  Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | David Kerrison MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1538399639 | | |
| **Signing Provider:** | David Kerrison MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

<u>Code</u>               <u>Description</u>                      <u>Diagnoses</u>
DENTAL              Referral - Dental                 OTHER SPECIFIED DISORDERS OF TEETH AND
                                                      SUPPORTING STRUCTURES (ICD-K08.89)
**Order Number:**      580023-1                        **Quantity:** 1
**Authorization #:**                                   **Priority:**
**Start Date:**        08/02/2020                       **End Date:** 09/01/2020
**Electronically signed by:** David Kerrison MD         **Signed on:** 8/2/2020 10:56:09 AM
**Instructions:**        29 yr old man requests dental referral for teeth cleaning.   Thank you.

DEF 003975

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Sick Call Visit

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
**FAST TRACK**
Chief Complaint/Reason for Visit: **BING ROUNDS   -   Requests Podiatry & Dental referrals**
History of Present Illness: **Pt requests Podiatry & Dental referrals.     Review of order schedule reveals that patient has a Podiatry appointment for 8/3/20.     Patient requests Dental referral for teeth cleaning.**

## Vital Signs Review

BP: **134/78**   Pulse: **98** Pulse Rhythm: **Regular**
RR: **16** Resp Quality: **Unlabored**
02 Sat: **99**% T: **98.8**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
Referral - Podiatry [PODIA]
Dental Order - Cleaning [DENTCLEAN]
Referral - Bellevue, Dermatology [BELLEDERM]
Medical Order - Annual Physical [ANNUALPHY]
Patient Transfer [INTTRANS]
MH Social Work Order - Medicaid Application [MEDICAIDPRE]
Nursing Order - VS/BP Check [VITALS]
MH Order - TPR and MH Clinician's Progress Note [TPR]

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

## Allergy Review

**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

## Assessment:

**Problem # 1:**
Other specified disorders of teeth and supporting structures (ICD-525.8) (ICD10-K08.89) - New Problem
**Summary:**

DEF 003976

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER    RODRIGUEZ                              3491603090
**NYSID:**                                           **Patient Facility:**
 09839298P                                          MDC


**Added new problem of Other specified disorders of teeth and supporting structures (ICD-525.8) (ICD10-K08.89)**
**Assessed Other specified disorders of teeth and supporting structures as new**
Added new Referral order of Referral - Dental (DENTAL) - Signed
**ALL - Disposition**

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Disposition**
Selected disposition: **Return to Current Housing**




Signed By: Kerrison, David at 8/2/2020 10:56:40 AM

# NYC HEALTH+HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**RX MED ORDER**

*Imported By: Ajele Bowers    8/3/2020 11:15:37 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Bowers, Ajele at 8/3/2020 11:16:00 AM

**DEF 003978**

**Correctional Health Services**
55 Water Street 18th Fl, New York, NY , USA 10041
**Ph:** (347) 774-7000

**Patient Name & Address:**
RODRIGUEZ, PETER
HOMELESS

**Date:** 8/1/2020
**DOB:** 11/6/1990
**Sex:** Male

**Location:** MDC    9S
**NYSID:** 09839298P
**Allergies:** Please call clinic for allergy information.

**Book and Case:** 3491603090

---

**Rx ACETAMINOPHEN 325 MG (TYLENOL 325 MG)** 3
tabs stat DOT-RN/LPN
Generic: ACETAMINOPHEN
**Indications:** UNSPECIFIED FALL, INITIAL
ENCOUNTER(ICD-E888.9)(ICD10-W19.xxxA)
**Note:** Route: ORAL;

---

**VOID**

**Qty:** ***3*** THREE
**Refill:** ***0*** ZERO
**Start Date:** 8/1/20

**Stop Date:** 8/1/20

THIS PRESCRIPTION WILL BE
FILLED GENERICALLY UNLESS
PRESCRIBER WRITES 'd.a.w.'
IN THE BOX BELOW

Gloria Ihenacho MD
DEA #: FI0005670
LIC #: 236910

Dispense as Written

**VOID**

**VOID**

DEF 003979

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**EKG**

*Imported By: Ajele Bowers    8/3/2020 10:56:30 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: Bowers, Ajele at 8/3/2020 10:57:01 AM

DEF 003980

DEF 003981

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **316**
Injury Date: **07/31/2020**
Injury HPI: **For evaluation following passive smoke inhalation**
**had chest tightness earlier but is OK now**
Event Location: **Housing Area**
Cause: **Enviornmental**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**
Bodily location of injury: **Torso**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Passive smoke exposure (ICD-E869.4) (ICD10-Z77.22)
stable now
F/U PRN
Return to housing unit

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *PLAN*

**Summary:**
**Assessed Passive smoke exposure as comment only**


## MED - Physical Examination

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
General
**General Appearance:** No Acute Distress, Well-developed, Obese
**HEENT: Head** Normocephalic, Atraumatic, No scalp lesions
**HEENT: Eyes** PERRLA, Conjunctiva Clear
Neck
**Neck:**    Supple, No JVD, Normal ROM
Respiratory
**Respiratory Effort:**    No respiratory distress
**Auscultation:**    Clear to auscultation bilaterally
Cardiovascular
**Palpation:**    PMI mid-clavicular line - not enlarged - 5th intercostal space
**Auscultation:**    RRR, Normal S1 + S2
Gastrointestinal
**Abdomen:**    Soft, Non-tender, Non-distended, Normal bowel sounds
Musculoskeletal
**Gait & Station:**    Normal
**Head & Neck:**    No tenderness
**Back:** Negative straight leg raise test bilaterally, No CVAT bilaterally
Neurological
**Reflexes:**    2 + reflexes bilaterally
**Sensation:**    Normal sensation V1 - V3 - bilaterally upper and lower extremities
**Strength:** 5/5 in all extremities
Mental Status
**Judgement & Insight:**    Good
**Orientation:**    Oriented to person/place/time




Signed By: Ihenacho, Gloria at 8/1/2020 8:57:15 PM

**DEF 003983**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Emergency Response

**Patient:**
PETER RODRIGUEZ
**Facility:**
MDC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
9S
**Time of emergency call to clinic (Military Time):** 1746
**Time of housing area arrival (Military Time):** 1750
**Responding Team Members:** Dr. Ienocheo, K. Pearson, LPN, C. Davis, PCA
**DOC supervisor (Captain or above) present?** Yes
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** 1750
**Location of emergency call:** Intake/Holding pen
**Nature of emergency (Chief Complaint):** difficulty breathing
**Treatment provided:** vital signs done medication given
**Assessment:** Patient found in prone position in shower. patient assisted to wheelchair and transferred to the clinic. patient medicated
**Plan:** patient left the clinc and went back to housing area
Launch Disposition form:

## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

Current Vital Signs
Last height (inches): 72 (11/15/2019 5:46:00 PM)   Last Weight: 280 (11/15/2019 5:46:00 PM)
BP Position: **Sitting**
BP: **134   / 78** mm Hg
Temperature:   **98.8** FoF
Temperature site: **Oral**
Pulse rate: **98**   Pulse rhythm:   **Regular**
Finger Stick (Blood Sugar):   **113**
RR: **16**   Respiration Type: **Unlabored**
Pulse Ox: **99**%   Room Air: **Yes**

## NU - STAT/Injection Administration

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

**DEF 003984**

# Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

**Medication #1**
**Medication Given:** Acetaminophen
**Given By:** Kinniece Pearson    August   1, 2020
**Prescribing Provider:** Dr Ihenacho
**Assessment:** headache
**Medication Route:** Oral
**Medication Dose:** 975 mg
**Time Administered:** 1756
**Plan:** given

Signed By: Pearson, Kinniece at 8/1/2020 7:58:20 PM

# NYC HEALTH+HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Emergency Response

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

### Emergency Information

**Time of emergency call to clinic (Military Time):** 1746
**Time of CHS arrival to location of emergency (military time)** 1750
**Responding Team Members:** Dr Ihenacho, LPN Pearson, PCA Davis
**DOC supervisor (Captain or above) present?** Yes
**Time of DOC supervisor (captain or above) arrival to location of emergency (military time):** prior to rrival
**Location of emergency call:** Intake/Holding pen
**Nature of emergency (Chief Complaint):** unknow just extraction
**Emergency Response Note:** On arrival Pt was on the ground prone with proteam    who said he stated he could not breathe and later on laid down not moving
Pt was assitsed to the stretcher
He stated that during the extraction he fell and passed out . He was assessed and vitals were normal and placed on monitor with HR 96-98 and wheeled to clinic for further evaluation

### Follow-Up/Treatment

### Disposition

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

### Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

### Assessment:
**Problem # 1:**
Unspecified fall - initial encounter (ICD-E888.9) (ICD10-W19.xxxA) - New Problem
cold pack
acetaminophen

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

**Problem # 2:**
Abrasion of unspecified finger - initial encounter (ICD-915.0) (ICD10-S60.419A) - New Problem
cleaned and dressed with bandaid
F/u PRN
return to housing unit

**Summary:**
**Added new problem of Unspecified fall, initial encounter (ICD-E888.9) (ICD10-W19.xxxA)**
**Added new problem of Abrasion of unspecified finger, initial encounter (ICD-915.0)**
**(ICD10-S60.419A)**
**Assessed Unspecified fall, initial encounter as new**
**Assessed Abrasion of unspecified finger, initial encounter as new**
Added new medication of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) 3 tabs
stat; Route: ORAL Indications: UNSPECIFIED FALL, INITIAL ENCOUNTER - Signed
Added new medication of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) 3 tabs
twice a day as needed.; Route: ORAL Indications: UNSPECIFIED FALL, INITIAL ENCOUNTER
Rx of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) 3 tabs stat Route: ORAL
#3 x 0;    Signed;    Entered by: Gloria Ihenacho MD;    Authorized by: Gloria Ihenacho MD;    Method
used: Print then Give to Patient; Note to Pharmacy: Route: ORAL;


## MED - Physical Examination
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
General
**General Appearance:** No Acute Distress, Obese
**HEENT: Head** Normocephalic, Atraumatic, No scalp lesions
**HEENT: Eyes** PERRLA, EOMI, Conjunctiva Clear
**HEENT: Throat** Clear
**HEENT: Oral Cavity** No lesions seen
Skin
**Palpation:**   Abrasion
**Abrasion (Location & Description)** tiny abrasion on left 5th finger see injury 310
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally
Cardiovascular
**Palpation:**   PMI mid-clavicular line - not enlarged - 5th intercostal space
**Auscultation:**   RRR, Normal S1 + S2
Gastrointestinal
**Abdomen:**   Soft, Non-tender, No masses palpated, Normal bowel sounds
Musculoskeletal
**Gait & Station:**   Normal
**Head & Neck:**   No tenderness
**Back:** No CVAT bilaterally
Neurological
**Reflexes:**   2 + reflexes bilaterally

