# Exhibit H



**NEW YORK CITY DEPARTMENT OF CORRECTION**
Cynthia Brann, Commissioner

Shon Brown, Executive Officer
Manhattan Court Division
100 Centre Street
New York, NY 10013
212 • 225 • 1550
Fax 212 • 225 • 1510

**DATE:** January 11, 2021

**TO:** Kenneth Stukes, Bureau Chief of Security

**FROM:** Shon Brown, Executive Officer, MDC

**SUBJECT:** COD 3442/20

The Deputy Warden has reviewed the subject unusual incident submitted by the Tour Commander and the following determination has been made.

(✓) Concurs with Tour Commander's findings.
( ) Videotape reviewed for this incident
( ) No videotape for this incident.
( ) Do not concur with Tour Commander's findings.

**Remarks:**

_____
_____
_____

Shon Brown
Executive Officer

Visit NEW YORK'S BOLDEST on the Web at: www.nyc.gov/boldest

DEF 007730



**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

Form #168A
Eff: 11/19/04
Ref.: Dir. #5000R-A

Page 1 of 4 Pages

## UNUSUAL INCIDENT REPORT - PART A

| FACILITY: MDC | FACILITY LOG NO: 17MD131 | CENTRAL OPERATIONS DESK (C.O.D.) LOG NO.: 3442/20 |

**INSTRUCTIONS:** COMPLETE ALL APPLICABLE SECTIONS ON ALL PARTS - A, B, C, AND D

**TYPE OF INCIDENT:** Attempted Suicide

| DATE OF INCIDENT: 12/19/20 | TIME: 0215 hrs. | SPECIFIC LOCATION: 9 South (3 cell) |

**INITIAL TELEPHONE REPORT:**
DATE: 12/19/20 TIME: 0343 hrs.

**NAME AND TITLE OF PERSON REPORTING FROM FACILITY:**
Name: Shon Brown Title: ADW # 45

**NAME AND TITLE OF PERSON RECEIVING TELEPHONE REPORT AT CENTRAL OPERATIONS DESK (C.O.D.):**
NAME: Paul TITLE: PS

**WRITTEN REPORT:**
DATE: 12/20/20 TIME: 1700hrs.

**NAME AND TITLE OF PERSON REPORTING:**
NAME: Sh Brown TITLE: ADW #45

**DESCRIPTION OF INCIDENT:**

On December 19, 2020 at approximately 0215 hours in the Manhattan Detention Complex North Tower 9 South housing area cell #3 inmate Rodriguez, Peter B&C #3491603090/NYSID 09839298P (trinitarians, ICR, Red Id, Enh Rest, Cl 16) was discovered by Emergency Service Unit officers trying to inflict self injury as they were conducting their routine security innpection of the area. CO Brian Saryian #10981 (DOA 5/16/13) responded to cell #3 and observed inmate Rodriguez had positioned a line around his neck and hands. Officer Sariyan immediately assisted by cutting the line. Several verbal commands were given to said inmate asking if he was ok in which said inmate did not answer at which time chest compressions were administered to inmate Rodriguez with the assistance of ESU staff. A medical emergency was activated as medical staff reported to the area to render medical attention. Inmate Rodriguez was alert and orientated. EMS was activated by MDC medical staff on said inmate's behalf to be transported to Bellevue Hospital for further medical evaluation.

PS Paul of the Central Operations Desk was notified and assigned COD 3442/20. Captain Roger Bethelmy #1824 was assigned to investigate this incident.

DISTRIBUTION: ORIGINAL AND ONE (1) COPY TO THE ASSISTANT CHIEF OF SPECIAL OPERATIONS
ONE (1) COPY TO THE DEPUTY COMMISSIONER OF INVESTIGATIONS
ONE (1) COPY TO THE INSPECTOR GENERAL'S OFFICE
ONE (1) COPY TO FACILITY FILE

DEF 007731



DEF 007732



**CORRECTION DEPARTMENT
CITY OF NEW YORK**

Form #168A
Eff: 11/19/04
Ref.: Dir. #5000

Page 2 of __2__ Pages

**UNUSUAL INCIDENT REPORT - PART B**

| FACILITY: | FACILITY LOG NO.: | CENTRAL OPERATIONS DESK (C.O.D.) LOG NO.: |
|---|---|---|
| MDC | 17MD131 | 3442/20 |

**DESCRIPTION OF INCIDENT: (CONTINUED)**

DISTRIBUTION: ORIGINAL AND ONE (1) COPY TO THE ASSISTANT CHIEF OF SPECIAL OPERATIONS
ONE (1) COPY TO THE DEPUTY COMMISSIONER OF INVESTIGATIONS
ONE (1) COPY TO THE INSPECTOR GENERAL'S OFFICE
ONE (1) COPY TO FACILITY FILE

