# Exhibit J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 20 PM 2:35

Peter Rodriguez
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

City of New York
Captain Gibson, E.S.U. officer John Doe
Capt. Moise (E.S.U)
C.O. Ferrero, E.S.U officer John Doe

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Petor _____  _____  Rodriguez _____
**First Name**          **Middle Initial**         **Last Name**

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491603090
**Prisoner ID #** (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention Complex
**Current Place of Detention**

125 White Street
**Institutional Address**

NY _____  NY _____  10013
**County, City**         **State**         **Zip Code**

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

First Name: _____ Last Name: City of New York  Shield #: _____

Current Job Title (or other identifying information): Government

Current Work Address: City Hall

County, City: NY   State: NY   Zip Code: 10007

**Defendant 2:**

First Name: _____ Last Name: Gibson  Shield #: _____

Current Job Title (or other identifying information): Captain

Current Work Address: 125 White Street

County, City: NY   State: NY   Zip Code: 10013

**Defendant 3:**

First Name: Moise   Last Name: _____  Shield #: _____

Current Job Title (or other identifying information): Captain (E.S.U.)

Current Work Address: 75-20 Astoria Blvd

County, City: E Elmhurst   State: NY   Zip Code: 11370

**Defendant 4:**

First Name: _____ Last Name: Ferrero   Shield #: _____

Current Job Title (or other identifying information): Correction Officer

Current Work Address: 125 White Street

County, City: NY   State: NY   Zip Code: 10013

Page 3

## IV. DEFENDANT INFORMATION (Continued)

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendants:

John                    Doe
**First Name**          **Last Name**              **Shield #**

E.S.U officer
**Current Job Title (or other identifying information)**

75-20 Astoria Blvd
**Current Work Address**

E. Elmhurst  NY  11370
**County, City**        **State**                  **Zip Code**

Defendant 2:

John                    Doe
**First Name**          **Last Name**              **Shield #**

E-S.U officer
**Current Job Title (or other identifying information)**

75-20 Astoria Blvd
**Current Work Address**

E- Elmhurst  NY  11370
**County, City**        **State**                  **Zip Code**

Defendant 3:

**First Name**          **Last Name**              **Shield #**

**Current Job Title (or other identifying information)**

**Current Work Address**

**County, City**        **State**                  **Zip Code**

Defendant 4:

**First Name**          **Last Name**              **Shield #**

**Current Job Title (or other identifying information)**

**Current Work Address**

**County, City**        **State**                  **Zip Code**

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: MANHATTAN DETENTION Complex

Date(s) of occurrence: Monday Aug 31, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On Aug 31, 2020 there was a fire in my cell. (3) Cell. C.o Ferrero came to put the fire out but E.S.U officer John Doe #1 (last name starts with a "G" - white male) told C.o Ferrero to "go away we got this" He took the fire hydrant from C.o Ferraro and gave his can of mace to E.S-u officer John Doe #2 (Tall black male). My cell was opened E.S-U officer John Doe #1 then began to spray me with the fire extinguisher while E.S.u officer John Doe #2 sprayed me with both his and E.S-u officer John Doe #1 can of mace. After that they put me in cuffs and took 15 minutes to get me to shower to begin decontamination process. Captain Moise was in charge of the E.S.u officers and Captain Gibson was the Area supervisor for (9 south) Captain Gibson came to shower Area 3 or more hours later ~~allegedly~~ bribing/coercing me stating "If you've see the clinic I will give

you your property back." if not you get nothing" she added. As in which CAPT. GIBSON said, I told her that I have i have Asthma And I take period medication for it, And that not only was I exposed to O.C spray but also toxic fumes from smoke inhalation ~~crossed out~~ (PR) She Then stated "I (she) gotta do paper/work that can't be done (the) in the clinic with you (me)"

see next

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

breathing problems, chest pains, blurry vision skin/eye burning irritation Anxiety, Tea post traumatic stress disorder hearing voices seeing things sleep problems medical care needed vital signs, Asthma Treatment, pain meds visine for eyes

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages relief — 1 million
General damages relief — 1 million
Actual damages relief — 1 million
Future harm damages relief — 1 million
Punitive damages relief — 1 million

## V. STATEMENT OF CLAIM continued

Place(s) of occurrence: **Manhattan Detention complex**

Date(s) of occurrence: **Aug 31, 2020**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I refused medical attention in fear of retaliation and was placed in the same cell which was still filled with smoke, fire debris and O.C spray I was issued an infraction which was later dismissed All defendants are in violation of my 8th Amendment rights subjecting me to cruel and unusual punishments ESU officers John Doe #1 and 2 used excessive force unnecessary force violating the federal Nunez settlement agreement Capt. Moise ESU CAPT failed to adequately supervise ESU officers John Doe #1 and 2 and Capt Gibson interfered with my medical care City of New York is liable for their failure to adequately train supervise All other defendants mentioned above No grievance was filed because of my fear for my life threatened by above defendants I am intimidated

Page 4

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11/10/20

Plaintiff's Signature

First Name: Peter
Last Name: Rodriguez

Prison Address: 125 White Street

County, City: NY
State: NY
Zip Code: 10013

Date on which I am delivering this complaint to prison authorities for mailing: 11/11/20

Page 6



Jetev rodriguez
3496030903
125 white street
NY NY 10013

Looi hnhn
silvados
Los
osn

18 NOV 2020 PM 9L

RECEIVED
SDNY PRO SE OFFICE
2020 NOV 20 PM 2:16