# Exhibit L

|  | **CORRECTION DEPARTMENT CITY OF NEW YORK** | **ATTACHMENT B** |  |
|---|---|---|---|
| | **INVESTIGATION REPORT** | Form: 6500B Rev.: 08/04/15 Ref.: Dir. #6500R-C | |

Please indicate which of the following items are part of the Investigation:

- [ ] Injury to Inmate
- [ ] UOF Reports
- [ ] Red ID/Enhanced Restraint Placement
- [ ] PHD (Specify where below)
- [ ] Property Damage Report
- [ ] Photos
- [ ] Drug Test Results
- [ ] NIK Reports (IU)
- [ ] Witness Statements
- [ ] Confidential Informant
- [ ] Mental Health Clearances
- [ ] Other _____

| Date Investigation Started: 08/31/20 | Date Investigation Concluded: 9/3/20 | Infraction #: |
|---|---|---|

**INVESTIGATING OFFICIAL'S REPORT**

Investigating official's report shall include observations and conclusions of the physical and documentary evidence. Identify each item and/or document evaluated. If inmate was served more than three (3) business days after incident, state why. Attach 600AR if necessary. If results of investigation indicate that no disciplinary action is warranted, specify the reason(s) for not pursuing disciplinary action.

On Monday August 31, 2020 Officer Ferraro #1805 was assigned to 9 South on the 1500x2331 tour. At approximately 1800 hrs, Officer Ferraro observed a flickering light coming from cell #3 which is occupied by inmate RODRIGUEZ, PETER B/C 3491603090 NYSID 09839298P which appeared to have been flames, so Officer Ferraro retrieve a fire extinguisher and begun putting out the fire from the food slot. At this time ESU Capt Moise #1451 instructed Officer Ferraro to depart the area as ESU staff took over ESU officer Galuezvskiy #8957continued to put the fire out once inmate Rodriquez's cell door was opened. While said Officer extinguished the fire, inmate Rodriguez advanced toward ESU staff which in return caused Officer Williams #11475 to utilized a (1) 2 second burst of chemical agents to said Inmates facial area. Inmate Rodriquez was then placed in mechanical restraints. Inmate Rodriguez was later escorted to the intake for the decontamination process without further incident.

Based on staff report and gentec angle 191.36 flames and smoke could be seen coming from inmate Rodriguez's cell (3). ESU staff was observed extinguishing the fire as they gave said inmate several verbal commands to step back and place his hands behind him. Inmate RODRIGUEZ refused those command as he is observed extending his hand as he attempted to advance toward staff. At which time Chemical agents was deployed. Therefore i find the following charges 105.10 and 100.10 warranted and should be referred to adjudication for disposition.

**Statement of Inmate Charged:**
refused

**Statement of Witness(es) - (If more witnesses, attach additional sheets)**

| Witness Name (Last, First): | Rank/Title, Shield/ID (If staff) B&C#/Sentence# (If inmate): |
|---|---|
| Statement (If none, state such): | |

| Witness Name (Last, First): | Rank/Title, Shield/ID (If staff) B&C#/Sentence# (If inmate): |
|---|---|
| Statement (If none, state such): | |

| Was inmate Mirandized in connection with this Infraction? | [ ] Yes [x] No | Hearing Recommended? | [x] Yes [ ] No |
|---|---|---|---|
| Inmate transferred pending hearing? [ ] Yes [x] No | If Yes, Where? | If PHD, check [ ] Date: | Time: |

| Investigating Official's Signature: | Investigating Official (Print Name, Rank and Shield #): Capt Jones #1341 |
|---|---|

DEF 000425