

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov
*Senior Counsel*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/25
```

> Application GRANTED. SO ORDERED.
>
> /s/ Barbara Moses
> Barbara Moses
> United States Magistrate Judge
> June 17, 2025

June 16, 2025

**BY ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Peter Rodriguez v. City of New York, et al.</u>,
20 Civ. 9840 (JHR) (BCM)

Your Honor:

      I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing Defendants Gibson, Moise, Galuzevskiy, Williams, Ferrero, and the City of New York in the above referenced matter.[1] Pursuant to Rule 2.a. of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request an extension of time to file their reply brief for summary judgment from June 23, 2025 until July 3, 2025. This is the Defendants' first request for an extension of time to file their reply brief. This extension is necessary because ACC John McLaughlin, who is handling this matter under my supervision, is out of the office attending a mandatory civil trial advocacy training from June 16 through June 23, 2025, that runs from 9:00 AM until 5:00 PM. Additionally, this extension request was deferred to obtain Plaintiff's position on the earliest date available at the Auburn Correctional Facility. Plaintiff does not consent to this request, as he believes this litigation has been delayed too long already.

      By way of background, Defendants served Plaintiff their motion for summary judgment on December 29, 2022. Plaintiff's original deadline to oppose Defendants' motion was February 28, 2023. The Court recently held a telephonic status conference on April 8, 2025, to address issues regarding Plaintiff's access to discovery materials and set June 9, 2025 as Plaintiff's

---

[1] This case has been assigned to Assistant Corporation Counsel John McLaughlin, who is presently awaiting admission to the Southern District of New York and is handling this matter under my supervision. Mr. McLaughlin may be reached directly at (212) 356-2670 or by email at jmclaugh@law.nyc.gov.

deadline to respond to the summary judgment motion. Plaintiff, with the assistance of Cravath, Swaine & Moore LLP, filed his opposition on or about June 9, 2025. Cravath appeared pro bono for purposes of the opposition only, and is no longer representing Plaintiff in this matter. As previously mentioned, Defendants' reply is currently due June 23, 2025.

Given the complexity of this matter and the need to ensure a thorough response to Plaintiff's opposition, Defendants respectfully request this short extension. Upon information and belief, this extension will not affect any other scheduled dates in this litigation.

The Defendants thank the Court for its time and consideration of this request.

Respectfully Submitted,

*Joseph Zangrilli /s/*

Joseph Zangrilli
Attorney for Defendants City,
 Gibson, Moise, Galuzevskiy,
 Williams, and Ferrero
*Senior Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov

Cc: **VIA FIRST CLASS MAIL**
Peter Rodriguez
#22-B-2287
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024
*Plaintiff Pro Se*

ii