# Exhibit M

*CCTV Footage of Incident*