# Exhibit N

*Handheld Footage of Incident*