# Exhibit O

*Synchronized Presentation of Exhibits "M" and "N"*