

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, N.Y. 10007

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Tel.: (212) 356-2671
Fax: (212) 356-3509
shrekris@law.nyc.gov

June 10, 2026

**BY ECF**
Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

<div style="border: 2px solid blue;">

**MEMO ENDORSED
(page 2)**

</div>

   Re: <u>Peter Rodriguez v. City of New York, et al.</u>
     20 Civ. 09840 (JHR) (BCM)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Moise, Gluzevskiy, Williams, Ferrero, and Gibson ("defendants") in the above-referenced matter. Defendants write to respectfully request a twenty (20) day extension of time, from June 12, 2026 to July 2, 2026, to file defendants' objections to Magistrate Judge Barbara C. Moses's Report and Recommendation ("Report") concerning defendants' motion for summary judgment. This is the first request for an extension of time to file defendants' objections to the Report and the undersigned unable to reach plaintiff *pro se* Peter Rodriguez expediently prior to the time of this filing due to his present incarceration status.[1]

   As the Court is aware, the Honorable Judge Barbara C. Moses issued the Report on May 29, 2026. <u>See</u> ECF No. 183. Pursuant to 28 U.S.C. §636(b)(1), Federal Rule of Civil Procedure

---

[1] Upon information and belief, and upon a review of the docket, plaintiff was represented by *pro bono* counsel Daniel Slifkin and Noah Rothman for the limited purpose "of responding to defendants' motion for summary judgment" as per their notices of appearance on the docket. ECF Nos. 169, 170.

72(b)(2), and the Court's May 29, 2026 Order, defendants have fourteen (14) days from service of the Report to file written objections. Defendants intend to file written objections to the Report. However, at the time the Report was issued, the undersigned had several pressing deadlines scheduled in other matters, including being engaged in motion practice in another matter which was previously scheduled.

Accordingly, defendants will need additional time to prepare their written objections to the Report, and, therefore, respectfully request an extension, from June 12, 2026 to July 2, 2026, to file defendants' objections.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Shreya Krishnamurthy*

Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **BY FIRST CLASS MAIL**
Peter Rodriguez
*Plaintiff pro se*
DIN# 22B2287
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024

Application GRANTED.  In light of Plaintiff's *pro se* status, and because Defendants were unable to reach Plaintiff before filing the instant application, the Court hereby extends to **July 2, 2026** the deadline for both parties to file objections to the Report and Recommendation, ECF No. 183.

The Clerk of Court is directed to terminate ECF No. 184 and to mail this Order to Plaintiff at the address below.

Peter Rodriguez
#22B2287
AUBURN CORRECTIONAL FACILITY
P.O. Box 618
Auburn, NY 13024

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 12, 2026

2