DEF 003987

# Correctional Health Services

**NYC HEALTH+ HOSPITALS**

**Patient Name:**
PETER   RODRIGUEZ

**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090

**Patient Facility:**
MDC

**Sensation:**   Normal sensation V1 - V3 - bilaterally upper and lower extremities

**Strength:** 5/5 in all extremities

Mental Status

**Judgement & Insight:**   Good

**Orientation:**   Oriented to person/place/time

**Mood & Affect:**   Euthymic, Normal affect, Responds to questions appropriately

Signed By: Ihenacho, Gloria at 8/1/2020 8:39:23 PM

DEF 003988

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## *SUBJECTIVE*
**MED - Injury Report**

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **310**
Injury Date: **08/01/2020**
Injury HPI: **Was brought s/p UOF by DOC**
**that he fell    down and passed out and    scraped his finger**
Event Location: **Intake/Holding pen**
Cause: **DOC use of force/alleged attack by staff**
Verified Injury: **Physical evidence of injury**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**
Bodily location of injury: **Arms/Hands**

**Injury Determination: Were any of the following present?** None of the above (no serious injury)

## *ASSESSMENT*
**MED - Assessment & Plan**

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **9S**

**Allergy Review**
* CARROT (Critical)
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Abrasion of unspecified finger - initial encounter (ICD-915.0) (ICD10-S60.419A) - New Problem
cleaned and dressed with bandaid


**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## PLAN
**Summary:**
**Changed problem from Abrasion of unspecified finger, initial encounter (ICD-915.0) (ICD10-S60.419A) to Abrasion of unspecified finger, initial encounter (ICD-915.0) (ICD10-S60.419A)**
**Added new problem of Unspecified fall, initial encounter (ICD-E888.9) (ICD10-W19.xxxA)**
**Added new problem of Unspecified fall, initial encounter (ICD-E888.9) (ICD10-W19.xxxA)**

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
General
**General Appearance:** No Acute Distress
**HEENT: Head** Normocephalic, Atraumatic, No scalp lesions
**HEENT: Eyes** PERRLA, EOMI, Conjunctiva Clear
**HEENT: Ears** Tympanic membranes intact bilaterally
**HEENT: Nose** Normal pink mucosa
**HEENT: Oral Cavity** No lesions seen
Skin
**Palpation:**    Abrasion
**Abrasion (Location & Description)** tiny abrasion or scrape on the left 5th finger
Neck
**Neck:**    Supple, No thyromegaly, No lymphadenophaphy, Normal ROM
Cardiovascular
**Palpation:**    PMI mid-clavicular line - not enlarged - 5th intercostal space
**Auscultation:**    RRR, Normal S1 + S2
Gastrointestinal
**Abdomen:**    Soft, Non-tender, Normal bowel sounds
Musculoskeletal
**Gait & Station:**    Normal
**Joints:** No hand/wrist tenderness bilaterally
Neurological
**Cranial nerves:**    Cranial Nerves II -> XII intact bilaterally
**Reflexes:**    2 + reflexes bilaterally
**Sensation:**    Normal sensation V1 - V3 - bilaterally upper and lower extremities
**Cerebellar:** Normal finger-to-nose
**Movement:** No tremor
Mental Status
**Judgement & Insight:**    Good
**Orientation:**    Oriented to person/place/time
**Mood & Affect:**    Responds to questions appropriately

Signed By: Ihenacho, Gloria at 8/1/2020 8:53:16 PM

# Correctional Health Services

**Patient Name:**
PETER    RODRIGUEZ

**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090

**Patient Facility:**
MDC

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

## MED - Indirect Encounter Note

Reason: **Pt's last visit date to the clinic ; requested by DOC Forde #   : 12651 .**
Note: **Pt's last visit date to the clinic ; requested by DOC Forde # : 12651 .**
**MD reviewed the pt's medical records in CHER .**
**Pt was seen at the clinic for evaluation on 07/28/2020 .**
**DOC Forde notified .**

## New Rx, New Orders, New Allergies, New Problems

Signed By: Desrosiers, Jean-Claude at 7/31/2020 1:48:05 PM

DEF 003992

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER RODRIGUEZ
**NYSID:**
09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

```
Patient: PETER  RODRIGUEZ
ID: BIOR 106715430
Note: All result statuses are Final unless otherwise noted.
Tests: (1) QFT - TB GOLD PLUS (QUANTIFERON) (T814-3)
  M TB IGNF Bld Ql           NEGATIVE                    NEGATIVE
*1
  Gamma interferon bg        0.01 IU/mL
*2
  M TB IGNF bckgrd cor       0.29 IU/ml
*3
! COMP.TB2 AG-NIL VALU       0.26 IU/ml
*4
  Mitogen IGNF bckgrd        8.76 IU/ml
*5
Comment:  NOTE: DIAGNOSING OR EXCLUDING TUBERCULOSIS DISEASE, AND
ASSESSING THE PROBABILITY OF LTBI, REQUIRES A COMBINATION OF
EPIDEMIOLOGICAL, HISTORICAL, MEDICAL, AND DIAGNOSTIC FINDINGS THAT
SHOULD BE TAKEN INTO ACCOUNT WHEN INTERPRETING QUANTIFERON-TB GOLD
PLUS
RESULTS. SEE GENERAL GUIDANCE ON THE DIAGNOSIS AND TREATMENT OF TB
DISEASE AND
LTBI(HTTPS://WWW.CDC.GOV/TB/PUBLICATIONS/GUIDELINES/DEFAULT.HTM).
* ----------------------------------------------------------------
*
* NIL         TB1-NIL        TB2-NIL       MITOGEN-NIL    QFT
*
* [IU/ML]     [IU/ML]        [IU/ML]       [IU/ML]        PLUS RESULT
*
* ----------------------------------------------------------------
*
* </=8.00     (>/=0.35       ANY           ANY            POSITIVE
*
*             >/=25%NIL)
*
* ----------------------------------------------------------------
*
* </=8.00     ANY            (>/=0.35      ANY            POSITIVE
*
*                             >/=25%NIL)
*
* ----------------------------------------------------------------
*
* </=8.00     <0.35          <0.35         >/=0.50        NEGATIVE
*
*             OR             OR
*
```

**DEF 003993**

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

**Patient Name:**
PETER RODRIGUEZ
**NYSID:**
09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
MDC

```
*           (>/=0.35      (>/=0.35
*
*            <25%NIL)     <25%NIL)
*
* ---------------------------------------------------------------
*
* </=8.00    <0.35         <0.35         <0.50          INDETERMINATE
*
*            OR            OR
*
*            (>/=0.35      (>/=0.35
*
*            <25%NIL)      <25%NIL)
*
* ---------------------------------------------------------------
*
* >8.00      ANY           ANY           ANY            INDETERMINATE
*
*---------------------------------------------------------------
*
```

NOTE: IN CLINICAL STUDIES, LESS THAN 0.25% OF SUBJECTS HAD
INTERFERON
GAMMA LEVELS OF >8.0 IU/ML FOR THE NIL CONTROL.
NOTE: THE MAGNITUDE OF THE MEASURED INTERFERON GAMMA LEVEL CANNOT BE
CORRELATED TO STAGE OR DEGREE OF INFECTION, LEVEL OF IMMUNE
RESPONSIVENESS OR, LIKELIHOOD FOR PROGRESSION TO ACTIVE DISEASE. A
POSITIVE TB RESPONSE IN PERSONS WHO ARE NEGATIVE TO MITOGEN IS RARE,
BUT
HAS BEEN SEEN IN PATIENTS WITH TB DISEASE. THIS INDICATES THE
INTERFERON
GAMMA RESPONSE TO TB ANTIGEN IS GREATER THAN THAT TO MITOGEN, WHICH
IS
POSSIBLE AS THE LEVEL OF MITOGEN DOES NOT MAXIMALLY STIMULATE
INTERFERON
GAMMA PRODUCTION BY LYMPHOCYTES.
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 07/30/2020 7:22 AM

_____
____
(1) Order result status: Final
Collection or observation date-time: 07/30/2020 07:16
Requested date-time: 07/28/2020 19:46
Receipt date-time: 07/28/2020 23:08
Reported date-time: 07/30/2020 07:15
Referring Physician:

**DEF 003994**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

```
Ordering Physician: CURTIS WALKER (walkerc4)
Specimen Source:
Source: BIOR
Filler Order Number: 106715430
Lab site: BioReference Laboratories, Inc.
Producer ID *1:NJ1
Producer ID *2:NJ1
Producer ID *3:NJ1
Producer ID *4:NJ1
Producer ID *5:NJ1
-----------------
The following results were not dispersed to the flowsheet:
  COMP.TB2 AG-NIL VALU, 0.26 IU/ml, (F)
```

Signed By: Viera, David at 7/30/2020 1:30:39 PM

3 of 3

DEF 003995

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

```
Patient: PETER  RODRIGUEZ
ID: BIOR 106714408
Note: All result statuses are Final unless otherwise noted.
Tests: (1) RPR Serology (0142-0)
  REAGIN AB                   Non-Reactive {titer}        Non-Reactive
*1
Note: An exclamation mark (!) indicates a result that was not
dispersed into the flowsheet.
Document Creation Date: 07/29/2020 6:30 AM
_____
___
(1) Order result status: Final
Collection or observation date-time: 07/29/2020 06:27
Requested date-time: 07/28/2020 19:26
Receipt date-time: 07/28/2020 23:47
Reported date-time: 07/29/2020 06:26
Referring Physician:
Ordering Physician: CURTIS WALKER (walkerc4)
Specimen Source:
Source: BIOR
Filler Order Number: 106714408
Lab site: BioReference Laboratories, Inc.
Producer ID *1:NJ1
```

Signed By: Viera, David at 7/29/2020 1:28:17 PM

1 of 1

**DEF 003996**

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## MED - Sick Call Visit

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**
Chief Complaint/Reason for Visit: **Axillary rash**
History of Present Illness: **Pt c/o intermittent eruption of Lt axillary lesion causing pain or irritation**

## Vital Signs Review

BP: **157/89**    Pulse: **72** Pulse Rhythm: **Regular**
RR: **16** Resp Quality: **Unlabored**
02 Sat: **97**% T: **98.2**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
Referral - Podiatry [PODIA]
Dental Order - Cleaning [DENTCLEAN]
Referral - Bellevue, Dermatology [BELLEDERM]
Medical Order - Annual Physical [ANNUALPHY]
Patient Transfer [INTTRANS]
MH Order - TPR and MH Clinician's Progress Note [TPR]
MH Social Work Order - Medicaid Application [MEDICAIDPRE]
RPR Serology [0142-0]
QFT- TB GOLD PLUS [T814-3]
Nursing Order - VS/BP Check [VITALS]