DEF 007733



# CORRECTION DEPARTMENT
## CITY OF NEW YORK

**UNUSUAL INCIDENT REPORT - PART C**

Form #168A
Eff: 11/19/04
Ref.: Dir. #6000R-A

Page 3 of 4 Pages

| FACILITY: | FACILITY LOG NO.: | CENTRAL OPERATIONS DESK (C.O.D.) LOG NO.: |
|---|---|---|
| MDC | 17MD131 | 3442/20 |

**INSTRUCTIONS: COMPLETE ALL APPLICABLE SECTIONS ON ALL PARTS - A, B, C, AND D**

**EVENTS LEADING TO OR CAUSING INCIDENT:**
CO Brian Saryian #10981 (DOA 5/16/13) responded to cell #3 and observed inmate Rodriguez had positioned a line around his neck and hands.

**ACTION TAKEN TO CONTROL INCIDENT:**
Officer Sariyan immediately assisted by cutting the line. Several verbal commands were given to said inmate asking if he was ok in which said inmate did not answer at which time chest compressions were administered to inmate Rodriguez with the assistance of ESU staff. A medical emergency was activated as medical staff reported to the area to render medical attention. Inmate Rodriguez was alert and orientated.

**OTHER AGENCIES NOTIFIED: (State name of agencies and persons, time and date)**
N/A

**PROPOSED DISCIPLINARY ACTION:**
N/A

**EXTENT AND COST OF PROPERTY DAMAGE:**
N/A

**STATUS OF INJURED AND PROGNOSIS FOR RECOVERY: (Include full description of injuries claimed)**
EMS was activated by MDC medical staff on said inmate's behalf to be transported to Bellevue Hospital for further medical evaluation.

**NOTIFICATION OF FAMILY, IN EVENT OF SERIOUS INJURY OR DEATH: (Include date, time and person notified)**
N/A

**NAMES, TITLES, SHIELDS OR IDENTIFICATION NUMBER OF EMPLOYEES INVOLVED:**
Correction Officer Brian Sariyan #10981

DISTRIBUTION: ORGINAL AND ONE (1) COPY TO THE ASSISTANT CHIEF OF SPECIAL OPERATIONS
ONE (1) COPY TO THE DEPUTY COMMISSIONER OF INVESTIGATIONS
ONE (1) COPY TO THE INSPECTOR GENERAL'S OFFICE
ONE (1) COPY TO FACILITY FILE

DEF 007734

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

Form #168A
Eff: 11/19/04
Ref.: Dir. #5000R-A

**UNUSUAL INCIDENT REPORT - PART D**

Page 4 of 4 Pages

| FACILITY: MDC | FACILITY LOG NO. 17MD131 | CENTRAL OPERATIONS DESK (C.O.D.) LOG NO.: 3442/20 |
|---|---|---|

INSTRUCTIONS: COMPLETE ALL APPLICABLE SECTIONS ON ALL PARTS - A, B, C, AND D

**INMATES (S) INVOLVED - (STATUS AT TIME OF INCIDENT)**

| NAME: Rodriguez, Peter | ADDRESS: | | DATE OF BIRTH: 11/06/1990 |
|---|---|---|---|
| BOOK & CASE #: 349-16-03090 | NYSID#: 09839298P | | DATE RECEIVED BY DOC: 3/11/2016 |

| COURT | CRIME OR CHARGE | COURT STATUS (i.e., DETAINEE, SENTENCED, ETC.) | SENTENCE OR BAIL |
|---|---|---|---|
| Man Supr | 135.20 FB | Detainee | Remand |

HOUSING DESIGNATION: (i.e. GENERAL POPULATION, ADMINISTRATIVE SEGREGATION, PUNITIVE SEGREGATION, PROTECTIVE CUSTODY, ETC
Punitive Segregation

| CLASSIFICATION SCORE: 16 | SECURITY RISK GROUP: Trinitarians | RED ID/ICR: Red ID/ICR/Enh |
|---|---|---|

| NAME: | ADDRESS: | | DATE OF BIRTH: |
|---|---|---|---|
| BOOK & CASE #: | NYSID#: | | DATE RECEIVED BY D |

| COURT | CRIME OR CHARGE | COURT STATUS (i.e., DETAINEE, SENTENCED, ETC.) | SENTENCE OR BAIL |
|---|---|---|---|
| | | | |