## INT - Step 1 - Vitals

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**
Last height (inches): **72 (11/15/2019 5:46:00 PM)**    Last Weight: **280 (11/15/2019 5:46:00 PM)**
baF
Vital Signs Notes: **see nursing note**

## MED - Physical Examination

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **RR**
General
**General Appearance:** No Acute Distress
Skin
**Skin Notes:** multiple healed rash in Lt axillary area, no acute eruptions noted

DEF 003997

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                        **Latest Book and Case#:**
PETER   RODRIGUEZ                                           3491603090
**NYSID:**                                               **Patient Facility:**
09839298P                                                  MDC


Respiratory
**Respiratory Effort:**   No respiratory distress


## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Routine general medical exam (ICD-V70.0) (ICD10-Z00.00)
no treatment required, advised to lose weight to decrease chafing in axillary region to reduce irritaton or
papular eruptions
**Problem # 2:**
Obesity (ICD-278.00) (ICD10-E66.9)
Total dietary reduction and exercise encouraged


**Summary:**




Signed By: Appiah, Charles at 7/28/2020 8:37:43 PM

**Correctional Health Services**                                                    2/1/2022
**55 Water Street 18th Fl**
**New York, NY 10041**                                                              Order Form

| TEST FORM | | |
|---|---|---|
| **Authorizing Provider:** Curt Walker PA | **Service Provider:** | BioReference |
| **Auth Provider NPI:** 1386830560 | | |
| **Signing Provider:** Candice Davis PCA | | |
| **Phone:** | **Phone:** | |
| **Fax:** | **Fax:** | |

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**              **Description**                          **Diagnoses**
T814-3                QFT- TB GOLD PLUS
**Order Number:**     575514-1                                 **Quantity:** 1
**Authorization #:**                                           **Priority:** N
**Start Date:**       07/28/2020                               **End Date:** 07/28/2020
**Electronically signed by:** Candice Davis PCA                **Signed on:** 7/28/2020 7:46:09 PM
**Instructions:**

DEF 003999

**NYC HEALTH+ HOSPITALS** | **Correctional Health Services**

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **MDC**   Housing Area: **RR**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**     Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Sitting**
BP: **157   / 89** mm Hg
Temperature:   **98.2** FoF
Temperature site: **Oral**
Pulse rate: **72**   Pulse rhythm:   **Regular**
RR: **16**   Respiration Type: **Unlabored**
Pulse Ox: **97**%   Room Air: **Yes**
Vital Signs Notes: **Writer went to 9N accompanied by Captain Cambell and PA Appiah to see Mr Rodriguez. Vital signs taken. Blood for rpr and   qft's drawn. Patient is unable to give urine . stated " I don't need that test"   Vital signs taken. B/p 157/89. Patient requires a bigger cuff. No complaint offered. No acute distress noted. Patient was educated about the importance of meds compliance and exercise. Patient verbalized understanding. Patient was seen and evaluated by PA Appiah.**

Signed By: Louis, Carline at 7/28/2020 8:04:31 PM

1 of 1

**DEF 004000**

# NYC HEALTH+HOSPITALS | Correctional Health Services

| Patient Name: | Latest Book and Case#: |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MED - Sick Call Visit
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
Chief Complaint/Reason for Visit: **RHU Medical Rounds C/o of painfull bump under L arm (axillia ) HX of recurrent   multiple episodes folliculitis L axillai (hx of shavng under arms in past)**

## Vital Signs Review
BP: **133**/**91**   Pulse: **80** Pulse Rhythm: **Regular**
RR: **16** Resp Quality: **Regular**
02 Sat: **99**% T: **98**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
RPR Serology [0142-0]
QFT- TB GOLD PLUS [T814-3]
CT/GC PCR Urine [L344-1]
Referral - Podiatry [PODIA]
Dental Order - Cleaning [DENTCLEAN]
Referral - Bellevue, Dermatology [BELLEDERM]
MH Order - TPR and MH Clinician's Progress Note [TPR]
Medical Order - Annual Physical [ANNUALPHY]
EKG (DI) [0001]

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
General
**General Examination Notes:** well appearing L axillia   approx   2 cm area of induration and tenderness +/- erythema   multiple   old healed surgical scars to L axillia R axillia   clear

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Allergy Review
* CARROT (Critical)
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                            **Latest Book and Case#:**
PETER   RODRIGUEZ                                      3491603090
**NYSID:**                                                        **Patient Facility:**
 09839298P                                                        NIC

**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Folliculitis (ICD-704.8) (ICD10-L73.9)
L axillia Doxycycline 100 mg by mouth twice a day    x 7 d patient    education
**Summary:**
Added new medication of DOXYCYCLINE HYCLATE 100 MG (DOXYCYCLINE HYCLATE) 1 tab by
mouth bid; Route: ORAL - Signed
Rx of DOXYCYCLINE HYCLATE 100 MG (DOXYCYCLINE HYCLATE) 1 tab by mouth bid; Route: ORAL
#1 x 0;    Signed;    Entered by: Thomas Schwaner PA;    Authorized by: Thomas Schwaner PA;    Method
used: Handwritten; Note to Pharmacy: Route: ORAL;

Signed By: Schwaner, Thomas at 7/27/2020 4:21:30 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

**MH - Mental Health Progress Note**
**Patient:**
PETER RODRIGUEZ
**DOB:**
11/06/1990
**Age:**
29 Years Old
**Book & Case #:**
3491603090
**NYSID:**
09839298P
**Facility:**
NIC
**Housing Area:**
2B

## Type of Visit
**Type of Visit:** In Person

## Current Housing
**Current housing:** GP

## Spoken Language
**Previous response to Interpreter needed:**
No (07/16/2020 9:43:16 PM)
**Interpreter needed:** No

## Mental Status
**Orientation:** Fully oriented
**Appearance:** Chronological Age, Normal Weight, Well Groomed, Well Dressed
**Behavior:** Cooperative, Relates Well, Accessible, Good Eye Contact
**Activity:** No Abnormal Movements
**Speech:** Normal Rate, Clear Articulation
**Language:** No abnormalities observed
**Concentration:**   Adequate
**Mood (use patient's own words to describe current feeling state):** I'm OK
**Affect:** Appropriate
**Impulse control:** Adequate
**Thought process:** Organized, Relevant
**Thought content:** No Abnormalities Observed
**Perceptual disturbance:** No Perceptual Distortions
**Memory**   No Memory Impairment
**Suicidal:** No Thoughts of Suicide
**Homicidal:** No Homicidal Thoughts
**Judgement:** Adequate
**Insight:** Aware Accepts Treatment

DEF 004003

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## Intellectual Functioning
**Is there evidence of gross cognitive deficits?** No

## Suicide Risk Assessment Since Last Visit
**1. Since the last visit, have you wished you were dead or wished you could go to sleep and not wake up? (Person endorses thoughts about a wish to be dead or not alive anymore, or wish to fall asleep and not wake up.)**   No
**2. Since the last visit, have you actually had any thoughts of killing yourself?**   No
 **6. Since the last visit, have you done anything, started to do anything, or prepared to do anything to end your life?**   No

## Violence Risk Assessment
**Did you review the violence risk assessment in the Initial Mental Health or Initial Psychiatric Assessment form?** Yes
**Summarize review:** Violent charge notified, hx of violent behaviors towards staff noted in chart
**Has the patient engaged in any violent behavior since last contact with mental health?** No

## Overall Progress Since Last Treatment Plan and Summary of Treatment Session
**Please describe overall progress since last treatment plan and summary of treatment session:**
Pt is seen in second floor clinic. He engages appropriately and makes good eye contact. He is alert, oriented x3, appropriately dressed, and well groomed. He does not appear to be in acute psychiatric distress, does not appear to be internally preoccupied, and does not evidence delusional thinking or thought disorder. He is future oriented. Pt denies SI, HI, AH, VH. Pt denies having made a confidential allegation and reports no distress. He reports no symptoms at this time.
**Diagnoses at this visit:** Intermittent explosive disorder
Borderline personality disorder
Alcohol use disorder, mild
Cannabis use disorder, mild
Opioid use disorder, mild

## Referrals
**Psychiatric medication needed?** No
**Suicide Watch:** No
**Civil Discharge documentation required?** No
**Is this a discontinuation of a Civil Discharge?** No
**Does the patient want a substance use treatment referral?**   No
**Referral to other programs?** No

## Disposition/Level of Care
**Referral Action:** Already Enrolled
**Disposition/Level of Care?** GP with MH Follow-up Clinician

Signed By: Boyle, Joseph at 7/27/2020 12:32:41 PM

**DEF 004004**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER  RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | MDC |

Appended to : MH - Mental Health Progress Note - 07/27/2020

```
 DX CORRECTION: REMOVE BORDERLINE
PD\par\sscharaux0\protect0\par\sscharaux1\b Diagnoses at this visit:
\sscharaux0\b0 Intermittent explosive
disorder\par\sscharaux10002\protect Antisocial Personality
Disorder\par Alcohol use disorder, mild\par Cannabis use disorder,
mild\par\ql\plain\fs24\cf0\fs20\sscharaux10002\protect Opioid use
disorder, mild
```

Signed By: Testa, Amber at 7/29/2020 9:52:58 AM

DEF 004005

**Correctional Health Services**                                                                2/1/2022
**55 Water Street 18th Fl**
**New York, NY 10041**                                                          Order Form

| WORK STATUS | | | |
|---|---|---|---|
| **Authorizing Provider:** Joseph Boyle MHC | | **Service Provider:** | CHS |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** Rose Chan CMHC | | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| MHPROGRESS | MH Order - Mental Health Progress Note | |
| **Order Number:** 572798-1 | | **Quantity:** 1 |
| **Authorization #:** | | **Priority:** |
| **Start Date:** 07/27/2020 | | **End Date:** 07/27/2020 |
| **Electronically signed by:** Rose Chan CMHC | | **Signed on:** 7/27/2020 7:07:28 AM |
| **Instructions:** CA Referral | | |

1 of 1

**DEF 004006**

# Correctional Health Services

**Patient Name:**                               **Latest Book and Case#:**
PETER  RODRIGUEZ                                 3491603090
**NYSID:**                                       **Patient Facility:**
 09839298P                                        NIC


**Normal ECG**


*Imported By: Angie West Med Rcrds 7/27/2020 12:37:30 PM*

---

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: West, Angie at 7/27/2020 12:38:00 PM

Last: Rodriguez
First: Peter
ID: 3491603090
DOB: 06-Nov-1990
AGE: 29yr
Sex: Male

25-Jul-2020 11:33:12

Vent rate        73 BPM
PR int          153 ms
QRS dur          99 ms
QT/QTc       352/378 ms
P-R-T axes     7  45  44

SINUS RHYTHM
NORMAL ECG

UNCONFIRMED REPORT





114530241225    5    BURDICK Mortara QUINTON    Site # 5 Cart # 5 Version 1.13.01 Sequence #01444 25mm/s 10mm/mV 0.05-40 Hz W    REORDER #    2004