HOUSING DESIGNATION: (i.e. GENERAL POPULATION, ADMINISTRATIVE SEGREGATION, PUNITIVE SEGREGATION, PROTECTIVE CUSTODY, ETC.)

| CLASSIFICATION SCORE: | SECURITY RISK GROUP: | RED ID/ICR: |
|---|---|---|

| NAME: | ADDRESS: | | DATE OF BIRTH: |
|---|---|---|---|
| BOOK & CASE #: | NYSID#: | | DATE RECEIVED BY D |

| COURT | CRIME OR CHARGE | COURT STATUS (i.e., DETAINEE, SENTENCED, ETC.) | SENTENCE OR BAIL |
|---|---|---|---|
| | | | |

HOUSING DESIGNATION: (i.e. GENERAL POPULATION, ADMINISTRATIVE SEGREGATION, PUNITIVE SEGREGATION, PROTECTIVE CUSTODY, ETC)

| CLASSIFICATION SCORE: | SECURITY RISK GROUP: | RED ID/ICR: |
|---|---|---|

**FACILITY ENDORSEMENT**

| SIGNATURE OF DEPUTY WARDEN FOR SECURITY & DATE: SIGNATURE: | DATE: | SIGNATURE OF FACILITY COMMANDER & DATE: SIGNATURE: | DATE: |
|---|---|---|---|

DISTRIBUTION: ORIGINAL AND ONE (1) COPY TO THE ASSISTANT CHIEF OF SPECIAL OPERATIONS
ONE (1) COPY TO THE DEPUTY COMMISSIONER OF INVESTIGATIONS
ONE (1) COPY TO THE INSPECTOR GENERAL'S OFFICE
ONE (1) COPY TO FACILITY FILE

DEF 007735

DEF 007736

# New York City Department of Correction
### Incident Report (Initial)
Contents of this report are preliminary and subject to confirmation



COD 3442/20

## Search Criteria

| From Date Reported | : 12-18-2020 |
|---|---|
| To Date Reported | : 12-20-2020 |
| Facility Name | : MDC |
| Records printed / Total Records | : 1 to 1 / 1 |

| REPORT DATE | TIME | INCIDENT DATE | TIME | CODE | LOG# | UOF# | FACILITY | TYPE OF INCIDENT | REPORTED BY | REPORTED TO |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-19-2020 | 03:43 | 12-19-2020 | 02:15 | | | | MDC | Log Book Entry | ADW BROWN | PS PAUL |

ON 12/19/20, IN HOUSING AREA 9 SOUTH (ADULT/CMC) OFFICER SARYIAN (DOA: 05/16/13) OBSERVED INMATE RODRIGUEZ (TRINITARIANS, ICR, RED ID, ENH.REST.,CL. 30) TIED A WHITE SHEET AROUND HIS HANDS AND NECK. THE INMATE WAS REFERRED TO THE HOSPITAL. THE INMATE INJURIES ARE PENDING. VIDEO SURVEILLANCE: NO.

| Staff Name | Staff Title | Shield/ID | Injuries | Body Part | Ref. to Hosp |
|---|---|---|---|---|---|
| BRIAN SARYIAN | CORRECTION OFFICER | 10981 | | | |

| Inmate Name | BookCase# | NYSID | Injuries | Body Part | Ref. to Hosp |
|---|---|---|---|---|---|
| PETER RODRIGUEZ | 3491603090 | 09839298P | | | |

DEF 007737

N.Y.C. Department of Correction | ILS - Inmate Lookup System    Page 1 o

 

## Inmate Details

**RODRIGUEZ, PETER**



| | |
|---|---|
| NYSID: | 09839298P |
| Year of Birth: | 1990 |
| Sex: | Male |
| Race: | Other |
| Height: | 6 ft |
| Weight: | 250 lbs |
| Hair Color: | Black |
| Eye Color: | Brown |
| Nativity: | New York |

| Booking Information | Incarceration 11-MAR-2016 |
|---|---|
| Book & Case Number: | 3491603090 |
| Current Housing Facility: | WF (West Facility) / CDU10 |
| Arrest Date: | 10-MAR-2016 |
| Arrest Number: | M16616452P |
| Next Court Date: | 25-JAN-2021 |
| Bail Status: | remanded |