DEF 004008

**NYC HEALTH+HOSPITALS** | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MED - Urgicare Call

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

**Urgicare Call:**
**Urgicare Physician:** Adam Litroff DO
**Referring MD/PA/NP/RN:** Desroches
**Time of Call:** 11:53
**Evaluation Completed Using:** Phone
**Chief Complaint:** Patient c/o accidental medication overdose, denied self harm intent, states took 6 unknown "sleeping pills" last night to go to sleep.   Normal exam, VS normal (116/75, 80, R18, T98.8, Sat 97%).   Ambulatory, neuro in tact.   EKG performed and normal NSR, no focal changes.   Recommend Fingerstick, otherwise no additional intervention needed at this time, has been over 12 hours since ingestion.
**Category:** Medical
**Urgi Call Initial Disposition:** Return to housing from within the facility after consultation with Urgicare
**Additional Follow-Up Needed?** Follow-up by primary care in patient's facility

Signed By: Litroff, Adam at 7/25/2020 12:36:54 PM

**DEF 004009**

**Correctional Health Services**                                                    2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                        Order Form

| TEST FORM |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lionel Desroches MD | **Service Provider:** | EKG |
| **Auth Provider NPI:** | 1003928987 | | |
| **Signing Provider:** | Lionel Desroches MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

**Code**          **Description**                    **Diagnoses**
0001              EKG (DI)                           POISONING BY UNSPECIFIED DRUGS, MEDICAMENTS
                                                     AND BIOLOGICAL SUBSTANCES, UNDETERMINED, INITIAL
                                                     ENCOUNTER (ICD-T50.904A)

**Order Number:**      572240-1                      **Quantity:** 1
**Authorization #:**                                 **Priority:** N
**Start Date:**        07/25/2020                     **End Date:** 07/25/2020
**Electronically signed by:** Lionel Desroches MD     **Signed on:** 7/25/2020 12:00:58 PM
**Instructions:**

DEF 004010

**Correctional Health Services**                                            2/1/2022
**55 Water Street 18th Fl**
**New York, NY 10041**                                                      Order Form

| WORK STATUS |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Lionel Desroches MD | **Service Provider:** | CHS |
| **Auth Provider NPI:** | 1003928987 | | |
| **Signing Provider:** | Lionel Desroches MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | |
|---|---|
| **Primary Ins:** | **Secondary Ins:** |
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| Code | Description | Diagnoses |
|---|---|---|
| UNUSUAL | Nursing Order - Fingerstick - Unusual (SMD Only) | POISONING BY UNSPECIFIED DRUGS, MEDICAMENTS AND BIOLOGICAL SUBSTANCES, UNDETERMINED, INITIAL ENCOUNTER (ICD-T50.904A) |

**Order Number:** 572240-2                            **Quantity:** 1
**Authorization #:**                                  **Priority:**
**Start Date:** 07/25/2020                            **End Date:** 07/25/2020
**Electronically signed by:** Lionel Desroches MD     **Signed on:** 7/25/2020 12:00:58 PM
**Instructions:**           fingerstick  x 1

DEF 004011

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MED - Sick Call Visit

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
Chief Complaint/Reason for Visit: **states    that he    took 6 sleeping pills    to try   to go to sleep    Hes    not   sure   what pills   he   took   was not   intended to hurt himself   states   he feels confused**

## Vital Signs Review

BP: **116/75**   Pulse: **80** Pulse Rhythm: **Regular**
RR: **18** Resp Quality: **Regular**
02 Sat: **97**% T: **98.9**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
RPR Serology [0142-0]
QFT- TB GOLD PLUS [T814-3]
CT/GC PCR Urine [L344-1]
Referral - Podiatry [PODIA]
Dental Order - Cleaning [DENTCLEAN]
Referral - Bellevue, Dermatology [BELLEDERM]
MH Order - TPR and MH Clinician's Progress Note [TPR]
Nursing Order - Wound Care [WOUNDCARE]
Referral - Mental Health Routine [MHROUTINE]
Medical Order - Annual Physical [ANNUALPHY]

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**

# Correctional Health Services
**NYC HEALTH+ HOSPITALS**

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

**Problem # 1:**
Poisoning by unspecified drugs - medicaments and biological substances - undetermined - initial encounter (ICD10-T50.904A) - New Problem
s/p  ingestion  of unknown  pills     ekg  done normal    neuro exam   nl     spoke  with urgicare will   observe  for now   pt advisd  to hydrate himself
**Summary:**
**Added new problem of Poisoning by unspecified drugs, medicaments and biological substances, undetermined, initial encounter (ICD10-T50.904A)**
Added new Test order of EKG (DI) (0001) - Signed
Added new Service order of Nursing Order - Fingerstick - Unusual (SMD Only) (UNUSUAL) - Signed

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
General
**General Appearance:** No Acute Distress, Well-developed, Well-Hydrated, Well-Nourished
**HEENT: Head** Normocephalic
**HEENT: Eyes** PERRLA, EOMI
Respiratory
**Respiratory Effort:**   No respiratory distress
**Auscultation:**   Clear to auscultation bilaterally
**Percussion:**   No dullness to pecussion
Cardiovascular
**Auscultation:**   RRR, Normal S1 + S2
Gastrointestinal
**Abdomen:**   Soft, Non-tender, Non-distended
Musculoskeletal
**Gait & Station:**   Normal
Neurological
**Cranial nerves:**   Cranial Nerves II -> XII intact bilaterally
**Reflexes:**   2 + reflexes bilaterally
**Sensation:**   Normal sensation V1 - V3 - bilaterally upper and lower extremities
**Strength:** 5/5 in all extremities
**Cerebellar:** Normal finger-to-nose
**Movement:** No tremor
Mental Status
**Judgement & Insight:**   Good
**Orientation:**   Oriented to person/place/time
**Mood & Affect:**   Euthymic, Responds to questions appropriately, No suicidal ideation, No homicidal ideation, No auditory hallucinations

## INT - Step 1 - Vitals

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

DEF 004013

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                                        **Latest Book and Case#:**
PETER   RODRIGUEZ                                        3491603090
**NYSID:**                                               **Patient Facility:**
 09839298P                                               NIC


Last height (inches): **72 (11/15/2019 5:46:00 PM)**     Last Weight: **280 (11/15/2019 5:46:00 PM)**
BP Position: **Sitting**
BP: **133   / 91** mm Hg
Temperature:   **98** FbaF
Temperature site: **Oral**
Pulse rate: **80**   Pulse rhythm:   **Regular**
RR: **16**     Respiration Type: **Regular**
Pulse Ox: **99**%   Room Air: **Yes**


Signed By: Desroches, Lionel at 7/25/2020 12:11:16 PM

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## NU - Wound Care

Patient: **PETER RODRIGUEZ**     DOB: **11/06/1990**     Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

## Wound Care 1
**Description (Wound 1):** Other
**Please describe other kind of wound (Wound 1):** Left axilliary site of mass
**Location (Wound 1):** Upper Arm
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Intact
**Wound Margins (Edges) (Wound 1):** Attached
**Pain    (Wound 1):** None

## Patient Information
**Disposition:** Seen
**Additional Patient Documentation:** healed, MD Notified.

## Wound Care Flowsheet

Signed By: Mangaya-ay, Raul at 7/25/2020 10:36:05 AM

1 of 1
**DEF 004015**

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MED - Sick Call Visit

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
**FAST TRACK**
Chief Complaint/Reason for Visit: **seen   in rhu   rds        requesting   asthma   pump   to order ventolin stat**

## Vital Signs Review

BP: **116/75**   Pulse: **84** Pulse Rhythm: **Regular**
RR: **18** Resp Quality: **Regular**
02 Sat: **97**% T: **98.9**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
RPR Serology [0142-0]
QFT- TB GOLD PLUS [T814-3]
CT/GC PCR Urine [L344-1]
Referral - Podiatry [PODIA]
Dental Order - Cleaning [DENTCLEAN]
Referral - Bellevue, Dermatology [BELLEDERM]
MH Order - TPR and MH Clinician's Progress Note [TPR]
Nursing Order - Wound Care [WOUNDCARE]
Referral - Mental Health Routine [MHROUTINE]
Medical Order - Annual Physical [ANNUALPHY]

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

**Allergy Review**
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

**Assessment:**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                     **Latest Book and Case#:**
PETER   RODRIGUEZ                                      3491603090
**NYSID:**                                            **Patient Facility:**
 09839298P                                             NIC


**Problem # 1:**
Asthma (ICD-493.90) (ICD10-J45.909)
ventolin   stat
**Summary:**
Removed medication of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG /
(ALBUTEROL SULFATE) 2 puffs inhaled STAT, then four times a day as needed; Route: INHALATION
Added new medication of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG /
(ALBUTEROL SULFATE) 2 puffs q6h as needed; Route: INHALATION Indications: ASTHMA - Signed
Rx of ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE)
2 puffs q6h as needed; Route: INHALATION   #app x 0;   Signed;   Entered by: Lionel Desroches MD;
Authorized by: Lionel Desroches MD;   Method used: Print then Give to Patient; Note to Pharmacy:
Route: INHALATION;



Signed By: Desroches, Lionel at 7/25/2020 10:08:48 AM

# Correctional Health Services

**Patient Name:**                          **Latest Book and Case#:**
PETER  RODRIGUEZ                            3491603090
**NYSID:**                                 **Patient Facility:**
  09839298P                                NIC

**Injury  #21-082**

*Imported By: Angie West Med Rcrds 7/27/2020 2:26:59 PM*

_____

External Attachment:

  Type:      Image
  Comment:   External Document

Signed By: West, Angie at 7/27/2020 2:27:02 PM

DEF 004018



# CORRECTION DEPARTMENT
## CITY OF NEW YORK

| INJURY TO INMATE REPORT | Page 1 of 2 Pages | Form: 167R-A<br>Rev.: 10/3/19<br>Ref.: Dir. 4516R-D |
|---|---|---|

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed Investigation to Security.

| Command: NIC | Date: 7/24/2020 | COD/UOF #: | Injury #: H21-082 |
|---|---|---|---|

TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).

Inmate Name (Last Name, First Name): Rodriquez, Peter

| Location Where Injury Occurred: 2nd Floor B Tier | Inmate's Housing Area: 2nd Floor B Tier | NYSID #: 098393989 | Book & Case/Sentence #: 3491603090M |
|---|---|---|---|

Details: On Friday July 24th 2020 at approximately 1045hrs, Inmate Rodriquez, Peter B#: 3491603090m notified this Writer that on July 23rd 2020 he was exposed to Chemical Agents and that the Chemical agents got in his food to which he Consumed. Inmate Claims burning Throat.

| Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Capt. McCain #481 | Date: 7/31/2020 | Time: 1045 Hrs. |
|---|---|---|

| Employee: ■ (Did) ☐ (Did not) Witness This Injury. | Employee Full Name (print): Breeland | Employee Signature: | Rank/Title: C.O. | Shield/ID#: 8080 |
|---|---|---|---|---|

## TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

| Date of Injury: 7/23/20 | Reported for Medical Attention: Date 7/24/20 1430 Hrs. | Inmate Refused Medical Attention: ☐ Yes ☒ No | Visible Injuries: ☐ Yes ☒ No |
|---|---|---|---|

Nature/Reported Mechanism of Injury:

Mr Rodriguez Peter 3491603090 was seen for Above event No Injury seen when examined. Mr Rodriguez complained of throat pain after exposure to OC spray yesterday.