### Inmate Attributes

| | |
|---|---|
| Age: | 30 |
| Classification Score: | 16 |
| Custody Level: | MAX |
| Active Gang Member: | ACTIVE |
| SRG Status: | SRG |
| Date Made: | 12-Mar-2020 |
| SRG Affiliation: | TRINITARIANS |
| SRG Set: | (O.E.D) ONE EIGHT DUCE |
| Identification Date: | 12-Mar-2020 |
| ICR: | Y |
| RED ID: | Y |
| INFLUENTIAL INMATE: | N |
| ENHANCHED RESTRAINT: | Y |
| IFCOM Balance: | $0.00 |
| Nicknames: | FRESH    Page 1 of 1 |

### Charge Information

| | |
|---|---|
| Docket: | 2016NY016670 |
| Indictment: | 01091/2016 |

http://webapps.doc.nycnet/inmatetracking/pages/common/find.jsf    12/21/202

DEF 007738

Department of Correction | ILS - Inmate Lookup System

Page 3 o

| From Date | To Date | Facility |
|---|---|---|
| 31-JAN-2019 | 12-FEB-2019 | NIC |
| 18-JAN-2019 | 31-JAN-2019 | OBCC |
| 11-DEC-2018 | 18-JAN-2019 | GRVC |
| 17-NOV-2018 | 11-DEC-2018 | MDC |
| 16-NOV-2018 | 17-NOV-2018 | AMKC |
| 15-NOV-2018 | 16-NOV-2018 | GRVC |
| 31-OCT-2018 | 15-NOV-2018 | AMKC |
| 01-OCT-2018 | 31-OCT-2018 | GRVC |
| 25-AUG-2018 | 01-OCT-2018 | AMKC |
| 10-MAR-2018 | 25-AUG-2018 | BKDC |
| 06-MAR-2018 | 10-MAR-2018 | AMKC |
| 03-MAR-2018 | 06-MAR-2018 | RNDC |
| 13-FEB-2018 | 03-MAR-2018 | GRVC |
| 07-FEB-2018 | 13-FEB-2018 | BHPW |
| 25-JAN-2018 | 07-FEB-2018 | GRVC |
| 26-OCT-2017 | 25-JAN-2018 | BKDC |
| 19-OCT-2017 | 26-OCT-2017 | AMKC |
| 20-SEP-2017 | 19-OCT-2017 | GRVC |
| 08-SEP-2017 | 20-SEP-2017 | OBCC |
| 06-SEP-2017 | 08-SEP-2017 | RNDC |
| 22-AUG-2017 | 06-SEP-2017 | MDC |
| 11-AUG-2017 | 22-AUG-2017 | VCBC |
| 14-JUL-2017 | 11-AUG-2017 | GRVC |
| 25-APR-2017 | 14-JUL-2017 | VCBC |
| 29-MAR-2017 | 25-APR-2017 | BKDC |
| 14-JAN-2017 | 29-MAR-2017 | MDC |
| 30-DEC-2016 | 14-JAN-2017 | BKDC |
| 27-DEC-2016 | 30-DEC-2016 | AMKC |
| 03-AUG-2016 | 27-DEC-2016 | MDC |
| 04-JUL-2016 | 03-AUG-2016 | BKDC |
| 05-MAY-2016 | 04-JUL-2016 | MDC |
| 03-MAY-2016 | 05-MAY-2016 | BKDC |
| 13-MAR-2016 | 03-MAY-2016 | AMKC |
| 11-MAR-2016 | 13-MAR-2016 | MDC |

Search for another Inmate | Back to search results

http://webapps.doc.nycnet/inmatetracking/pages/common/find.jsf

12/21/2020

DEF 007739

NYC Department of Correction | ILS - Inmate Lookup System

Page 2 of

| Court Part: | 42 |
| --- | --- |
| Court Name: | MANHATTAN SUPREME CT - BRIDGE AREA |
| Charge: | 125.25 FA (MURDER A Felony) |
| Docket: | 2019BX000000 |
| Indictment: | 02261/2019 |
| Court Part: | VTC-MDC |
| Court Name: | MDC Video Conferencing |
| Charge: | 135.20 FB (KIDNAPPING 2ND B Felony) |