**Medical Staff Must Note Location of Injury**

Serious injuries confirmed during initial evaluation
(Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):

- ☐ Laceration requiring sutures, staples or glue (e.g. dermabond)
- ☐ Dislocation
- ☐ Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
- ☐ Fracture
- ☐ Tendon Tear
- ☐ Post-concussive syndrome or head injury requiring imaging such as CT or MRI
- ☐ Clinical Nasal Fracture
- ☐ Amputation
- ☐ Blistering burn involving the face or >9% of total body surface area

- ☒ NO SERIOUS INJURY
- ☐ Pending - Requires Further Evaluation

Treatment: Medication prescribed

Disposition and Transportation Requirements (If applicable):
*Please check which apply*

- ☐ Urgicare / X-Ray
- ☐ Hospital Transfer: ☐ EMS ☐ Intra-Departmental Transfer
- ☒ None / Return to Housing Area

| Initially Triaged/Treated/Examined By (Print and Sign Full Name): James Patrick Physician Assistant | Date: 7/24/20 | Time: 1505 |
|---|---|---|

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:

| Inmate Signature: refused to sign | B&C / Sentence #: 34916036 9AM | | Date: 7/24 |
|---|---|---|---|
| Witnessed By (Signature): | Rank/Title: Co | Shield /I.D. #: 1137 | Date: 7/24/ |

DEF 004019

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## ALL - Missed Visit

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

## Missed Visit Type

**Missed Visit type?** MH Visit
**The following services were missed (MH Visit):** Mental Health Progress Note

## Missed Visit Comments

**Date of scheduled visit?** 07/24/2020
**What was the reason for missed visit?** Not Produced
**Missed visit comments:** pt refused to be produced, pt will be rescheduled and attempt to address referral

Signed By: Armstead, Tamica at 7/24/2020 8:23:33 PM

1 of 1
**DEF 004020**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

**Form name:** MED - Red ID Enhanced Restrnts
**Form Obs:** MED - Red ID Enhanced Restrnts

## MED - Red I.D. Enhanced Restraints

**Patient:**
PETER RODRIGUEZ
**Facility:**
NIC
**Book and Case:**
3491603090
**NYSID:**
09839298P
**DOB:**
11/06/1990
**Housing Area:**
2B
**Conducted chart review for Red I.D. evaluation?** Yes

## Red I.D. - Review of Systems

## Red I.D. - Assessment and Plan

## Red I.D. - Disposition

## Print Red I.D. Form
Click to print Red I.D. Form:
**Previous Red ID Evalution Disposition:**
No chemical agents, No stun shield (07/21/2020 1:57:52 PM)

Signed By: McGibbon, Donald at 7/24/2020 6:21:46 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## *SUBJECTIVE*
## MED - Injury Report

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
**Initial Eval / Update**
Initial Evaluation? **Yes**
**CHS Injury Report**
DOC Injury Report available? **Yes**
DOC Injury Report #: **pending**
Injury Date: **07/23/2020**
Injury HPI: **Pt seen for injury report.   Pt seen in nad reports was exposed to chemical spray yesterday, states spray got into his mouth, with c/o burning sensation in mouth and throat.   No other c/o.**
Event Location: **Housing Area**
Cause: **DOC use of force/alleged attack by staff**
Verified Injury: **Injury by history only**
Did the patient have a blow to the head? **No**
Is there a nasal injury? **No**

Follow-Up Plan: **will order meds, f/u as needed (see note for details)**

## *OBJECTIVE*
## NU - Vital Signs

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

Current Vital Signs
Last height (inches): **72 (11/15/2019 5:46:00 PM)**   Last Weight: **280 (11/15/2019 5:46:00 PM)**
oF
Vital Signs Notes: **reviewed, not checked today due to security concerns -   pt with hand and leg cuffs and mitts.**

## *ASSESSMENT*
## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

**Allergy Review**
* CARROT (Critical)
**FISH DERIVED (FLAVORING AGENT) (Critical)**



# Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
NIC

Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

**Assessment:**
**Problem # 1:**
Injury - unspecified - initial encounter (ICD10-T14.90xA)
Pt seen for injury report, c/o burning oral sensation following use of spray yesterday.    No findings seen on   exam.   Will order viscous lidocaine and tylenol.    Pt ed given, pt instructed to notify med staff if condition persists or worsens.    Plan to continue to f/u.

## *PLAN*
**Summary:**
Added new medication of LIDOCAINE VISCOUS (LIDOCAINE HCL VISCOUS SOLUTION) (LIDOCAINE HCL) 5mL swish and spit twice a day    as needed; Route: MOUTH/THROAT - Signed
Added new medication of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) 2 tabs (650mg) by mouth twice a day    as needed; Route: ORAL - Signed
Rx of LIDOCAINE VISCOUS (LIDOCAINE HCL VISCOUS SOLUTION) (LIDOCAINE HCL) 5mL swish and spit twice a day    as needed; Route: MOUTH/THROAT    #1 x 0;   Signed;   Entered by: James Patrick PA;   Authorized by: James Patrick PA;    Method used: Handwritten; Note to Pharmacy: Route: MOUTH/THROAT;
Rx of ACETAMINOPHEN 325 MG (TYLENOL 325 MG) (ACETAMINOPHEN) 2 tabs (650mg) by mouth twice a day    as needed; Route: ORAL    #1 x 0;   Signed;   Entered by: James Patrick PA;   Authorized by: James Patrick PA;    Method used: Handwritten; Note to Pharmacy: Route: ORAL;

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**
General
**General Examination Notes:** nad, alert, calm, ambulatory, no resp distress
**HEENT: Head** Normocephalic
**HEENT: Notes** oral mucosa moist, no erythema, no acute findings seen
Respiratory
**Auscultation:**   Clear to auscultation bilaterally
**Respiratory Notes:** no stridor
Cardiovascular
**Auscultation:**   Normal S1 + S2
Gastrointestinal
**Gastrointestinal Notes:** obese, NT
## ALL - Disposition

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

**Disposition**

# Correctional Health Services

**NYC HEALTH+HOSPITALS**

**Patient Name:**                                      **Latest Book and Case#:**
PETER   RODRIGUEZ                          3491603090
**NYSID:**                                                **Patient Facility:**
 09839298P                                           NIC


Selected disposition: **Return to Current Housing**



Signed By: Patrick, James at 7/24/2020 2:58:21 PM

**DEF 004024**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                                    3491603090
**NYSID:**                                           **Patient Facility:**
 09839298P                                           MDC
Appended to : Injury Report #: pending - 07/24/2020

## *SUBJECTIVE*
**MED - Injury Report**

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **MDC**    Housing Area: **9S**
**Initial Eval / Update**
Initial Evaluation? **Injury Update**
**CHS Injury Report**
DOC Injury Report available in EHR? **Yes**
Original Injury Report #: **082**
Original Injury Date: **07/23/2020**
**Injury Determination: Were any of the following present?** None of the above (no serious injury)

Signed By: Hasan, Azmat at 7/30/2020 2:39:58 PM

1 of 1
**DEF 004025**

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER   RODRIGUEZ                              3491603090
**NYSID:**                                            **Patient Facility:**
09839298P                                            NIC

## NU - Wound Care

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

### Wound Care 1
**Description (Wound 1):** Other
**Please describe other kind of wound (Wound 1):** Left axilliary site of mass
**Location (Wound 1):** Upper Arm
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Granulation (full thickness)
**Wound Margins (Edges) (Wound 1):** Attached
**Pain    (Wound 1):** None

### Patient Information
**Disposition:** Seen
**Additional Patient Documentation:** Wound care done as ordered.

### Wound Care Flowsheet

Signed By: Mangaya-ay, Raul at 7/24/2020 2:46:17 PM

**Correctional Health Services**                                                    2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                                  Order Form

| WORK STATUS |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Tamica Armstead MH Prof | **Service Provider:** | CHS |
| **Auth Provider NPI:** | | | |
| **Signing Provider:** | Tamica Armstead MH Prof | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

**Code** | **Description** | **Diagnoses**
MHPROGRESS | MH Order - Mental Health Progress Note

**Order Number:** 569560-1                      **Quantity:** 1
**Authorization #:**                             **Priority:**
**Start Date:** 07/24/2020                       **End Date:**
**Electronically signed by:** Tamica Armstead MH Prof    **Signed on:** 7/22/2020 10:38:27 PM
**Instructions:**               CA Refferal

1 of 1

DEF 004027

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER    RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## ALL - Missed Visit
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

## Missed Visit Type
**Missed Visit type?** MH Visit
**The following services were missed (MH Visit):** Mental Health Progress Note

## Missed Visit Comments
**Date of scheduled visit?** 07/23/2020
**What was the reason for missed visit?** Not Produced
**Missed visit comments:** Per DOC, pt could not be seen due to ESU/Special Search activity on tier today.

Signed By: Boyle, Joseph at 7/23/2020 3:45:04 PM

1 of 1
**DEF 004028**

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## NU - Wound Care

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

### Wound Care 1
**Description (Wound 1):** Other
**Please describe other kind of wound (Wound 1):** Left axilliary site of mass
**Location (Wound 1):** Upper Arm
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Intact
**Wound Margins (Edges) (Wound 1):** Attached
**Pain    (Wound 1):** None

### Wound Care Flowsheet
WOUND CARE PERFORMED AS PER MD/PA ORDERS TOLERATED WELL.    NO VISIBLE WOUND
PRESENT SKIN INTACT


Signed By: Burrison, Janessa at 7/23/2020 3:33:45 PM

# Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
 3491603090
**Patient Facility:**
 NIC

**MED - Hospital/Infirmary/CDU Return** MED - Hospital Return
MED - Hospital/Infirmary/CDU Return
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Specialty Clinic/Returns
**Type of Service Received:** Specialty
**Return Date:** 07/22/2020
**Returning From:** Specialty Clinic
**Was the patient hospitalized for Mental Health reasons?** No
**Reason for admission/visit?** MRI of brain without contrast as ordered by on-island neurologist
**Summary of admission/visit (including procedure/tests/lab results):** Pt had MRI of brain without contrast which was within normal limits.
See scanned report.