**Facility Movement**

| From Date | To Date | Facility |
| --- | --- | --- |
| 21-DEC-2020 | Current | WF |
| 20-DEC-2020 | 21-DEC-2020 | AMKC |
| 07-DEC-2020 | 20-DEC-2020 | MDC |
| 06-DEC-2020 | 07-DEC-2020 | BHPW |
| 07-AUG-2020 | 06-DEC-2020 | MDC |
| 05-AUG-2020 | 07-AUG-2020 | WF |
| 04-AUG-2020 | 05-AUG-2020 | BHPW |
| 27-JUL-2020 | 04-AUG-2020 | MDC |
| 04-JUN-2020 | 27-JUL-2020 | NIC |
| 07-MAY-2020 | 04-JUN-2020 | GRVC |
| 20-APR-2020 | 07-MAY-2020 | NIC |
| 07-APR-2020 | 20-APR-2020 | WF |
| 19-MAR-2020 | 07-APR-2020 | NIC |
| 15-MAR-2020 | 19-MAR-2020 | WF |
| 07-FEB-2020 | 15-MAR-2020 | NIC |
| 09-JAN-2020 | 07-FEB-2020 | GRVC |
| 05-DEC-2019 | 09-JAN-2020 | NIC |
| 10-OCT-2019 | 05-DEC-2019 | MDC |
| 24-SEP-2019 | 10-OCT-2019 | NIC |
| 21-SEP-2019 | 24-SEP-2019 | GRVC |
| 12-JUL-2019 | 21-SEP-2019 | NIC |
| 10-JUL-2019 | 12-JUL-2019 | AMKC |
| 10-JUN-2019 | 10-JUL-2019 | GRVC |
| 09-MAY-2019 | 10-JUN-2019 | MDC |
| 22-FEB-2019 | 09-MAY-2019 | WF |
| 16-FEB-2019 | 22-FEB-2019 | OBCC |
| 14-FEB-2019 | 16-FEB-2019 | BKDC |
| 13-FEB-2019 | 14-FEB-2019 | NIC |
| 12-FEB-2019 | 13-FEB-2019 | VCBC |

http://webapps.doc.nycnet/inmatetracking/pages/common/find.jsf

12/21/2020

DEF 007740



COD 3442/20

DATE: December 21, 2020
TO: Aisha Shannon, Acting Warden
FROM: ADW Shon Brown #45
COD: ADW Mosely
SUBJECT: Attempted Suicide
LOCATION: 9 South (3 cell)
STAFF: Sarvian, Brian #10981, DOA 5-16-2
INMATE: Rodriguez, Peter, B# 3491603090 / 09839298P (Cl. 30; Max; SRG Trinitarian ICE; RED ID; ENH. RESTRAINT)

On Saturday December 19, 2020 at approximately 0215 hour while conducting a tour of area staff discovered the inmate with a ligature tied around his wrists and neck. CO Sarvian removed the ligature and activated a medical emergency. Medical staff responded to the area, at which time nurse Shaw activated CNA. Orientated. Inmate Rodriguez was transported to Bellevue Hospital via EMS. Injuries pending.

Respectfully Submitted
ADW Shon Brown #45

* This investigation is assigned to Capt. Bethelemy

DEF 007741

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INJURY TO INMATE REPORT

Page 1 of 2 Pages  Form: 167R-A  Rev.: 10/6/16  Ref.: Dir. 4516R-D

INSTRUCTIONS: One copy to Clinic Lock Box, One Copy to Inmate Medical File and Original with completed investigation to Security

**Command:** MDC
**Date:** 12/19/20
**COD/UOF #:**
**Injury #:** 1531

## TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)

**Inmate Name (Last Name, First Name):** Rodriguez, Peter
**Location Where Injury Occurred:** 9 South
**Inmate's Housing Area:** 9 South
**NYSID #:** 09835298P
**Book & Case/Sentence #:** 349160309O

**Details:** On Saturday December 19, 20 at approximately 0215 hrs inmate Rodriguez, Peter b/c 3491603090, NYSID 09835298P did a self injurious behavior.