## Vital Signs

## Hospital/Clinic Follow-up
**In-facility follow up needed? (nursing, medical, wound, etc.)** N/A
**Patients meds modified?** N/A
**Patient has leftover carry meds to be discarded (discuss with patient):** No
**Patients medication list reconciled and explained?** No

## Hospital/Clinic Follow-Up (Continued)
**Specialist follow up needed?** Yes
**High acuity, requiring SMD notification? (Notify SMD verbally and route note for review at signing)**
No
**Requires infirmary housing?** No
If needing inrirmary housing, contact NIC for pre-admission
**Patient problem list updated?** N/A

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

1 of 2
**DEF 004030**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER    RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Headache
MRI without contrast performed as ordered by on-island neurologist to evaluate intractable headaches. MRI was within normal limits.    See scanned document for details.    F/U with on-island neurologist as scheduled.
**Summary:**


## ALL - Disposition

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

**Disposition**
Selected disposition: **Return to Current Housing**


Signed By: Choleff, Lisa at 7/23/2020 8:45:55 AM

**DEF 004031**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER  RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
 3491603090
**Patient Facility:**
 MDC

**Patient Docs XRay Documents**

MRI BRAIN WO CONTRAST

IMPRESSION:

Normal MRI of the brain.

Final report dictated by and signed by Gopi Nayak, MD, 7/22/2020.

SEE ATTACHED REPORT.

*Imported By: David Viera PA 9/30/2020 7:45:43 AM*

---

External Attachment:

  Type:       Image
  Comment:    External Document

Signed By: Viera, David at 9/30/2020 7:46:01 AM

**Rodriguez, Peter**
DOB: **11/6/1990**
MRN: **26314622**
**MRI BRAIN WO CONTRAST**
Order: **44169667**

Reading physician: **Gopi Nayak, MD**
Ordering physician: **Andrea Bushelle, MD**
Performing tech: **Yong Feng, RT**
Supporting Staff:
Performing department: **Bellevue MR Imaging**
Study date: **7/22/2020**

## PACS Images

↗ Show images for MRI Brain without contrast

## Status

Final

## Reason For Exam

Headache, acute, severe, worst HA of life; Kolla,Sai  1/28/2019 11:48:21 AM > 28 yrs old male c/o headaches off nad on. Hx of multiple head injuries. Ref for Mri of brain non contrast. Thanks.

## Exam Details

| Performed Procedure | Technologist |
|---|---|
| MRI Brain without contrast | Yong Feng, RT |

| Appointment Date/Status | | Modality | Department |
|---|---|---|---|
| 7/22/2020 | Completed | BE MRI AVANTO | BE MR IMAGING |

| Begin Exam | End Exam | End Exam Questionnaires |
|---|---|---|
| 7/22/2020 12:42 PM | 7/22/2020 12:56 PM | IMAGING END REMOTE READ |

## ⚕ Vitals

| Ht | Wt |
|---|---|
| 1.829 m (6') | 118 kg (260 lb) |

## BMI and BSA

| Body Mass Index: 35.26 kg/m² | Body Surface Area: 2.38 m² |
|---|---|

# Results

MRI Brain without contrast (Order 44169667)

## Study Result

CLINICAL INDICATION: Intermittent headaches, worst headache of life, history of multiple prior head injuries.

TECHNIQUE: Multi-planar multi-sequential MR imaging of the brain was performed without intravenous contrast.

COMPARISON: Head CT dated 3/6/2020.

FINDINGS:

**DEF 004033**

No acute infarction, intracranial hemorrhage or mass.

The ventricles are normal without evidence of hydrocephalus. There are no extra-axial fluid collections. The skull base flow voids are present.

The visualized intraorbital contents are normal. The imaged portions of the paranasal sinuses are clear. The mastoid air cells are clear. The visualized soft tissues and osseous structures appear normal.

IMPRESSION:
IMPRESSION:

Normal MRI of the brain.

Final report dictated by   and signed by Gopi Nayak, MD,  7/22/2020 1:29 PM

## Scans Related to Order 44169667

Document on 10/31/2019 0859 by Janie Wilson: RODRIGUEZ, PETER   MRI Ref.pdf

## Result History

MRI Brain without contrast (Order #44169667) on 7/22/2020 - Order Result History Report

## Printable Result Report

Result Report for Printing

## Encounter

View Encounter

# MRI Brain without contrast (Order 44169667)

Imaging

Date: **7/22/2020**  Department: **Bellevue MR Imaging**  Released By: **Licenni Capellan**
Authorizing: **Andrea Bushelle, MD**

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 07/22/20 08:48 AM | 07/22/20 08:48 AM | 07/22/20 08:48 AM | 7/22/2020 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| As needed | 1  occurrence | Routine | Ancillary Performed - External Provider Ordered |

## Associated Diagnoses

Intractable episodic headache, unspecified headache type **[R51]**

## Collection Information

Collected:  7/22/2020  1:19 PM       Resulting Agency:  HHC PS360

## Order Provider Info

| | | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Janie Wilson | -- | -- | wilsonj21@nychhc.org |
| Authorizing Provider | Andrea Bushelle, MD | 212-369-5100 | -- | bushella@nychhc.org |
| Billing Provider | Gopi Nayak, MD | 844-692-4692 | -- | -- |

**DEF 004034**

## Protocol Summary                                              Protocol History

Protocolled on 10/31/2019  1:54 PM by Aliou Gueye, PA

| Study | Routine |
|---|---|
| Contrast | Without contrast |
| Comments | Brain w/o |

## Reprint Requisition

MRI Brain without contrast (Order #44169667) on 7/22/20

## Supplies

| Name | ID | Temporary | Type | Charge Code Description | Charge Code | Quantity |
|---|---|---|---|---|---|---|
| No information to display | | | | | | |

## Case Tracking Events

| Event | Time In |
|---|---|
| In Pre-Procedure | |
| Pre-Procedure Complete | |
| In Holding Area | |
| Out of Holding Area | |
| In Room | |
| Procedure Start | |
| REBOA Balloon Deflatoin Time | |
| Procedure Finish | |
| Out of Room | |
| In Recovery | |
| Out of Recovery | |
| In Phase II | |
| Out of Phase II | |
| Recovery Care Complete | |
| Anesthesia Start | |
| Anesthesia Finish | |
| Procedural Care Complete | |
| Phase II Care Complete | |
| Anesthesia Ready | |
| Anesthesia Start Data Collection | |
| Anesthesia Stop Data Collection | |

## Order Transmittal Tracking

MRI Brain without contrast (Order #44169667) on 7/22/20

**DEF 004035**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## ALL - Missed Visit

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Missed Visit Type

**Missed Visit type?** MH Visit
**The following services were missed (MH Visit):** Mental Health Progress Note

## Missed Visit Comments

**Date of scheduled visit?** 07/22/2020
**What was the reason for missed visit?** Not Produced

Signed By: Armstead, Tamica at 7/22/2020 10:37:50 PM

**NYC HEALTH+ HOSPITALS** | **Correctional Health Services**

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## ALL - Missed Visit

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Missed Visit Type

**Missed Visit type?** MH Visit
**The following services were missed (MH Visit):** Mental Health Progress Note

## Missed Visit Comments

**Date of scheduled visit?** 07/22/2020
**What was the reason for missed visit?** Not Produced
**Missed visit comments:** DOC informs pt out to Bellevue for appt

Signed By: Boyle, Joseph at 7/22/2020 3:46:20 PM

**DEF 004037**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
  3491603090
**Patient Facility:**
  NIC

## MED - Sick Call Visit
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
**FAST TRACK**
Chief Complaint/Reason for Visit: **request refll of skin cream,athletes foot cream and dandruff shampoo**

## Vital Signs Review
BP: **116/75**   Pulse: **84** Pulse Rhythm: **Regular**
RR: **18** Resp Quality: **Regular**
02 Sat: **97**% T: **98.9**F
**Open Orders:**
Medical Order - Chronic Care Follow-up [CHRONICFOLLOW]
Radiology [BELLERADIO]
TPR [MHMIGRATION]
MH Social Work Order - 30/90 Day Follow-Up [3090FOLLOW]
Chem 7 Panel [0768-2]
Hepatic Function Panel [3422-3]
RPR Serology [0142-0]
QFT- TB GOLD PLUS [T814-3]
CT/GC PCR Urine [L344-1]
Referral - Podiatry [PODIA]
Dental Order - Cleaning [DENTCLEAN]
Referral - Bellevue, Dermatology [BELLEDERM]
MH Order - TPR and MH Clinician's Progress Note [TPR]
Nursing Order - Wound Care [WOUNDCARE]
Referral - Mental Health Routine [MHROUTINE]
MH Order - Mental Health Progress Note [MHPROGRESS]
Medical Order - Annual Physical [ANNUALPHY]

## MED - Physical Examination
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**
General
**General Appearance:** No Acute Distress

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

**Allergy Review**
**\* CARROT (Critical)**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
NIC

**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

Allergies reviewed:
**YES**

## Assessment:
**Problem # 1:**
Athletes foot (ICD-110.4) (ICD10-B35.3)
**Problem # 2:**
Dandruff (ICD-690.18) (ICD10-L21.0) - New Problem

## Summary:
**Added new problem of Dandruff (ICD-690.18) (ICD10-L21.0)**
Added new medication of TRIAMCINOLONE 0.1% OINT 80 GM (TRIAMCINOLONE ACETONIDE) Apply
top bid; Route: EXTERNAL Indications: DERMATITIS - Signed
Added new medication of MICONAZOLE 2% ANTIFUNGAL 30 GM (MICONAZOLE NITRATE) Apply top
bid; Route: EXTERNAL Indications: ATHLETES FOOT - Signed
Added new medication of SEBEX SHAMPOO 118 ML (SALICYLIC ACID/SULFUR 2%-2% 118 ML)
(SALICYLIC ACID-SULFUR) Apply top every other day for 5minutes to scalp and rinse; Route:
EXTERNAL Indications: DANDRUFF - Signed
Rx of TRIAMCINOLONE 0.1% OINT 80 GM (TRIAMCINOLONE ACETONIDE) Apply top bid; Route:
EXTERNAL   #1 x 0;   Signed;   Entered by: Donald McGibbon PA;   Authorized by: Donald McGibbon
PA;   Method used: Handwritten; Note to Pharmacy: Route: EXTERNAL;
Rx of MICONAZOLE 2% ANTIFUNGAL 30 GM (MICONAZOLE NITRATE) Apply top bid; Route:
EXTERNAL   #1 x 0;   Signed;   Entered by: Donald McGibbon PA;   Authorized by: Donald McGibbon
PA;   Method used: Handwritten; Note to Pharmacy: Route: EXTERNAL;
Rx of SEBEX SHAMPOO 118 ML (SALICYLIC ACID/SULFUR 2%-2% 118 ML) (SALICYLIC
ACID-SULFUR) Apply top every other day for 5minutes to scalp and rinse; Route: EXTERNAL   #1 x 0;
Signed;   Entered by: Donald McGibbon PA;   Authorized by: Donald McGibbon PA;   Method used:
Handwritten; Note to Pharmacy: Route: EXTERNAL;