**Supervisor Notified (Print Last Name, First Name, Rank, Shield #):** Captain Bethelmy
**Date:** 12/19/20  **Time:** 0217

**Employee:** ☑ (Did) ☐ (Did Not) Witness This Injury
**Employee Full Name (print):** Sarvran
**Employee Signature:** Sarvran
**Rank/Title:** CO
**Shield/ID#:** 10981

## TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)

**Date of Injury:** 12/19/20
**Reported for Medical Attention:** Date 12/19/2020 1805 Hrs.
**Inmate Refused Medical Attention:** ☑ Yes ☐ No
**Visible Injuries:** ☐ Yes ☑ No

**Nature/Reported Mechanism of Injury:** pt was seen by medical team - nursing in emergency earlier today at approximately pt attempted suicide - when seen blood was seen on facial area. Pt was sent to Bellevue Hospital where same observation was made now - pt refused to be seen. No visible injury in facial area in inspected.

**Serious Injuries confirmed during Initial evaluation** (Select "Pending - Requires Further Evaluation" if additional testing / imaging / follow-up needed):

☐ Laceration requiring sutures, staples or glue (e.g. dermabond)
☐ Dislocation
☐ Structural injury to organ (e.g. corneal abrasion, hepatic laceration)
☐ Fracture
☐ Tendon Tear
☐ Post-concussive syndrome or head injury requiring imaging such as CT or MRI
☐ Clinical Nasal Fracture
☐ Amputation
☐ Blistering burn involving the face or >9% of total body surface area

☑ **NO SERIOUS INJURY**
☐ Pending - Requires Further Evaluation

**Treatment:** Suicidal attempt Hospital recommended suicidal observation pt sent to CTI stat

## Disposition and Transportation Requirements (if applicable):
Please check which apply

☐ Urgicare / X-Ray  ☐ Hospital Transfer: ☐ EMS ☐ Intra-Departmental Transfer
☐ None / Return to Housing Area

**Initially Triaged/Treated By/Examined By (Print and Sign Full Name):** Calords Ihenachio, RN
Refused to sign
**Date:** 12/19/20  **Time:** 18:09 H

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided:
**Inmate Signature:** Refused to sign
**B&C / Sentence #:** 3491603090
**Date:** 12/19/2
**Witnessed By (Signature):** [signature]
**Rank/Title:** CO
**Shield A.D.#:** 17099
**Date:** 12/19/20

DEF 007742

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

**INJURY TO INMATE REPORT**

Page 2 of 2 Pages
Form: 167R-A
Rev.: 10/3/19
Ref.: Dir. 4516R-D

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock box, one copy to Inmate Medical File.

Name (Last Name, First Name): **RODRIGUEZ PETER**

FY21-1531      NYSID #: 09839298P      Book & Case/Sentence #: 3491603090

COMPLETED BY THE INVESTIGATING OFFICER. PLEASE PRINT CLEARLY.

**Investigator's Report:**
...aturday December 19, 2020, at approximately 0215 hours, in the Manhattan Detention Complex North Tower 9 ...housing area inmate Rodriguez Peter B&C 3491603090/NYSID09839298P was observed by ESU staff ...ging in self injuries behavior. Said inmate did not respond to verbal commands given to him at which time chest ...ressions were performed by DOC staff. A medical emergency was activated as medical staff responded to the

**...FIRMED DURING INITIAL EVALUATION:** Inmate Rodriguez was evaluated by MDC Main Clinic ...cal staff who stated on injury report FY21-1531 an attempted suicide when some blood was seen on said ...te's facial areas. Inmate Rodriguez was sent to Bellevue Hospital where same observations were made my ...cal staff. Said inmate refused to be seen. No visible injury on facial area upon inspection. Gloria Ihenacho MD ...the above evaluation on the generated injury report FY21-1531.

**...ATMENT:** Suicide attempt; sent to hospital for evaluation. Recommended suicidal observation. Patient sent to C-71

**...POSITION:** EMS WAS ACTIVATED BY MEDICAL STAFF

**...onclusion:**
...s writer concludes that on the above aforementioned date and time inmate Rodriguez as per medical evaluation: ...npted a self injurious behavior. Said inmate refused evaluation. On exam no serious injury. Treatment: Suicidal ...npt, hospital recommended for suicidal observation. Inmate Rodriguez was sent to C-71. An interview with ...ect inmate was conducted in which he refused to provide a verbal or written statement. Due to subject inmate ...of cooperation with this investigation this writer was unable to conclude a motive for subject inmate's action. ...ate Rodriguez is currently housed at West Facility / CDU10.