Signed By: McGibbon, Donald at 7/22/2020 11:01:38 AM

DEF 004039

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER    RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## NU - Court/Transfer Screening

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

## Court Date & Time
Court Date: **07/22/2020**
Time: **9:45am**

## Symptoms:
**NOTE: The symptoms of COVID-19 are fever, cough or shortness of breath.**

## Screening Questions
Have you been advised that you currently should be in quarantine, isolation, or self-monitoring for the coronavirus by any doctor, hospital or health agency? **No**

Patient's temperature equal to or greater than 100.4? **No**

Does the patient have a cough or shortness of breath? **No**

The above patient does not present with the symptoms and is fit to attend court on the above referenced time and date: **Yes**

Signed By: We, Jonathan at 7/22/2020 10:01:40 AM

**DEF 004040**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## NU - Wound Care

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

### Wound Care 1
**Description (Wound 1):** Other
**Please describe other kind of wound (Wound 1):** Left axilliary site of mass
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Intact
**Wound Margins (Edges) (Wound 1):** Attached
**Pain    (Wound 1):** None

### Patient Information
**Disposition:** seen
**Additional Patient Documentation:** wound care done as ordered
**Escalation for Non-Production (Notified) :** no
**CHS Leadership/Operations (Name/Title) :** no
**DOC Notified (Name/Title) :** no

### Wound Care Flowsheet

Signed By: We, Jonathan at 7/22/2020 9:54:07 AM

**Correctional Health Services**                                    2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                  Order Form

| WORK STATUS | |
|---|---|
| **Authorizing Provider:** Tamica Armstead MH Prof | **Service Provider:** CHS |
| **Auth Provider NPI:** | |
| **Signing Provider:** Tamica Armstead MH Prof | |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |

| | | | |
|---|---|---|---|
| **Patient Name:** PETER RODRIGUEZ | **DOB:** Nov 06, 1990 | **Age:** 31 |
| **Home Phone:** | **Sex:** Male | **SSN:** |
| **Work Phone:** | **Cell Phone:** | **Patient ID:** 23447 |
| **Resp. Provider:** | | |

| **Primary Ins:** | **Secondary Ins:** |
|---|---|
| **Group:** | **Group:** |
| **Policy:** | **Policy:** |
| **Insured ID:** | **Insured ID:** |

| <u>Code</u> | <u>Description</u> | <u>Diagnoses</u> |
|---|---|---|
| MHPROGRESS | MH Order - Mental Health Progress Note | |

**Order Number:** 568164-1     **Quantity:** 1
**Authorization #:**     **Priority:**
**Start Date:** 07/22/2020     **End Date:** 07/22/2020
**Electronically signed by:** Tamica Armstead MH Prof     **Signed on:** 7/21/2020 10:12:58 PM
**Instructions:** CA Referral

DEF 004042

**Correctional Health Services**                                          2/1/2022
55 Water Street 18th Fl
New York, NY 10041                                                        Order Form

| REFERRAL ORDER |
|---|

| | | | |
|---|---|---|---|
| **Authorizing Provider:** | Sai Kolla MD | **Service Provider:** | |
| **Auth Provider NPI:** | 1750457693 | | |
| **Signing Provider:** | Sai Kolla MD | | |
| **Phone:** | | **Phone:** | |
| **Fax:** | | **Fax:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | PETER  RODRIGUEZ | **DOB:** | Nov 06, 1990 | **Age:** | 31 |
| **Home Phone:** | | **Sex:** | Male | **SSN:** | |
| **Work Phone:** | | **Cell Phone:** | | **Patient ID:** | 23447 |
| **Resp. Provider:** | | | | | |

| | | |
|---|---|---|
| **Primary Ins:** | **Secondary Ins:** | |
| **Group:** | **Group:** | |
| **Policy:** | **Policy:** | |
| **Insured ID:** | **Insured ID:** | |

| **Code** | **Description** | **Diagnoses** |
|---|---|---|
| BELLERADIO | Radiology | HEADACHE () |
| **Order Number:** | RIECWREF-2484 | **Quantity:** 0 |
| **Authorization #:** | ****Approved by SMD. | **Priority:** |
| **Start Date:** | 07/22/2020 | **End Date:** |
| **Electronically signed by:** Sai Kolla MD | | **Signed on:** 1/28/2019 12:00:00 AM |

**Instructions:**    Kolla,Sai  1/28/2019 11:48:21 AM > 28 yrs old male c/o headaches off nad on. Hx of multiple
head injuries. Ref for Mri of brain non contrast. Thanks.

DEF 004043

# NYC HEALTH+HOSPITALS | Correctional Health Services

**Patient Name:**                                    **Latest Book and Case#:**
PETER  RODRIGUEZ                                      3491603090
**NYSID:**                                            **Patient Facility:**
 09839298P                                            NIC


**( B H C ) BELLERERADIO   RADIOLOGY.**


*Imported By: Amado Toledo Med Rcrds 7/23/2020 11:37:55 AM*

---

External Attachment:

  Type:      Image
  Comment:   External Document



Signed By: Toledo, Amado at 7/23/2020 11:38:01 AM

CHS Correctional Health Services

# Referral Form

| Authorizing Provider: Sai Kolla MD | Service Provider: | |
| Signing Provider: Sai Kolla MD | | |
| Phone: (347) 774-7000 | Phone: | |
| Fax: | Fax: | |

| Patient Name: PETER RODRIGUEZ | DOB: 11/06/1990 | Age: 29 Years |
| Home Phone: | Sex: M | SSN: |
| Work Phone: | Book and Case: 3491603090 | |
| Resp. Provider: | | |

| Code | Description | Diagnoses |
|------|-------------|-----------|
| BELLERADIO | Radiology | HEADACHE |
| | Order Number: | RIECWREF-2484 |
| | Auth#: | ****Approved by SMD. |
| | Maximum Visits: | 0 |
| | Start Date: 07/22/2020 | End Date: |
| | Duration: | |
| | Electronically signed by: Sai Kolla MD | |
| | Signed on: | 1/28/2019 12:00:00AM |
| | Reason: | Kolla,Sai 1/28/2019 11:48:21 AM > 28 yrs old male c/o headaches off nad on. Hx of multiple head injuries. Ref for Mri of brain non contrast. Thanks. |

*Exam Done*
*7/22/20*

**DEF 004045**

Rodriguez, Peter (MRN 4443620)

B+C# 3491603090

**Rodriguez, Peter**
DOB: **11/6/1990**
MRN: **3609760**
**MRI BRAIN WO CONTRAST**
Order: **44169667**

Reading physician: **Gopi Nayak, MD**
Ordering physician: **Andrea Bushelle, MD**
Performing tech: **Yong Feng, RT**
Supporting Staff:
Performing department: **Bellevue MR Imaging**
Study date: **7/22/2020**

## PACS Images

Show images for MRI Brain without contrast

## Status

Final

## Reason For Exam

Headache, acute, severe, worst HA of life; Kolla,Sai  1/28/2019 11:48:21 AM > 28 yrs old male c/o headaches off nad on. Hx of multiple head injuries. Ref for Mri of brain non contrast. Thanks.

## Exam Details

| Performed Procedure | Technologist |
| --- | --- |
| MRI Brain without contrast | Yong Feng, RT |

| Appointment Date/Status | Modality | Department |
| --- | --- | --- |
| 7/22/2020   Arrived | BE MRI AVANTO | BE MR IMAGING |

| Begin Exam | End Exam | End Exam Questionnaires |
| --- | --- | --- |
| 7/22/2020 12:42 PM | 7/22/2020 12:56 PM | IMAGING END REMOTE READ |

## ∿ Vitals

| Ht | Wt |
| --- | --- |
| 1.829 m (6') | 118 kg (260 lb) |

## BMI and BSA

Body Mass Index: 35.26 kg/m²    Body Surface Area: 2.38 m²

# Results

MRI Brain without contrast (Order 44169667)

## Study Result

CLINICAL INDICATION: Intermittent headaches, worst headache of life, history of multiple prior head injuries.

TECHNIQUE: Multi-planar multi-sequential MR imaging of the brain was performed without intravenous contrast.

COMPARISON: Head CT dated 3/6/2020.

FINDINGS:

No acute infarction, intracranial hemorrhage or mass.

The ventricles are normal without evidence of hydrocephalus. There are no extra-axial fluid collections. The skull base flow voids are present.

The visualized intraorbital contents are normal. The imaged portions of the paranasal sinuses are clear. The mastoid air cells are clear. The visualized soft tissues and osseous structures appear normal.

Rodriguez, Peter (MRN#3809760) Printed by CHOLEFF, LISA M [6000254]

Rodriguez, Peter (MRN 4443620)

IMPRESSION:
IMPRESSION:

Normal MRI of the brain.

Final report dictated by   and signed by Gopi Nayak, MD,  7/22/2020 1:29 PM

## Scans Related to Order 44169667
Document on 10/31/2019 0859 by Janie Wilson: RODRIGUEZ, PETER   MRI Ref.pdf

## Result History
MRI Brain without contrast (Order #44169667) on 7/22/2020 - Order Result History Report

## Printable Result Report                    Encounter
Result Report for Printing                    View Encounter

# MRI Brain without contrast (Order 44169667)                Imaging

Date: 7/22/2020 Department: **Bellevue MR Imaging** Released By: **Licenni Capellan**
Authorizing **Andrea Bushelle, MD**

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 07/22/20 08:48 AM | 07/22/20 08:48 AM | 07/22/20 08:48 AM | 7/22/2020 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| As needed | 1  occurrence | Routine | Ancillary Performed – External Provider Ordered |

## Associated Diagnoses
Intractable episodic headache, unspecified headache type **[R51]**

## Collection Information
Collected: 7/22/2020  1:19 PM          Resulting Agency: HHC PS360

## Order Provider Info

|  |  | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | Janie Wilson | -- | -- | wilsonj21@nychhc.org |
| Authorizing Provider | Andrea Bushelle, MD | 212-369-5100 | -- | bushella@nychhc.org |
| Billing Provider | Gopi Nayak, MD | 844-692-4692 | -- | -- |

## Protocol Summary: MRI Brain without contrast          Protocol History
Protocolled on 10/31/2019  1:54 PM by Aliou Gueye, PA

| Study | Routine |
| Contrast | Without contrast |
| Comments | Brain w/o |

## Protocol Summary: MRI Brain without contrast          Protocol History
Protocol not completed.

Rodriguez, Peter (MRN 5809760) Printed by CHOLEFF, LISA M [6000254]

Rodriguez, Peter (MRN 4443620)