...ate was transported to a hospital, fill in hospital name here: **BELLEVUE HOSPITAL**

...cal's Final Disposition on Injury Type: ☐ Serious Injury  ☒ Non-Serious Injury

☐ Use of Force  ☐ Allegation Use of a Use of Force  ☐ Inmate on Inmate Altercation  ☒ Self Inflicted  ☐ Accident  ☐ Other (Explain):

Investigating Officer Signature: **ETHELMY**      Rank/Title: **Captain**      Shield/ID#: **1824**      Date: **12/20/2020**

Commander's Review:

Duty Warden's Review:

Commanding Officer's Remarks:

**DEF 007743**

# INCIDENT REPORT FORM

370

PRINT OR TYPE ALL INFORMATION

| FACILITY: | MDC | DATE OF REPORT: | 12/20/20 |
|---|---|---|---|
| DATE OF INCIDENT: | 12/19/20 | TIME OF INCIDENT: | Approx. 0215 hours |
| LOCATION: | MDC NORTH TOWER 9 FL. MAX SOUTH | TYPE OF INCIDENT: | INMATE INJURY |
| SUBMITTED BY: | BETHELMY (LAST NAME) | ROGER (FIRST NAME) | CAPTAIN (RANK) | 1824 (SHIELD #) |

POST ASSIGNED AT TIME OF INCIDENT: MDC NORTH MAX CAPTAIN

TOUR WORKING AT TIME OF INCIDENT: ( X ) 11X7  ( ) 7X3  ( ) 3X11  ( ) oth

**IF FORCE WAS USED:** Include in the section below the specific events and actions by the inmate( which led to or caused the incident, the actions which made the use of force necessar in the circumstances, and the type and extent of force used. Provide as much detail as possible.

**DESCRIBE INCIDENT IN DETAIL ("WHO", "WHAT", "WHEN", "WHY")**

On December 19, 2020, at approximately 0218 hours, I Captain Bethelmy #1824 assigned the Manhattan Detention Complex North Tower 9th Floor Max post on the 2300 x 0731 tou was summoned to that area due to a medical emergency. On arrival into the housing area th South officer on Post Saryian #10981 notified this writer that inmate Rodriguez Peter 3491603090/09839298P housed in cell #3 was discovered by Emergency Service Unit officers trying to inflict self injury as they were conducting their routine security inspection the area. A medical emergency was activated as medical staff reported to the area to render medical attention. Said officer further stated to this writer that as he responded to cell#3 inmate Rodriguez had positioned a line around his neck and hands. Officer Saryian further stated he immediately assisted by cutting the line. Several verbal commands were given to said inmate asking if he was ok in which said inmate did not answer at which time chess compressions were administered to inmate Rodriguez with the assistance of ESU staff. Inm Rodriguez was then place in recovery position as the medical response which was summon was on its way to the area. Soon MDC medical team arrived on the scene and began to evaluate and render medical attention to said inmate. An EMS was activated by MDC medi staff on said inmate's behalf to be transported to Bellevue Hospital for further medical evaluation.

(FOR ADDITIONAL SPACE – USE FORM 600AR)  ADDITIONAL INFORMATION → OTHER S

DEF 007744

VISOR NOTIFIED

| 2/20 | 0224 | BROWN | SHON | ADW | 45 |
|---|---|---|---|---|---|
| TE | TIME | (Last Name) | (First Name) | (Rank) | (Shield #) |

CONTRABAND RECOVERED? ( ) YES ( x ) NO   IF YES, DESCRIBE CONTRABAND (INCLUDE HOW RABAND IS MARKED FOR FUTURE IDENTIFICATION PURPOSES:

RABAND SURRENDERED TO:

| N/A | | | |
|---|---|---|---|
| (Last Name) | (First Name) | (Rank) | (Shield #) |

### INMATE INVOLVEMENT

| LAST NAME | FIRST NAME | BOOK & CASE # | LOCATION | INFRACTION | INJURY REPORT |
|---|---|---|---|---|---|
| RIGUEZ | PETER | 3491603090 | 9 SOUTH | ( ) YES ( ) NO | (X) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |
|  |  |  |  | ( ) YES ( ) NO | ( ) YES ( ) NO |

### EMPLOYEE INVOLVEMENT

| LAST NAME | FIRST NAME | RANK/TITLE | SHIELD/I.D. # | WITNESS TO INCIDENT |
|---|---|---|---|---|
| SARYIAN | BRIAN | CO | 10981 | (X) YES ( ) NO |
| SPAULDING | RICHARD | CO | 18277 | (X) YES ( ) NO |
| SMITH | HAROLD | CO | 2190 | (X) YES ( ) NO |
| REYES | JONATHAN | CO | 9664 | (X) YES ( ) NO |