## Reprint Requisition

MRI Brain without contrast (Order #44169667) on 7/22/20

## Supplies

| Name | ID | Temporary | Type | Charge Code Description | Charge Code | Quantity |
|------|----|-----------|------|------------------------|-------------|----------|
| No information to display | | | | | | |

## Case Tracking Events

| Event | Time In |
|-------|---------|
| In Pre-Procedure | |
| Pre-Procedure Complete | |
| In Holding Area | |
| Out of Holding Area | |
| In Room | |
| Procedure Start | |
| REBOA Balloon Deflatoin Time | |
| Procedure Finish | |
| Out of Room | |
| In Recovery | |
| Out of Recovery | |
| In Phase II | |
| Out of Phase II | |
| Recovery Care Complete | |
| Anesthesia Start | |
| Anesthesia Finish | |
| Procedural Care Complete | |
| Phase II Care Complete | |
| Anesthesia Ready | |
| Anesthesia Start Data Collection | |
| Anesthesia Stop Data Collection | |

## Order Transmittal Tracking

MRI Brain without contrast (Order #44169667) on 7/22/20

Rodriguez, Peter (MRN 4443620) Printed by Lisa M Choleff [6000254] at 7/23/20 8:39 AM

**DEF 004048**

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
 3491603090
**Patient Facility:**
 NIC

## ALL - Missed Visit
Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

## Missed Visit Type
**Missed Visit type?** MH Visit
**The following services were missed (MH Visit):** Mental Health Other

## Missed Visit Comments
**Date of scheduled visit?** 07/21/2020
**What was the reason for missed visit?** Not Produced

Signed By: Armstead, Tamica at 7/21/2020 10:12:24 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

**MED - Hospital/Infirmary/CDU Return** MED - Hospital Return
MED - Hospital/Infirmary/CDU Return
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Specialty Clinic/Returns
**Type of Service Received:** Medical
**Return Date:** 07/21/2020
**Returning From:** Specialty Clinic
**Reason for admission/visit?** Pt sent to ENT clinic for FB sensation in left ear.
**Summary of admission/visit (including procedure/tests/lab results):** Pt seen and examined.   He stated that FB sensation was originally noted 2 weeks ago and has since resolved.   Examination revealed impacted cerumen in left ear which was removed during this encounter.   No further F/U indicated.

## Vital Signs

## Hospital/Clinic Follow-up
**In-facility follow up needed? (nursing, medical, wound, etc.)** No
**Patients meds modified?** No
**Patient has leftover carry meds to be discarded (discuss with patient):** No
**Patients medication list reconciled and explained:** No

## Hospital/Clinic Follow-Up (Continued)
**Specialist follow up needed?** N/A
**High acuity, requiring SMD notification? (Notify SMD verbally and route note for review at signing)** No
**Requires infirmary housing?** No
If needing inrirmary housing, contact NIC for pre-admission
**Patient problem list updated?** N/A

## MED - Assessment & Plan

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

## Allergy Review
**\* CARROT (Critical)**
**FISH DERIVED (FLAVORING AGENT) (Critical)**
**Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)**
**Poultry (Moderate)**
**fish derived (Moderate)**
**lactose (Moderate)**

DEF 004050

# Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
NIC

Allergies reviewed:
**YES**

**Assessment:**
**Problem # 1:**
Impacted cerumen - left (ICD-380.4) (ICD10-H61.22) - Improved
**Bullet Assessment:** Improved
Cerumen removed during this encounter in ENT clinic and no further F/U indicated.
**Summary:**

## ALL - Disposition

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **2B**

**Disposition**
Selected disposition: **Return to Current Housing**

Signed By: Choleff, Lisa at 7/21/2020 3:31:45 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

| | |
|---|---|
| **Patient Name:** | **Latest Book and Case#:** |
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

## MED - Indirect Encounter Note

Reason: **DOC requested chart review for contras**

Note: **Pt with H/O asthma, therefore, DOC informed that OC spray and stun shields may not be used.**

## New Rx, New Orders, New Allergies, New Problems
## MED - Security Considerations

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **2B**

## Magnetometer Alert

## Restraint Modifications
**Previous Restraint Modifcations:**
Front cuff only, Allow access to self administered medication, No chemical agents, No stun shield, No Rear Cuff, No Rear Cuff or Mitts (07/18/2020 1:18:03 PM)
**Restraint Modifications (during this update):** No chemical agents, No stun shield

Signed By: Choleff, Lisa at 7/21/2020 1:59:20 PM

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER   RODRIGUEZ                                          3491603090
**NYSID:**                                                 **Patient Facility:**
 09839298P                                                 NIC

Psoriasis (ICD-696.1) (ICD10-L40.9)
Tinea (ICD-110.9) (ICD10-B35.9)
Tinea capitis (ICD-110.0) (ICD10-B35.0)
Food allergy (ICD-V15.05) (ICD10-Z91.018)
Tinea pedis (ICD-110.4) (ICD10-B35.3)
Ankle pain, right (ICD-719.47) (ICD10-M25.571)
Dry eye (ICD-375.15) (ICD10-H04.129)
Aphthous ulcer of mouth (ICD-528.2) (ICD10-K12.0)
Seasonal allergies (ICD-477.9) (ICD10-J30.2)
Unspecified cyst of jaw
Heartburn
Other hydrocele
Mild persistent asthma with (acute) exacerbation
Lactose intolerance, unspecified
Other seborrheic dermatitis
Borderline personality disorder
Unspecified asthma with (acute) exacerbation
Sprain of interphalangeal joint of right middle finger, initial encounter
Cervicalgia
Cyst of jaw NOS
Gastritis, unspecified, without bleeding
Body mass index (BMI) 35.0-35.9, adult
Dental caries, unspecified
Dental Class I Extractions Indicated
Suicidal ideations
Dental caries on pit and fissure surface penetrating into dentin
Antisocial personality disorder
Contusion of unspecified ear, initial encounter
Contact with and (suspected) exposure to tuberculosis
Opioid abuse, uncomplicated
Cannabis dependence, uncomplicated
Cocaine dependence, uncomplicated
Alcohol abuse, uncomplicated
Cannabis abuse, uncomplicated
Cocaine abuse, uncomplicated
Cocaine abuse, in remission
Borderline personality disorder
Gastritis, unspecified, without mention of hemorrhage
Pure hyperglyceridemia
(Positive QFT) Nonspecific reaction to cell mediated immunity measurement of gamma interferon antigen response with
Diarrhea, acute (ICD-787.91) (ICD10-R19.7)

**Patient's Active Medications:**
TRIAMCINOLONE ACETONIDE 0.025 % EXTERNAL OINTMENT (TRIAMCINOLONE ACETONIDE) apply topically    spairlingly to nape of neck twice a day    on weekends only (sat and sunday); Route: EXTERNAL
MICONAZOLE 2% ANTIFUNGAL 30 GM (MICONAZOLE NITRATE) apply to webs of toes twice a day, Route: EXTERNAL

DEF 004126



# Correctional Health Services

| **Patient Name:** | **Latest Book and Case#:** |
|---|---|
| PETER   RODRIGUEZ | 3491603090 |
| **NYSID:** | **Patient Facility:** |
| 09839298P | NIC |

ALBUTEROL 90 MCG / 1 INH (VENTOLIN / PROVENTIL HFA 90 MCG / (ALBUTEROL SULFATE) 2 puffs inhaled STAT, then four times a day as needed Route: INHALATION
AMLODIPINE BESYLATE 5 MG (NORVASC 5 MG) (AMLODIPINE BESYLATE) take one tab by mouth daily x 90 days; Route: ORAL
FLUTICASONE/SALMETEROL 250-50 MCG 1 INH (ADVAIR DISKUS 250-5 (FLUTICASONE-SALMETEROL) 1 inhalation twice a day; Route: INHALATION

## Heat Sensitivity Decision:
**Patient requires heat sensitive housing?** Yes
## MED - Special Considerations

Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **3D**

### Special Considerations
**Heat Sensitivity?** MED - Heat Sensitivity
**Therapeutic Diet Recommendation?** Yes

**Form Name** MED - Transfer Chart Review
**Form Obs:** MED - Therapeutic Diet Rec
## MED - Therapeutic Diet Recommendation
Patient: **PETER RODRIGUEZ**   DOB: **11/06/1990**   Age: **29 Years Old**
Book & Case #: **3491603090**   NYSID: **09839298P**
Facility: **NIC**   Housing Area: **3D**

## Previous Therapeutic Diet Order
**Previous Therapeutic Diet Order:**
Regular Diet (Heart Healthy) [default] (09/03/2019 2:33:36 PM)
**Date previous Therapeutic Diet Order expires**
02/11/2021 (02/11/2020 1:48:01 PM)

## Patient's Vital Signs

## Patient's Lab Values

**Date this Therapeutic Diet Order starts:** 07/01/2020
**Date this Therapeutic Diet Order expires:** 10/29/2020
**Patient's known/documented allergies:**
* CARROT (Critical)
FISH DERIVED (FLAVORING AGENT) (Critical)
Clindamycin (CLINDAMYCIN HCL CAPS) (Moderate)
Poultry (Moderate)
fish derived (Moderate)
lactose (Moderate)

# NYC HEALTH+ HOSPITALS | Correctional Health Services

**Patient Name:**                                          **Latest Book and Case#:**
PETER    RODRIGUEZ                                          3491603090
**NYSID:**                                                 **Patient Facility:**
 09839298P                                                  NIC


**Therapeutic Diet Order:** Regular Diet (Heart Healthy) [default]
**Special instructions regarding above selected diet:** Please avoid adding carrots/ seafoods/ poultry to patient's tray for medical reasons.

PLEASE GIVE PATIENT SOY MILK
**In-person consulation request for:** Soy Mild and substitute diet.    Please avoid adding carrots/ seafoods/ poultry to patient's tray for medical reasons.
and obesity


Signed By: Walker, Curt at 7/1/2020 7:13:02 PM

**NYC HEALTH+ HOSPITALS** | Correctional Health Services

**Patient Name:**
PETER   RODRIGUEZ
**NYSID:**
 09839298P

**Latest Book and Case#:**
3491603090
**Patient Facility:**
NIC

## MED - Indirect Encounter Note
Reason: **DOC requested chart review for contras**
Note: **Pt with asthma, therefore, OC spray is contraindicated.
DOC informed**

**New Rx, New Orders, New Allergies, New Problems
MED - Security Considerations**

Patient: **PETER RODRIGUEZ**    DOB: **11/06/1990**    Age: **29 Years Old**
Book & Case #: **3491603090**    NYSID: **09839298P**
Facility: **NIC**    Housing Area: **3D**

## Magnetometer Alert

## Restraint Modifications
**Previous Restraint Modifcations:**
Front cuff only (05/07/2020 6:03:45 PM)
**Restraint Modifications (during this update):** No chemical agents

Signed By: Choleff, Lisa at 6/17/2020 9:35:43 AM