OU CLAIM ANY INJURIES REGARDING THIS INCIDENT?   ( ) YES   ( ) NO (N/A)

CRIBE CLAIMED INJURIES:   None

PENSATION PAPERS SUBMITTED:   ( ) YES   ( ) NO   ( N/A)

IATURE OF PERSON PREPARING REPORT:

DEF 007745

# INCIDENT REPORT FORM

PRINT OR TYPE ALL INFORMATION

**FACILITY:** MDC
**DATE OF REPORT:** 12/19/20
**DATE OF INCIDENT:** 12/19/20
**TIME OF INCIDENT:** 0215
**LOCATION:** 9 south cell 3
**TYPE OF INCIDENT:**
**SUBMITTED BY:** Saryian (LAST NAME) Brian (FIRST NAME)  **RANK:** CO  **SHIELD #:** 10981
**POST ASSIGNED AT TIME OF INCIDENT:** 9 south
**TOUR WORKING AT TIME OF INCIDENT:** (X) 11-7  ( ) 7-3  ( ) 3-11  ( ) off

**IF FORCE WAS USED:** Include in the section below the specific events and actions by the inmate(s) which led to or caused the incident, the actions which made the use of force necessary in the circumstances, and the type and extent of force used. Provide as much detail as possible.

**DESCRIBE INCIDENT IN DETAIL ("WHO", "WHAT", "WHERE", "WHEN", "WHY")**

On Saturday December 19, 2020 at approximately 0215 hrs I, C.O. Saryian #10981 assigned to 9 south observed ESU officers in the process of conducting a security inspection when they arrived at inmate Rodriquez, Peter B#f 3491603090, NYSID: 0983928 cell (#3), said inmate was not responsive. The ESU officers requested that cell #3 be opened at which time they found inmate Rodriquez making manipulative gestures to injure himself. This writer came to the assistance of ESU and cut the line from said inmates neck and hands. Said inmate still appeared unresponsive at which time this writer performed chest compressions with the assistance of ESU. Inmate Rodriquez was then placed in the recovery position. A medical emergency was called for. The medical emergency team then arrived taking control of the situation.

(FOR ADDITIONAL SPACE USE FORM 600R)    ADDITIONAL INFORMATION ▶ OTHER SID

DEF 007746

:RVISOR NOTIFIED:

7/20 | 0218 | Bethelamy | _____ | Captain | 1824
TE | TIME | (Last Name) | (First Name) | (Rank) | (Shield #)

CONTRABAND RECOVERED?  ( ) YES  (X) NO   IF YES, DESCRIBE CONTRABAND (INCLUDE HOW
ITRABAND IS MARKED FOR FUTURE IDENTIFICATION PURPOSES: _____

ITRABAND SURRENDERED TO:

| (Last Name) | (First Name) | (Rank) | (Shield #) |

**INMATE INVOLVEMENT**

| LAST NAME | FIRST NAME | BOOK & CASE # | LOCATION | INFRACTION | INJURY REPORT |
|---|---|---|---|---|---|
| rdriguez | Peter | 3491603090 | 9S | (X) YES ( ) NO | (X) YES ( ) NO |
| | | | | ( ) YES ( ) NO | ( ) YES ( ) NO |
| | | | | ( ) YES ( ) NO | ( ) YES ( ) NO |
| | | | | ( ) YES ( ) NO | ( ) YES ( ) NO |
| | | | | ( ) YES ( ) NO | ( ) YES ( ) NO |
| | | | | ( ) YES ( ) NO | ( ) YES ( ) NO |

**EMPLOYEE INVOLVEMENT**

| LAST NAME | FIRST NAME | RANK/TITLE | SHIELD/ID # | WITNESS TO INCIDENT |
|---|---|---|---|---|
| arvian | Brian | CO | 10981 | (X) YES ( ) NO |
| nith | Harold | CO | 2190 | (X) YES ( ) NO |
| eyes | Jonathan | CO | 9664 | (X) YES ( ) NO |
| xulding | Richard | CO | 18277 | (X) YES ( ) NO |

YOU CLAIM ANY INJURIES REGARDING THIS INCIDENT?  ( ) YES  (X) NO

CRIBE CLAIMED INJURIES: _____

MPENSATION PAPERS SUBMITTED:  ( ) YES  (X) NO

NATURE OF PERSON PREPARING REPORT: B Gaupin

DEF 007747